**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

_____ **Southern District of Texas** _____

Case number (*If known*): _____

Chapter you are filing under:

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy 04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Scott**<br>First name<br><br>**Vincent**<br>Middle name<br><br>**Van Dyke**<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – <u>2</u> <u>4</u> <u>3</u> <u>3</u><br>OR<br>9xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9xx – xx – ___ ___ ___ ___ |

Debtor 1   **Scott**          **Vincent**          **Van Dyke**          Case number *(if known)* _____
First Name       Middle Name       Last Name

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☐ I have not used any business names or EINs.

**Anglo-Dutch Energy, LLC**
Business name

**Anglo-Dutch (Tenge), LLC**
Business name

 7  6 - 0  5  3  4 - 0  4  1
EIN

 7  6 - 0  4  3 - 0  1  4 - 0
EIN

See continuation page.

☐ I have not used any business names or EINs.

_____
Business name

_____
Business name

__ __ - __ __ __ __ __ __ __
EIN

__ __ - __ __ __ __ __ __ __
EIN

---

**5. Where you live**

**1515 South Boulevard**
Number       Street

_____

**Houston, TX 77006**
City                     State    ZIP Code

**Harris**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number       Street

_____
P.O. Box

_____
City                     State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number       Street

_____

_____
City                     State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number       Street

_____
P.O. Box

_____
City                     State    ZIP Code

---

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

| Debtor 1 | __Scott__ | __Vincent__ | __Van Dyke__ | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Tell the Court About Your Bankruptcy Case</td></tr>
</table>

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

---

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ MM / DD / YYYY | _____ |
| District _____ | When _____ MM / DD / YYYY | Case number _____ |
| District _____ | When _____ MM / DD / YYYY | Case number _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No.
☑ Yes.

Debtor __Anglo-Dutch Energy, LLC__   Relationship to you __Business__

District __Southern District of Texas__   When __04/23/2021__   Case number, if known __21-60036__
MM / DD / YYYY

Debtor _____   Relationship to you _____

District _____   When _____   Case number, if known _____
MM / DD / YYYY

---

**11.** **Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1 __Scott_____ __Vincent_____ __Van Dyke_____   Case number *(if known)* _____
First Name          Middle Name          Last Name

## Part 3:  Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number       Street

_____

_____
City                          State       ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S. C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.  I am not filing under Chapter 11.

☑ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4:  Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.  What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
Number       Street

_____

_____
City                          State       ZIP Code

Debtor 1    **Scott**           **Vincent**          **Van Dyke**
First Name        Middle Name          Last Name

Case number *(if known)* _____

---

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

---

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Scott**        **Vincent**        **Van Dyke**                    Case number *(if known)* _____
            First Name       Middle Name        Last Name

## Part 6:   Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

    **16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    ☐ No. Go to line 16b.
    ☑ Yes. Go to line 17.

    **16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

    ☐ No. Go to line 16c.
    ☐ Yes. Go to line 17.

    **16c.** State the type of debts you owe that are not consumer debts or business debts.

    _____

**17. Are you filing under Chapter 7?**

    ☑ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

    ☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

        ☐ No
        ☐ Yes

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 ☐ 50,000-100,000 ☐ More than 100,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | |
| ☐ 100-199 | ☐ 10,001-25,000 | |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Part 7:   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X**   **/s/ Scott Vincent Van Dyke** _____
    Scott Vincent Van Dyke, Debtor 1

    Executed on **05/25/2021**_____
        MM/ DD/ YYYY

Debtor 1    **Scott**         **Vincent**        **Van Dyke**                                    Case number *(if known)* _____
           First Name       Middle Name        Last Name

| For your attorney, if you are represented by one | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

**If you are not represented by an attorney, you do not need to file this page.**

**X** **/s/ Susan Tran Adams**_____    Date **05/25/2021**_____
      Signature of Attorney for Debtor                         MM / DD / YYYY


      **Susan Tran Adams**_____
      Printed name
      **TRAN SINGH, LLP**_____
      Firm name

      **2502 La Branch St.**_____
      Number        Street

      _____

      **Houston**_____    **TX**    **77004**_____
      City                                           State    ZIP Code


      Contact phone  **(832) 975-7300**_____    Email address  **stran@ts-llp.com**_____


      **24075648**_____    **TX**____
      Bar number                                 State

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Items:**  Continuation Page

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years (cont)**

*Include trade names and* doing business as *names*

Anglo-Dutch (Everest), LLC
Business name

Anglo-Dutch (Neftenge), LLC
Business name

Anglo-Dutch Energy Partners IV, LLC
Business name

American Oil & Gas, LLC
Business name

Trepador Energy, LLC
Business name

Potomac Assets, LLC
Business name

Texas Petroleum Operations, LLC
Business name

Burgoyne Investments, LLC
Business name

7  6 - 0  6  3  3  1  9  7
EIN

7  6 - 0  4  9  2  4  1 - 0
EIN

4  5  4  6  6  9  6  5  2
EIN

7  6 - 0  6  3  1  1  3  9
EIN

4  7  4  3  5  8  4  3  2
EIN

8  5 - 2  4  8  5  4  0  7
EIN

8  5 - 2  4  8  5  4  0  7
EIN

8  5 - 2  1  5 - 2  5  1 - 2
EIN

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          **12/15**

If you are a individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**1**

Cadence/Superior Bank
Creditor's Name

Operations Center
Number          Street

Birmingham, AL 35203
City                    State          Zip Code

_____
Contact

_____
Contact phone

What is the nature of the claim? _____ None _____          $1,885,210.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property? Secured**
☐ No
☑ Yes.

| | |
|---|---|
| Total claim (secured and unsecured): | $1,885,210.00 |
| Value of security: | – $0.00 |
| Unsecured Claim: | $1,885,210.00 |

Debtor 1     **Scott**              **Vincent**              **Van Dyke**                    Case number *(if known)*_____
                First Name          Middle Name          Last Name

| | | Unsecured claim |
|---|---|---|

**2**

What is the nature of the claim? _____ CreditCard _____     $46,074.00

Bank of America
Creditor's Name

As of the date you file, the claim is: Check all that apply.

4909 Savarese Circle FL1-908-01-50

☐ Contingent

Number          Street

☐ Unliquidated
☐ Disputed

Tampa, FL 33634

☑ None of the above apply

City                      State      Zip Code

**Does the creditor have a lien on your property? Unsecured**

Contact

☑ No
☐ Yes.

Contact phone

Total claim (secured and unsecured):     _____
Value of security:                      – _____
Unsecured Claim:                          _____

**3**

What is the nature of the claim? _____ CreditCard _____     $45,559.00

Chase Card Services
Creditor's Name

As of the date you file, the claim is: Check all that apply.

Attn: Bankruptcy

☐ Contingent

PO Box 15298

☐ Unliquidated
☐ Disputed

Number          Street

☑ None of the above apply

Wilmington, DE 19850

City                      State      Zip Code

**Does the creditor have a lien on your property? Unsecured**

Contact

☑ No
☐ Yes.

Contact phone

Total claim (secured and unsecured):     _____
Value of security:                      – _____
Unsecured Claim:                          _____

**4**

What is the nature of the claim? _____ None _____     $13,000.00

Titlemax of Texas
Creditor's Name

As of the date you file, the claim is: Check all that apply.

15 Bull St Ste 200

☐ Contingent

Number          Street

☐ Unliquidated
☐ Disputed

Savannah, GA 31401-2686

☑ None of the above apply

City                      State      Zip Code

**Does the creditor have a lien on your property? Secured**

Contact

☐ No
☑ Yes.

Contact phone

Total claim (secured and unsecured):     $13,000.00
Value of security:                      – $0.00
Unsecured Claim:                          $13,000.00

Debtor 1   **Scott**_____ **Vincent**_____ **Van Dyke**_____   Case number *(if known)*_____
       First Name      Middle Name      Last Name

|   | | Unsecured claim |
|---|---|---|

---

**5**

Wells Fargo Dealer Services
_____
Creditor's Name

Attn: Bankruptcy
_____

1100 Corporate Center Drive
_____
Number    Street

Raleigh, NC 27607
_____
City    State    Zip Code

Contact
_____

_____
Contact phone

What is the nature of the claim? _____ None _____   $9,969.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property? Secured
☐ No
☑ Yes.

Total claim (secured and unsecured): $9,969.00
Value of security: − $0.00
Unsecured Claim: $9,969.00

---

**6**

Central Portfolio Control
_____
Creditor's Name

Attn: Bankruptcy Attn: Bankruptcy
_____

10249 Yellow Circle Dr , Ste 200
_____
Number    Street

Minnetonka, MN 55343
_____
City    State    Zip Code

Contact
_____

_____
Contact phone

What is the nature of the claim? _____ CollectionAttorney _____   $3,675.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property? Unsecured
☑ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security: − _____
Unsecured Claim: _____

---

**7**

Phoenix Financial Services, LLC
_____
Creditor's Name

Attn: Bankruptcy
_____

PO Box 361450
_____
Number    Street

Indianapolis,, IN 46236
_____
City    State    Zip Code

Contact
_____

_____
Contact phone

What is the nature of the claim? _____ CollectionAttorney _____   $777.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property? Unsecured
☑ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security: − _____
Unsecured Claim: _____

---

Debtor 1 __Scott_____   __Vincent_____   __Van Dyke_____          Case number *(if known)* _____
         First Name              Middle Name              Last Name

**Unsecured claim**

**8**

Creditor's Name

Number      Street

City            State      Zip Code

Contact

Contact phone

**What is the nature of the claim?** _____     _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes.

Total claim (secured and unsecured):          _____
Value of security:                          – _____
Unsecured Claim:                              _____

**9**

Creditor's Name

Number      Street

City            State      Zip Code

Contact

Contact phone

**What is the nature of the claim?** _____     _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes.

Total claim (secured and unsecured):          _____
Value of security:                          – _____
Unsecured Claim:                              _____

**10**

Creditor's Name

Number      Street

City            State      Zip Code

Contact

Contact phone

**What is the nature of the claim?** _____     _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes.

Total claim (secured and unsecured):          _____
Value of security:                          – _____
Unsecured Claim:                              _____

Debtor 1 ___Scott_____ ___Vincent_____ ___Van Dyke_____   Case number *(if known)* _____
       First Name      Middle Name        Last Name

**Unsecured claim**

| 11 | **What is the nature of the claim?** _____ | _____ |

_____
Creditor's Name

_____
Number       Street

_____

_____
City                State        Zip Code

_____
Contact

_____
Contact phone

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes.

Total claim (secured and unsecured):     _____
Value of security:                     – _____
Unsecured Claim:                         _____

| 12 | **What is the nature of the claim?** _____ | _____ |

_____
Creditor's Name

_____
Number       Street

_____

_____
City                State        Zip Code

_____
Contact

_____
Contact phone

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes.

Total claim (secured and unsecured):     _____
Value of security:                     – _____
Unsecured Claim:                         _____

| 13 | **What is the nature of the claim?** _____ | _____ |

_____
Creditor's Name

_____
Number       Street

_____

_____
City                State        Zip Code

_____
Contact

_____
Contact phone

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes.

Total claim (secured and unsecured):     _____
Value of security:                     – _____
Unsecured Claim:                         _____

Debtor 1    **Scott**      **Vincent**      **Van Dyke**         Case number *(if known)* _____

First Name      Middle Name      Last Name

**Unsecured claim**

**14**

Creditor's Name

Number    Street

City      State    Zip Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security: – _____
Unsecured Claim: _____

**15**

Creditor's Name

Number    Street

City      State    Zip Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security: – _____
Unsecured Claim: _____

**16**

Creditor's Name

Number    Street

City      State    Zip Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security: – _____
Unsecured Claim: _____

Debtor 1     __Scott__     __Vincent__     __Van Dyke__        Case number *(if known)* _____

First Name     Middle Name     Last Name

**Unsecured claim**

**17**

What is the nature of the claim? _____

**As of the date you file, the claim is:** Check all that apply.

_____
Creditor's Name

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

_____
Number     Street

_____

**Does the creditor have a lien on your property?**
☐ No
☐ Yes.

_____
City     State     Zip Code

Total claim (secured and unsecured): _____
Value of security:    – _____
Unsecured Claim: _____

_____
Contact

_____
Contact phone

---

**18**

What is the nature of the claim? _____

**As of the date you file, the claim is:** Check all that apply.

_____
Creditor's Name

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

_____
Number     Street

_____

**Does the creditor have a lien on your property?**
☐ No
☐ Yes.

_____
City     State     Zip Code

Total claim (secured and unsecured): _____
Value of security:    – _____
Unsecured Claim: _____

_____
Contact

_____
Contact phone

---

**19**

What is the nature of the claim? _____

**As of the date you file, the claim is:** Check all that apply.

_____
Creditor's Name

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

_____
Number     Street

_____

**Does the creditor have a lien on your property?**
☐ No
☐ Yes.

_____
City     State     Zip Code

Total claim (secured and unsecured): _____
Value of security:    – _____
Unsecured Claim: _____

_____
Contact

_____
Contact phone

Debtor 1    **Scott**      **Vincent**      **Van Dyke**                 Case number *(if known)* _____

     First Name      Middle Name      Last Name

**Unsecured claim**

| **20** |
|---|

**What is the nature of the claim?** _____

_____
Creditor's Name

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ None of the above apply

_____
Number     Street

_____
City           State    Zip Code

**Does the creditor have a lien on your property?**

☐ No

☐ Yes.

_____
Contact

Total claim (secured and unsecured):    _____

Value of security:    – _____

_____
Contact phone

Unsecured Claim:    _____

---

| **Part 2:** | Sign Below |
|---|---|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

**X** _____ /s/ Scott Vincent Van Dyke _____      **X** _____

Signature of Debtor 1                                  Signature of Debtor 2

Date   05/25/2021 _____           Date _____

     MM/   DD/   YYYY                                 MM/   DD/   YYYY

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**   Van Dyke, Scott Vincent

Case No. _____

**Debtor**

Chapter _____11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .......................................................................   _____   $0.00

Prior to the filing of this statement I have received ...........................................................   $23,162.00

Balance Due ......................................................................................................................   ($23,162.00)

2.   The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| _05/25/2021_ | /s/ Susan Tran Adams |
| Date | Susan Tran Adams |
| | *Signature of Attorney* |

Bar Number: 24075648
TRAN SINGH, LLP
2502 La Branch St.
Houston, TX 77004
Phone: (832) 975-7300

TRAN SINGH, LLP
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

IN RE: **Van Dyke, Scott Vincent**

CASE NO

CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____ 05/25/2021 _____     Signature _____ /s/ Scott Vincent Van Dyke _____
                                                                    Scott Vincent Van Dyke, Debtor

AmeriCredit/GM Financial
Attn: Bankruptcy
PO Box 183853
Arlington, TX 76096

Bank of America
4909 Savarese Circle FL1-908-01-50
Tampa, FL 33634

BBVA Compass
Attn: Bankruptcy
PO Box 10566
Birmingham, AL 35296

Cadence/Superior Bank
Operations Center
Birmingham, AL 35203

Central Portfolio Control
Attn: Bankruptcy Attn: Bankruptcy
10249 Yellow Circle Dr , Ste 200
Minnetonka, MN 55343

Chase Auto Finance
P.O. Box 78101
Phoenix, AZ 85062

Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850

Citibank
Citicorp Credit Srvs/Centralized Bk dept
PO Box 790034
St Louis, MO 63179

Encore Bank
Nine Greenway Plaza
Houston, TX 77046


Phoenix Financial Services,
LLC
Attn: Bankruptcy
PO Box 361450
Indianapolis,, IN 46236

Titlemax of Texas
15 Bull St Ste 200
Savannah, GA 31401-2686


Wells Fargo Dealer Services
Attn: Bankruptcy 1100 Corporate Center
Drive
Raleigh, NC 27607