IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: § <br> § Subchapter V <br> Scott Vincent Van Dyke § <br> § Case No. 21-60052 <br> Debtor. § **Christopher M. Lopez** | |

## NOTICE OF HEARING

Please be advised that the Court has set a hearing regarding the Debtor's Emergency Motion for Order (I) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services & (II) Establishing Procedures for Determining Requests for Additional Adequate Assurance (Docket No. 19) before the Honorable Christopher M. Lopez for Monday, June 28, 2021 at 1:30 PM. The hearing will be held via telephonic conference (dial-in number (832) 917-1510, conference room number 590153), and via video conference (https://www.gotomeet.me/JudgeLopez).

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June 2021, the interested parties on the attached service list were served this Notice of Hearing, via U.S. First Class mail or notice via CM/ECF.

Respectfully submitted,

**TRAN SINGH, LLP**

*/s/Susan Tran*
Susan Tran | TBN: 24075648
Brendon Singh | TBN: 24075646
2502 La Branch Street
Houston, Texas 77004
Ph: (832) 975-7300
Fax: (832) 975-7301
stran@ts-llp.com

**ATTORNEYS FOR DEBTOR**