

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

ENTERED
06/28/2021

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 21-60052 |
| SCOTT VINCENT VAN DYKE | § | |
| | § | |
| Debtor | § | |
| | § | CHAPTER 11 |

## SUBCHAPTER V DEADLINES ORDER

The Court will conduct a video and telephonic status conference required under 11 U.S.C. § 1188(a) on July 22, 2021 at 1:00 p.m. (CT).

The deadline to file the status report required under 11 U.S.C. § 1188(c) is July 12, 2021.

Unless extended by Court order, the deadline to file a chapter 11 plan is August 23, 2021.

Signed: June 28, 2021

Christopher Lopez
United States Bankruptcy Judge