Fill in this information to identify your case:

Debtor 1   **Scott**          **Vincent**          **Van Dyke**
           First Name       Middle Name         Last Name

Debtor 2
(Spouse, if filing)  _____
           First Name       Middle Name         Last Name

United States Bankruptcy Court for the:          **Southern District of Texas**

Case number          **21-60052**
(if known)

☐ Check if this is an amended filing

# Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders
**12/15**

If you are a individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**  List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | |
|---|---|
| **1** | |

Michael Noel
Creditor's Name

c/o Foley & Lardner, LLP

1000 Louisiana Street 2000
Number     Street

Houston, TX 77002
City          State     Zip Code

_____
Contact

_____
Contact phone

What is the nature of the claim?          Judgement          $900,992.08

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property? Unsecured
☑ No
☐ Yes.

Total claim (secured and unsecured):          _____
Value of security:                          – _____
Unsecured Claim:                            _____

Debtor 1    **Scott**          **Vincent**          **Van Dyke**                    Case number *(if known)* 21-60052
            First Name          Middle Name           Last Name

|  |  | **Unsecured claim** |
|---|---|---|

**2**

What is the nature of the claim?          Judgement                              $609,167.42

Builders West, Inc.
Creditor's Name

As of the date you file, the claim is: Check all that apply.

c/o Rusty Hardin & Associates, LLP

☐ Contingent
☐ Unliquidated
☑ Disputed

1401 McKinney Street 2250
Number          Street

☐ None of the above apply

Houston, TX 77010
City                State      Zip Code

Does the creditor have a lien on your property? Unsecured
☑ No

Contact

☐ Yes.

Total claim (secured and unsecured):        _____

Value of security:                       – _____

Contact phone

Unsecured Claim:                           _____

---

**3**

What is the nature of the claim?          Legal Services                         $86,010.61

Johns & Hebert, PLLC
Creditor's Name

As of the date you file, the claim is: Check all that apply.

2028 E. Ben White Blvd. 240-1000
Number          Street

☐ Contingent
☐ Unliquidated
☐ Disputed

Austin, TX 78741
City                State      Zip Code

☑ None of the above apply

Does the creditor have a lien on your property? Unsecured
☑ No

Contact

☐ Yes.

Total claim (secured and unsecured):        _____

Value of security:                       – _____

Contact phone

Unsecured Claim:                           _____

---

**4**

What is the nature of the claim?          CreditCard                             $46,074.00

Bank of America
Creditor's Name

As of the date you file, the claim is: Check all that apply.

4909 Savarese Circle FL1-908-01-50
Number          Street

☐ Contingent
☐ Unliquidated
☐ Disputed

Tampa, FL 33634
City                State      Zip Code

☑ None of the above apply

Does the creditor have a lien on your property? Unsecured
☑ No

Contact

☐ Yes.

Total claim (secured and unsecured):        _____

Value of security:                       – _____

Contact phone

Unsecured Claim:                           _____

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* 21-60052 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | **Unsecured claim** |
|---|---|---|

**5**

Chase Card Services
Creditor's Name

Attn: Bankruptcy

PO Box 15298
Number        Street

Wilmington, DE 19850
City                          State        Zip Code

Contact

_____
Contact phone

What is the nature of the claim? _____ CreditCard _____   $45,559.03

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property? Unsecured**
☑ No
☐ Yes.

Total claim (secured and unsecured):      _____
Value of security:                    – _____
Unsecured Claim:                        _____

---

**6**

Central Portfolio Control
Creditor's Name

Attn: Bankruptcy Attn: Bankruptcy

10249 Yellow Circle Dr , Ste 200
Number        Street

Minnetonka, MN 55343
City                          State        Zip Code

Contact

_____
Contact phone

What is the nature of the claim? _____ CollectionAttorney _____   $3,675.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property? Unsecured**
☑ No
☐ Yes.

Total claim (secured and unsecured):      _____
Value of security:                    – _____
Unsecured Claim:                        _____

---

**7**

Phoenix Financial Services, LLC
Creditor's Name

Attn: Bankruptcy

PO Box 361450
Number        Street

Indianapolis,, IN 46236
City                          State        Zip Code

_____
Contact

_____
Contact phone

What is the nature of the claim? _____ CollectionAttorney _____   $777.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property? Unsecured**
☑ No
☐ Yes.

Total claim (secured and unsecured):      _____
Value of security:                    – _____
Unsecured Claim:                        _____

---

Debtor 1   **Scott**         **Vincent**         **Van Dyke**                    Case number *(if known)* 21-60052
           First Name        Middle Name         Last Name

|  |  | **Unsecured claim** |
|---|---|---|

**8**

| | |
|---|---|
| Trieagle Energy | What is the nature of the claim?  ___Utility Bill___  **$670.00** |
| Creditor's Name | |
| PO Box 974655 | As of the date you file, the claim is: Check all that apply. |
| Number        Street | ☐ Contingent |
| Dallas, TX 75397 | ☐ Unliquidated |
| City        State    Zip Code | ☐ Disputed |
| | ☑ None of the above apply |
| Contact | **Does the creditor have a lien on your property? Unsecured** |
| | ☑ No |
| Contact phone | ☐ Yes. |
| | Total claim (secured and unsecured):        _____ |
| | Value of security:                        – _____ |
| | Unsecured Claim:                          _____ |

**9**

| | |
|---|---|
| AT&T U-verse | What is the nature of the claim?  ___Utility Bill___  **$295.00** |
| Creditor's Name | |
| PO Box 5014 | As of the date you file, the claim is: Check all that apply. |
| Number        Street | ☐ Contingent |
| Carol Stream, IL 60197 | ☐ Unliquidated |
| City        State    Zip Code | ☐ Disputed |
| | ☑ None of the above apply |
| Contact | **Does the creditor have a lien on your property? Unsecured** |
| | ☑ No |
| Contact phone | ☐ Yes. |
| | Total claim (secured and unsecured):        _____ |
| | Value of security:                        – _____ |
| | Unsecured Claim:                          _____ |

**10**

| | |
|---|---|
| City of Houston - Water Department | What is the nature of the claim?  ___Utility Bill___  **$140.00** |
| Creditor's Name | |
| PO Box 1560 | As of the date you file, the claim is: Check all that apply. |
| Number        Street | ☐ Contingent |
| Houston, TX 77251 | ☐ Unliquidated |
| City        State    Zip Code | ☐ Disputed |
| | ☑ None of the above apply |
| Contact | **Does the creditor have a lien on your property? Unsecured** |
| | ☑ No |
| Contact phone | ☐ Yes. |
| | Total claim (secured and unsecured):        _____ |
| | Value of security:                        – _____ |
| | Unsecured Claim:                          _____ |

Debtor 1    **Scott**              **Vincent**              **Van Dyke**                    Case number *(if known)* 21-60052
            First Name          Middle Name          Last Name

| | | | **Unsecured claim** |
|---|---|---|---|

**11**

What is the nature of the claim? _____ Utility Bill _____    $135.00

CenterPoint Energy
Creditor's Name

As of the date you file, the claim is: Check all that apply.

Attn: Bankruptcy

☐ Contingent
☐ Unliquidated

PO Box 4981
Number        Street

☐ Disputed
☑ None of the above apply

Houston, TX 77210-4981
City                State      Zip Code

**Does the creditor have a lien on your property? Unsecured**
☑ No

Contact

☐ Yes.

Contact phone

Total claim (secured and unsecured):     _____
Value of security:                     – _____
Unsecured Claim:                         _____

---

**12**

What is the nature of the claim? _____

Creditor's Name

As of the date you file, the claim is: Check all that apply.

Number        Street

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

City                State      Zip Code

**Does the creditor have a lien on your property?**
☐ No

Contact

☐ Yes.

Contact phone

Total claim (secured and unsecured):     _____
Value of security:                     – _____
Unsecured Claim:                         _____

---

**13**

What is the nature of the claim? _____

Creditor's Name

As of the date you file, the claim is: Check all that apply.

Number        Street

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

City                State      Zip Code

**Does the creditor have a lien on your property?**
☐ No

Contact

☐ Yes.

Contact phone

Total claim (secured and unsecured):     _____
Value of security:                     – _____
Unsecured Claim:                         _____

Debtor 1   __Scott__          __Vincent__          __Van Dyke_____          Case number *(if known)* _21-60052_____
           First Name        Middle Name         Last Name

**Unsecured claim**

**14**

_____
Creditor's Name

_____
Number       Street

_____

_____
City              State      Zip Code

_____
Contact

_____
Contact phone

What is the nature of the claim? _____          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes.

Total claim (secured and unsecured):          _____
Value of security:                         – _____
Unsecured Claim:                             _____

**15**

_____
Creditor's Name

_____
Number       Street

_____

_____
City              State      Zip Code

_____
Contact

_____
Contact phone

What is the nature of the claim? _____          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes.

Total claim (secured and unsecured):          _____
Value of security:                         – _____
Unsecured Claim:                             _____

**16**

_____
Creditor's Name

_____
Number       Street

_____

_____
City              State      Zip Code

_____
Contact

_____
Contact phone

What is the nature of the claim? _____          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes.

Total claim (secured and unsecured):          _____
Value of security:                         – _____
Unsecured Claim:                             _____

Debtor 1 __Scott_____ __Vincent_____ __Van Dyke_____   Case number *(if known)* _21-60052_____
   First Name   Middle Name   Last Name

**Unsecured claim**

---

**17**

Creditor's Name

Number  Street

City    State  Zip Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes.

Total claim (secured and unsecured): _____
Value of security: – _____
Unsecured Claim: _____

---

**18**

Creditor's Name

Number  Street

City    State  Zip Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes.

Total claim (secured and unsecured): _____
Value of security: – _____
Unsecured Claim: _____

---

**19**

Creditor's Name

Number  Street

City    State  Zip Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes.

Total claim (secured and unsecured): _____
Value of security: – _____
Unsecured Claim: _____

---

Debtor 1  **Scott**　　　　**Vincent**　　　　**Van Dyke**　　　　　　　Case number *(if known)* _21-60052_

　　　　　First Name　　　Middle Name　　　Last Name

**Unsecured claim**

| 20 |

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

_____
Creditor's Name

☐ Contingent

☐ Unliquidated

_____
Number　　　Street

☐ Disputed

☐ None of the above apply

_____

**Does the creditor have a lien on your property?**

_____
City　　　　　State　　Zip Code

☐ No

☐ Yes.

_____
Contact

Total claim (secured and unsecured):　　　_____

Value of security:　　　　　　　　　　　– _____

_____
Contact phone

Unsecured Claim:　　　　　　　　　　　　_____

---

**Part 2:** Sign Below

　　**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

**X** _____/s/ Scott Vincent Van Dyke_____　　**X** _____
Signature of Debtor 1　　　　　　　　　　　　　　　　　　　Signature of Debtor 2

Date _06/30/2021_____　　　　　　　　　　　　Date _____
　　　MM/　DD/　YYYY　　　　　　　　　　　　　　　MM/　DD/　YYYY

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (*If known*): **21-60052**

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy
04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Scott**<br>First name<br><br>**Vincent**<br>Middle name<br><br>**Van Dyke**<br>Last name<br><br>Suffix (Sr., Jr, II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – <u>2</u> <u>4</u> <u>3</u> <u>3</u><br>OR<br>9xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9xx – xx – ___ ___ ___ ___ |

Debtor 1   **Scott**          **Vincent**          **Van Dyke**                    Case number *(if known)* **21-60052**
            First Name          Middle Name          Last Name

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☐ I have not used any business names or EINs.

**Anglo-Dutch Energy, LLC**
Business name

**Anglo-Dutch (Tenge), LLC**
Business name

_7_ _6_ - _0_ _5_ _3_ _4_ - _0_ _4_ _1_
EIN

_7_ _6_ - _0_ _4_ _3_ - _0_ _1_ _4_ - _0_
EIN

See continuation page.

☐ I have not used any business names or EINs.

_____
Business name

_____
Business name

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

---

**5. Where you live**

**1515 South Boulevard**
Number        Street

_____

**Houston, TX 77006**
City                          State    ZIP Code

**Harris**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                          State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number        Street

_____

_____
City                          State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                          State    ZIP Code

---

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* **21-60052** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:   Tell the Court About Your Bankruptcy Case

| 7. | **The chapter of the Bankruptcy Code you are choosing to file under** | *Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box. |
|---|---|---|

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

| 8. | **How you will pay the fee** | ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |
|---|---|---|

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

| 9. | **Have you filed for bankruptcy within the last 8 years?** | ☑ No. |
|---|---|---|

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |

| 10. | **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?** | ☐ No. |
|---|---|---|

☑ Yes.

| Debtor | **Anglo-Dutch Energy, LLC** | | Relationship to you | **Business** |
|---|---|---|---|---|
| District | **Southern District of Texas** | When **04/23/2021** | Case number, if known | **21-60036** |
| | | MM / DD / YYYY | | |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |
| | | MM / DD / YYYY | | |

| 11. | **Do you rent your residence?** | ☑ No.   Go to line 12. |
|---|---|---|

☐ Yes.   Has your landlord obtained an eviction judgment against you?

   ☐ No. Go to line 12.

   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 __Scott__        __Vincent__        __Van Dyke__                    Case number *(if known)* __21-60052__
  First Name         Middle Name         Last Name

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No. Go to Part 4.

☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Name of business, if any

_____
Number        Street

_____

_____   _____   _____
City                     State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.  What is the hazard?  _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
                       Number        Street

_____

_____   _____   _____
City                     State      ZIP Code

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | | Case number *(if known)* **21-60052** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<div style="background:black;color:white">**Part 5:**</div> Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Scott**            **Vincent**          **Van Dyke**                                    Case number *(if known)*  **21-60052**
            First Name          Middle Name         Last Name

## Part 6:  Answer These Questions for Reporting Purposes

| | |
|---|---|
| **16.  What kind of debts do you have?** | **16a.  Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." |
| | ☑ No. Go to line 16b. |
| | ☐ Yes. Go to line 17. |
| | **16b.  Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment. |
| | ☐ No. Go to line 16c. |
| | ☑ Yes. Go to line 17. |
| | **16c.**  State the type of debts you owe that are not consumer debts or business debts. |
| | _____ |

| | |
|---|---|
| **17.  Are you filing under Chapter 7?** | ☑ No.   I am not filing under Chapter 7. Go to line 18. |
| **Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?** | ☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors? |
| | ☐ No |
| | ☐ Yes |

| | |
|---|---|
| **18.  How many creditors do you estimate that you owe?** | ☑ 1-49                ☐ 1,000-5,000         ☐ 25,001-50,000  ☐ 50,000-100,000  ☐ More than 100,000 |
| | ☐ 50-99               ☐ 5,001-10,000 |
| | ☐ 100-199             ☐ 10,001-25,000 |
| | ☐ 200-999 |

| | |
|---|---|
| **19.  How much do you estimate your assets to be worth?** | ☐ $0-$50,000                ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000          ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000         ☑ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million       ☐ $100,000,001-$500 million     ☐ More than $50 billion |

| | |
|---|---|
| **20.  How much do you estimate your liabilities to be?** | ☐ $0-$50,000                ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000          ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000         ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million       ☐ $100,000,001-$500 million     ☐ More than $50 billion |

## Part 7:  Sign Below

| | |
|---|---|
| **For you** | I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct. |
| | If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7. |
| | If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b). |
| | I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571. |

**X** **/s/ Scott Vincent Van Dyke**
_____
Scott Vincent Van Dyke, Debtor 1

Executed on  **06/30/2021**
            MM/  DD/  YYYY

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* **21-60052** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X  **/s/ Susan Tran Adams**                         Date  **06/30/2021**
   Signature of Attorney for Debtor                     MM / DD / YYYY

   **Susan Tran Adams**
   Printed name

   **TRAN SINGH, LLP**
   Firm name

   **2502 La Branch St.**
   Number        Street


   **Houston**                                      **TX**    **77004**
   City                                             State    ZIP Code


   Contact phone  **(832) 975-7300**        Email address  **stran@ts-llp.com**


   **24075648**                                     **TX**
   Bar number                                       State

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | | Case number *(if known)*  **21-60052** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Items:** Continuation Page

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years (cont)**

*Include trade names and* doing *business as names*

**Anglo-Dutch (Everest), LLC**
Business name

**Anglo-Dutch (Neftenge), LLC**
Business name

**Anglo-Dutch Energy Partners IV, LLC**
Business name

**American Oil & Gas, LLC**
Business name

**Trepador Energy, LLC**
Business name

**Potomac Assets, LLC**
Business name

**Texas Petroleum Operations, LLC**
Business name

**Burgoyne Investments, LLC**
Business name

__7__ __6__ - __0__ __6__ __3__ __3__ __1__ __9__ __7__
EIN

__7__ __6__ - __0__ __4__ __9__ __2__ __4__ __1__ - __0__
EIN

__4__ __5__ __4__ __6__ __6__ __9__ __6__ __5__ __2__
EIN

__7__ __6__ - __0__ __6__ __3__ __1__ __1__ __3__ __9__
EIN

__4__ __7__ __4__ __3__ __5__ __8__ __4__ __3__ __2__
EIN

__8__ __5__ - __2__ __4__ __8__ __5__ __4__ __0__ __7__
EIN

__8__ __5__ - __2__ __4__ __8__ __5__ __4__ __0__ __7__
EIN

__8__ __5__ - __2__ __1__ __5__ - __2__ __5__ __1__ - __2__
EIN

Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number | **21-60052** | | |

☐ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1 **1515 South Boulevard**
   Street address, if available, or other description

   **Houston, TX 77006**
   City                State        ZIP Code

   **Harris**
   County

   **What is the property?** Check all that apply.

   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.

   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   **Other information you wish to add about this item, such as local property identification number:**
   TR 6 BROADACRES

   **Source of Value:**
   HCAD

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?**
   $4,215,000.00

   **Current value of the portion you own?**
   $4,215,000.00

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   **Fee Simple**

   ☐ Check if this is community property
   (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**................................................................. → | $4,215,000.00 |

Debtor 1    **Scott**              **Vincent**              **Van Dyke**                          Case number *(if known)*  **21-60052**
            First Name          Middle Name          Last Name

---

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☐ No
   ☑ Yes

   3.1 Make:          **Chevrolet**        **Who has an interest in the property?** Check one.
       Model:         **Silverado**        ☑ Debtor 1 only
                                           ☐ Debtor 2 only
       Year:          **2016**             ☐ Debtor 1 and Debtor 2 only
       Approximate mileage:  **70000**     ☐ At least one of the debtors and another

       Other information:                  ☐ **Check if this is community property** (see instructions)

       Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

       **Current value of the entire property?**          **Current value of the portion you own?**
                          $23,500.00                                          $23,500.00

   If you own or have more than one, list here:

   3.2 Make:          **Chevrolet**        **Who has an interest in the property?** Check one.
       Model:         **Tahoe**            ☑ Debtor 1 only
                                           ☐ Debtor 2 only
       Year:          **2013**             ☐ Debtor 1 and Debtor 2 only
       Approximate mileage:  **65000**     ☐ At least one of the debtors and another

       Other information:                  ☐ **Check if this is community property** (see instructions)

       Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

       **Current value of the entire property?**          **Current value of the portion you own?**
                          $19,500.00                                          $19,500.00

   3.3 Make:          **Chevrolet**        **Who has an interest in the property?** Check one.
       Model:         **Suburban**         ☑ Debtor 1 only
                                           ☐ Debtor 2 only
       Year:          **2004**             ☐ Debtor 1 and Debtor 2 only
       Approximate mileage:  **185000**    ☐ At least one of the debtors and another

       Other information:                  ☐ **Check if this is community property** (see instructions)

       Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

       **Current value of the entire property?**          **Current value of the portion you own?**
                          $3,500.00                                           $3,500.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* **21-60052** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................... → **$46,500.00**

## Part 3:  Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

   *Examples:*  Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe........ | See Attached. | **$7,700.00**

7. **Electronics**

   *Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe........ | See Attached. | **$2,250.00**

8. **Collectibles of value**

   *Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No
   ☑ Yes. Describe........ | See Attached. | **$2,105.00**

9. **Equipment for sports and hobbies**

   *Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes. Describe........ | Sports equipment | **$1,000.00**

10. **Firearms**

    *Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe........ | Clock AR-15 (2), ammunition & accessories | **$500.00**

11. **Clothes**

    *Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe........ | See Attached. | **$750.00**

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* **21-60052** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

12. **Jewelry**

*Examples:*   Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe........ | See Attached. | **$150.00**

13. **Non-farm animals**

*Examples:*   Dogs, cats, birds, horses

☐ No
☑ Yes. Describe........ | Dogs (3) | **$600.00**

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Describe........ | |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**................................................................................➔  | **$15,055.00**

---

**Part 4:**  Describe Your Financial Assets

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

*Examples:*   Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes......................................................................................................................   Cash..............

17. **Deposits of money**

*Examples:*   Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes.................

Institution name:

17.1. Checking account:   **Frost Bank**                          **$1,000.00**

17.2. Checking account:   _____          _____

17.3. Savings account:   _____          _____

17.4. Savings account:   _____          _____

---

Debtor 1    **Scott**          **Vincent**          **Van Dyke**                    Case number *(if known)* **21-60052**
　　　　　　First Name        Middle Name        Last Name

17.5. Certificates of deposit: _____   _____

17.6. Other financial account: _____   _____

17.7. Other financial account: _____   _____

17.8. Other financial account: _____   _____

17.9. Other financial account: _____   _____

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:*   Bond funds, investment accounts with brokerage firms, money market accounts
   ☑ No
   ☐ Yes..................

   Institution or issuer name:

   _____   _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ☑ Yes. Give specific
   　information about
   　them...................

   Name of entity:                                          % of ownership:

   **Anglo-Dutch Energy, LLC**                         **100**         %        $10,612,475.00

   **Anglo-Dutch (Tenge), LLC**                        **100**         %            $400.00

   **Angle-Dutch (Everest), LLC**                      **100**         %         $125,000.00

   **Anglo-Dutch (Neftenge), LLC**                     **100**         %            $400.00

   **Anglo-Dutch Energy Partners IV, LLC**             **100**         %            $400.00

   **American Oil & Gas, LLC**                         **100**         %            $400.00

   **Trepador Energy, LLC**                            **100**         %       $46,500,000.00

   **Potomac Assets, LLC**                             **100**         %            $400.00

   **Texas Petroleum Operations, LLC**                 **100**         %         $400,000.00

   **Burgoyne Investments, LLC**                       **100**         %            $400.00

Debtor 1   **Scott**          **Vincent**          **Van Dyke**                    Case number *(if known)* **21-60052**
            First Name         Middle Name          Last Name

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☐ No
    ☑ Yes. Give specific
       information about
       them...................

    Issuer name:

    **Harris County District Courts**_____      _____**$422,645.00**

21. **Retirement or pension accounts**

    *Examples:*   Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes. List each account
       separately.

    Type of account:          Institution name:

    401(k) or similar plan:   _____      _____

    Pension plan:             _____      _____

    IRA:                      _____      _____

    Retirement account:       _____      _____

    Keogh:                    _____      _____

    Additional account:       _____      _____

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes.....................

                              Institution name or individual:

    Electric:                 _____      _____

    Gas:                      _____      _____

    Heating oil:              _____      _____

    Security deposit on rental unit: _____   _____

    Prepaid rent:             _____      _____

Debtor 1     **Scott**          **Vincent**          **Van Dyke**          Case number *(if known)* **21-60052**
_____
                First Name        Middle Name         Last Name

Telephone: _____     _____

Water: _____     _____

Rented furniture: _____     _____

Other: _____     _____

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................

Issuer name and description:

_____     _____

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____     _____

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
      information about them....    [                            ]     _____

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:*    Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
      information about them....    [                            ]     _____

27.  **Licenses, franchises, and other general intangibles**
*Examples:*    Building permits, exclusive licenses, cooperative association holdings, liquor licenses,
              professional licenses

☑ No
☐ Yes. Give specific
      information about them....    [                            ]     _____

**Money or property owed to you?**                                         **Current value of the portion you own?**
                                                                           Do not deduct secured claims or exemptions.

Debtor 1    **Scott**           **Vincent**          **Van Dyke**                        Case number *(if known)*  **21-60052**
            First Name        Middle Name        Last Name

28. **Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information about them, including whether you already filed the returns and the tax years......................

Federal: _____

State: _____

Local: _____

29. **Family support**

*Examples:*    Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information..........

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

30. **Other amounts someone owes you**

*Examples:*    Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information..........                                              _____

31. **Interests in insurance policies**

*Examples:*    Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes.  Name the insurance company of each policy and list its value....

Company name: _____    Beneficiary: _____    Surrender or refund value: _____

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes.  Give specific information..........                                              _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:*    Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes.  Describe each claim................    See Attached.                             **$1,300,000.00**

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | | Case number *(if known)* **21-60052** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**34.** **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes.  Describe each claim................

**35.** **Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information..........

**36.** **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ............................................................................... →   **$59,363,520.00**

---

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37.** **Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
☑ Yes. Go to line 38.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

**38.** **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe........

**39.** **Office equipment, furnishings, and supplies**

*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☑ Yes. Describe........   Office equipment   **$100.00**

**40.** **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe........

**41.** **Inventory**

☑ No
☐ Yes. Describe........

**42.** **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe........

Name of entity:                                    % of ownership:

Debtor 1    **Scott**          **Vincent**          **Van Dyke**                    Case number *(if known)* **21-60052**
            First Name          Middle Name          Last Name

_____    _____%    _____

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ☑ No
   ☐ Yes. Describe........ [_____]    _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific
   information.........

_____    _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
    **for Part 5. Write that number here**.................................................................................➔   | **$100.00** |

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

47. **Farm animals**

   *Examples:*   Livestock, poultry, farm-raised fish

☑ No
☐ Yes...................... [_____]    _____

48. **Crops—either growing or harvested**

☑ No
☐ Yes. Give specific
   information............. [_____]    _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....................... [_____]    _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....................... [_____]    _____

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* **21-60052** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information............

_____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**............................................. ➔

| **$0.00** |
|---|

---

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information............

_____
_____
_____

**54. Add the dollar value of all of your entries from Part 7. Write that number here**........................... ➔

| **$0.00** |
|---|

---

**Part 8:** List the Totals of Each Part of this Form

**55. Part 1: Total real estate, line 2**................................................................................... ➔

| **$4,215,000.00** |
|---|

**56. Part 2: Total vehicles, line 5**         $46,500.00

**57. Part 3: Total personal and household items, line 15**         $15,055.00

**58. Part 4: Total financial assets, line 36**         $59,363,520.00

**59. Part 5: Total business-related property, line 45**         $100.00

**60. Part 6: Total farm- and fishing-related property, line 52**         $0.00

**61. Part 7: Total other property not listed, line 54**    +     $0.00

**62. Total personal property.** Add lines 56 through 61..............    $59,425,175.00    Copy personal property total ➔ +   $59,425,175.00

**63. Total of all property on Schedule A/B.** Add line 55 + line 62.................................................    $63,640,175.00

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* **21-60052** |
| | First Name | Middle Name | Last Name | |

# SCHEDULE A/B: PROPERTY
## Continuation Page

6. **Household goods and furnishings**

| | |
|---|---|
| Couches/recliners (2) | $100.00 |
| Coffee table | $50.00 |
| Dishwashers (4) | $100.00 |
| Microwaves (3) | $100.00 |
| Refrigerators (4) | $200.00 |
| Bed & frame | $50.00 |
| Dresser | $200.00 |
| Nightstand | $50.00 |
| Washing machines (2) | $200.00 |
| Dryers (2) | $200.00 |
| End tables (2) | $50.00 |
| Lamps (4) | $100.00 |
| Dinner tables (2) | $1,000.00 |
| Dining chairs (12) | $1,000.00 |
| Stoves/ovens (4) | $100.00 |
| Small appliances (20) | $300.00 |
| Dishware: pots & pans | $200.00 |
| Fine China | $1,000.00 |
| Flatware & utensils | $1,000.00 |
| Armoires (2) | $250.00 |
| Mirror | $50.00 |
| Rugs (5) | $250.00 |
| Bathroom items | $50.00 |
| Linens, bedsheets, & towels | $100.00 |
| Misc. household items | $1,000.00 |

7. **Electronics**

| | |
|---|---|
| Cell phones (2) & accessories | $100.00 |
| TVs (6) | $900.00 |
| Stereo receiver & equipment | $100.00 |
| DVD player & DVDs | $50.00 |
| Computer/laptop & accessories | $100.00 |
| Printer | $100.00 |
| Security cameras, equipment, & software | $350.00 |
| Speakers (4) | $400.00 |
| Camera & accessories | $150.00 |

8. **Collectibles of value**

| | |
|---|---|
| Pictures | $5.00 |
| Art/paintings (2) | $2,000.00 |
| Books | $100.00 |

11. **Clothes**

| | |
|---|---|
| Wearing apparel, accessories, & shoes | $550.00 |
| Eyewear | $200.00 |

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | | Case number *(if known)* **21-60052** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

# SCHEDULE A/B: PROPERTY
## Continuation Page

12. **Jewelry**

| | |
|---|---|
| **Watches (4)** | **$100.00** |
| **Ring** | **$50.00** |

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

| | |
|---|---|
| **Potential malpractice lawsuit against Beck Redden, LLP** | **unknown** |
| **Potential malpractice lawsuit against Johns & Counsel, PLLC** | **unknown** |
| **Claim in Swonke Litigation** | **$1,300,000.00** |

Schedule A/B: Property

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Scott | Vincent | Van Dyke |

Debtor 1   __Scott__ __Vincent__ __Van Dyke__
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)   _____ _____ _____
First Name   Middle Name   Last Name

United States Bankruptcy Court for the:   __Southern District of Texas__

Case number   __21-60052__
(if known)

☐ Check if this is an
amended filing

# Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:   Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>1515 South Boulevard Houston, TX 77006<br><br>Line from *Schedule A/B*:   1.1 | $4,215,000.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002(Claimed: $1,987,276.27) |
| Brief description:<br>2016 Chevrolet Silverado<br><br>Line from *Schedule A/B*:   3.1 | $23,500.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)(Claimed: $13,485.50) |

3. **Are you claiming a homestead exemption of more than $170,350?**

   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☑ No

      ☐ Yes

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | | Case number *(if known)* 21-60052 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>2013 Chevrolet Tahoe<br><br>Line from *Schedule A/B*: 3.2 | $19,500.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)(Claimed: $7,375.81) |
| Brief description:<br>2004 Chevrolet Suburban<br><br>Line from *Schedule A/B*: 3.3 | $3,500.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)(Claimed: $3,500.00) |
| Brief description:<br>Couches/recliners (2)<br><br>Line from *Schedule A/B*: 6 | $100.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $100.00) |
| Brief description:<br>Coffee table<br><br>Line from *Schedule A/B*: 6 | $50.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $50.00) |
| Brief description:<br>Dishwashers (4)<br><br>Line from *Schedule A/B*: 6 | $100.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $100.00) |
| Brief description:<br>Microwaves (3)<br><br>Line from *Schedule A/B*: 6 | $100.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $100.00) |
| Brief description:<br>Refrigerators (4)<br><br>Line from *Schedule A/B*: 6 | $200.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $200.00) |
| Brief description:<br>Bed & frame<br><br>Line from *Schedule A/B*: 6 | $50.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $50.00) |
| Brief description:<br>Dresser<br><br>Line from *Schedule A/B*: 6 | $200.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $200.00) |

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* 21-60052 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Nightstand  Line from *Schedule A/B:* 6 | $50.00 | ☐ _____  ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $50.00) |
| Brief description: Washing machines (2)  Line from *Schedule A/B:* 6 | $200.00 | ☐ _____  ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $200.00) |
| Brief description: Dryers (2)  Line from *Schedule A/B:* 6 | $200.00 | ☐ _____  ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $200.00) |
| Brief description: End tables (2)  Line from *Schedule A/B:* 6 | $50.00 | ☐ _____  ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $50.00) |
| Brief description: Lamps (4)  Line from *Schedule A/B:* 6 | $100.00 | ☐ _____  ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $100.00) |
| Brief description: Dinner tables (2)  Line from *Schedule A/B:* 6 | $1,000.00 | ☐ _____  ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $1,000.00) |
| Brief description: Dining chairs (12)  Line from *Schedule A/B:* 6 | $1,000.00 | ☐ _____  ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $1,000.00) |
| Brief description: Stoves/ovens (4)  Line from *Schedule A/B:* 6 | $100.00 | ☐ _____  ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $100.00) |
| Brief description: Small appliances (20)  Line from *Schedule A/B:* 6 | $300.00 | ☐ _____  ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $300.00) |

Debtor 1    **Scott**          **Vincent**          **Van Dyke**                      Case number *(if known)* 21-60052
            First Name         Middle Name          Last Name

**Part 2:**  Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Dishware: pots & pans<br><br>Line from *Schedule A/B*:    6 | $200.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $200.00) |
| Brief description:<br>Fine China<br><br>Line from *Schedule A/B*:    6 | $1,000.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $1,000.00) |
| Brief description:<br>Flatware & utensils<br><br>Line from *Schedule A/B*:    6 | $1,000.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $1,000.00) |
| Brief description:<br>Armoires (2)<br><br>Line from *Schedule A/B*:    6 | $250.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $250.00) |
| Brief description:<br>Mirror<br><br>Line from *Schedule A/B*:    6 | $50.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $50.00) |
| Brief description:<br>Rugs (5)<br><br>Line from *Schedule A/B*:    6 | $250.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $250.00) |
| Brief description:<br>Bathroom items<br><br>Line from *Schedule A/B*:    6 | $50.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $50.00) |
| Brief description:<br>Linens, bedsheets, & towels<br><br>Line from *Schedule A/B*:    6 | $100.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $100.00) |
| Brief description:<br>Misc. household items<br><br>Line from *Schedule A/B*:    6 | $1,000.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $1,000.00) |

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* 21-60052 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Cell phones (2) & accessories<br><br>Line from *Schedule A/B:*   7 | $100.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $100.00) |
| Brief description:<br>TVs (6)<br><br>Line from *Schedule A/B:*   7 | $900.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $900.00) |
| Brief description:<br>Stereo receiver & equipment<br><br>Line from *Schedule A/B:*   7 | $100.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $100.00) |
| Brief description:<br>DVD player & DVDs<br><br>Line from *Schedule A/B:*   7 | $50.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $50.00) |
| Brief description:<br>Computer/laptop & accessories<br><br>Line from *Schedule A/B:*   7 | $100.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $100.00) |
| Brief description:<br>Printer<br><br>Line from *Schedule A/B:*   7 | $100.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $100.00) |
| Brief description:<br>Security cameras, equipment, & software<br><br>Line from *Schedule A/B:*   7 | $350.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $350.00) |
| Brief description:<br>Speakers (4)<br><br>Line from *Schedule A/B:*   7 | $400.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $400.00) |
| Brief description:<br>Camera & accessories<br><br>Line from *Schedule A/B:*   7 | $150.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $150.00) |

Official Form 106C                **Schedule C: The Property You Claim as Exempt**                page 5 of 7

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* 21-60052 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Books<br><br>Line from *Schedule A/B:*  8 | $100.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $100.00) |
| Brief description:<br>Pictures<br><br>Line from *Schedule A/B:*  8 | $5.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $5.00) |
| Brief description:<br>Art/paintings (2)<br><br>Line from *Schedule A/B:*  8 | $2,000.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $2,000.00) |
| Brief description:<br>Sports equipment<br><br>Line from *Schedule A/B:*  9 | $1,000.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)(Claimed: $1,000.00) |
| Brief description:<br>Clock AR-15 (2), ammunition & accessories<br><br>Line from *Schedule A/B:*  10 | $500.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)(Claimed: $500.00) |
| Brief description:<br>Wearing apparel, accessories, & shoes<br><br>Line from *Schedule A/B:*  11 | $550.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)(Claimed: $550.00) |
| Brief description:<br>Eyewear<br><br>Line from *Schedule A/B:*  11 | $200.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)(Claimed: $200.00) |
| Brief description:<br>Watches (4)<br><br>Line from *Schedule A/B:*  12 | $100.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)(Claimed: $100.00) |
| Brief description:<br>Ring<br><br>Line from *Schedule A/B:*  12 | $50.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)(Claimed: $50.00) |

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)*  21-60052 |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |

**Part 2:**  Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description:<br>Dogs (3)<br><br>Line from *Schedule A/B:*  13 | $600.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a) (11)(Claimed: $600.00) |
| Brief description:<br>Office equipment<br><br>Line from *Schedule A/B:*  39 | $100.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a) (4)(Claimed: $100.00) |

Official Form 106C    **Schedule C: The Property You Claim as Exempt**    page 7 of 7

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Scott | Vincent | Van Dyke |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | Southern District of Texas | |
| Case number | 21-60052 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

**2.** **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1** Cadence/Superior Bank<br>Creditor's Name<br><br>Operations Center<br>Number      Street<br>Birmingham, AL 35203<br>City        State     ZIP Code | **Describe the property that secures the claim:**<br><br>1515 South Boulevard Houston, TX 77006 | $1,885,210.00 | $4,215,000.00 | $0.00 |

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** 5/1/2008

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number  9   8   9   9

| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,885,210.00 |
|---|---|

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | | Case number *(if known)* 21-60052 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|---|

| 2.2 | Harris County et al | Describe the property that secures the claim: | $259,420.38 | $4,215,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

c/o LGBS, LLP

P.O. Box 3064
Number        Street

Houston, TX 77253
City                State      ZIP Code

Describe the property that secures the claim:

1515 South Boulevard Houston, TX 77006

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number ___ ___ ___ ___

| 2.3 | Propel Financial Services, LLC | Describe the property that secures the claim: | $83,093.35 | $4,215,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

P.O. Box 100350
Number        Street

San Antonio, TX 78201
City                State      ZIP Code

Describe the property that secures the claim:

1515 South Boulevard Houston, TX 77006

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number ___ ___ ___ ___

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $342,513.73 |
|---|---|

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* 21-60052 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.4** Titlemax of Texas

Creditor's Name

15 Bull St Ste 200
Number          Street

Savannah, GA 31401-2686
City                State          ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

Describe the property that secures the claim:

2013 Chevrolet Tahoe

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

Column A: $12,124.19   Column B: $19,500.00   Column C: $0.00

**2.5** Wells Fargo Dealer Services

Creditor's Name

Attn: Bankruptcy

1100 Corporate Center Drive
Number          Street

Raleigh, NC 27607
City                State          ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
2/1/2017

Describe the property that secures the claim:

2016 Chevrolet Silverado

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number** 8 3 4 0

Column A: $10,014.50   Column B: $23,500.00   Column C: $0.00

| Add the dollar value of your entries in Column A on this page. Write that number here: | $22,138.69 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $2,249,862.42 |

**Fill in this information to identify your case:**

Debtor 1      **Scott**          **Vincent**          **Van Dyke**
              First Name         Middle Name          Last Name

Debtor 2
(Spouse, if filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the:          **Southern District of Texas**

Case number      **21-60052**
(if known)

☐ Check if this is an
   amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

**2.** **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** **Internal Revenue Service** <br> Priority Creditor's Name <br><br> **PO Box 7346** <br> Number      Street <br> **Philadelphia, PA 19101** <br> City      State      ZIP Code | Last 4 digits of account number _____ <br><br> **When was the debt incurred?** _____ | | unknown | $0.00 | unknown |

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* **21-60052** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** List All of Your NONPRIORITY Unsecured Claims

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | **Total claim** |
|---|---|---|

**4.1** **AmeriCredit/GM Financial**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 183853**
Number          Street

**Arlington, TX 76096**
City                State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **8397**

**When was the debt incurred?**   **10/01/2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Automobile**

**Total claim: $0.00**

---

**4.2** **AT&T U-verse**
Nonpriority Creditor's Name

**PO Box 5014**
Number          Street

**Carol Stream, IL 60197**
City                State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Utility Bill**

**Total claim: $295.00**

---

**4.3** **Bank of America**
Nonpriority Creditor's Name

**4909 Savarese Circle FL1-908-01-50**
Number          Street

**Tampa, FL 33634**
City                State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **5704**

**When was the debt incurred?**   **06/01/1983**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**CreditCard**

**Total claim: $46,074.00**

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* **21-60052** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.4**

**BBVA Compass**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 10566**
Number          Street

**Birmingham, AL 35296**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **6922**

**When was the debt incurred?**   **06/01/2013**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Automobile**

**$0.00**

---

**4.5**

**Builders West, Inc.**
Nonpriority Creditor's Name

**c/o Rusty Hardin & Associates, LLP**

**1401 McKinney Street 2250**
Number          Street

**Houston, TX 77010**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  _____

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Judgement**

**$609,167.42**

---

**4.6**

**CenterPoint Energy**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 4981**
Number          Street

**Houston, TX 77210-4981**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  _____

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Utility Bill**

**$135.00**

---

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* **21-60052** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.7** Central Portfolio Control
Nonpriority Creditor's Name

Attn: Bankruptcy Attn: Bankruptcy

10249 Yellow Circle Dr , Ste 200
Number          Street

Minnetonka, MN 55343
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  7637

When was the debt incurred?     02/01/2019

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **CollectionAttorney**

**$3,675.00**

---

**4.8** Chase Auto Finance
Nonpriority Creditor's Name

P.O. Box 78101
Number          Street

Phoenix, AZ 85062
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  2808

When was the debt incurred?     03/01/2013

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Automobile**

**$0.00**

---

**4.9** Chase Card Services
Nonpriority Creditor's Name

Attn: Bankruptcy

PO Box 15298
Number          Street

Wilmington, DE 19850
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  6442

When was the debt incurred?     02/01/1995

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **CreditCard**

**$45,559.03**

---

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* **21-60052** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

---

**4.10**

Citibank
Nonpriority Creditor's Name

Citicorp Credit Srvs/Centralized Bk dept

PO Box 790034
Number      Street

St Louis, MO 63179
City                State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  6713

When was the debt incurred?   08/01/1995

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **CreditCard**

$0.00

---

**4.11**

City of Houston - Water Department
Nonpriority Creditor's Name

PO Box 1560
Number      Street

Houston, TX 77251
City                State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Utility Bill**

$140.00

---

**4.12**

Encore Bank
Nonpriority Creditor's Name

Nine Greenway Plaza
Number      Street

Houston, TX 77046
City                State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  9899

When was the debt incurred?   05/22/2008

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **CreditLineSecured**

$0.00

---

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* **21-60052** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.13**   **Johns & Hebert, PLLC**                                                         $86,010.61
Nonpriority Creditor's Name

**2028 E. Ben White Blvd. 240-1000**
Number        Street

**Austin, TX 78741**
City                     State      ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Legal Services**

---

**4.14**   **Littlemill Limited, et. al.**                                                   **unknown**
Nonpriority Creditor's Name

**c/o HMH**

**3200 Travis 4th Floor**
Number        Street

**Houston, TX 77006**
City                     State      ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Potential Judgement**

---

**4.15**   **Michael Noel**                                                                 $900,992.08
Nonpriority Creditor's Name

**c/o Foley & Lardner, LLP**

**1000 Louisiana Street 2000**
Number        Street

**Houston, TX 77002**
City                     State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Judgement**

---

Debtor 1    **Scott**          **Vincent**          **Van Dyke**                              Case number *(if known)* **21-60052**
            First Name         Middle Name          Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                    **Total claim**

---

**4.16**   **Philadelphia Indemnity Insurance Co.**                                                                              **unknown**
Nonpriority Creditor's Name

**c/o KF&D, PLLC**

**909 18th Street**
Number          Street

**Plano, TX 75074**
City                              State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Potential Judgement**

---

**4.17**   **Phoenix Financial Services, LLC**                                                                                   **$777.00**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 361450**
Number          Street

**Indianapolis,, IN 46236**
City                              State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **5462**

**When was the debt incurred?** **10/01/2017**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CollectionAttorney**

---

**4.18**   **Trieagle Energy**                                                                                                  **$670.00**
Nonpriority Creditor's Name

**PO Box 974655**
Number          Street

**Dallas, TX 75397**
City                              State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Utility Bill**

---

| Debtor 1 | Scott | Vincent | Van Dyke | | Case number *(if known)* __21-60052__ |
|----------|-------|---------|----------|--|--------------------------------------|
| | First Name | Middle Name | Last Name | | |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | Total claim |
|--|--|--|-------------|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $0.00 |

| | | | Total claim |
|--|--|--|-------------|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $1,693,495.14 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $1,693,495.14 |

Fill in this information to identify your case:

| Debtor 1 | Scott | Vincent | Van Dyke | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the:      Southern District of Texas

Case number       21-60052
(if known)

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| 2.1 | |
| Name | |
| Number       Street | |
| City                       State       ZIP Code | |
| 2.2 | |
| Name | |
| Number       Street | |
| City                       State       ZIP Code | |
| 2.3 | |
| Name | |
| Number       Street | |
| City                       State       ZIP Code | |
| 2.4 | |
| Name | |
| Number       Street | |
| City                       State       ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Scott | Vincent | Van Dyke |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | Southern District of Texas | |
| Case number | 21-60052 | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name

      _____
      Number      Street

      _____
      City                          State      ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F,* **or** *Schedule G* **to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** Anglo-Dutch (Tenge), LLC<br>Name<br>PO Box 22322<br>Number      Street<br>Houston, TX 77227<br>City                State   ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  4.5<br>☐ Schedule G, line _____ |
| **3.2** Anglo-Dutch Energy, LLC<br>Name<br>PO Box 22322<br>Number      Street<br>Houston, TX 77227<br>City                State   ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  4.5, 4.15, 4.16<br>☐ Schedule G, line _____ |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number (if known) | **21-60052** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **1.** | **Fill in your employment information.** | | |

If you have more than one job, attach a separate page with information about additional employers.

Include part time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed  ☐ Not Employed | ☐ Employed  ☐ Not Employed |
| **Occupation** | CEO | |
| **Employer's name** | Texas Petroleum Operations, LLC | |
| **Employer's address** | PO Box 22322 | |
| | Number Street | Number Street |
| | | |
| | Houston, TX 77227 | |
| | City          State    Zip Code | City          State    Zip Code |
| **How long employed there?** | 1 year | |

### Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** | **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2.  _____ $0.00 | _____ $0.00 |
| **3.** | **Estimate and list monthly overtime pay.** | 3. + _____ $0.00 | + _____ $0.00 |
| **4.** | **Calculate gross income.** Add line 2 + line 3. | 4. _____ $0.00 | _____ $0.00 |

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* 21-60052 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here...............................................................➔ | 4. | $0.00 | $0.00 |
| 5. List all payroll deductions: | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $0.00 | $0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| 5e. **Insurance** | 5e. | $0.00 | $0.00 |
| 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. + | $0.00 | + $0.00 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $0.00 | $0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $0.00 | $0.00 |
| 8. List all other income regularly received: | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $38,065.00 | $0.00 |
| 8b. **Interest and dividends** | 8b. | $0.00 | $0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $17,850.00 | $0.00 |
| 8d. **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| 8e. **Social Security** | 8e. | $0.00 | $0.00 |
| 8f. **Other government assistance that you regularly receive** | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. + | $0.00 | + $0.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $55,915.00 | $0.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | $55,915.00 | + $0.00 = $55,915.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____     11. + $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies     12. $55,915.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.
☑ Yes. Explain: | Debtor anticipates business to generate more income by selling prospects & drilling new wells. Debtor also receives sporadic income from family assistance. |

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* 21-60052 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

8a. Attached Statement

# **Anglo-Dutch Energy, LLC**

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    1.    Gross Monthly Income:          $1,650.00

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

    2.    Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts

        TOTAL PAYMENTS TO SECURED CREDITORS      $0.00

    3.    Other Expenses

        TOTAL OTHER EXPENSES      $0.00

    4.    TOTAL MONTHLY EXPENSES(Add item 2 - 21)      $0.00

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

    5.    AVERAGE NET MONTHLY INCOME(Subtract item 22 from item 1)      $1,650.00

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* 21-60052 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

8a. Attached Statement

## Texas Petroleum Operations, LLC

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

1.   Gross Monthly Income: $36,415.00

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

2.   Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts

TOTAL PAYMENTS TO SECURED CREDITORS $0.00

3.   Other Expenses

TOTAL OTHER EXPENSES $0.00

4.   TOTAL MONTHLY EXPENSES(Add item 2 - 21) $0.00

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

5.   AVERAGE NET MONTHLY INCOME(Subtract item 22 from item 1) $36,415.00

Fill in this information to identify your case:

| Debtor 1 | Scott | Vincent | Van Dyke |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  Southern District of Texas

Case number  21-60052
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

# Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Parent | 91 | ☑ No.  ☐ Yes. |
   | | | ☐ No.  ☐ Yes. |
   | | | ☐ No.  ☐ Yes. |
   | | | ☐ No.  ☐ Yes. |
   | | | ☐ No.  ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4.  $22,516.00 |
| | If not included in line 4: | |
| | 4a. Real estate taxes | 4a.  $520.00 |
| | 4b. Property, homeowner's, or renter's insurance | 4b.  $120.00 |
| | 4c. Home maintenance, repair, and upkeep expenses | 4c.  $0.00 |
| | 4d. Homeowner's association or condominium dues | 4d.  $335.00 |

| Debtor 1 | Scott | Vincent | Van Dyke | Case number *(if known)* 21-60052 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | **Your expenses** |
|---|---|---|

| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $0.00 |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $635.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $70.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $205.00 |
| | 6d. Other. Specify: _____ | 6d. | $0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $1,425.00 |
| 8. | **Childcare and children's education costs** | 8. | $0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $500.00 |
| 10. | **Personal care products and services** | 10. | $500.00 |
| 11. | **Medical and dental expenses** | 11. | $500.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $170.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $285.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $0.00 |
| | 15b. Health insurance | 15b. | $365.00 |
| | 15c. Vehicle insurance | 15c. | $100.00 |
| | 15d. Other insurance. Specify: _____ | 15d. | $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $376.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $1,825.00 |
| | 17c. Other. Specify: _____ | 17c. | $0.00 |
| | 17d. Other. Specify: _____ | 17d. | $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. | $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a. Mortgages on other property | 20a. | $0.00 |
| | 20b. Real estate taxes | 20b. | $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $0.00 |

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | | Case number *(if known)* 21-60052 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

21. **Other.** Specify: _____ Pet food & supplies _____     21.  **+** _____ $410.00

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.     22a. _____ $30,857.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     22b. _____ $0.00

22c. Add line 22a and 22b. The result is your monthly expenses.     22c. _____ $30,857.00

23. **Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from *Schedule I.*     23a. _____ $55,915.00

23b. Copy your monthly expenses from line 22c above.     23b.  **−** _____ $30,857.00

23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income.*     23c. _____ $25,058.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.
> None

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Scott | Vincent | Van Dyke |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | Southern District of Texas | |
| Case number (if known) | 21-60052 | | |

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*................................................. $4,215,000.00

   1b. Copy line 62, Total personal property, from *Schedule A/B*..................................... $59,425,175.00

   1c. Copy line 63, Total of all property on *Schedule A/B*............................................... $63,640,175.00

### Part 2:  Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... $2,249,862.42

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... $0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................... + $1,693,495.14

   **Your total liabilities** $3,943,357.56

### Part 3:  Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*................................................. $55,915.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*..................................................... $30,857.00

Debtor 1    **Scott**      **Vincent**      **Van Dyke**         Case number *(if known)* 21-60052

First Name         Middle Name        Last Name

| Part 4: | Answer These Questions for Administrative and Statistical Records |
| --- | --- |

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

---

**7. What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

**8.** From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

_____

**9.** Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:

|  | Total claim |
| --- | --- |
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

Fill in this information to identify your case:

| Debtor 1 | Scott | Vincent | Van Dyke |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Debtor 2
(Spouse, if filing)

_____
First Name       Middle Name       Last Name

United States Bankruptcy Court for the:    Southern District of Texas

Case number    21-60052
(if known)

☐ Check if this is an
amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules                    12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  /s/ Scott Vincent Van Dyke _____
Scott Vincent Van Dyke, Debtor 1

Date  06/30/2021 _____
     MM/  DD/  YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number (if known) | **21-60052** | | |

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married
☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number   Street | From _____ To   _____ | _____ Number   Street | From _____ To   _____ |
| _____ City          State  ZIP Code | | _____ City          State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number   Street | From _____ To   _____ | _____ Number   Street | From _____ To   _____ |
| _____ City          State  ZIP Code | | _____ City          State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | | Case number *(if known)* 21-60052 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:    Explain the Sources of Your Income**

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | <br>$228,500.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, _2020_ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | <br>$1,400,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, _2019_ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | <br>(12,680,734.00) | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Family/Friend<br>Contribution | $87,000.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, _2020_ )<br>YYYY | | | | |
| **For the calendar year before that:**<br>(January 1 to December 31, _2019_ )<br>YYYY | | | | |

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* 21-60052 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

<div style="background:black;color:white">**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy</div>

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☑ Yes.  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| Cadence/Superior Bank<br>Creditor's Name | 5/2021 | $67,548.00 | $1,885,210.00 | ☑ Mortgage<br>☐ Car |
| Operations Center<br>Number        Street | 4/2021 | | | ☐ Credit card<br>☐ Loan repayment |
| Birmingham, AL 35203<br>City               State       ZIP Code | 3/2021 | | | ☐ Suppliers or vendors<br>☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| <br>Insider's Name | | | | |
| <br>Number        Street | | | | |
| <br>City               State       ZIP Code | | | | |

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* 21-60052 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number    Street | | | | |
| City          State    ZIP Code | | | | |

---

**Part 4:**  Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | Michael Noel, et. al. v. Scott Van Dyke, et. al. | Civil lawsuit | _Harris County District Court - 127th_ <br> Court Name <br><br> Number    Street <br><br> City          State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | 2018-34037 | | | |
| Case title | Michael Noel, et. al. v. Scott Van Dyke, et. al. | Civil lawsuit | _Harris County District Court - 127th_ <br> Court Name <br><br> Number    Street <br><br> City          State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | 2018-34037A | | | |
| Case title | Michael Noel, et. al. v. Scott Van Dyke, et. al. | Civil lawsuit | _Harris County District Court - 127th_ <br> Court Name <br><br> Number    Street <br><br> City          State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | 2018-34037B | | | |

Debtor 1    **Scott**      **Vincent**      **Van Dyke**               Case number *(if known)* 21-60052

First Name      Middle Name      Last Name

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | Philadelphia Indemnity Insurance Co. v Scott Van Dyke, et. al. | Civil lawsuit | US District Court - Southern District of Texas<br>Court Name<br><br>515 Rusk<br>Number    Street<br><br>Houston, TX 77002<br>City          State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | 4:21-CV-187 | | | |
| Case title | Builders West, Inc. v Scott Van Dyke | Civil lawsuit | Harris County District Court - 113th<br>Court Name<br><br>Number      Street<br><br>City          State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | 2011-54019 | | | |
| Case title | Littlemill Limited, et. al. v Scott Van Dyke, et. al. | Civil lawsuit | US District Court - Southern District of Texas<br>Court Name<br><br>515 Rusk<br>Number    Street<br><br>Houston, TX 77002<br>City          State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | 4:19-CV-02894 | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name | | | |
| | **Explain what happened** | | |
| Number    Street | ☐ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| | ☐ Property was garnished. | | |
| City      State    ZIP Code | ☐ Property was attached, seized, or levied. | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

Debtor 1    **Scott**      **Vincent**      **Van Dyke**            Case number *(if known)* 21-60052

      First Name       Middle Name       Last Name

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| Number   Street | | | |
| City        State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

**Part 5:**   List Certain Gifts and Contributions

---

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | |
| Number   Street | | | |
| City        State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

Debtor 1  **Scott**          **Vincent**          **Van Dyke**                          Case number *(if known)* 21-60052
          First Name        Middle Name          Last Name

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____<br>Charity's Name<br><br>_____<br><br>_____<br>Number    Street<br><br>_____<br>City          State    ZIP Code | | _____<br><br>_____ | _____<br><br>_____ |

---

**Part 6:**  List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | _____ |

---

**Part 7:**  List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| TRAN SINGH, LLP<br>Person Who Was Paid<br><br>2502 La Branch St.<br>Number    Street<br><br>_____<br><br>Houston, TX 77004<br>City          State    ZIP Code<br><br>_____<br>Email or website address<br><br>_____<br>Person Who Made the Payment, if Not You | Attorney's Fee; Filing Fee; Due Diligence Report | 5/2021<br>5/2021<br>5/2021 | $23,162.00<br>$1,738.00<br>$100.00 |

Debtor 1   **Scott**        **Vincent**       **Van Dyke**                          Case number *(if known)* 21-60052
_____
First Name    Middle Name    Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| DebtorCC | Credit Counseling Course | | |
| Person Who Was Paid | | | |
| | | 5/2021 | $19.95 |
| Number    Street | | | |
| | | | |
| City        State    ZIP Code | | | |
| www.debtorcc.org | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number    Street | | | |
| City        State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number    Street | | | |
| City        State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1    **Scott**          **Vincent**          **Van Dyke**                          Case number *(if known)* 21-60052
            First Name      Middle Name       Last Name

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**(These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

**Part 8:**  List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Name of Financial Institution** | **XXXX–** ___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | _____ |
| **Number    Street** | | | | |
| **City        State    ZIP Code** | | | | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Financial Institution** | **Name** | | ☐ No<br>☐ Yes |
| **Number    Street** | **Number    Street** | | |
| **City        State    ZIP Code** | **City        State    ZIP Code** | | |

Debtor 1    **Scott**          **Vincent**        **Van Dyke**                                    Case number *(if known)* 21-60052
            First Name         Middle Name        Last Name

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| Name of Storage Facility | Name | | |
| | | | |
| Number    Street | Number    Street | | |
| | | | |
| | City           State    ZIP Code | | |
| City           State    ZIP Code | | | |

---

**Part 9:** Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| | | | |
| Owner's Name | Number    Street | | |
| | | | |
| Number    Street | City           State    ZIP Code | | |
| | | | |
| City           State    ZIP Code | | | |

---

**Part 10:** Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

Debtor 1    **Scott**          **Vincent**          **Van Dyke**                                    Case number *(if known)* 21-60052
        First Name      Middle Name      Last Name

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|
| **Governmental unit** | | |
| **Number    Street** | | |
| **City          State    ZIP Code** | | |

Name of site

Number    Street

**City                State    ZIP Code**

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|
| **Governmental unit** | | |
| **Number    Street** | | |
| **City          State    ZIP Code** | | |

Name of site

Number    Street

**City                State    ZIP Code**

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| Court or agency | Nature of the case | Status of the case |
|---|---|---|
| **Court Name** | | ☐ Pending |
| **Number    Street** | | ☐ On appeal |
| **City          State    ZIP Code** | | ☐ Concluded |

Case title

Case number

Debtor 1    **Scott**          **Vincent**          **Van Dyke**                    Case number *(if known)* 21-60052
            First Name         Middle Name          Last Name

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Name: Anglo-Dutch Energy, LLC | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Number Street: PO Box 22322 | Oil & Gas Production | EIN: 7 6 – 0 5 3 4 0 4 1 |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| City State ZIP Code: Houston, TX 77227 | Fran Barber | From 7/2020 To n/a |

| Name: Anglo-Dutch (Tenge), LLC | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Number Street: PO Box 22322 | Oil & Gas Production | EIN: 7 6 – 0 4 3 0 1 4 0 |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| City State ZIP Code: Houston, TX 77227 | Fran Barber | From 3/1994 To n/a |

| Name: Anglo-Dutch (Everest), LLC | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Number Street: PO Box 22322 | Oil & Gas Production | EIN: 7 6 – 0 6 3 3 1 9 7 |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| City State ZIP Code: Houston, TX 77227 | Fran Barber | From 1/2000 To n/a |

| Name: Anglo-Dutch (Neftenge), LLC | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Number Street: PO Box 22322 | Oil & Gas Production | EIN: 7 6 – 0 4 9 2 4 1 0 |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| City State ZIP Code: Houston, TX 77227 | Fran Barber | From 1/1994 To n/a |

Debtor 1   **Scott**          **Vincent**          **Van Dyke**          Case number *(if known)* 21-60052
_____          _____
First Name          Middle Name          Last Name

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| _Anglo-Dutch Energy Partners IV, LLC_<br>**Name** | Oil & Gas Production | EIN: <u>4</u> <u>5</u> – <u>4</u> <u>6</u> <u>6</u> <u>9</u> <u>6</u> <u>5</u> <u>2</u> |
| _PO Box 22322_<br>**Number     Street** | | |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| _Houston, TX 77227_<br>**City          State     ZIP Code** | Fran Barber | From  <u>2/2012</u>     To <u>n/a</u> |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| _American Oil & Gas, LLC_<br>**Name** | Oil & Gas Production | EIN: <u>7</u> <u>6</u> – <u>0</u> <u>6</u> <u>3</u> <u>1</u> <u>1</u> <u>3</u> <u>9</u> |
| _PO Box 22322_<br>**Number     Street** | | |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| _Houston, TX 77227_<br>**City          State     ZIP Code** | Fran Barber | From  <u>1/2000</u>     To <u>n/a</u> |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| _Trepador Energy, LLC_<br>**Name** | Oil & Gas Production | EIN: <u>4</u> <u>7</u> – <u>4</u> <u>3</u> <u>5</u> <u>8</u> <u>4</u> <u>3</u> <u>2</u> |
| _PO Box 22322_<br>**Number     Street** | | |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| _Houston, TX 77227_<br>**City          State     ZIP Code** | Fran Barber | From  <u>6/2015</u>     To <u>n/a</u> |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| _Potomac Assets, LLC_<br>**Name** | Oil & Gas Production | EIN: <u>8</u> <u>5</u> – <u>2</u> <u>4</u> <u>8</u> <u>5</u> <u>4</u> <u>0</u> <u>7</u> |
| _PO Box 22322_<br>**Number     Street** | | |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| _Houston, TX 77227_<br>**City          State     ZIP Code** | Fran Barber | From  <u>9/2020</u>     To <u>n/a</u> |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| _Texas Petroleum Operations, LLC_<br>**Name** | Oil & Gas Production | EIN: <u>8</u> <u>5</u> – <u>2</u> <u>4</u> <u>8</u> <u>5</u> <u>4</u> <u>0</u> <u>7</u> |
| _PO Box 22322_<br>**Number     Street** | | |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| _Houston, TX 77227_<br>**City          State     ZIP Code** | Fran Barber | From  <u>8/2020</u>     To <u>n/a</u> |

Debtor 1   **Scott**          **Vincent**          **Van Dyke**                              Case number *(if known)* 21-60052
          First Name         Middle Name          Last Name

| Describe the nature of the business | Employer Identification number |
|---|---|
| | Do not include Social Security number or ITIN. |

**Name**
Burgoyne Investments, LLC

Oil & Gas Production

EIN:   _8_ _5_ – _2_ _1_ _5_ _2_ _5_ _1_ _2_

**Number    Street**
PO Box 22322

| Name of accountant or bookkeeper | Dates business existed |
|---|---|

Fran Barber

From   _7/2020_____   To _n/a_____

**City**          **State**   **ZIP Code**
Houston, TX 77227

---

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | Date issued |
|---|---|

_____    _____
**Name**                      **MM / DD / YYYY**

_____
**Number    Street**

_____

_____
**City**          **State**   **ZIP Code**

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* 21-60052 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 12:  Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**X**  /s/ Scott Vincent Van Dyke
Signature of Scott Vincent Van Dyke, Debtor 1

Date  06/30/2021

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____          Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1  **Scott**            **Vincent**          **Van Dyke**
          First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)
          First Name          Middle Name          Last Name

United States Bankruptcy Court for the:          **Southern District of Texas**

Case number          **21-60052**
(if known)

☐ Check if this is an amended filing

# Official Form 122B

## Chapter 11 Statement of Your Current Monthly Income          04/20

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

**Part 1:**  Calculate Your Current Monthly Income

1.  **What is your marital and filing status?** Check one only.

    ☑ **Not married.** Fill out Column A, lines 2-11.

    ☐ **Married.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.**  Fill out Column A, lines 2-11.

    Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2.  **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $0.00 | |
| 3.  **Alimony and maintenance payments.** Do not include payments from a spouse. | $10,333.33 | |
| 4.  **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $0.00 | |

5.  **Net income from operating a business, profession, or farm**

| | Debtor 1 | | Debtor 2 | | | |
|---|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $38,083.34 | | $0.00 | | | |
| Ordinary and necessary operating expenses | – $0.00 | – | $0.00 | | | |
| Net monthly income from a business, profession, or farm | $38,083.34 | | $0.00 | Copy here → | $38,083.34 | |

6.  **Net income from rental and other real property**

| | Debtor 1 | | Debtor 2 | | | |
|---|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | | $0.00 | | | |
| Ordinary and necessary operating expenses | – $0.00 | – | $0.00 | | | |
| Net monthly income from rental or other real property | $0.00 | | $0.00 | Copy here → | $0.00 | |

Debtor 1 __Scott__ __Vincent__ __Van Dyke__          Case number *(if known)* 21-60052

First Name          Middle Name          Last Name

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $0.00 | |
| 8. **Unemployment compensation** | $0.00 | |

Do not enter the amount if you contend that the amount received was a benefit under
the Social Security Act. Instead, list it here: ....................................... ↓

For you................................................................... $0.00

For your spouse.........................................................

9. **Pension or retirement income.** Do not include any amount received that was a benefit
under the Social Security Act. Also, except as stated in the next sentence, do not include
any compensation, pension, pay, annuity, or allowance paid by the United States
Government in connection with a disability, combat-related injury or disability, or death of a
member of the uniformed services. If you received any retired pay paid under chapter 61 of
title 10, then include that pay only to the extent that it does not exceed the amount of retired
pay to which you would otherwise be entitled if retired under any provision of title 10 other
than chapter 61 of that title.          $0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do
not include any benefits received under the Social Security Act; payments made under
the Federal law relating to the national emergency declared by the President under the
National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus
disease 2019 (COVID-19); payments received as a victim of a war crime, a crime
against humanity, or international or domestic terrorism; or compensation, pension, pay,
annuity, or allowance paid by the United States Government in connection with a
disability, combat-related injury or disability, or death of a member of the uniformed
services. If necessary, list other sources on a separate page and put the total below

Total amounts from separate pages, if any.          + _____          + _____

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each
column. Then add the total for Column A to the total for Column B.          $48,416.67          +          =          $48,416.67

**Total average
monthly income**

| **Part 2:** | Sign Below |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** __/s/ Scott Vincent Van Dyke__

Signature of Debtor 1

Date __06/30/2021__

MM/  DD/  YYYY

AmeriCredit/GM Financial
Attn: Bankruptcy
PO Box 183853
Arlington, TX 76096


Anglo-Dutch (Tenge), LLC
PO Box 22322
Houston, TX 77227


Anglo-Dutch Energy, LLC
PO Box 22322
Houston, TX 77227


AT&T U-verse
PO Box 5014
Carol Stream, IL 60197


Bank of America
4909 Savarese Circle FL1-908-01-50
Tampa, FL 33634


BBVA Compass
Attn: Bankruptcy
PO Box 10566
Birmingham, AL 35296


Builders West, Inc.
c/o Rusty Hardin & Associates, LLP
1401 McKinney Street 2250
Houston, TX 77010


Cadence/Superior Bank
Operations Center
Birmingham, AL 35203

## CenterPoint Energy

Attn: Bankruptcy
PO Box 4981
Houston, TX 77210-4981

## Central Portfolio Control

Attn: Bankruptcy Attn: Bankruptcy
10249 Yellow Circle Dr , Ste 200
Minnetonka, MN 55343

## Chase Auto Finance

P.O. Box 78101
Phoenix, AZ 85062

## Chase Card Services

Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850

## Citibank

Citicorp Credit Srvs/Centralized Bk dept
PO Box 790034
St Louis, MO 63179

## City of Houston - Water Department

PO Box 1560
Houston, TX 77251

## Encore Bank

Nine Greenway Plaza
Houston, TX 77046

## Harris County et al

c/o LGBS, LLP
P.O. Box 3064
Houston, TX 77253

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Johns & Hebert, PLLC
2028 E. Ben White Blvd. 240-1000
Austin, TX 78741


Littlemill Limited, et. al.
c/o HMH
3200 Travis 4th Floor
Houston, TX 77006


Michael Noel
c/o Foley & Lardner, LLP
1000 Louisiana Street 2000
Houston, TX 77002


Philadelphia Indemnity
Insurance Co.
c/o KF&D, PLLC
909 18th Street
Plano, TX 75074


Phoenix Financial Services,
LLC
Attn: Bankruptcy
PO Box 361450
Indianapolis,, IN 46236


Propel Financial Services, LLC
P.O. Box 100350
San Antonio, TX 78201


Titlemax of Texas
15 Bull St Ste 200
Savannah, GA 31401-2686

Trieagle Energy
PO Box 974655
Dallas, TX 75397


Wells Fargo Dealer Services
Attn: Bankruptcy 1100 Corporate Center
Drive
Raleigh, NC 27607

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

IN RE: **Van Dyke, Scott Vincent**                                        CASE NO 21-60052

                                                                          CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____06/30/2021_____        Signature _____     /s/ Scott Vincent Van Dyke_____
                                                                          Scott Vincent Van Dyke, Debtor