IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCOTT VINCENT VAN DYKE | § | Case No. 21-60052 |
| | § | |
| Debtor. | § | Chapter 11 Case |
| | § | |

_____

**WITNESS AND EXHIBIT LIST OF EVA ENGELHART, AS CHAPTER 7 TRUSTEE OF THE ESTATE OF ANGLO-DUTCH PETROLEUM INTERNATIONAL, INC., LITTLEMILL LIMITED, PROSPERITY SETTLEMENT FUNDING, INC., ANDREA LORE, INDIVIDUALLY AND IN HER CAPACITIES AS CO-EXECUTOR OF THE ESTATE OF ROBERT M. PRESS, DECEASED AND AS CO-TRUSTEE OF THE LORRAINE PRESS SUPPLEMENTAL CARE TRUST AND ANZAR SETTLEMENT FUNDING CORP. FOR JULY 7, 2021 HEARING**

**WITNESSES (may call):**

1. William Fred Hagans;
2. Scott Van Dyke;
3. Any rebuttal and/or impeachment witnesses; and
4. All persons listed on the witness list of any party.

Judge: Honorable Christopher M. Lopez

Hearing Date: July 7, 2021

Hearing Time: 10:00 a.m. CT

Party's Name: Eva Engelhart, as Chapter 7 Trustee of the estate of Anglo-Dutch Petroleum International, Inc. ("Chapter 7 Trustee");

Littlemill Limited; Prosperity Settlement Funding, Inc.; Andrea Lore, individually and in her capacities as co-executor of the estate of Robert M. Press, deceased, and as co-trustee of the Lorraine Press Supplemental Care Trust; and Anzar Settlement Funding Corp. (collectively, "Investors")

Attorneys' Names: William R. Greendyke
Julie Harrison
William Fred Hagans
Kendall Montgomery

Carl D. Kulhanek, Jr.

<u>Attorney's Phone</u>: (713) 651-5151
(281) 884-9262

<u>Nature of Proceeding</u>: Emergency Motion of Chapter 7 Trustee and Investors for Relief from Stay [Dkt. No. 16].

**EXHIBIT LIST**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Chapter 11 Voluntary Petition [Dkt. No. 1] | | | | |
| 2. | Schedules of Debtor [Dkt. No. 27] | | | | |
| 3. | Anglo-Dutch Energy, L.L.C.'s and Scott Van Dyke's Motion to Withdraw the Reference for Adversary Number 19-03544 (Case No. 19-03544, Dkt. No. 5) | | | | |
| 4. | Anglo-Dutch Energy, L.L.C.'s and Scott Van Dyke's Motion to Withdraw the Reference for Adversary Number 19-03545 (Case No. 19-03545, Dkt. No. 5) | | | | |
| 5. | Anglo-Dutch Energy, L.L.C.'s and Scott Van Dyke's Motion to Withdraw the Reference for Adversary Number 19-03546 (Case No. 19-03546, Dkt. No. 5) | | | | |
| 6. | Anglo-Dutch Energy, L.L.C.'s and Scott Van Dyke's Motion to Withdraw the Reference for | | | | |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|    | Adversary Number 19-03547 (Case No. 19-03547, Dkt. No. 5) |   |   |   |   |
| 7. | Anglo-Dutch Energy, L.L.C.'s and Scott Van Dyke's Motion to Withdraw the Reference for Adversary Numbers 19-03544, 19-03545, 19-03546, and 19-03547 (Case No. 19-30797, Dkt. No. 63) |   |   |   |   |
| 8. | Fourth Amended Scheduling Order (S.D. Tex. Case No. 4:19-cv-03101, Dkt. No. 33) ("Swonke Litigation") |   |   |   |   |
| 9. | Plaintiffs' Motion for Summary Judgment (S.D. Tex. Case No. 4:19-cv-03101, Dkt. No. 35) |   |   |   |   |
| 10. | Order Granting Plaintiffs' Motion to Exclude Undisclosed Opinions of Defense Expert Mark Rambin (S.D. Tex. Case No. 4:19-cv-03101, Dkt. No. 50) |   |   |   |   |
| 11. | Fourth Amended Scheduling Order (S.D. Tex. Case No. 4:19-cv-02894, Dkt. No. 35) ("Fraudulent Transfer Litigation") |   |   |   |   |
| 12. | Plaintiffs' Motion for Summary Judgment (S.D. Tex. Case No. 4:19-cv-02894, Dkt. No. 37) |   |   |   |   |
| 13. | Order Granting Plaintiffs' Motion to Exclude Undisclosed Opinions of Defense Expert Mark Rambin (S.D. Tex. Case No. 4:19-cv-02894, Dkt. No. 57) |   |   |   |   |
| 14. | Any exhibit identified or admitted by any other party |   |   |   |   |

| 15. | Any rebuttal or impeachment exhibits | | | | |
|---|---|---|---|---|---|

The Chapter 7 Trustee and the Investors reserve (i) the right to amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing, and (ii) the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing Witness and Exhibit List as appropriate. The Chapter 7 Trustee and the Investors also reserve the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other parties in interest, and (ii) any pleading, hearing transcript, or other document filed with the Court in the above-captioned matter.

Dated: July 5, 2021.                    Respectfully submitted,

HAGANS MONTGOMERY HAGANS

*/s/ William Fred Hagans*
William Fred Hagans
Texas State Bar No. 08685500
fhagans@hagans.law
Carl D. Kulhanek, Jr.
Texas State Bar No. 11761850
ckulhanek@hagans.law
3200 Travis, Fourth Floor
Houston, Texas 77006
Telephone: 713-222-2700
Facsimile: 713-547-4950

- and –

NORTON ROSE FULBRIGHT US LLP

William R. Greendyke (SBT 08390450)
Julie Goodrich Harrison (SBT 20492434)
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
william.greendyke@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com

> ATTORNEYS FOR EVA S. ENGELHART, CHAPTER 7 TRUSTEE, LITTLEMILL LIMITED, PROSPERITY SETTLEMENT FUNDING INC., ANDREA LORE, INDIVIDUALLY AND IN HER CAPACITIES AS CO-EXECUTOR OF THE ESTATE OF ROBERT M. PRESS, DECEASED AND AS CO-TRUSTEE OF THE LORRAINE PRESS SUPPLEMENTAL CARE TRUST AND ANZAR SETTLEMENT FUNDING CORP.

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2021, a true and correct copy of the foregoing was served upon the counsel and parties of record electronically through the Bankruptcy Court's Electronic Case Filing System on those parties that have consented to such service.

*/s/ Julie Harrison*
Julie Harrison