**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Subchapter V |
| Scott Vincent Van Dyke | § | |
| | § | Case No. 21-60052 |
| Debtor. | § | **Christopher M. Lopez** |

### SUBCHAPTER V REPORT PURSUANT TO 11 U.S.C § 1188(c)

Scott Vincent Van Dyke, Debtor-in-Possession, hereby files this Status Conference Report pursuant to 11 U.S.C. § 1188(c), in connection with the Small Business Subchapter V Status Conference:

1.      **Nature of Business**: Mr. Van Dyke is self-employed as the chief executive officer of Texas Petroleum Operations, LLC and Anglo-Dutch Energy, LLC that are private exploration and production companies and operates more than 2,000 producing wells.  Mr. Van Dyke also has interest in the following entities: Anglo-Dutch (Everest), LLC, Anglo-Dutch (Neftenge), LLC, American Oil & Gas, LLC, Trepador Energy, LLC, Potomac Assets, LLC, and Burgoyne Investments, LLC (collectively, the "Van Dyke Entities").

2.      **Location(s) of Business**: Mr. Van Dyke operates his businesses out of 1515 South Boulevard, Houston, TX, 77006.

3.      **Ownership of Business**: Mr. Van Dyke is the majority owner of the Van Dyke Entities.

4.      **Primary Cause(s) of the Necessity to File Bankruptcy**:  Mr. Van Dyke sought bankruptcy relief in order to address his financial distress caused by the cessation of drilling operations on the wells of the Van Dyke entities.

5.      **General Information about the Nature of Secured, Priority, and Unsecured Debt**:

  a.   Secured debt total: $2,249,862.42
  b.   Priority debt total: n/a
  c.   Unsecured debt total: $1,693,495.14

6.      **Status of Employment of Professionals**: The court authorized the employment of Tran Singh LLP as general bankruptcy counsel on July 1, 2021 (ECF no. 29).

7.      **Status of Discussions with Trustee**:  Due to the emergency filing of his case, Mr. Van Dyke is still in the process of complying with the United States Trustee guidelines as a debtor in possession and is in the process of drafting his plan.

8.      **Status of Any Cash Collateral, Adequate Protection, or Stay Relief Issues**:  Mr. Van Dyke intends on filing a motion for adequate protection as to his vehicles.

9.      **Goals for Reorganization of the Business**:  Debtor intends on reorganizing his consumer liabilities and guarantees related to the Van Dyke Entities.

10.     **Financial Projections for Upcoming Six-Month Period and Reasons for Any Significant Variation from Historical Performance**:  Due to the emergency filing of this case, Mr. Van Dyke is still in the process of finalizing financial projections.

11.     **Efforts Taken and Status of Achieving Consensual Plan**:  Mr. Van Dyke is working towards achieving a consensual plan.

12.     **Whether There is Any Need to File a Separate Disclosure Statement**: No.

13.     **Whether There is Any Need to Expand the Proof of Claim Deadline (Automatically Set at 60 Days from Petition Date):** Debtor does not believe there is a need to delay administration of the Debtor's estate.

14.     **Any Other Pertinent Information that Should be Brought to the Court's Attention**: None at this time.

Dated: July 14, 2021

**TRAN SINGH, LLP**

By:   */s/Susan Tran Adams*
      Susan Tran Adams | TBN: 24075648
      Brendon Singh | TBN: 24075646
      1010 Lamar St., Suite  1160
      Houston TX 77002
      Ph: (832) 975-7300
      Fax: (832) 975-7301
      STran@ts-llp.com

**ATTORNEYS FOR THE DEBTOR**

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2021, a true and correct copy of the foregoing was served onto all parties requesting notice via CM/ECF.


By:  */s/Susan Tran Adams*
      Susan Tran Adams