IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Subchapter V |
| Scott Vincent Van Dyke | § | |
| | § | Case No. 21-60052 |
| Debtor. | § | **Christopher M. Lopez** |

**ORDER**
(Relates to Docket No. 18)

CAME ON for consideration the Motion to Extend Time to File a Chapter 11, Subchapter V Plan of Reorganization. It is hereby

**ORDERED:**

1. The Motion is **GRANTED**.

2. The deadline under Rule 11 U.S.C. § 1189(b) of the Bankruptcy Code for the Debtor to file its Plan of Reorganization is extended through October 30, 2021.

Signed: July 22, 2021

Christopher Lopez
United States Bankruptcy Judge