**Fill in this information to identify your case and this filing:**

| Debtor 1 | Scott | Vincent | Van Dyke |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Texas**

Case number **21-60052**

☑ Check if this is an amended filing

# Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
    ☐ No. Go to Part 2.
    ☑ Yes. Where is the property?

1.1  **1515 South Boulevard**
Street address, if available, or other description

**Houston, TX 77006**
City                State        ZIP Code

**Harris**
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
TR 6 BROADACRES

**Source of Value:**
HCAD value in civil dispute

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**       **Current value of the portion you own?**
$2,661,000.00                    $2,661,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee Simple

☐ **Check if this is community property**
(see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**............................................................ →  $2,661,000.00

Debtor 1   **Scott**          **Vincent**          **Van Dyke**          Case number *(if known)* **21-60052**
          First Name        Middle Name        Last Name

---

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   - ☐ No
   - ☑ Yes

3.1 Make: **Chevrolet**

Model: **Silverado**

Year: **2016**

Approximate mileage: **70000**

Other information:

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $23,500.00 | $23,500.00 |

If you own or have more than one, list here:

3.2 Make: **Chevrolet**

Model: **Tahoe**

Year: **2013**

Approximate mileage: **65000**

Other information:

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $19,500.00 | $19,500.00 |

3.3 Make: **Chevrolet**

Model: **Suburban**

Year: **2004**

Approximate mileage: **185000**

Other information:

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $3,500.00 | $3,500.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - ☑ No
   - ☐ Yes

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | | Case number *(if known)* **21-60052** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................. → **$46,500.00**

| Part 3: | Describe Your Personal and Household Items |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

   *Examples:*  Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe........  | See Attached. | **$7,700.00**

7. **Electronics**

   *Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe........  | See Attached. | **$2,250.00**

8. **Collectibles of value**

   *Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No
   ☑ Yes. Describe........  | See Attached. | **$2,105.00**

9. **Equipment for sports and hobbies**

   *Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes. Describe........  | Sports equipment | **$1,000.00**

10. **Firearms**

   *Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

   ☐ No
   ☑ Yes. Describe........  | Clock AR-15 (2), ammunition & accessories | **$500.00**

11. **Clothes**

   *Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

   ☐ No
   ☑ Yes. Describe........  | See Attached. | **$750.00**

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | | Case number *(if known)* **21-60052** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe........    | See Attached. |    **$150.00**

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe........    | Dogs (3) |    **$600.00**

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Describe........    | |

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........................................................................ ➔    | **$15,055.00** |

---

**Part 4:**  Describe Your Financial Assets

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes.................................................................................... Cash..............    | |

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes.................

Institution name:

17.1. Checking account:    **Frost Bank**    **$1,000.00**

17.2. Checking account:

17.3. Savings account:

17.4. Savings account:

Debtor 1    **Scott**          **Vincent**          **Van Dyke**          Case number (*if known*) **21-60052**
                First Name      Middle Name      Last Name

17.5. Certificates of deposit: _____          _____

17.6. Other financial account: _____          _____

17.7. Other financial account: _____          _____

17.8. Other financial account: _____          _____

17.9. Other financial account: _____          _____

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:*    Bond funds, investment accounts with brokerage firms, money market accounts
    ☒ No
    ☐ Yes.................

    Institution or issuer name:

    _____          _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ☒ Yes. Give specific
        information about
        them...................

    Name of entity:                                    % of ownership:

    Anglo-Dutch Energy, LLC                            65          %          $6,898,108.75

    Anglo-Dutch (Tenge), LLC                           65          %          $260.00

    Angle-Dutch (Everest), LLC                         65          %          $81,250.00

    Anglo-Dutch (Neftenge), LLC                        65          %          $260.00

    Anglo-Dutch Energy Partners IV, LLC                65          %          $260.00

    American Oil & Gas, LLC                            65          %          $260.00

    Trepador Energy, LLC                               100         %          $46,500,000.00

    Potomac Assets, LLC                                100         %          $400.00

    Texas Petroleum Operations, LLC                    100         %          ($400,000.00)

    Burgoyne Investments, LLC                          100         %          $400.00

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* **21-60052** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ☑ No
   ☐ Yes. Give specific
      information about
      them...................

   Issuer name:

   _____     _____

21. **Retirement or pension accounts**

   *Examples:*   Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   ☑ No
   ☐ Yes. List each account
      separately.

   Type of account:              Institution name:

   401(k) or similar plan:     _____     _____

   Pension plan:               _____     _____

   IRA:                        _____     _____

   Retirement account:         _____     _____

   Keogh:                      _____     _____

   Additional account:         _____     _____

22. **Security deposits and prepayments**

   Your share of all unused deposits you have made so that you may continue service or use from a company

   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

   ☑ No
   ☐ Yes.....................

                              Institution name or individual:

   Electric:                   _____     _____

   Gas:                        _____     _____

   Heating oil:                _____     _____

   Security deposit on rental unit:   _____     _____

   Prepaid rent:               _____     _____

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* **21-60052** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Telephone: _____  _____

Water: _____  _____

Rented furniture: _____  _____

Other: _____  _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................

Issuer name and description:

_____  _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____  _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
information about them....  [                    ]  _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:*   Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
information about them....  [                    ]  _____

27. **Licenses, franchises, and other general intangibles**
*Examples:*   Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific
information about them....  [                    ]  _____

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**Schedule A/B: Property**

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* **21-60052** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**28.  Tax refunds owed to you**

☑ No

☐ Yes.  Give specific information about them, including whether you already filed the returns and the tax years......................

Federal: _____

State: _____

Local: _____

**29.  Family support**

*Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes.  Give specific information..........

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

**30.  Other amounts someone owes you**

*Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No

☑ Yes.  Give specific information..........

See Attached.

$1,332,136.33

**31.  Interests in insurance policies**

*Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes.  Name the insurance company of each policy and list its value....

Company name: _____     Beneficiary: _____     Surrender or refund value: _____

**32.  Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes.  Give specific information..........

_____

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

☐ No

☑ Yes.  Describe each claim................

See Attached.

$1,300,000.00

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* **21-60052** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim..............

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information..........

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.......................................................................➔     $55,714,335.08

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe........

**39. Office equipment, furnishings, and supplies**

*Examples:*    Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☑ Yes. Describe........     Office equipment                         $100.00

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe........

**41. Inventory**

☑ No
☐ Yes. Describe........

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe........

Name of entity:                          % of ownership:

Debtor 1   **Scott**          **Vincent**          **Van Dyke**          Case number *(if known)* **21-60052**
           First Name       Middle Name        Last Name

_____   _____%   _____

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ☑ No
   ☐ Yes. Describe........ [                                        ]          _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific
   information.........

_____   _____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
    for Part 5. Write that number here........................................................................➔   | $100.00 |

---

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
              **If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

   *Examples:*   Livestock, poultry, farm-raised fish
☑ No
☐ Yes......................   [                                        ]          _____

48. **Crops—either growing or harvested**

☑ No
☐ Yes. Give specific
   information.............   [                                        ]          _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes.........................   [                                        ]          _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes.........................   [                                        ]          _____

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* **21-60052** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**51.** **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information.............

_____

**52.** **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**.................................................................➔ | **$0.00**

---

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

**53.** **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.............

_____
_____
_____

**54.** Add the dollar value of all of your entries from Part 7. Write that number here.......................➔ | **$0.00**

---

**Part 8:** List the Totals of Each Part of this Form

**55.** Part 1: Total real estate, line 2.................................................................➔ | **$2,661,000.00**

**56.** Part 2: Total vehicles, line 5 | **$46,500.00**

**57.** Part 3: Total personal and household items, line 15 | **$15,055.00**

**58.** Part 4: Total financial assets, line 36 | **$55,714,335.08**

**59.** Part 5: Total business-related property, line 45 | **$100.00**

**60.** Part 6: Total farm- and fishing-related property, line 52 | **$0.00**

**61.** Part 7: Total other property not listed, line 54 | + **$0.00**

**62.** **Total personal property.** Add lines 56 through 61.............. | **$55,775,990.08** | Copy personal property total ➔ | + **$55,775,990.08**

**63.** **Total of all property on Schedule A/B.** Add line 55 + line 62................................................... | **$58,436,990.08**

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* **21-60052** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

# SCHEDULE A/B: PROPERTY
## Continuation Page

6. **Household goods and furnishings**

| | |
|---|---:|
| Couches/recliners (2) | $100.00 |
| Coffee table | $50.00 |
| Dishwashers (4) | $100.00 |
| Microwaves (3) | $100.00 |
| Refrigerators (4) | $200.00 |
| Bed & frame | $50.00 |
| Dresser | $200.00 |
| Nightstand | $50.00 |
| Washing machines (2) | $200.00 |
| Dryers (2) | $200.00 |
| End tables (2) | $50.00 |
| Lamps (4) | $100.00 |
| Dinner tables (2) | $1,000.00 |
| Dining chairs (12) | $1,000.00 |
| Stoves/ovens (4) | $100.00 |
| Small appliances (20) | $300.00 |
| Dishware: pots & pans | $200.00 |
| Fine China | $1,000.00 |
| Flatware & utensils | $1,000.00 |
| Armoires (2) | $250.00 |
| Mirror | $50.00 |
| Rugs (5) | $250.00 |
| Bathroom items | $50.00 |
| Linens, bedsheets, & towels | $100.00 |
| Misc. household items | $1,000.00 |

7. **Electronics**

| | |
|---|---:|
| Cell phones (2) & accessories | $100.00 |
| TVs (6) | $900.00 |
| Stereo receiver & equipment | $100.00 |
| DVD player & DVDs | $50.00 |
| Computer/laptop & accessories | $100.00 |
| Printer | $100.00 |
| Security cameras, equipment, & software | $350.00 |
| Speakers (4) | $400.00 |
| Camera & accessories | $150.00 |

8. **Collectibles of value**

| | |
|---|---:|
| Pictures | $5.00 |
| Art/paintings (2) | $2,000.00 |
| Books | $100.00 |

11. **Clothes**

| | |
|---|---:|
| Wearing apparel, accessories, & shoes | $550.00 |
| Eyewear | $200.00 |

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* **21-60052** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

# SCHEDULE A/B: PROPERTY
## Continuation Page

12. **Jewelry**

| | |
|---|---|
| **Watches (4)** | **$100.00** |
| **Ring** | **$50.00** |

30. **Other amounts someone owes you**

| | |
|---|---|
| **Money loaned to Anglo-Dutch Petroleum, Inc. ($422,680.27 in Harris County District Court Registry)** | **$1,087,639.73** |
| **Money loaned to Anglo-Dutch Energy, LLC** | **$244,188.25** |
| **Money loaned to Texas Petroleum Operations, LLC** | **$308.35** |

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

| | |
|---|---|
| **Claim in Swonke Litigation** | **$1,300,000.00** |
| **Potential malpractice lawsuit against Beck Redden, LLP** | **unknown** |
| **Potential malpractice lawsuit against Johns & Counsel, PLLC** | **unknown** |

Fill in this information to identify your case:

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Debtor 2
(Spouse, if filing)

_____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:          **Southern District of Texas**

Case number          **21-60052**
(if known)

☑ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____          Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X** /s/ Scott Vincent Van Dyke
Scott Vincent Van Dyke, Debtor 1

Date  08/05/2021
      MM/  DD/  YYYY

**Fill in this information to identify your case:**

Debtor 1    __Scott__        __Vincent__        __Van Dyke__
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)    _____    _____    _____
First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    Southern District of Texas

Case number    __21-60052__
(if known)

☑ Check if this is an
amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy                  04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married
☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number   Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City        State  ZIP Code | | _____ City        State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number   Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City        State  ZIP Code | | _____ City        State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Scott**          **Vincent**          **Van Dyke**                              Case number *(if known)* 21-60052
            First Name         Middle Name          Last Name

**Part 2:    Explain the Sources of Your Income**

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | <u>$321,056.22</u> | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, <u>2020</u> )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | <u>$359,632.54</u> | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, <u>2019</u> )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | <u>$755,742.73</u> | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Family/Friend<br>Contribution | <u>$87,000.00</u> | | |
| **For last calendar year:**<br>(January 1 to December 31, <u>2020</u> )<br>YYYY | | | | |
| **For the calendar year before that:**<br>(January 1 to December 31, <u>2019</u> )<br>YYYY | | | | |

Debtor 1    **Scott**          **Vincent**          **Van Dyke**                          Case number *(if known)* 21-60052
             First Name        Middle Name          Last Name

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

### 6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

☑ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☑ Yes.   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| Cadence/Superior Bank<br>Creditor's Name | 5/2021 | $67,548.00 | $1,885,210.00 | ☑ Mortgage |
| Operations Center<br>Number       Street | 4/2021 | | | ☐ Car<br>☐ Credit card<br>☐ Loan repayment |
| Birmingham, AL 35203<br>City          State      ZIP Code | 3/2021 | | | ☐ Suppliers or vendors<br>☐ Other _____ |

### 7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number      Street | | | | |
| City          State      ZIP Code | | | | |

Debtor 1     __Scott_____     __Vincent_____     __Van Dyke_____          Case number *(if known)* 21-60052
             First Name            Middle Name             Last Name

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | _____ | _____ | |
| _____<br>Number    Street | _____ | | | |
| _____ | _____ | | | |
| _____<br>City          State    ZIP Code | | | | |

---

**Part 4:**  Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title   Michael Noel, et. al. v. Scott Van Dyke, et. al.<br><br>Case number  2018-34037 | Civil lawsuit | _Harris County District Court - 127th_<br>Court Name<br><br>Number    Street<br><br>City          State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title   Michael Noel, et. al. v. Scott Van Dyke, et. al.<br><br>Case number  2018-34037A | Civil lawsuit | _Harris County District Court - 127th_<br>Court Name<br><br>Number    Street<br><br>City          State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title   Michael Noel, et. al. v. Scott Van Dyke, et. al.<br><br>Case number  2018-34037B | Civil lawsuit | _Harris County District Court - 127th_<br>Court Name<br><br>Number    Street<br><br>City          State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1    **Scott**          **Vincent**          **Van Dyke**                                    Case number *(if known)* 21-60052
            First Name         Middle Name          Last Name

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title  Philadelphia Indemnity Insurance Co. v Scott Van Dyke, et. al.  Case number  4:21-CV-187 | Civil lawsuit | US District Court - Southern District of Texas  Court Name  515 Rusk  Number        Street  Houston, TX 77002  City                    State      ZIP Code | ☑Pending  ☐On appeal  ☐Concluded |
| Case title  Builders West, Inc. v Scott Van Dyke  Case number  2011-54019 | Civil lawsuit | Harris County District Court - 113th  Court Name  Number        Street  City                    State      ZIP Code | ☑Pending  ☐On appeal  ☐Concluded |
| Case title  Littlemill Limited, et. al. v Scott Van Dyke, et. al.  Case number  4:19-CV-02894 | Civil lawsuit | US District Court - Southern District of Texas  Court Name  515 Rusk  Number        Street  Houston, TX 77002  City                    State      ZIP Code | ☑Pending  ☐On appeal  ☐Concluded |
| Case title  Scoot V. Van Dyke v. Harris County Appraisal District  Case number  2018-87574 | Tax Appraisal Dispute | Harris County District Court - 270th  Court Name  Number        Street  City                    State      ZIP Code | ☑Pending  ☐On appeal  ☐Concluded |
| Case title  Scoot V. Van Dyke v. Harris County Appraisal District  Case number  2020-69242 | Tax Appraisal Dispute | Harris County District Court - 151st  Court Name  Number        Street  City                    State      ZIP Code | ☑Pending  ☐On appeal  ☐Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑No. Go to line 11.

☐Yes. Fill in the information below.

Debtor 1     Scott          Vincent          Van Dyke                              Case number (if known) 21-60052
             First Name     Middle Name      Last Name

| Describe the property | | Date | Value of the property |
|---|---|---|---|
| | | | |

_____
Creditor's Name

_____
Number     Street

| Explain what happened |
|---|

☐ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

_____
City                    State     ZIP Code

---

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|
| | | |

_____
Creditor's Name

_____
Number     Street

_____
City                    State     ZIP Code

Last 4 digits of account number: XXXX– __ __ __ __

---

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

**Part 5:   List Certain Gifts and Contributions**

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

---

Debtor 1   **Scott**          **Vincent**          **Van Dyke**                    Case number *(if known)* 21-60052
          First Name      Middle Name       Last Name

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | |
| Number      Street | | | |
| City                    State     ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name | | | |
| Number      Street | | | |
| City                    State     ZIP Code | | | |

## Part 6:  List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | | Case number *(if known)* 21-60052 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| TRAN SINGH, LLP | Attorney's Fee; Filing Fee; Due Diligence Report | | |
| Person Who Was Paid | | 5/2021 | $23,162.00 |
| 2502 La Branch St. | | 5/2021 | $1,738.00 |
| Number       Street | | 5/2021 | $100.00 |
| | | | |
| Houston, TX 77004 | | | |
| City                State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| DebtorCC | Credit Counseling Course | | |
| Person Who Was Paid | | 5/2021 | $19.95 |
| | | | |
| Number       Street | | | |
| | | | |
| | | | |
| City                State    ZIP Code | | | |
| www.debtorcc.org | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | | |
| Number       Street | | | |
| | | | |
| | | | |
| City                State    ZIP Code | | | |

Debtor 1    **Scott**          **Vincent**          **Van Dyke**                              Case number *(if known)* 21-60052
            First Name         Middle Name          Last Name

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number    Street | | | |
| City              State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | |
| _____ | | |

| **Part 8:** | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

Debtor 1    **Scott**      **Vincent**      **Van Dyke**            Case number *(if known)* 21-60052

        First Name       Middle Name       Last Name

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Name of Financial Institution** | XXXX– ___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | _____ |

Number    Street

City       State    ZIP Code

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Financial Institution** | **Name** | | ☐ No<br>☐ Yes |
| Number   Street | Number   Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No

☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Big Tex Storage<br>**Name of Storage Facility** | **Name** | Furniture, books, and some items for Mary Theresa Van Dyke | ☐ No<br>☑ Yes |
| 3480 Ella Blvd.<br>Number   Street | Number   Street | | |
| Houston, TX 77018<br>City   State   ZIP Code | City   State   ZIP Code | | |

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | | Case number *(if known)* 21-60052 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 9:   Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No

☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Van Dyke, Mary Theresa | 1515 South Blvd. | Furniture (value unknown) | $0.00 |
| **Owner's Name** | **Number    Street** | | |
| PO Box 22322 | | | |
| **Number    Street** | Houston, TX 77006 | | |
| | **City               State     ZIP Code** | | |
| Houston, TX 77227 | | | |
| **City               State     ZIP Code** | | | |

## Part 10:   Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| **Name of site** | **Governmental unit** | | |
| **Number    Street** | **Number    Street** | | |
| | **City               State     ZIP Code** | | |
| **City               State     ZIP Code** | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

Debtor 1   **Scott**      **Vincent**      **Van Dyke**                          Case number *(if known)* 21-60052
          First Name    Middle Name    Last Name

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|

Name of site                   Governmental unit

Number    Street             Number    Street

                              City          State    ZIP Code

City          State    ZIP Code

---

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| Court or agency | Nature of the case | Status of the case |
|---|---|---|
| **Case title** _____ | | ☐ Pending |
| Court Name | | ☐ On appeal |
| | | ☐ Concluded |
| Number    Street | | |
| **Case number** | | |
| City          State    ZIP Code | | |

---

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Anglo-Dutch Energy, LLC<br>Name | Oil & Gas Production | EIN: _7_ _6_ – _0_ _5_ _3_ _4_ _0_ _4_ _1_ |
| PO Box 22322<br>Number    Street | **Name of accountant or bookkeeper** | **Dates business existed** |
| Houston, TX 77227<br>City          State    ZIP Code | Fran Barber | From _7/2020_   To _n/a_ |

Debtor 1    **Scott**          **Vincent**        **Van Dyke**                          Case number *(if known)* 21-60052
_____
            First Name         Middle Name        Last Name

| | | |
|---|---|---|
| **Name** Anglo-Dutch (Tenge), LLC | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
| **Number   Street** PO Box 22322 | Oil & Gas Production | EIN: 7 6 – 0 4 3 0 1 4 0 |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| **City          State   ZIP Code** Houston, TX 77227 | Fran Barber | From 3/1994 To n/a |
| **Name** Anglo-Dutch (Everest), LLC | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
| **Number   Street** PO Box 22322 | Oil & Gas Production | EIN: 7 6 – 0 6 3 3 1 9 7 |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| **City          State   ZIP Code** Houston, TX 77227 | Fran Barber | From 1/2000 To n/a |
| **Name** Anglo-Dutch (Neftenge), LLC | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
| **Number   Street** PO Box 22322 | Oil & Gas Production | EIN: 7 6 – 0 4 9 2 4 1 0 |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| **City          State   ZIP Code** Houston, TX 77227 | Fran Barber | From 1/1994 To n/a |
| **Name** Anglo-Dutch Energy Partners IV, LLC | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
| **Number   Street** PO Box 22322 | Oil & Gas Production | EIN: 4 5 – 4 6 6 9 6 5 2 |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| **City          State   ZIP Code** Houston, TX 77227 | Fran Barber | From 2/2012 To n/a |
| **Name** American Oil & Gas, LLC | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
| **Number   Street** PO Box 22322 | Oil & Gas Production | EIN: 7 6 – 0 6 3 1 1 3 9 |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| **City          State   ZIP Code** Houston, TX 77227 | Fran Barber | From 1/2000 To n/a |

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* 21-60052 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Name | Trepador Energy, LLC | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
|---|---|---|---|

PO Box 22322
Number     Street

Oil & Gas Production

EIN:  4  7  –  4  3  5  8  4  3  2

**Name of accountant or bookkeeper** | **Dates business existed**

Houston, TX 77227
City          State   ZIP Code

Fran Barber

From  6/2015      To  n/a


Name: Potomac Assets, LLC

**Describe the nature of the business**

**Employer Identification number**
Do not include Social Security number or ITIN.

PO Box 22322
Number     Street

Oil & Gas Production

EIN:  8  5  –  2  4  8  5  4  0  7

**Name of accountant or bookkeeper** | **Dates business existed**

Houston, TX 77227
City          State   ZIP Code

Fran Barber

From  9/2020      To  n/a


Name: Texas Petroleum Operations, LLC

**Describe the nature of the business**

**Employer Identification number**
Do not include Social Security number or ITIN.

PO Box 22322
Number     Street

Oil & Gas Production

EIN:  8  5  –  2  4  8  5  4  0  7

**Name of accountant or bookkeeper** | **Dates business existed**

Houston, TX 77227
City          State   ZIP Code

Fran Barber

From  8/2020      To  n/a


Name: Burgoyne Investments, LLC

**Describe the nature of the business**

**Employer Identification number**
Do not include Social Security number or ITIN.

PO Box 22322
Number     Street

Oil & Gas Production

EIN:  8  5  –  2  1  5  2  5  1  2

**Name of accountant or bookkeeper** | **Dates business existed**

Houston, TX 77227
City          State   ZIP Code

Fran Barber

From  7/2020      To  n/a


**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

**Date issued**

_____     _____
Name                             MM / DD / YYYY

_____
Number     Street

_____
City          State   ZIP Code

Debtor 1      **Scott**            **Vincent**            **Van Dyke**                              Case number *(if known)*  21-60052
              First Name          Middle Name          Last Name

---

### Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X**  /s/ Scott Vincent Van Dyke
       Signature of Scott Vincent Van Dyke, Debtor 1

Date  08/05/2021

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____          Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).