IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| SCOTT VINCENT VAN DYKE, | § | |
| | § | Case No. 21-60052 |
| Debtor. | § | |
| | § | |

**NOTICE OF HEARING**
Related to Docket No. 37

**PLEASE TAKE NOTICE THAT** the preliminary hearing set on *Michael L. Noel's Motion for Relief from Stay Regarding State Court Litigation* [Docket No. 37] ("Motion") originally set for August 17, 2021, at 10:00 a.m. is cancelled and a Final Hearing on the Motion has been set for **August 24, 2021 at 1:00 pm (prevailing Central Time)** before Judge Lopez by telephone and video conference.

Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153.

You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeLopez" in the GoToMeeting app or click the link on Judge Lopez's home page on the Southern District of Texas website.

1

Dated:  August 10, 2021

Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ David S. Elder*
David S. Elder
State Bar No. 06507700
1000 Louisiana Street, Suite 2000
Houston, Texas 77002-2099
Telephone: 713-276-5500
Email: dselder@foley.com

**ATTORNEYS FOR MICHAEL L. NOEL**

**CERTIFICATE OF SERVICE**

I do hereby certify that on August 10, 2021, a true and correct copy of the foregoing Notice of Hearing was served by United States mail, first class, postage prepaid to the parties on the attached service list or via CM/ECF to all parties authorized to receive electronic notice in this case.

*/s/ David S. Elder*
David S. Elder

4827-1267-3781.1

```
Label Matrix for local noticing          Forest Home Plantation, LLC              Harris County, et al.
0541-6                                   c/o Leann O. Moses                       Linebarger Goggan Blair & Sampson LLP
Case 21-60052                            1100 Poydras Street                      c/o John P. Dillman
Southern District of Texas               Suite 3100                               P.O. Box 3064
Victoria                                 New Orleans, LA 70163-1102               Houston, TX 77253-3064
Tue Aug 10 09:54:32 CDT 2021

Henke, Williams & Boll, LLP              6                                        AmeriCredit/GM Financial
2929 Allen Parkway, Suite 3900           United States Bankruptcy Court           Attn: Bankruptcy
Houston, TX 77019-7125                   PO Box 61010                             PO Box 183853
                                         Houston, TX 77208-1010                   Arlington, TX 76096-3853

BBVA Compass                             Bank of America                          Cadence/Superior Bank
Attn: Bankruptcy                         4909 Savarese Circle FL1-908-01-50       Operations Center
PO Box 10566                             Tampa, FL 33634-2413                     Birmingham, AL 35203
Birmingham, AL 35296-0001

Central Portfolio Control                Chase Auto Finance                       (p)JPMORGAN CHASE BANK  N A
Attn: Bankruptcy Attn: Bankruptcy        P.O. Box 78101                           BANKRUPTCY MAIL INTAKE TEAM
10249 Yellow Circle Dr , Ste 200         Phoenix, AZ 85062-8101                   700 KANSAS LANE FLOOR 01
Minnetonka, MN 55343-9111                                                         MONROE LA 71203-4774

Citibank                                 Encore Bank                              Harris County et al.
Citicorp Credit Srvs/Centralized Bk dept Nine Greenway Plaza                      c/o John P. Dillman
PO Box 790034                            Houston, TX 77046-0900                   Linebarger Goggan Blair & Sampson LLP
St Louis, MO 63179-0034                                                           P.O. Box 3064
                                                                                  Houston, TX 77253-3064

JPMorgan Chase Bank, N.A.                Johns & Hebert PLLC f/k/a Johns & Counsel PL   Michael L. Noel
s/b/m/t Chase Bank USA, N.A.             2028 East Ben White Boulevard, Suite 240      12222 Taylorcrest
c/o Robertson, Anschutz & Schneid, P.L.  Austin, Texas 78741-6931                      Houston, TX 77024-4247
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

(p)PHOENIX FINANCIAL SERVICES LLC        (p)TMX FINANCE LLC FORMERLY TITLEMAX     US Trustee
PO BOX 361450                            15 BULL STREET                           Office of the US Trustee
INDIANAPOLIS IN 46236-1450               SUITE 200                                515 Rusk Ave
                                         SAVANNAH GA 31401-2686                   Ste 3516
                                                                                  Houston, TX 77002-2604

Wells Fargo Bank N.A., d/b/a Wells Fargo Aut   Wells Fargo Dealer Services        Brendon D Singh
PO Box 130000                            Attn: Bankruptcy 1100 Corporate Center D Tran Singh, LLP
Raleigh, NC 27605-1000                   Raleigh, NC 27607-5066                   2502 La Branch Street
                                                                                  Houston, TX 77004-1028

Eva S. Engelhart, Chapter 7 Trustee      Melissa A Haselden                       Reese Baker
7700 San Felipe, Suite 550               Haselden Farrow PLLC                     950 Echo Lane, Suite 300
Houston, TX 77063-1618                   Pennzoil Place                           Houston, TX 77024-2824
                                         700 Milam
                                         Suite 1300
                                         Houston, TX 77002-2736

Scott Vincent Van Dyke                   Susan Tran Adams
1515 South Boulevard                     Tran Singh LLP
Houston, TX 77006-6335                   1010 Lamar
                                         Suite 1160
                                         Houston, TX 77002-1349
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850 | Phoenix Financial Services, LLC<br>Attn: Bankruptcy<br>PO Box 361450<br>Indianapolis,, IN 46236 | Titlemax of Texas<br>15 Bull St Ste 200<br>Savannah, GA 31401-2686 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Anzar Settlement Funding Corp. | (u)Builders West, Inc. | (u)Cadence Bank, N.A. |
| (u)Littlemill Limited | (u)Philadelphia Indemnity Insurance Company | (u)Prosperity Settlement Funding, Inc. |
| (du)Philadelphia Indemnity Insurance Company | (u)Andrea Lore | (u)Michael L. Noel |

End of Label Matrix
Mailable recipients     28
Bypassed recipients      9
Total                   37

Anzar Settlement Funding Corp
c/o Julie Goodrich Harrison
Norton Rose Fulbright US LLP
1301 McKinney St, Ste 5100
Houston, TX 77010

Littlemill Limited
c/o Julie Goodrich Harrison
Norton Rose Fulbright US LLP
1301 McKinney St, Ste 5100
Houston, TX 77010

Prosperity Settlement Funding, Inc.
c/o Julie Goodrich Harrison
Norton Rose Fulbright US LLP
1301 McKinney St, Ste 5100
Houston, TX 77010

American Oil & Gas, LLC
PO Box 22322
Houston, TX  77227

AT&T U-Verse
PO Box 5014
Carol Stream, IL  60197

Propel Financial Services, LLC
PO Box 100350
San Antonio, TX  78201

Philadelphia Indemnity Insurance Company
c/o KF&D, PLLC
909 18th Street
Plano, TX  75074

Builders West, Inc.
c/o Dale R Mellencamp
BairHilty PC
14711 Pebble Bend Drive
Houston, TX 77068

Andrea Lore
c/o Julie Goodrich Harrison
Norton Rose Fulbright US LLP
1301 McKinney St, Ste 5100
Houston, TX 77010

Ha Minh Nguyen
Jason Ruff
Office of the United States Trustee
515 Rusk St., Ste. 3516
Houston, TX 77002

Builders West, Inc.
c/o Rusty Hardin & Associates, LLP
1401 McKinney, Suite 2250
Houston, TX  77010

City Of Houston – Water Department
PO Box 1560
Houston, TX  77251

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101

Cadence Bank, NA
c/o Travis Clayton Badger
3400 Ave H, 2nd Fl
Rosenberg, TX 77471

Philadelphia Indemnity Insurance
c/o Robert W. Miller
Manier & Herod, P.C.
1201 Demonbreun Street, Suite 900
Nashville, TN 37203

Anglo-Dutch Energy, Anglo-Dutch (Tenge) LLC, Anglo-Dutch Everest, LLC, Anglo-Dutch (Neftenge), & Anglo-Dutch Energy Partners IV, LLC
PO Box 22322
Houston, TX  77227

Trieagle Energy
PO Box 974655
Dallas, TX  75397

CenterPoint Energy
Attn: Bankruptcy
PO Box 4981
Houston, TX  77210-4981

Littlemill Limited
c/o HMH
3200 Travis 4th Floor
Houston, TX  77006