IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| SCOTT VINCENT VAN DYKE, § | |
| § | Case No. 21-60052 |
| Debtor. § | |
| § | |

## MICHAEL L. NOEL'S WITNESS AND
## EXHIBIT LIST FOR AUGUST 24, 2021 HEARING

Michael L. Noel ("Noel") by and through its undersigned counsel, hereby files this Witness and Exhibit List for the hearing on *Michael L. Noel's Motion for Relief from Stay Regarding State Court Litigation* [Docket No. 37].

## WITNESSES

Noel may call any of the following as a witness at the hearing:

1. Mike Seely and/or Jill Hale, counsel for Noel in state court lawsuit filed against Scott Van Dyke ("Van Dyke");

2. Any witness called or designated by any other party in interest; and

3. Any witness necessary to rebut the testimony of witnesses called or designated by any other party.

## EXHIBITS

Noel may offer any one or more of the following exhibits at the hearing:

| EXHIBIT | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| | | | | | |

1

4847-5448-4470.1

| | | | | | |
|---|---|---|---|---|---|
| 1. | Van Dyke Response, asserting statute of limitations defense, filed on Jan. 18, 2021 in *Noel et al. v. Van Dyke et al.*, pending in the 127th District Court of Harris County, Texas (the "State Court Lawsuit") | | | | |
| 2. | Order Granting Partial Summary Judgment (signed on Feb. 10, 2021 in State Court Lawsuit) | | | | |
| 3. | Email exchanges during Feb—May 2021 re trial settings in State Court Lawsuit, among (i) counsel for Dr. Noel, (ii) counsel for Van Dyke, and (iii) trial coordinator | | | | |
| 4. | Timeline Summary | | | | |
| | Any document or pleading filed in the above-captioned main cases | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | |
| | Any exhibit identified or offered by any other party | | | | |

Noel reserves the right to use additional demonstrative exhibits as they deem appropriate in connection with this hearing.  Noel also reserves the right to call or to introduce one or more, or none, of the witnesses or exhibits listed above, and further reserves the right to supplement or amend this list at any time prior to the hearing.

Dated:  August 20, 2021           Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ David S. Elder*
David S. Elder
State Bar No. 06507700
1000 Louisiana Street, Suite 2000
Houston, Texas 77002-2099
Telephone: 713-276-5500
Email: dselder@foley.com

**ATTORNEYS FOR MICHAEL L. NOEL**

4847-5448-4470.1

## CERTIFICATE OF SERVICE

I do hereby certify that on August 20, 2021 a true and correct copy of the foregoing Exhibit List was served by United States mail, first class, postage prepaid to the parties on the attached service list or via CM/ECF to all parties authorized to receive electronic notice in this case.

/s/ David S. Elder
David S. Elder

```
Label Matrix for local noticing          Forest Home Plantation, LLC              Harris County, et al.
0541-6                                   c/o Leann O. Moses                       Linebarger Goggan Blair & Sampson LLP
Case 21-60052                            1100 Poydras Street                      c/o John P. Dillman
Southern District of Texas               Suite 3100                               P.O. Box 3064
Victoria                                 New Orleans, LA 70163-1102               Houston, TX 77253-3064
Fri Aug 20 10:47:52 CDT 2021

Henke, Williams & Boll, LLP              6                                        AmeriCredit/GM Financial
2929 Allen Parkway, Suite 3900           United States Bankruptcy Court           Attn: Bankruptcy
Houston, TX 77019-7125                   PO Box 61010                             PO Box 183853
                                         Houston, TX 77208-1010                   Arlington, TX 76096-3853


BBVA Compass                             Bank of America                          Cadence/Superior Bank
Attn: Bankruptcy                         4909 Savarese Circle FL1-908-01-50       Operations Center
PO Box 10566                             Tampa, FL 33634-2413                     Birmingham, AL 35203
Birmingham, AL 35296-0001


Central Portfolio Control                Chase Auto Finance                       (p)JPMORGAN CHASE BANK  N A
Attn: Bankruptcy Attn: Bankruptcy        P.O. Box 78101                           BANKRUPTCY MAIL INTAKE TEAM
10249 Yellow Circle Dr , Ste 200         Phoenix, AZ 85062-8101                   700 KANSAS LANE FLOOR 01
Minnetonka, MN 55343-9111                                                         MONROE LA 71203-4774


Citibank                                 Encore Bank                              Harris County et al.
Citicorp Credit Srvs/Centralized Bk dept Nine Greenway Plaza                      c/o John P. Dillman
PO Box 790034                            Houston, TX 77046-0900                   Linebarger Goggan Blair & Sampson LLP
St Louis, MO 63179-0034                                                           P.O. Box 3064
                                                                                  Houston, TX 77253-3064


Henke, Williams & Boll, LLP              JPMorgan Chase Bank, N.A.                Johns & Hebert PLLC f/k/a Johns & Counsel PL
2929 Allen Parkway, Suite 3900           s/b/m/t Chase Bank USA, N.A.             2028 East Ben White Boulevard, Suite 240
Houston, Texas 77019-7125                c/o Robertson, Anschutz & Schneid, P.L.  Austin, Texas 78741-6931
                                         6409 Congress Avenue, Suite 100
                                         Boca Raton, FL 33487-2853


Michael L. Noel                          (p)PHOENIX FINANCIAL SERVICES LLC        (p)TMX FINANCE LLC FORMERLY TITLEMAX
12222 Taylorcrest                        PO BOX 361450                            15 BULL STREET
Houston, TX 77024-4247                   INDIANAPOLIS IN 46236-1450               SUITE 200
                                                                                  SAVANNAH GA 31401-2686


US Trustee                               Wells Fargo Bank N.A., d/b/a Wells Fargo Aut  Wells Fargo Dealer Services
Office of the US Trustee                 PO Box 130000                            Attn: Bankruptcy 1100 Corporate Center D
515 Rusk Ave                             Raleigh, NC 27605-1000                   Raleigh, NC 27607-5066
Ste 3516
Houston, TX 77002-2604


Brendon D Singh                          Eva S. Engelhart, Chapter 7 Trustee      Melissa A Haselden
Tran Singh, LLP                          7700 San Felipe, Suite 550               Haselden Farrow PLLC
2502 La Branch Street                    Houston, TX 77063-1618                   Pennzoil Place
Houston, TX 77004-1028                                                            700 Milam
                                                                                  Suite 1300
                                                                                  Houston, TX 77002-2736


Reese Baker                              Scott Vincent Van Dyke                   Susan Tran Adams
950 Echo Lane, Suite 300                 1515 South Boulevard                     Tran Singh LLP
Houston, TX 77024-2824                   Houston, TX 77006-6335                   1010 Lamar
                                                                                  Suite 1160
                                                                                  Houston, TX 77002-1349
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850 | Phoenix Financial Services, LLC<br>Attn: Bankruptcy<br>PO Box 361450<br>Indianapolis,, IN 46236 | Titlemax of Texas<br>15 Bull St Ste 200<br>Savannah, GA 31401-2686 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Anzar Settlement Funding Corp. | (u)Builders West, Inc. | (u)Cadence Bank, N.A. |
| (u)Littlemill Limited | (u)Philadelphia Indemnity Insurance Company | (u)Prosperity Settlement Funding, Inc. |
| (du)Philadelphia Indemnity Insurance Company | (u)Andrea Lore | (u)Michael L. Noel |

End of Label Matrix
Mailable recipients    29
Bypassed recipients     9
Total                  38

Anzar Settlement Funding Corp
c/o Julie Goodrich Harrison
Norton Rose Fulbright US LLP
1301 McKinney St, Ste 5100
Houston, TX 77010

Littlemill Limited
c/o Julie Goodrich Harrison
Norton Rose Fulbright US LLP
1301 McKinney St, Ste 5100
Houston, TX 77010

Prosperity Settlement Funding, Inc.
c/o Julie Goodrich Harrison
Norton Rose Fulbright US LLP
1301 McKinney St, Ste 5100
Houston, TX 77010

American Oil & Gas, LLC
PO Box 22322
Houston, TX  77227

AT&T U-Verse
PO Box 5014
Carol Stream, IL  60197

Propel Financial Services, LLC
PO Box 100350
San Antonio, TX  78201

Philadelphia Indemnity Insurance Company
c/o KF&D, PLLC
909 18th Street
Plano, TX  75074

Builders West, Inc.
c/o Dale R Mellencamp
BairHilty PC
14711 Pebble Bend Drive
Houston, TX 77068

Andrea Lore
c/o Julie Goodrich Harrison
Norton Rose Fulbright US LLP
1301 McKinney St, Ste 5100
Houston, TX 77010

Ha Minh Nguyen
Jason Ruff
Office of the United States Trustee
515 Rusk St., Ste. 3516
Houston, TX 77002

Builders West, Inc.
c/o Rusty Hardin & Associates, LLP
1401 McKinney, Suite 2250
Houston, TX  77010

City Of Houston – Water Department
PO Box 1560
Houston, TX  77251

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101

Cadence Bank, NA
c/o Travis Clayton Badger
3400 Ave H, 2nd Fl
Rosenberg, TX 77471

Philadelphia Indemnity Insurance
c/o Robert W. Miller
Manier & Herod, P.C.
1201 Demonbreun Street, Suite 900
Nashville, TN 37203

Anglo-Dutch Energy, Anglo-Dutch (Tenge) LLC, Anglo-Dutch Everest, LLC, Anglo-Dutch (Neftenge), & Anglo-Dutch Energy Partners IV, LLC
PO Box 22322
Houston, TX  77227

Trieagle Energy
PO Box 974655
Dallas, TX  75397

CenterPoint Energy
Attn: Bankruptcy
PO Box 4981
Houston, TX  77210-4981

Littlemill Limited
c/o HMH
3200 Travis 4th Floor
Houston, TX  77006