IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| SCOTT VINCENT VAN DYKE, | § § | Case No. 21-60052 |
| Debtor. | § § § | |

**NOTICE OF CONTINUED HEARING**
Related to Docket No. 37

**PLEASE TAKE NOTICE** that the hearing on *Michael L. Noel's Motion for Relief from Stay Regarding State Court Litigation* [Docket No. 37] ("Motion") that was held on August 24, 2021, is continued to **November 2, 2021 at 1:00 pm** (prevailing Central Time) before Judge Lopez, Courtroom 401, United States Bankruptcy Court, 515 Rusk, Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE** that parties in interest may choose to attend the hearing in-person or remotely. Parties participating remotely must connect by both video and audio connection

Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153.

You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeLopez" in the GoToMeeting app or click the link on Judge Lopez's home page on the Southern District of Texas website.

1

Dated:  August 25, 2021

Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ David S. Elder*
David S. Elder
State Bar No. 06507700
1000 Louisiana Street, Suite 2000
Houston, Texas 77002-2099
Telephone: 713-276-5500
Email: dselder@foley.com

**ATTORNEYS FOR MICHAEL L. NOEL**

**CERTIFICATE OF SERVICE**

I do hereby certify that on August 25, 2021, a true and correct copy of the foregoing Notice of Hearing was served by United States mail, first class, postage prepaid to the parties on the attached service list or via CM/ECF to all parties authorized to receive electronic notice in this case.

*/s/ David S. Elder*
David S. Elder

4833-5573-2728.1