UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
HOUSTON DIVISION

CASE NAME: Scott Vincent Van Dyke
Petition Date: 05/25/2021
CASE NUMBER: 21-60052

THIS REPORT IS FOR THE MONTH/YEAR (example: MAY/1995) OF June-2021

All **Individual** Debtor-In-Possession Checking, Savings, Brokerage Accounts:

| BANK NAME: | ACCOUNT NO.: |
|---|---|
| 1. | |
| 2. | |
| 3. | |
(attach list if needed)

All Non-Debtor-In-Possession Accounts:

| BANK NAME: | ACCOUNT NO.: |
|---|---|
| 1. Frost Bank | 50-2480360 |
| 2. | |
| 3. | |
(attach list if needed)

## A copy of a reconciled statement should be attached for each and all accounts.

|  | + | $ 27,915.11 | = | $ 27,915.11 |
|---|---|---|---|---|
| Total Disbursements from MOR-7 Or Small Business Exhibit B-1 (When the debtor is a sole proprietorship) | | Total Disbursements from MFR-2 (When the debtor is an Individual) | | Total Disbursements |

Are all post-petition liabilities, including taxes, being paid within terms? Yes ✓ No ☐

Have any pre-petition liabilities been paid? Yes ☐ No ☒ If so, explain ____

Are all U. S. Trustee Quarterly Fee Payments current? Yes ✓ No ☐

What is the status of your Plan of Reorganization? ____

***The **original** of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee***

Attorney Name: Susan Tran Adams
Firm: Tran Singh LLP
Address: 2502 La Branch Street
Address:
City State, Zip: Houston, TX 77004
Telephone: 832-975-7300

I certify under penalty of perjury that the following complete Monthly Financial Report (MFR), consisting of MFR-1 through MFR-3 plus attachments, is true and correct.

SIGNED ____
(ORIGINAL SIGNATURE)

**MFR-1**

This FORM is for **INDIVIDUALS ONLY**

Petition Date: 05/25/2021

CASE NAME: Scott Vincent Van Dyke

CASE NUMBER: 21-60052

| CASH RECEIPTS AND DISBURSEMENTS | SCHEDULE I & J | 2021 MONTH June | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | | $ 429.31 | | | | | |
| RECEIPTS | | | | | | | |
| 2. Wages, Salary, Commissions (net) | | 0.00 | | | | | |
| 3. Rents, Royalties, Dividends, Interest | 38,065.00 | 0.00 | | | | | |
| 4. Social Security, Pension, etc. | | 0.00 | | | | | |
| 5. Other (attach list) | 17,850.00 | 31,500.00 | | | | | |
| TOTAL RECEIPTS | $ 55,915.00 | $ 31,500.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Draw from (Contribution to) Operation of Business MOR-7 or Small Business Exhibit B-1 | | | | | | | |
| DISBURSEMENTS | | | | | | | |
| 6. Rent or Home Mortgage Payment | 22,516.00 | 0.00 | | | | | |
| 7. Utilities (electric/gas, water, telephone) | 910.00 | 156.02 | | | | | |
| 8. Home Maintenance (repairs and upkeep) | 455.00 | 9,292.71 | | | | | |
| 9. Food, Clothing, Laundry, and Dry Cleaning | 2,425.00 | 793.30 | | | | | |
| 10. Medical and Dental | 500.00 | 609.52 | | | | | |
| 11. Transportation (not including car payment) | 170.00 | 0.00 | | | | | |
| 12. Recreations, Clubs, and Entertainment | 285.00 | 0.00 | | | | | |
| 13. Insurance (not included in wages or home mortgage) | 465.00 | 3,570.23 | | | | | |
| 14. Taxes (not included in wages or home mortgage) | 520.00 | 0.00 | | | | | |
| 15. Auto Payment | 2,201.00 | 376.89 | | | | | |
| 16. Credit Cards | | 0.00 | | | | | |
| 17. Other (attach list) | 410.00 | 13,116.44 | | | | | |
| SUB-TOTAL DISBURSEMENTS (for Individual) | $ 30,857.00 | $ 27,915.11 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 18. PROFESSIONAL FEES | | 0.00 | | | | | |
| 19. U.S. TRUSTEE FEES | | 0.00 | | | | | |
| TOTAL DISBURSEMENTS | $ 30,857.00 | $ 27,915.11 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 20. NET CASH FLOW | 25,058.00 | 3,584.89 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21. CASH - END OF MONTH | $ 25,058.00 | $ 4,014.20 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

MFR-2

Revised: 1/31/2014

This FORM is for **INDIVIDUALS ONLY**

CASE NAME: Scott Vincent Van Dyke

CASE NUMBER: 21-60052

| POST-PETITION LIABILITIES | MONTH 2021 June | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| **SECURED:** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| TOTAL SECURED | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **UNSECURED:** | | | | | | |
| AT&T U-Verse | 295.86 | | | | | |
| City of Houston - ARA | 50.00 | | | | | |
| City of Houston - Water | 29.16 | | | | | |
| Triagle Energy | 343.17 | | | | | |
| (attach list) | | | | | | |
| TOTAL UNSECURED | $ 718.19 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **TAXES:** | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| TOTAL TAXES | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| TOTAL POST-PETITION LIABILITIES (for Individual) | $ 718.19 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

MFR-3

*Revised: 1/31/2014*

Case Name: Scott Vincent Van Dyke  
Case Number: 21-60052

| OTHER CASH RECEIPTS AND DISBURSEMENTS | June 2021 | |
|---|---|---:|
| **Other Receipts** | | |
| Theresa Van Dyke | $ | 31,500.00 |
| MFR-2 | $ | 31,500.00 |
| | | |
| **Other Disbursements** | | |
| Bank Charges | $ | 75.00 |
| Personal Care | $ | 339.84 |
| Pet Expense | $ | 216.43 |
| Business Expenses | $ | 12,484.07 |
| MFR-2 | $ | 13,115.34 |

10:23 AM
07/02/21

## Scott V. Van Dyke
## Reconciliation Summary
### Frost.Bank, Period Ending 06/23/2021

|  | Jun 23, 21 |
|---|---:|
| **Beginning Balance** | 229.04 |
|   Cleared Transactions |  |
|     Checks and Payments - 64 items | -19,965.72 |
|     Deposits and Credits - 7 items | 22,500.00 |
|   **Total Cleared Transactions** | 2,534.28 |
| **Cleared Balance** | 2,763.32 |
|   Uncleared Transactions |  |
|     Checks and Payments - 7 items | -227.89 |
|   **Total Uncleared Transactions** | -227.89 |
| **Register Balance as of 06/23/2021** | 2,535.43 |
|   New Transactions |  |
|     Checks and Payments - 18 items | -7,827.82 |
|     Deposits and Credits - 2 items | 9,050.00 |
|   **Total New Transactions** | 1,222.18 |
| **Ending Balance** | 3,757.61 |

Page 1



```
Frost                                                              FOR INFORMATION CALL
P.O. Box 1315 Houston, Texas 77251 Member FDIC                     713-388-7800 OR 1-800-513-7678

                                                                   STATEMENT ISSUED
                                                                        06-23-2021
00002222-TDFRST02003900032736-LETTER01_1OZ-000000 REG                Page 1 of 4

         SCOTT V VAN DYKE
         PO BOX 22322
         HOUSTON TX 77227                                 0

                              Say goodbye to fees on overdrafts of $100 or less when you
                              meet qualifying conditions. And say hello to an overdraft
                              program that won't ding you for being human.
```

```
FROST PERSONAL ACCOUNT:: ACCOUNT NO. 50 24803560
BALANCE LAST STATEMENT |         DEPOSITS      |         WITHDRAWALS         | BALANCE THIS STATEMENT
                       |   NO.  |   AMOUNT     |   NO.  |     AMOUNT         |
       229.04          |    7   |  22,500.00   |   62   |    19,965.72       |       2,763.32

------------------------ DEPOSITS/CREDITS ------------------------
DATE   TRANSACTION             AMOUNT        DATE      TRANSACTION                    AMOUNT
06-01  DEPOSIT               1,000.00        06-01     DEPOSIT                       1,500.00
06-02  DEPOSIT               3,000.00        06-14     DEPOSIT                       3,000.00
06-17  DEPOSIT               5,000.00        06-18     DEPOSIT                       5,000.00
06-22  DEPOSIT               4,000.00

----------------------------- CHECKS PAID -----------------------------
DATE   CHECK     AMOUNT       DATE      CHECK      AMOUNT       DATE      CHECK      AMOUNT
06-15  4478 #    376.89
'ECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK

-------------------------- OTHER WITHDRAWALS/DEBITS --------------------------
DATE    AMOUNT    TRANSACTION              DESCRIPTION
05-26     35.00   NSF FEE
05-27      6.48   DEBIT CARD PURCHASE      AMEGY BANK/LUBY'S                     HOUSTON              CARD: 6612162
05-28     18.40   DEBIT CARD PURCHASE      AMZN Mktp US*2R7SV7G32                AMZN.COM/BILL        CARD: 6612162
05-28     11.14   DEBIT CARD PURCHASE      AMEGY BANK/LUBY'S                     HOUSTON              CARD: 6612162
05-28     16.82   DEBIT CARD PURCHASE      Subway 52279                          HOUSTON              CARD: 6612162
06-01    106.00   DEBIT CARD PURCHASE      RAFFLE PARKING - 803 F                HOUSTON              CARD: 6612162
06-01     15.45   DEBIT CARD PURCHASE      BASKIN #360468 Q35                    HOUSTON  TX          CARD: 6612162
06-01     98.48   POS DEBIT                PETSMART # 1107                       HOUSTON  TX          CARD: 6612162
06-01    508.72   POS DEBIT                NNT BED BATH & BEYO001                HOUSTON  TX          CARD: 6612162
06-01    101.58   POS DEBIT                KROGER #314                           HOUSTON  TX          CARD: 6612162
06-01     10.75   POS DEBIT                KROGER #314 5150 BUFFA                HOUSTON  TX          CARD: 6612162
06-01     28.40   POS DEBIT                KROGER #314                           HOUSTON  TX          CARD: 6612162
06-01     47.08   DEBIT CARD PURCHASE      LA TAPATIA MEXICAN CAF                713-5213144          CARD: 6612162
06-01     61.25   DEBIT CARD PURCHASE      COSTCO GAS #1018                      HOUSTON              CARD: 6612162
06-01  1,854.96   ELECTRONIC DEBIT         MIDLAND NATIONAL RETRY PYMT           xxxxxxxxxx42521
06-01     35.00   OVERDRAFT FEE
06-02      4.32   DEBIT CARD PURCHASE      AMEGY BANK/LUBY'S                     HOUSTON              CARD: 6612162
06-04     24.00   DEBIT CARD PURCHASE      OMNI HOUSTON GARAGE                   HOUSTON              CARD: 6612162
06-04    220.00   DEBIT CARD PURCHASE      Dental Illusions                      HOUSTON              CARD: 6612162
06-07     13.30   DEBIT CARD PURCHASE      AMEGY BANK/LUBY'S                     HOUSTON              CARD: 6612162
06-07     41.57   DEBIT CARD PURCHASE      LA TAPATIA MEXICAN CAF                713-5213144          CARD: 6612162
06-07      5.00   DEBIT CARD PURCHASE      PARKING SYSTEMS OF AME                DALLAS               CARD: 6612162
06-07     15.14   DEBIT CARD RECURRING     NETFLIX COM                           LOS GATOS            CARD: 6612162
06-07     89.49   DEBIT CARD PURCHASE      AMZN Mktp US*2X1SR6H51                AMZN.COM/BILL        CARD: 6612162
06-07    195.66   DEBIT CARD PURCHASE      AMZN Mktp US*2X5LN1FL2                AMZN.COM/BILL        CARD: 6612162
06-07     93.47   POS DEBIT                KROGER #314                           HOUSTON  TX          CARD: 6612162
06-07     16.85   POS DEBIT                H-E-B #630                            HOUSTON  TX          CARD: 6612162
'-09      94.42   DEBIT CARD PURCHASE      American College of Ac                713-7809777          CARD: 6612162
06-11     10.81   DEBIT CARD PURCHASE      AMEGY BANK/LUBY'S                     HOUSTON              CARD: 6612162
06-14    124.77   DEBIT CARD PURCHASE      SAGE WEST OFFICE SUPPL                713-8626880          CARD: 6612162
06-14     24.44   POS DEBIT                CVS/PHARMACY #07 07162                HOUSTON  TX          CARD: 6612162
06-14     16.51   POS DEBIT                H-E-B #599                            HOUSTON  TX          CARD: 6612162
06-14    128.32   POS DEBIT                KROGER #314                           HOUSTON  TX          CARD: 6612162
06-14     41.64   POS DEBIT                KROGER #314                           HOUSTON  TX          CARD: 6612162
```

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and Other Disclosures.

Please notify us of any changes of address immediately. To change your address, follow these instructions.

1) Make changes to the address information shown on the front of this statement.

2) List all accounts which should be updated including Checking, Savings, Money Market, CDs and Loans.

Account Number _____    Account Number _____
Account Number _____    Account Number _____
Account Number _____    Account Number _____

Signature _____

3) Clip and return to the bank and address listed on the front of this statement

## How to balance your checkbook:

This worksheet will help you balance your checkbook. Before you begin, you'll need your checkbook register, your statement and any outstanding transactions not entered in your register.

### Worksheet

| | | Check Number/ Other Debits | Amount |
|---|---|---|---|
| 1. Enter balance shown on front of statement | $ _____ | | |
| 2. Subtract Line A (Checks / other debits not shown on this statement) | - $ _____ | | |
| 3. Subtotal | $ _____ | | |
| 4. Add Deposits / other credits not shown on statement | + $ _____ | | |
| 5. **Your Account Balance** | $ _____ | | |
| 6. Enter Your checkbook balance | $ _____ | | |
| 7. Subtract any bank charges that have not been entered in your checkbook | - $ _____ | | |
| 8. Subtotal | $ _____ | | |
| 9. Add any interest or other credits appearing on your statement that have not been entered in your checkbook | + $ _____ | | |
| 10. Adjusted Checkbook Balance | $ _____ | Total (Line A) | |

1. Be sure your checkbook register is complete. Verify that all outstanding transactions have been entered in your register.

2. Compare the check information on the front of the statement with your checkbook register. In your register, mark all the checks, ATM withdrawals or other debits on your statement to indicate that the funds have been withdrawn from your account. List any checks or other debits that are in your register, but not on your statement in the space provided above.

3. In your register, mark all deposits and other credits on your statement to indicate that the funds have been credited to your account. Write any deposits or other credits that are in your register, but not on your statement on Line 4.

4. To verify your statement balance, complete the worksheet above. Your account balance (Line 5) should match your adjusted checkbook balance figure (Line 10). If these balances are different, check the addition in your checkbook and review each step in the balancing procedure.

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and other Disclosures.

**Frost**
P.O. Box 1315 Houston, Texas 77251 Member FDIC

FOR INFORMATION CALL
713-388-7800 OR 1-800-513-7678

STATEMENT ISSUED
06-23-2021

Page 3 of 4

SCOTT V VAN DYKE

FROST PERSONAL ACCOUNT : ACCOUNT NO. 50 2480360 (CONTINUED)

OTHER WITHDRAWALS/DEBITS

| DATE | AMOUNT | TRANSACTION | DESCRIPTION | | |
|---|---|---|---|---|---|
| 06-14 | 36.00 | DEBIT CARD PURCHASE | VALOR BARBERSHOP | 192-92652995 | CARD: 6612162 |
| 06-14 | 62.16 | DEBIT CARD PURCHASE | COSTCO GAS #1018 | HOUSTON | CARD: 6612162 |
| 06-14 | 13.02 | POS DEBIT | KROGER #314 | HOUSTON TX | CARD: 6612162 |
| 06-14 | 43.78 | DEBIT CARD PURCHASE | TST* THE PIT ROOM | HOUSTON | CARD: 6612162 |
| 06-14 | 38.43 | DEBIT CARD PURCHASE | TST* THE PIT ROOM | HOUSTON | CARD: 6612162 |
| 06-15 | 19.99 | DEBIT CARD RECURRING | MCW#10-KIRBY | HOUSTON | CARD: 6612162 |
| 06-15 | 164.50 | POS DEBIT | OFFICE DEPOT 00 3401 K | HOUSTON TX | CARD: 6612162 |
| 06-17 | 9.42 | DEBIT CARD PURCHASE | TST* ANTONE S GALLERIA | HOUSTON | CARD: 6612162 |
| 06-17 | 127.87 | DEBIT CARD RECURRING | LINKEDIN.COM | SUNNYVALE | CARD: 6612162 |
| 06-21 | 10.12 | DEBIT CARD PURCHASE | SQ *BLACK HOLE COFFEE | HOUSTON | CARD: 6612162 |
| 06-21 | 117.95 | DEBIT CARD PURCHASE | PEARLAND ANIMAL HOSPIT | 281-485-2496 | CARD: 6612162 |
| 06-21 | 15.02 | DEBIT CARD PURCHASE | BASKIN #360468 Q35 | HOUSTON | CARD: 6612162 |
| 06-21 | 33.64 | DEBIT CARD PURCHASE | COSTCO GAS #1018 | HOUSTON | CARD: 6612162 |
| 06-21 | 135.31 | POS DEBIT | KROGER #314 | HOUSTON TX | CARD: 6612162 |
| ?-21 | 27.85 | POS DEBIT | KROGER #314 | HOUSTON TX | CARD: 6612162 |
| ,-21 | 14.06 | DEBIT CARD RECURRING | Amazon Prime*215CU2D01 | AMZN.COM/BILL | CARD: 6612162 |
| 06-21 | 90.87 | DEBIT CARD RECURRING | TMOBILE*AUTO PAY | 800-937-8997 | CARD: 6612162 |
| 06-21 | 2,500.00 | TELLER WITHDRAWAL | | xx x xxxxx88925 | |
| 06-22 | 1,715.27 | ELECTRONIC DEBIT | STATE FARM RO 27 SFPP | | |
| 06-22 | 30.72 | DEBIT CARD PURCHASE | AMEGY BANK/LUBY'S | HOUSTON | CARD: 6612162 |
| 06-22 | 697.50 | DEBIT CARD PURCHASE | OFFICE DEPOT #86 | HOUSTON | CARD: 6612162 |
| 06-22 | 5,547.00 | DEBIT CARD PURCHASE | HOUSTON AIRTECH SERVIC | HOUSTON | CARD: 6612162 |
| 06-23 | 203.45 | DEBIT CARD PURCHASE | BIG TEX STORAGE-MONTRO | 713-527-7200 | CARD: 6612162 |
| 06-23 | 379.39 | DEBIT CARD PURCHASE | OFFICE DEPOT #2250 | HOUSTON | CARD: 6612162 |
| 06-23 | 75.20 | DEBIT CARD PURCHASE | LA TAPATIA MEXICAN CAF | 713-5213144 | CARD: 6612162 |
| 06-23 | 3,237.00 | DEBIT CARD PURCHASE | HOUSTON AIRTECH SERVIC | HOUSTON | CARD: 6612162 |
| 06-23 | 70.09 | DEBIT CARD PURCHASE | BIG TEX STORAGE-RIVER | 713-963-0300 | CARD: 6612162 |
| 06-23 | 50.00 | DEBIT CARD PURCHASE | COMCAST HOUSTON | 800-266-2278 | CARD: 6612162 |
| 06-23 | 8.00 | SERVICE CHARGE/FEE | MONTHLY SERVICE CHARGE | | |

DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 05-25 | 229.04 | 06-04 | 2,525.21 | 06-17 | 8,721.76 |
| 05-26 | 194.04 | 06-07 | 2,054.73 | 06-18 | 13,721.76 |
| 05-27 | 187.56 | 06-09 | 1,960.31 | 06-21 | 9,061.67 |
| 05-28 | 141.20 | 06-11 | 1,949.50 | 06-22 | 6,786.45 |
| 06-01 | 226.47- OD | 06-14 | 4,420.43 | 06-23 | 2,763.32 |
| 06-02 | 2,769.21 | 06-15 | 3,859.05 | | |

| | TOTAL THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | 35.00 | 175.00 |
| TOTAL NSF FEES | 35.00 | 105.00 |

Any refunded NSF and OD fees have been deducted from the
Year-to-Date totals listed above.

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit
Account Agreement and Other Disclosures.

00002222-002-002-TDFRST02003900032736-LETTER01 1OZ-00-0-00000270

FOR INFORMATION CALL
713-388-7800 OR 1-800-513-7678

STATEMENT ISSUED
06-23-2021

Page 4 of 4

Frost
P.O. Box 1315 Houston, Texas 77251 Member FDIC

SCOTT V VAN DYKE

| 06/01/21 #0 | $1,000.00 | 06/01/21 #0 | $1,500.00 | 06/02/21 #0 | $3,000.00 |
| 06/14/21 #0 | $3,000.00 | 06/17/21 #0 | $5,000.00 | 06/18/21 #0 | $5,000.00 |
| 06/22/21 #0 | $4,000.00 | 06/15/21 #4478 | $376.89 | 06/21/21 #0 | $2,500.00 |

10:23 AM
07/02/21

## Scott V. Van Dyke
## Reconciliation Detail
Frost.Bank, Period Ending 06/23/2021

| Type | Date | Num | Name | | Clr | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | | 229.04 |
| **Cleared Transactions** | | | | | | | |
| **Checks and Payments - 64 items** | | | | | | | |
| Check | 05/27/2021 | ACH | YVONNE | | X | -6.48 | -6.48 |
| Check | 05/28/2021 | ACH | Amazon.Com | | X | -18.40 | -24.88 |
| Check | 05/28/2021 | ACH | Subway | | X | -16.82 | -41.70 |
| Check | 05/28/2021 | ACH | Baskin Robins | | X | -15.45 | -57.15 |
| Check | 05/28/2021 | ACH | Amegy Bank Lubys | | X | -11.14 | -68.29 |
| Check | 05/30/2021 | ACH | Kroger | | X | -101.58 | -169.87 |
| Check | 05/30/2021 | ACH | Kroger | | X | -28.40 | -198.27 |
| Check | 05/30/2021 | ACH | Kroger | | X | -10.75 | -209.02 |
| Check | 06/01/2021 | ACH | Midland Insurance | | X | -1,854.96 | -2,063.98 |
| Check | 06/01/2021 | ACH | Bed Bath & Beyond | | X | -508.72 | -2,572.70 |
| Check | 06/01/2021 | ACH | Raffle Parking | | X | -106.00 | -2,678.70 |
| Check | 06/01/2021 | ACH | Petsmart | | X | -98.48 | -2,777.18 |
| Check | 06/01/2021 | ACH | Costco | | X | -61.25 | -2,838.43 |
| Check | 06/01/2021 | ACH | La Tapatia Mexican ... | | X | -47.08 | -2,885.51 |
| Check | 06/01/2021 | ACH | Frost Bank | | X | -35.00 | -2,920.51 |
| Check | 06/01/2021 | ACH | Frost Bank | | X | -35.00 | -2,955.51 |
| Check | 06/01/2021 | ACH | YVONNE | | X | -4.32 | -2,959.83 |
| Check | 06/02/2021 | ACH | Parking | | X | -24.00 | -2,983.83 |
| Check | 06/03/2021 | ACH | Dental Illusions | | X | -220.00 | -3,203.83 |
| Check | 06/04/2021 | ACH | YVONNE | | X | -13.30 | -3,217.13 |
| Check | 06/04/2021 | ACH | Parking | | X | -5.00 | -3,222.13 |
| Check | 06/06/2021 | ACH | Amazon | | X | -195.66 | -3,417.79 |
| Check | 06/06/2021 | ACH | Kroger | | X | -93.47 | -3,511.26 |
| Check | 06/06/2021 | ACH | Amazon.Com | | X | -89.49 | -3,600.75 |
| Check | 06/06/2021 | ACH | La Tapatia Mexican ... | | X | -41.57 | -3,642.32 |
| Check | 06/06/2021 | ACH | Netflex | | X | -15.14 | -3,657.46 |
| Check | 06/09/2021 | ACH | American college of ... | | X | -94.42 | -3,751.88 |
| Check | 06/09/2021 | ACH | HEB | | X | -16.85 | -3,768.73 |
| Check | 06/10/2021 | ACH | YVONNE | | X | -10.81 | -3,779.54 |
| Bill Pmt -Check | 06/11/2021 | 4478 | Wells Fargo Auto | | X | -376.89 | -4,156.43 |
| Check | 06/12/2021 | ACH | Kroger | | X | -128.32 | -4,284.75 |
| Check | 06/12/2021 | ACH | sagewest office sup... | | X | -124.77 | -4,409.52 |
| Check | 06/12/2021 | ACH | pit room | | X | -43.78 | -4,453.30 |
| Check | 06/12/2021 | ACH | Kroger | | X | -41.64 | -4,494.94 |
| Check | 06/12/2021 | ACH | Valor Barbershop | | X | -36.00 | -4,530.94 |
| Check | 06/12/2021 | ACH | CVS Pharmacy | | X | -24.44 | -4,555.38 |
| Check | 06/12/2021 | ACH | HEB | | X | -16.51 | -4,571.89 |
| Check | 06/12/2021 | ACH | Kroger | | X | -13.02 | -4,584.91 |
| Check | 06/13/2021 | ACH | Costco | | X | -62.16 | -4,647.07 |
| Check | 06/13/2021 | ACH | pit room | | X | -38.43 | -4,685.50 |
| Check | 06/15/2021 | ACH | office Depot | | X | -164.50 | -4,850.00 |
| Check | 06/15/2021 | ACH | Mister Car Wash | | X | -19.99 | -4,869.99 |
| Check | 06/17/2021 | ACH | Air Tech of Houston | | X | -5,547.00 | -10,416.99 |
| Check | 06/17/2021 | ACH | linkedin | | X | -127.87 | -10,544.86 |
| Check | 06/17/2021 | ACH | YVONNE | | X | -9.42 | -10,554.28 |
| Check | 06/21/2021 | ATM | Cash | | X | -2,500.00 | -13,054.28 |
| Bill Pmt -Check | 06/21/2021 | ACH | State Farm | | X | -1,715.27 | -14,769.55 |
| Check | 06/21/2021 | ACH | office Depot | | X | -697.50 | -15,467.05 |
| Check | 06/21/2021 | ACH | big Tex Storage | | X | -203.45 | -15,670.50 |
| Check | 06/21/2021 | ACH | Kroger | | X | -135.31 | -15,805.81 |
| Check | 06/21/2021 | ACH | PearLand Animal Cli... | | X | -117.95 | -15,923.76 |
| Check | 06/21/2021 | ACH | T-Mobile | | X | -90.87 | -16,014.63 |
| Check | 06/21/2021 | ACH | Costco | | X | -33.64 | -16,048.27 |
| Check | 06/21/2021 | ACH | YVONNE | | X | -30.72 | -16,078.99 |
| Check | 06/21/2021 | ACH | Kroger | | X | -27.85 | -16,106.84 |
| Check | 06/21/2021 | ACH | Baskin Robins | | X | -15.02 | -16,121.86 |
| Check | 06/21/2021 | ACH | Amazon.Com | | X | -14.06 | -16,135.92 |
| Check | 06/21/2021 | ACH | black Hole | | X | -10.12 | -16,146.04 |
| Check | 06/22/2021 | ACH | Air Tech of Houston | | X | -3,237.00 | -19,383.04 |
| Check | 06/22/2021 | ACH | office Depot | | X | -379.39 | -19,762.43 |
| Check | 06/22/2021 | ACH | La Tapatia Mexican ... | | X | -75.20 | -19,837.63 |
| Check | 06/22/2021 | ACH | big Tex Storage | | X | -70.09 | -19,907.72 |
| Check | 06/22/2021 | ACH | | | X | -50.00 | -19,957.72 |
| Check | 06/23/2021 | ACH | Comcast. | | X | -8.00 | -19,965.72 |
| **Total Checks and Payments** | | | | | | -19,965.72 | -19,965.72 |
| **Deposits and Credits - 7 items** | | | | | | | |
| Deposit | 06/01/2021 | DEP | Cash | | X | 1,000.00 | 1,000.00 |

Page 1

10:23 AM  
07/02/21

# Scott V. Van Dyke
## Reconciliation Detail
### Frost.Bank, Period Ending 06/23/2021

Page 2

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Deposit | 06/01/2021 | DEP | Cash | X | 1,500.00 | 2,500.00 |
| Deposit | 06/02/2021 | DEP | Theresa Van Dyke | X | 3,000.00 | 5,500.00 |
| Deposit | 06/14/2021 | | | X | 3,000.00 | 8,500.00 |
| Deposit | 06/17/2021 | | | X | 5,000.00 | 13,500.00 |
| Deposit | 06/18/2021 | | | X | 5,000.00 | 18,500.00 |
| Deposit | 06/22/2021 | | | X | 4,000.00 | 22,500.00 |

**Total Deposits and Credits**    22,500.00    22,500.00

**Total Cleared Transactions**    2,534.28    2,534.28

**Cleared Balance**    2,534.28    2,763.32

### Uncleared Transactions
#### Checks and Payments - 7 items

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Check | 05/22/2020 | ACH | TimeWise | | -20.00 | -20.00 |
| Check | 09/29/2020 | ACH | YVONNE | | -6.48 | -26.48 |
| Check | 01/05/2021 | ACH | Hunan Chef | | -25.82 | -52.30 |
| Check | 05/10/2021 | ACH | Home Depot Credit ... | | -119.43 | -171.73 |
| Check | 06/22/2021 | ACH | YVONNE | | -29.79 | -201.52 |
| Check | 06/22/2021 | ACH | Domino's Pizza | | -17.84 | -219.36 |
| Check | 06/22/2021 | ACH | Nest Labs | | -8.53 | -227.89 |

**Total Checks and Payments**    -227.89    -227.89

**Total Uncleared Transactions**    -227.89    -227.89

**Register Balance as of 06/23/2021**    2,306.39    2,535.43

### New Transactions
#### Checks and Payments - 18 items

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Check | 06/25/2021 | ATM | Cash | | -2,000.00 | -2,000.00 |
| Check | 06/25/2021 | ACH | YVONNE | | -6.48 | -2,006.48 |
| Check | 06/28/2021 | ACH | Three Men Movers | | -2,436.00 | -4,442.48 |
| Check | 06/28/2021 | ACH | Three Men Movers | | -2,064.15 | -6,506.63 |
| Check | 06/28/2021 | ATM | Cash | | -600.00 | -7,106.63 |
| Check | 06/28/2021 | ACH | big Tex Storage | | -86.54 | -7,193.17 |
| Check | 06/28/2021 | ACH | State of Louisiana | | -65.00 | -7,258.17 |
| Check | 06/28/2021 | ACH | go Daddy | | -57.51 | -7,315.68 |
| Check | 06/28/2021 | ACH | La Tapatia Mexican ... | | -47.57 | -7,363.25 |
| Check | 06/28/2021 | ACH | Amazon.Com | | -37.12 | -7,400.37 |
| Check | 06/28/2021 | ACH | Amazon.Com | | -18.88 | -7,419.25 |
| Check | 06/28/2021 | ATM | Cash | | -200.00 | -7,619.25 |
| Check | 06/30/2021 | ACH | YVONNE | | -37.66 | -7,656.91 |
| Check | 06/30/2021 | ACH | Walgreens | | -29.79 | -7,686.70 |
| Check | 06/30/2021 | ACH | Walgreens | | -6.26 | -7,692.96 |
| Check | 07/01/2021 | ACH | U-Haul | | -112.15 | -7,805.11 |
| Check | 07/01/2021 | ACH | U-Haul | | -13.71 | -7,818.82 |
| Check | 07/01/2021 | ACH | TMC cafe | | -9.00 | -7,827.82 |

**Total Checks and Payments**    -7,827.82    -7,827.82

#### Deposits and Credits - 2 items

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Deposit | 06/25/2021 | | | | 9,000.00 | 9,000.00 |
| Deposit | 07/01/2021 | | | | 50.00 | 9,050.00 |

**Total Deposits and Credits**    9,050.00    9,050.00

**Total New Transactions**    1,222.18    1,222.18

**Ending Balance**    3,528.57    3,757.61