**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN AND WESTERN DISTRICTS OF TEXAS**

HOUSTON DIVISION

CASE NAME: Scott Vincent Van Dyke

Petition Date : 05/25/2021

CASE NUMBER: 21-60052

THIS REPORT IS FOR THE MONTH/YEAR (example: MAY/1995) OF July-2021

All **Individual** Debtor-In-Possession Checking, Savings, Brokerage Accounts:

| BANK NAME: | ACCOUNT NO.: |
|---|---|
| 1. Frost Bank | 50-2840308 |
| 2. | |
| 3. | |

(attach list if needed)

All Non-Debtor-In-Possession Accounts:

| BANK NAME: | ACCOUNT NO.: |
|---|---|
| 1. Frost Bank | 50-2480360 |
| 2. | |
| 3. | |

(attach list if needed)

## A copy of a reconciled statement should be attached for each and all accounts.

| | + | $ 5,602.06 | = | $ 5,602.06 |
|---|---|---|---|---|
| Total Disbursements from MOR-7 Or Small Business Exhibit B-1 | | Total Disbursements from MFR-2 | | Total Disbursements |
| (When the debtor is a sole proprietorship) | | (When the debtor is an Individual) | | |

Are all post-petition liabilities, including taxes, being paid within terms? Yes [✓] No [ ]

Have any pre-petition liabilities been paid ? Yes [ ] No [✗] If so, explain ____

Are all U. S. Trustee Quarterly Fee Payments current? Yes [✓] No [ ]

What is the status of your Plan of Reorganization? ____

***The **original** of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee***

Attorney Name: Susan Tran Adams
Firm: Tran Singh LLP
Address: 2502 La Branch Street
Address:
City State, Zip: Houston, TX 77004
Telephone: 832-975-7300

I certify under penalty of perjury that the following complete Monthly Financial Report (MFR), consisting of MFR-1 through MFR-3 plus attachments, is true and correct.

SIGNED ____

(ORIGINAL SIGNATURE)

**MFR-1**

## This FORM is for **INDIVIDUALS ONLY**

Petition Date: **05/25/2021**

CASE NAME: Scott Vincent Van Dyke

CASE NUMBER: **21-60052**

| CASH RECEIPTS AND DISBURSEMENTS | SCHEDULE I & J | 2021 MONTH June | 2021 MONTH July | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | | $ 429.31 | $ 4,014.20 | | | | |
| **RECEIPTS** | | | | | | | |
| 2. Wages, Salary, Commissions (net) | 0.00 | 0.00 | 0.00 | | | | |
| 3. Rents, Royalties, Dividends, Interest | 38,065.00 | 0.00 | 0.00 | | | | |
| 4. Social Security, Pension, etc. | 0.00 | 0.00 | 0.00 | | | | |
| 5. Other (attach list) | 17,850.00 | 31,500.00 | 2,000.00 | | | | |
| TOTAL RECEIPTS | $ 55,915.00 | $ 31,500.00 | $ 2,000.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Draw from (Contribution to) Operation of Business MOR-7 or Small Business Exhibit B-1 | | | | | | | |
| **DISBURSEMENTS** | | | | | | | |
| 6. Rent or Home Mortgage Payment | 22,516.00 | 0.00 | 0.00 | | | | |
| 7. Utilities (electric/gas, water, telephone) | 910.00 | 156.02 | 15.14 | | | | |
| 8. Home Maintenance (repairs and upkeep) | 455.00 | 9,292.71 | 87.62 | | | | |
| 9. Food, Clothing, Laundry, and Dry Cleaning | 2,425.00 | 793.30 | 669.52 | | | | |
| 10. Medical and Dental | 500.00 | 609.52 | 781.99 | | | | |
| 11. Transportation (not including car payment) | 170.00 | 0.00 | 0.00 | | | | |
| 12. Recreations, Clubs, and Entertainment | 285.00 | 0.00 | 0.00 | | | | |
| 13. Insurance (not included in wages or home mortgage) | 465.00 | 3,570.23 | 0.00 | | | | |
| 14. Taxes (not included in wages or home mortgage) | 520.00 | 0.00 | 0.00 | | | | |
| 15. Auto Payment | 2,201.00 | 376.89 | 0.00 | | | | |
| 16. Credit Cards | 0.00 | 0.00 | 0.00 | | | | |
| 17. Other (attach list) | 410.00 | 13,116.44 | 4,047.79 | | | | |
| SUB-TOTAL DISBURSEMENTS (for Individual) | $ 30,857.00 | $ 27,915.11 | $ 5,602.06 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 18. PROFESSIONAL FEES | 0.00 | 0.00 | 0.00 | | | | |
| 19. U.S. TRUSTEE FEES | 0.00 | 0.00 | 0.00 | | | | |
| TOTAL DISBURSEMENTS | $ 30,857.00 | $ 27,915.11 | $ 5,602.06 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 20. NET CASH FLOW | 25,058.00 | 3,584.89 | (3,602.06) | 0.00 | 0.00 | 0.00 | 0.00 |
| 21. CASH - END OF MONTH | $ 25,058.00 | $ 4,014.20 | $ 412.14 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**MFR-2**

*Revised:1/31/2014*

This FORM is for **INDIVIDUALS ONLY**

CASE NAME: Scott Vincent Van Dyke

CASE NUMBER: 21-60052

| POST-PETITION LIABILITIES | MONTH 2021 June | MONTH 2021 July | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| **SECURED:** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| **TOTAL SECURED** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **UNSECURED:** | | | | | | |
| AT&T U-Verse | 295.86 | 442.84 | | | | |
| City of Houston - ARA | 50.00 | 50.00 | | | | |
| City of Houston - Water | 29.16 | 92.73 | | | | |
| Triagle Energy | 343.17 | 591.03 | | | | |
| US Trustee Payment Center | 0.00 | 250.00 | | | | |
| Midland Insurance | 0.00 | 1,854.96 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| **TOTAL UNSECURED** | $ 718.19 | $ 3,281.56 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **TAXES:** | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| **TOTAL TAXES** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL POST-PETITION LIABILITIES (for Individual)** | $ 718.19 | $ 3,281.56 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**MFR-3**

*Revised:1/31/2014*

Case Number: 21-60052

Case Name:  Scott Vincent Van Dyke

| OTHER CASH RECEIPTS AND DISBURSEMENTS | June 2021 | | July 2021 | |
|---|---|---|---|---|
| **Other Receipts** | | | | |
| Theresa Van Dyke | $ | 31,500.00 | $ | 2,000.00 |
| | | | | |
| MFR-2 | $ | 31,500.00 | $ | 2,000.00 |
| | | | | |
| | | | | |
| **Other Disbursements** | | | | |
| Bank Charges | $ | 75.00 | $ | 340.27 |
| Parking | $ | - | $ | 24.00 |
| Personal Care | $ | 339.84 | $ | - |
| Pet Expense | $ | 216.43 | $ | 383.77 |
| Business Expenses | $ | 12,484.07 | $ | 3,299.75 |
| | | | | |
| MFR-2 | $ | 13,115.34 | $ | 4,047.79 |

9:55 AM

08/23/21

# Scott V. Van Dyke
## Reconciliation Summary
### Frost.Bank, Period Ending 07/23/2021

|  | Jul 23, 21 |
|---|---|
| **Beginning Balance** | 14,760.43 |
| Cleared Transactions |  |
| Checks and Payments - 68 items | -24,243.31 |
| Deposits and Credits - 4 items | 9,482.88 |
| **Total Cleared Transactions** | -14,760.43 |
| **Cleared Balance** | 0.00 |
| Uncleared Transactions |  |
| Checks and Payments - 4 items | -171.73 |
| **Total Uncleared Transactions** | -171.73 |
| **Register Balance as of 07/23/2021** | -171.73 |
| **Ending Balance** | -171.73 |

# Frost
P.O. Box 16509 Fort Worth, Texas 76162 Member FDIC

00001310-TDFRST020039000053952-LETTER01_1OZ-000000 REG

SCOTT V VAN DYKE
1515 SOUTH BLVD
HOUSTON TX 77006

**FOR INFORMATION CALL**
1-800-513-7678

STATEMENT ISSUED
07-16-2021

Page 1 of 4

0

See all your finances in one place. When you log in to the
Frost App or Frost Online Banking you can see your mortgage,
credit cards, 401(k)s and IRAs no matter where they're held.

---

## FROST PERSONAL ACCOUNT : ACCOUNT NO. 50 2480360

| BALANCE LAST STATEMENT | | DEPOSITS | | WITHDRAWALS | | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | | |
| 2,763.32 | 4 | 9,482.88 | 57 | 12,266.20 | | .00 |

---

### DEPOSITS/CREDITS

| DATE | TRANSACTION | AMOUNT | DATE | TRANSACTION | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|
| 06-25 | DEPOSIT | 9,000.00 | | | | |

| DATE | TRANSACTION | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 07-01 | DEBIT CARD CREDIT | 50.00 | VBAS COMCAST HOUSTON |
| 07-12 | DEBIT CARD CREDIT | 173.12 | VBAS AMZN Mktp US |
| 07-12 | DEBIT CARD CREDIT | 259.76 | VBAS AMZN Mktp US |

---

### CHECKS PAID

| DATE | CHECK | AMOUNT | DATE | CHECK | AMOUNT | DATE | CHECK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 07-12 | 4479 # | 159.53 | | | | | | |

\# RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK

---

### OTHER WITHDRAWALS/DEBITS

| DATE | TRANSACTION | AMOUNT | DESCRIPTION | | |
|---|---|---|---|---|---|
| 06-24 | DEBIT CARD PURCHASE | 17.84 | AMEGY BANK/LUBY'S | HOUSTON | CARD: 6612162 |
| 06-24 | DEBIT CARD PURCHASE | 29.79 | AMEGY BANK/LUBY'S | HOUSTON | CARD: 6612162 |
| 06-25 | DEBIT CARD PURCHASE | 8.53 | NEST LABS | 855-469-6378 | CARD: 6612162 |
| 06-25 | DEBIT CARD PURCHASE | 6.48 | AMEGY BANK/LUBY'S | HOUSTON | CARD: 6612162 |
| 06-25 | TELLER WITHDRAWAL | 2,000.00 | | | |
| 06-28 | DEBIT CARD PURCHASE | 86.54 | BIG TEX STORAGE-RIVER | 713-963-0300 | CARD: 6612162 |
| 06-28 | DEBIT CARD PURCHASE | 47.57 | LA TAPATIA MEXICAN CAF | 713-5213144 | CARD: 6612162 |
| 06-28 | DEBIT CARD PURCHASE | 2,064.15 | 3 MEN MOVERS | HOUSTON | CARD: 6612162 |
| 06-28 | DEBIT CARD PURCHASE | 2,436.00 | 3 MEN MOVERS | HOUSTON | CARD: 6612162 |
| 06-29 | DEBIT CARD RECURRING | 57.51 | DNH4GODADDY.COM | HTTPS://WWW.G | CARD: 6612162 |
| 06-29 | DEBIT CARD PURCHASE | 37.12 | AMZN Mktp US2920H70W1 | AMZN.COM/BILL | CARD: 6612162 |
| 06-29 | DEBIT CARD PURCHASE | 65.00 | DEPART OF NATURAL RSRC | 225-3426530 | CARD: 6612162 |
| 06-29 | DEBIT CARD PURCHASE | 18.88 | AMZN Mktp US217O02WE0 | AMZN.COM/BILL | CARD: 6612162 |
| 06-29 | TELLER WITHDRAWAL | 600.00 | | | |
| 06-30 | DEBIT CARD PURCHASE | 37.66 | AMEGY BANK/LUBY'S | HOUSTON | CARD: 6612162 |
| 06-30 | POS DEBIT | 29.79 | WALGREENS STORE 5280 B | HOUSTON TX | CARD: 6612162 |
| 06-30 | POS DEBIT | 6.26 | WALGREENS STORE 5280 B | HOUSTON TX | CARD: 6612162 |
| 06-30 | FROST ATM DEBIT | 200.00 | 9688 FROST 3707 RICHMOND AV | HOUSTON TX | CARD: 6612162 |
| 07-01 | DEBIT CARD PURCHASE | 112.15 | U HAUL STORE 0074655 | 713-6648599 | CARD: 6612162 |
| 07-02 | DEBIT CARD PURCHASE | 9.00 | LAZ PARKING 610353 | HOUSTON | CARD: 6612162 |
| 07-02 | DEBIT CARD PURCHASE | 64.53 | COSTCO GAS #1018 | HOUSTON | CARD: 6612162 |
| 07-06 | DEBIT CARD PURCHASE | 15.24 | WHATABURGER 271        Q26 | HOUSTON | CARD: 6612162 |
| 07-06 | DEBIT CARD PURCHASE | 87.62 | LESLIES POOL SPLY | HOUSTON TX | CARD: 6612162 |
| 07-06 | POS DEBIT | 131.06 | PETSMART # 1107 | HOUSTON TX | CARD: 6612162 |
| 07-06 | POS DEBIT | 2.50 | CVS/PHARMACY #10 | HOUSTON TX | CARD: 6612162 |
| 07-06 | DEBIT CARD PURCHASE | 2.71 | SQ *BLACK HOLE COFFEE | HOUSTON TX | CARD: 6612162 |
| 07-06 | POS DEBIT | 102.61 | KROGER #314 | HOUSTON TX | CARD: 6612162 |
| 07-06 | DEBIT CARD PURCHASE | 432.88 | AMZN Mktp US2946N7G00 | AMZN.COM/BILL | CARD: 6612162 |
| 07-06 | DEBIT CARD RECURRING | 15.14 | NETFLIX.COM | LOS GATOS | CARD: 6612162 |
| 07-06 | DEBIT CARD PURCHASE | 9.00 | LAZ PARKING 610353 | HOUSTON | CARD: 6612162 |
| 07-06 | DEBIT CARD PURCHASE | 32.71 | LA TAPATIA MEXICAN CAF | 713-5213144 | CARD: 6612162 |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit
Account Agreement and Other Disclosures.

00001310-001-002-TDFRST020039000053952-LETTER01_1OZ-00-0-00001310

Please notify us of any changes of address immediately. To change your address, follow these instructions.

1) Make changes to the address information shown on the front of this statement.

2) List all accounts which should be updated including Checking, Savings, Money Market, CDs and Loans.

Account Number _____
Account Number _____
Account Number _____

Signature _____

3) Clip and return to the bank and address listed on the front of this statement.

## How to balance your checkbook:

This worksheet will help you balance your checkbook. Before you begin, you'll need your checkbook register, your statement and any outstanding transactions not entered in your register.

| | Check Number/ Other Debits | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total (Line A) | | |

### Worksheet

1. Enter balance shown on front of statement    $ _____

2. Subtract Line A (Checks / other debits not shown on this statement)    - $ _____

3. Subtotal    $ _____

4. Add Deposits / other credits not shown on statement    + $ _____

5. Your Account Balance    $ _____

6. Enter Your checkbook balance    $ _____

7. Subtract any bank charges that have not been entered in your checkbook    - $ _____

8. Subtotal    $ _____

9. Add any interest or other credits appearing on your statement that have not been entered in your checkbook    + $ _____

10. Adjusted Checkbook Balance    $ _____

1. Be sure your checkbook register is complete. Verify that all outstanding transactions have been entered in your register.

2. Compare to indicate the check information on the front of the statement with your checkbook register. In your register, mark all the checks, ATM withdrawals or other debits on your statement to indicate that the funds have been withdrawn from your account. List any checks or other debits that are in your register, but not on your statement in the space provided above.

3. In your register, mark all deposits and other credits on your statement to indicate that the funds have been credited to your account. Write any deposits or other credits that are in your register, but not on your statement on Line 4.

4. To verify your statement balance, complete the worksheet above. Your account balance (Line 5) should match your adjusted checkbook balance figure (Line 10). If these balances are different, check the addition in your checkbook and review each step in the balancing procedure.

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and other Disclosures.

**Frost**
P.O. Box 16509 Fort Worth, Texas 76162 Member FDIC

FOR INFORMATION CALL
1-800-513-7678

STATEMENT ISSUED
07-16-2021

Page 3 of 4

SCOTT V VAN DYKE

## FROST PERSONAL ACCOUNT : ACCOUNT NO. 50 2480360 (CONTINUED)

### OTHER WITHDRAWALS/DEBITS

| DATE | AMOUNT | TRANSACTION | DESCRIPTION | | |
|------|--------|-------------|-------------|--|--|
| 07-06 | 14.12 | POS DEBIT | H-E-B #599 | HOUSTON TX | CARD: 6612162 |
| 07-06 | 42.20 | DEBIT CARD PURCHASE | AMAZON.COM*2991P37H1 A | AMZN.COM/BILL | CARD: 6612162 |
| 07-06 | 200.00 | FROST ATM DEBIT | 9408 FROST 3707 RICHMOND AV | HOUSTON TX | CARD: 6612162 |
| 07-07 | 69.27 | DEBIT CARD PURCHASE | AMZN Mktp US*2912C0MH0 | AMZN.COM/BILL | CARD: 6612162 |
| 07-07 | 5.00 | DEBIT CARD PURCHASE | LAZ PARKING 610353 | HOUSTON | CARD: 6612162 |
| 07-08 | 10.00 | DEBIT CARD PURCHASE | ARAMARK METHODIST VALE | HOUSTON | CARD: 6612162 |
| 07-08 | 1,000.00 | TELLER WITHDRAWAL | | | |
| 07-09 | 32.49 | POS DEBIT | CVS/PHARMACY #05 05833 | HOUSTON TX | CARD: 6612162 |
| 07-12 | 48.00 | DEBIT CARD PURCHASE | LA TAPATIA MEXICAN CAF | 713-5213144 | CARD: 6612162 |
| 07-12 | 9.49 | POS DEBIT | CVS/PHARMACY #07 | HOUSTON TX | CARD: 6612162 |
| 07-12 | 93.80 | POS DEBIT | KROGER #314 | HOUSTON TX | CARD: 6612162 |
| 07-12 | 30.00 | POS DEBIT | H-E-B #599 | HOUSTON TX | CARD: 6612162 |
| 07-12 | 32.32 | DEBIT CARD PURCHASE | IHOP #1448 | HOUSTON TX | CARD: 6612162 |
| 07-12 | 40.68 | POS DEBIT | H-E-B #599 | HOUSTON TX | CARD: 6612162 |
| 07-13 | 51.86 | DEBIT CARD PURCHASE | THE HOME DEPOT #0566 | HOUSTON | CARD: 6612162 |
| 07-14 | 26.52 | DEBIT CARD PURCHASE | PICNIC LLC | HOUSTON | CARD: 6612162 |
| 07-14 | 10.18 | DEBIT CARD PURCHASE | POBLANOS HOUSTON MEDIC | HOUSTON | CARD: 6612162 |
| 07-14 | 18.69 | DEBIT CARD PURCHASE | CIRCLE K #2742344 | HOUSTON | CARD: 6612162 |
| 07-14 | 4.95 | POS DEBIT | H-E-B #630 | HOUSTON TX | CARD: 6612162 |
| 07-15 | 49.14 | DEBIT CARD PURCHASE | LA TAPATIA MEXICAN CAF | 713-5213144 | CARD: 6612162 |
| 07-15 | 39.19 | DEBIT CARD PURCHASE | TST* GOODE COMPANY BBQ | HOUSTON | CARD: 6612162 |
| 07-16 | 19.99 | DEBIT CARD RECURRING | MGW#10-KIRBY | HOUSTON | CARD: 6612162 |
| 07-16 | 51.46 | DEBIT CARD PURCHASE | TST* COPPA OSTERIA | HOUSTON | CARD: 6612162 |
| 07-16 | 141.17 | CLOSING ADJUSTMENT | | | |
| 07-16 | 1,279.88 | CLOSING DEBIT | | | |

### DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 06-23 | 2,763.32 | 07-01 | 3,952.05 | 07-12 | 1,695.03 |
| 06-24 | 2,715.69 | 07-02 | 5,878.52 | 07-13 | 1,641.17 |
| 06-25 | 9,700.68 | 07-06 | 2,790.73 | 07-14 | 1,580.83 |
| 06-28 | 5,066.42 | 07-07 | 2,716.46 | 07-15 | 1,492.50 |
| 06-29 | 4,287.91 | 07-08 | 1,706.46 | 07-16 | .00 |
| 06-30 | 4,014.20 | 07-09 | 1,673.97 | | |

| | TOTAL THIS PERIOD | TOTAL YEAR-TO-DATE |
|--|-------------------|--------------------|
| TOTAL OVERDRAFT FEES | 0.00 | 175.00 |
| TOTAL NSF FEES | 0.00 | 105.00 |

Any refunded NSF and OD fees have been deducted from the Year-to-Date totals listed above.

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and Other Disclosures.

# Frost

P.O. Box 16509 Fort Worth, Texas 76162 Member FDIC

FOR INFORMATION CALL
1-800-513-7678

STATEMENT ISSUED
07-16-2021

Page 4 of 4

SCOTT V VAN DYKE

| | |
|---|---|
| 06/25/21 #0 $9,000.00 | 07/12/21 #4479 $159.53 |
| | Withdrawal $2,000.00 06/25/21 #0 |
| 06/29/21 #0 $600.00 | 07/08/21 #0 $1,000.00 |
| | DEBIT $1,279.88 07/16/21 #0 |

9:55 AM

08/23/21

# Scott V. Van Dyke
## Reconciliation Detail
Frost,Bank, Period Ending 07/23/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 14,760.43 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 68 Items** | | | | | | |
| Paycheck | 04/30/2021 | 4465 | Miriam Razo (2) | X | -1,253.28 | -1,253.28 |
| Paycheck | 04/30/2021 | 4464 | Liduvina Quintanilla | X | -1,189.72 | -2,443.00 |
| Paycheck | 04/30/2021 | 4461 | Brianne A Mays (2) | X | -1,128.46 | -3,571.46 |
| Paycheck | 04/30/2021 | 4466 | Pedro T Vega | X | -992.48 | -4,563.94 |
| Paycheck | 04/30/2021 | 4463 | Latoya J Gadison (2) | X | -938.38 | -5,502.32 |
| Paycheck | 04/30/2021 | 4462 | Gladys De Luna (2) | X | -522.16 | -6,024.48 |
| Paycheck | 05/14/2021 | 4475 | Liduvina Quintanilla | X | -1,374.49 | -7,398.97 |
| Paycheck | 05/14/2021 | 4473 | Brianne A Mays (2) | X | -1,286.55 | -8,685.52 |
| Paycheck | 05/14/2021 | 4476 | Miriam Razo (2) | X | -1,241.43 | -9,926.95 |
| Paycheck | 05/14/2021 | 4474 | Latoya J Gadison (2) | X | -1,077.68 | -11,004.63 |
| Paycheck | 05/14/2021 | 4477 | Pedro T Vega | X | -992.48 | -11,997.11 |
| Check | 06/22/2021 | ACH | YVONNE | X | -29.79 | -12,026.90 |
| Check | 06/22/2021 | ACH | Domino's Pizza | X | -17.84 | -12,044.74 |
| Check | 06/22/2021 | ACH | Nest Labs | X | -8.53 | -12,053.27 |
| Check | 06/25/2021 | ATM | Cash | X | -2,000.00 | -14,053.27 |
| Check | 06/25/2021 | ACH | YVONNE | X | -6.48 | -14,059.75 |
| Check | 06/28/2021 | ACH | Three Men Movers | X | -2,436.00 | -16,495.75 |
| Check | 06/28/2021 | ACH | Three Men Movers | X | -2,064.15 | -18,559.90 |
| Check | 06/28/2021 | ATM | Cash | X | -600.00 | -19,159.90 |
| Check | 06/28/2021 | ACH | big Tex Storage | X | -86.54 | -19,246.44 |
| Check | 06/28/2021 | ACH | State of Louisiana | X | -65.00 | -19,311.44 |
| Check | 06/28/2021 | ACH | go Daddy | X | -57.51 | -19,368.95 |
| Check | 06/28/2021 | ACH | La Tapatia Mexican ... | X | -47.57 | -19,416.52 |
| Check | 06/28/2021 | ACH | Amazon.Com | X | -37.12 | -19,453.64 |
| Check | 06/28/2021 | ACH | Amazon.Com | X | -18.88 | -19,472.52 |
| Check | 06/30/2021 | ATM | Cash | X | -200.00 | -19,672.52 |
| Check | 06/30/2021 | ACH | YVONNE | X | -37.66 | -19,710.18 |
| Check | 06/30/2021 | ACH | Walgreens | X | -29.79 | -19,739.97 |
| Check | 06/30/2021 | ACH | Walgreens | X | -6.26 | -19,746.23 |
| Check | 07/01/2021 | ACH | U-Haul | X | -112.15 | -19,858.38 |
| Check | 07/01/2021 | ACH | TMC cafe | X | -9.00 | -19,867.38 |
| Check | 07/02/2021 | ACH | Costco | X | -64.53 | -19,931.91 |
| Check | 07/02/2021 | ACH | whataburger | X | -15.24 | -19,947.15 |
| Check | 07/05/2021 | ACH | Amazon.Com | X | -432.88 | -20,380.03 |
| Check | 07/05/2021 | ACH | Petsmart | X | -131.06 | -20,511.09 |
| Check | 07/05/2021 | ACH | Kroger | X | -102.61 | -20,613.70 |
| Check | 07/05/2021 | ACH | Leslies Pool Supply | X | -87.62 | -20,701.32 |
| Check | 07/05/2021 | ACH | Amazon.Com | X | -69.27 | -20,770.59 |
| Check | 07/05/2021 | ACH | Amazon.Com | X | -42.20 | -20,812.79 |
| Check | 07/05/2021 | ACH | La Tapatia Mexican ... | X | -32.71 | -20,845.50 |
| Check | 07/05/2021 | ACH | Netflix | X | -15.14 | -20,860.64 |
| Check | 07/05/2021 | ACH | HEB | X | -14.12 | -20,874.76 |
| Check | 07/05/2021 | ACH | Parking | X | -9.00 | -20,883.76 |
| Check | 07/05/2021 | ACH | black Hole | X | -2.71 | -20,886.47 |
| Check | 07/05/2021 | ACH | CVS Pharmacy | X | -2.50 | -20,888.97 |
| Check | 07/06/2021 | ATM | Cash | X | -200.00 | -21,088.97 |
| Check | 07/06/2021 | ACH | Parking | X | -5.00 | -21,093.97 |
| Check | 07/07/2021 | ACH | Parking | X | -10.00 | -21,103.97 |
| Check | 07/08/2021 | 4479 | Toghrul M Mammadov | X | -159.53 | -21,263.50 |
| Check | 07/09/2021 | ATM | Cash | X | -1,000.00 | -22,263.50 |
| Check | 07/12/2021 | ACH | La Tapatia Mexican ... | X | -48.00 | -22,311.50 |
| Check | 07/12/2021 | ACH | Kroger | X | -93.80 | -22,405.30 |
| Check | 07/12/2021 | ACH | the Home Depot | X | -51.86 | -22,457.16 |
| Check | 07/12/2021 | ACH | CVS Pharmacy | X | -32.49 | -22,489.65 |
| Check | 07/12/2021 | ACH | IHOP | X | -32.32 | -22,521.97 |
| Check | 07/12/2021 | ACH | HEB | X | -30.00 | -22,551.97 |
| Check | 07/12/2021 | ACH | CVS Pharmacy | X | -9.49 | -22,561.46 |
| Check | 07/14/2021 | ACH | La Tapatia Mexican ... | X | -49.14 | -22,610.60 |
| Check | 07/14/2021 | ACH | Goode Company | X | -39.19 | -22,649.79 |
| Check | 07/14/2021 | ACH | Picnic Box | X | -26.52 | -22,676.31 |
| Check | 07/14/2021 | ACH | Mister Car Wash | X | -19.99 | -22,696.30 |
| Check | 07/14/2021 | ACH | Circle K | X | -18.69 | -22,714.99 |
| Check | 07/14/2021 | ACH | Poblano's | X | -10.18 | -22,725.17 |
| Check | 07/14/2021 | ACH | HEB | X | -4.95 | -22,730.12 |
| Transfer | 07/16/2021 | | | X | -1,279.88 | -24,010.00 |
| Check | 07/16/2021 | ACH | Comcast. | X | -141.17 | -24,151.17 |

9:55 AM

08/23/21

# Scott V. Van Dyke
## Reconciliation Detail
### Frost.Bank, Period Ending 07/23/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 07/16/2021 | 4483 | coppa Osteria | X | -51.46 | -24,202.63 |
| Check | 07/16/2021 | ACH | HEB | X | -40.68 | -24,243.31 |
| **Total Checks and Payments** | | | | | -24,243.31 | -24,243.31 |
| **Deposits and Credits - 4 items** | | | | | | |
| Deposit | 06/25/2021 | | | X | 9,000.00 | 9,000.00 |
| Deposit | 07/01/2021 | | | X | 50.00 | 9,050.00 |
| Deposit | 07/14/2021 | | Amazon.Com | X | 173.12 | 9,223.12 |
| Deposit | 07/14/2021 | | Amazon.Com | X | 259.76 | 9,482.88 |
| **Total Deposits and Credits** | | | | | 9,482.88 | 9,482.88 |
| **Total Cleared Transactions** | | | | | -14,760.43 | -14,760.43 |
| **Cleared Balance** | | | | | -14,760.43 | 0.00 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 05/22/2020 | ACH | TimeWise | | -20.00 | -20.00 |
| Check | 09/29/2020 | ACH | YVONNE | | -6.48 | -26.48 |
| Check | 01/05/2021 | ACH | Hunan Chef | | -25.82 | -52.30 |
| Check | 05/10/2021 | ACH | Home Depot Credit ... | | -119.43 | -171.73 |
| **Total Checks and Payments** | | | | | -171.73 | -171.73 |
| **Total Uncleared Transactions** | | | | | -171.73 | -171.73 |
| **Register Balance as of 07/23/2021** | | | | | -14,932.16 | -171.73 |
| **Ending Balance** | | | | | -14,932.16 | -171.73 |

1:21 PM
08/02/21

# Scott V. Van Dyke
## Reconciliation Summary
### Frost Bank - DIP, Period Ending 07/27/2021

|  | Jul 27, 21 |
|---|---|
| **Beginning Balance** | 0.00 |
| Cleared Transactions | |
| Checks and Payments - 36 items | -2,762.11 |
| Deposits and Credits - 5 items | 3,327.11 |
| **Total Cleared Transactions** | 565.00 |
| **Cleared Balance** | 565.00 |
| **Register Balance as of 07/27/2021** | 565.00 |
| New Transactions | |
| Checks and Payments - 6 items | -322.35 |
| Deposits and Credits - 1 item | 64.93 |
| **Total New Transactions** | -257.42 |
| **Ending Balance** | 307.58 |

**Frost**
P.O. Box 1600 Fort Worth, Texas 76161 Member FDIC

FOR INFORMATION CALL
1-800-513-7678

STATEMENT ISSUED
07-27-2021
Page 1 of 4

SCOTT V VAN DYKE
CHAPTER 11 DEBTOR IN POSSESSION
CASE NO. 21-60052
1515 SOUTH BLVD
HOUSTON TX 77006

00002206-TDFRST020039000620017-LETTER01_1OZ-000000 REG

See all your finances in one place. When you log in to the Frost App or Frost Online Banking you can see your mortgage, credit cards, 401(k)s and IRAs no matter where they're held.

## FROST PERSONAL ACCOUNT : ACCOUNT NO. 50 2840308

| | DEPOSITS | | WITHDRAWALS | | |
|---|---|---|---|---|---|
| BALANCE LAST STATEMENT | NO. | AMOUNT | NO. | AMOUNT | BALANCE THIS STATEMENT |
| .00 | 3 | 3,327.11 | 36 | 2,762.11 | 565.00 |

### DEPOSITS/CREDITS

| DATE | TRANSACTION | AMOUNT |
|---|---|---|
| 07-16 | TELLER DEPOSIT | 1,279.88 |

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 07-19 | DEPOSIT | | 2,000.00 |
| | 7859 INTERNATIONAL HOUSE | NEW ORLEANS LA | CARD: 8180010 |

| DATE | TRANSACTION | AMOUNT |
|---|---|---|
| 07-23 | DEBIT CARD CREDIT | 47.23 |

### OTHER WITHDRAWALS/DEBITS

| DATE | TRANSACTION | AMOUNT | DESCRIPTION | | |
|---|---|---|---|---|---|
| 19 | POS DEBIT | 252.71 | PETSMART # 1107 | HOUSTON TX | CARD: 8180010 |
| -19 | DEBIT CARD PURCHASE | 61.60 | COSTCO GAS #1018 | HOUSTON TX | CARD: 8180010 |
| 07-19 | POS DEBIT | 69.23 | KROGER #314 | HOUSTON TX | CARD: 8180010 |
| 07-19 | POS DEBIT | 102.66 | KROGER #314 | HOUSTON TX | CARD: 8180010 |
| 07-19 | POS DEBIT | 53.97 | KROGER #314 | HOUSTON TX | CARD: 8180010 |
| 07-19 | POS DEBIT | 64.93 | HOMEGOODS #1050 | HOUSTON TX | CARD: 8180010 |
| 07-19 | POS DEBIT | 9.49 | KROGER #314 5150 BUFFA | HOUSTON TX | CARD: 8180010 |
| 07-19 | POS DEBIT | 40.00 | KROGER #314 | HOUSTON TX | CARD: 8180010 |
| 07-19 | POS DEBIT | 15.68 | H-E-B #599 | HOUSTON TX | CARD: 8180010 |
| 07-19 | FROST ATM DEBIT | 260.00 | 9549 FROST 5925 KIRBY DRIVE | HOUSTON TX | CARD: 8180010 |
| 07-20 | DEBIT CARD PURCHASE | 110.93 | CARRABBAS - VOSS | HOUSTON TX | CARD: 8180010 |
| 07-20 | DEBIT CARD PURCHASE | 193.95 | THE HOME DEPOT #0566 | HOUSTON TX | CARD: 8180010 |
| 07-20 | DEBIT CARD PURCHASE | 54.09 | THE HOME DEPOT #0566 | HOUSTON TX | CARD: 8180010 |
| 07-20 | DEBIT CARD PURCHASE | 48.27 | SHOP RITE #82 | JENNINGS LA | CARD: 8180010 |
| 07-21 | DEBIT CARD PURCHASE | 21.73 | INTERNATIONAL HOUSE | NEW ORLEANS LA | CARD: 8180010 |
| 07-21 | DEBIT CARD PURCHASE | 20.73 | INTERNATIONAL HOUSE | NEW ORLEANS LA | CARD: 8180010 |
| 07-21 | DEBIT CARD PURCHASE | 121.98 | TAKE 5 #86 | NEW ORLEANS LA | CARD: 8180010 |
| 07-21 | DEBIT CARD PURCHASE | 17.41 | SHOP RITE #82 | JENNINGS LA | CARD: 8180010 |
| 07-21 | DEBIT CARD RECURRING | 14.06 | Amazon Prime*2E8FL4KM1 | AMZN.COM/BILL | CARD: 8180010 |
| 07-21 | DEBIT CARD PURCHASE | 37.87 | LOWES #01570* | HOUSTON TX | CARD: 8180010 |
| 07-21 | DEBIT CARD PURCHASE | 26.65 | CIRCLE K 07665 | KENNER LA | CARD: 8180010 |
| 07-22 | DEBIT CARD PURCHASE | 51.18 | ATT*BILL PAYMENT | 800-288-2020 | CARD: 8180010 |
| 07-22 | DEBIT CARD PURCHASE | 48.12 | COMMERCE RESTAURANT | NEW ORLEANS LA | CARD: 8180010 |
| 07-22 | DEBIT CARD PURCHASE | 18.06 | SHELL OIL 12472159000 | BREAUX BRIDGE LA | CARD: 8180010 |
| 07-22 | DEBIT CARD PURCHASE | 8.67 | EXXONMOBIL    42350819 | KENNER LA | CARD: 8180010 |
| 07-23 | DEBIT CARD PURCHASE | 180.15 | INTERNATIONAL HOUSE | NEW ORLEANS LA | CARD: 8180010 |
| 07-23 | DEBIT CARD PURCHASE | 180.15 | INTERNATIONAL HOUSE | NEW ORLEANS LA | CARD: 8180010 |
| 07-23 | ELECTRONIC DEBIT | 22.96 | AMAZON.COM*2E4WX6Q40 A | AMZN.COM/BILL | CARD: 8180010 |
| 07-23 | DEBIT CARD PURCHASE | 63.59 | DLX FOR BUSINESS Deluxe SBS | xxxxxxxxxx6128 | CARD: 8180010 |
| 07-26 | DEBIT CARD PURCHASE | 2.75 | TSt* THE PIT ROOM | HOUSTON | CARD: 8180010 |
| 07-26 | DEBIT CARD PURCHASE | 6.60 | U HAUL STORE 00746436 | 713-7852101 | CARD: 8180010 |
| 07-26 | DEBIT CARD PURCHASE | 60.54 | SQ *BLACK HOLE COFFEE | HOUSTON | CARD: 8180010 |
| 07-26 | DEBIT CARD PURCHASE | 142.39 | COSTCO GAS #1018 | HOUSTON TX | CARD: 8180010 |
| 07-26 | POS DEBIT | 24.18 | KROGER #314 | HOUSTON TX | CARD: 8180010 |
| 07-26 | POS DEBIT | 14.56 | WALGREENS STORE 5280 B | HOUSTON TX | CARD: 8180010 |
| 07-27 | POS DEBIT | | H-E-B #650 | HOUSTON TX | CARD: 8180010 |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Agreement and other Disclosures.

Page 2 of 4

Please notify us of any changes of address immediately. To change your address, follow these instructions.

1) Make changes to the address information shown on the front of this statement.

2) List all accounts which should be updated including Checking, Savings, Money Market, CDs and Loans.

Account Number _____
Account Number _____
Account Number _____

Signature _____

3) Clip and return to the bank and address listed on the front of this statement.

## How to balance your checkbook:

This worksheet will help you balance your checkbook. Before you begin, you'll need your checkbook register, your statement and any outstanding transactions not entered in your register.

### Worksheet

| | | Check Number/ Other Debits | Amount |
|---|---|---|---|
| 1. | Enter balance shown on front of statement | $ | |
| 2. | Subtract Line A (Checks / other debits not shown on this statement) | - $ | |
| 3. | Subtotal | $ | |
| 4. | Add Deposits / other credits not shown on statement | + $ | |
| 5. | **Your Account Balance** | $ | |
| 6. | Enter Your checkbook balance | $ | |
| 7. | Subtract any bank charges that have not been entered in your checkbook | - $ | |
| 8. | Subtotal | $ | |
| 9. | Add any interest or other credits appearing on your statement that have not been entered in your checkbook | + $ | |
| 10. | **Adjusted Checkbook Balance** | $ | |

Total (Line A)

1. Be sure your checkbook register is complete. Verify that all outstanding transactions have been entered in your register.

2. Compare the check information on the front of the statement with your checkbook register. In your register, mark all the checks, ATM withdrawals or other debits on your statement to indicate that the funds have been withdrawn from your account. List any checks or other debits that are in your register, but not on your statement in the space provided above.

3. In your register, mark all deposits and other credits on your statement to indicate that the funds have been credited to your account. Write any deposits or other credits that are in your register, but not on your statement on Line 4.

4. To verify your statement balance, complete the worksheet above. Your account balance (Line 5) should match your adjusted checkbook balance figure (Line 10). If these balances are different, check the addition in your checkbook and review each step in the balancing procedure.

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and other Disclosures.

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and Other Disclosures.

**Frost**
P.O. Box 16509 Fort Worth, Texas 76162 Member FDIC

FOR INFORMATION CALL
1-800-513-7678

STATEMENT ISSUED
07-27-2021

Page 3 of 4

SCOTT V VAN DYKE

FROST PERSONAL ACCOUNT : ACCOUNT NO. 50 2840308 ------------------ (CONTINUED)

DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 07-16 | .00 | 07-20 | 1,942.37 | 07-23 | 879.61 |
| 07-16 | 1,279.88 | 07-21 | 1,681.94 | 07-26 | 579.56 |
| 07-19 | 2,349.61 | 07-22 | 1,564.58 | 07-27 | 565.00 |

# Frost

P.O. Box 16509 Fort Worth, Texas 76162 Member FDIC

FOR INFORMATION CALL
1-800-513-7678

STATEMENT ISSUED
07-27-2021

Page 4 of 4

SCOTT V VAN DYKE



07/16/21 #0    $1,279.88    07/19/21 #0    $2,000.00

1:21 PM
08/02/21

## Scott V. Van Dyke
## Reconciliation Detail
Frost Bank - DIP, Period Ending 07/27/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 36 items** | | | | | | |
| Check | 07/18/2021 | ACH | Deluxe Business Fo... | X | -340.27 | -340.27 |
| Check | 07/18/2021 | ACH | Petsmart | X | -252.71 | -592.98 |
| Check | 07/18/2021 | ACH | Carrabba's | X | -110.93 | -703.91 |
| Check | 07/18/2021 | ACH | Kroger | X | -102.66 | -806.57 |
| Check | 07/18/2021 | ACH | Kroger | X | -69.23 | -875.80 |
| Check | 07/18/2021 | ACH | Home Goods | X | -64.93 | -940.73 |
| Check | 07/18/2021 | ACH | Costco | X | -61.60 | -1,002.33 |
| Check | 07/18/2021 | ACH | Kroger | X | -53.97 | -1,056.30 |
| Check | 07/18/2021 | ACH | Kroger | X | -40.00 | -1,096.30 |
| Check | 07/18/2021 | ACH | Kroger | X | -9.49 | -1,105.79 |
| Check | 07/19/2021 | ACH | HomeDepot | X | -193.95 | -1,299.74 |
| Check | 07/19/2021 | ACH | HomeDepot | X | -54.09 | -1,353.83 |
| Check | 07/19/2021 | ACH | HEB | X | -15.68 | -1,369.51 |
| Check | 07/20/2021 | ATM | Cash | X | -260.00 | -1,629.51 |
| Check | 07/20/2021 | ACH | Take5 Oil Change | X | -121.98 | -1,751.49 |
| Check | 07/20/2021 | ACH | Lowes | X | -37.87 | -1,789.36 |
| Check | 07/21/2021 | ACH | International House | X | -180.15 | -1,969.51 |
| Check | 07/21/2021 | ACH | International House | X | -180.15 | -2,149.66 |
| Check | 07/21/2021 | ACH | AT&T | X | -51.18 | -2,200.84 |
| Check | 07/21/2021 | ACH | Commerce Resturant | X | -48.12 | -2,248.96 |
| Check | 07/22/2021 | ACH | Shop Rite | X | -48.27 | -2,297.23 |
| Check | 07/22/2021 | ACH | Circle K | X | -26.65 | -2,323.88 |
| Check | 07/22/2021 | ACH | International House | X | -21.73 | -2,345.61 |
| Check | 07/22/2021 | ACH | International House | X | -20.73 | -2,366.34 |
| Check | 07/22/2021 | ACH | Shell Gasoline | X | -18.06 | -2,384.40 |
| Check | 07/22/2021 | ACH | Shop Rite | X | -17.41 | -2,401.81 |
| Check | 07/22/2021 | ACH | Exxon | X | -14.06 | -2,415.87 |
| Check | 07/22/2021 | ACH | Amazon.Com | X | -8.67 | -2,424.54 |
| Check | 07/23/2021 | ACH | Kroger | X | -142.39 | -2,566.93 |
| Check | 07/23/2021 | ACH | pit room | X | -63.59 | -2,630.52 |
| Check | 07/23/2021 | ACH | Costco | X | -60.54 | -2,691.06 |
| Check | 07/23/2021 | ACH | Walgreens | X | -24.18 | -2,715.24 |
| Check | 07/23/2021 | ACH | Amazon.Com | X | -22.96 | -2,738.20 |
| Check | 07/23/2021 | ACH | U-Haul | X | -2.75 | -2,740.95 |
| Check | 07/26/2021 | ACH | black Hole | X | -6.60 | -2,747.55 |
| Check | 07/28/2021 | ACH | HEB | X | -14.56 | -2,762.11 |
| **Total Checks and Payments** | | | | | -2,762.11 | -2,762.11 |
| **Deposits and Credits - 5 items** | | | | | | |
| Transfer | 07/16/2021 | | | X | 1,279.88 | 1,279.88 |
| Deposit | 07/19/2021 | | | X | 2,000.00 | 3,279.88 |
| Deposit | 07/22/2021 | | | X | 0.00 | 3,279.88 |
| Deposit | 07/22/2021 | | | X | 0.00 | 3,279.88 |
| Deposit | 07/23/2021 | | | X | 47.23 | 3,327.11 |
| **Total Deposits and Credits** | | | | | 3,327.11 | 3,327.11 |
| **Total Cleared Transactions** | | | | | 565.00 | 565.00 |
| **Cleared Balance** | | | | | 565.00 | 565.00 |
| **Register Balance as of 07/27/2021** | | | | | 565.00 | 565.00 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| Check | 07/30/2021 | ACH | Kroger | | -109.34 | -109.34 |
| Check | 07/30/2021 | ACH | chuys | | -43.52 | -152.86 |
| Check | 08/01/2021 | ACH | Kroger | | -63.00 | -215.86 |
| Check | 08/01/2021 | ACH | Amazon.Com | | -45.92 | -261.78 |
| Check | 08/01/2021 | ACH | Niko Niko | | -38.70 | -300.48 |
| Check | 08/01/2021 | ACH | HEB | | -21.87 | -322.35 |
| **Total Checks and Payments** | | | | | -322.35 | -322.35 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 08/01/2021 | | | | 64.93 | 64.93 |
| **Total Deposits and Credits** | | | | | 64.93 | 64.93 |

1:21 PM
08/02/21

## Scott V. Van Dyke
## Reconciliation Detail
Frost Bank - DIP, Period Ending 07/27/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Total New Transactions | | | | | -257.42 | -257.42 |
| Ending Balance | | | | | 307.58 | 307.58 |