IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **SCOTT VINCENT VAN DYKE** | § | Case No. 21-60052 |
| | § | |
| Debtor. | § | Chapter 11 Case |
| | § | |

___

### NOTICE OF ENTRY OF ORDER ON MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that on July 7, 2021, this Court entered an order [Dkt. No. 34] (the "Stay Order") granting the *Emergency Motion of Eva Engelhart, as Chapter 7 Trustee of the Estate of Anglo-Dutch Petroleum International, Inc., Littlemill Limited, Prosperity Funding, Inc., Andrea Lore, Individually and in her Capacities as Co-executor of the Estate of Robert M. Press, Deceased, and as Co-Trustee of the Lorraine Press Supplemental Care Trust, and Anzar Settlement Funding Corp. for Relief from the Stay* [Dkt. No. 16].

**PLEASE TAKE FURTHER NOTICE** that the Stay Order lifted the automatic stay to allow the litigation pending in Case Nos. 4:19-cv-03101 and 4:19-cv-02894 before the United States District Court for the Southern District of Texas (the "District Court") to proceed.

**PLEASE TAKE FURTHER NOTICE** that on August 27, 2021, the District Court entered an order granting the Trustee's Motion for Summary Judgment in Case no. 4:19-cv-02894. A copy of the entered order is attached hereto as **Exhibit A**.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: September 29, 2021. | Respectfully submitted,<br><br>HAGANS MONTGOMERY HAGANS<br><br>*/s/ William Fred Hagans*<br>William Fred Hagans<br>Texas State Bar No. 08685500<br>fhagans@hagans.law<br>Carl D. Kulhanek, Jr.<br>Texas State Bar No. 11761850<br>ckulhanek@hagans.law<br>3200 Travis, Fourth Floor<br>Houston, Texas 77006<br>Telephone: 713-222-2700<br>Facsimile: 713-547-4950<br><br>- and –<br><br>NORTON ROSE FULBRIGHT US LLP<br><br>William R. Greendyke (SBT 08390450)<br>Julie Goodrich Harrison (SBT 20492434)<br>1301 McKinney Street, Suite 5100<br>Houston, Texas 77010-3095<br>Telephone: (713) 651-5151<br>Facsimile: (713) 651-5246<br>william.greendyke@nortonrosefulbright.com<br>julie.harrison@nortonrosefulbright.com<br><br>ATTORNEYS FOR EVA S. ENGELHART, CHAPTER 7 TRUSTEE, LITTLEMILL LIMITED, PROSPERITY SETTLEMENT FUNDING INC., ANDREA LORE, INDIVIDUALLY AND IN HER CAPACITIES AS CO-EXECUTOR OF THE ESTATE OF ROBERT M. PRESS, DECEASED AND AS CO-TRUSTEE OF THE LORRAINE PRESS SUPPLEMENTAL CARE TRUST AND ANZAR SETTLEMENT FUNDING CORP. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2021, a true and correct copy of the foregoing Notice was served upon the counsel and parties of record electronically through the Bankruptcy Court's Electronic Case Filing System on those parties that have consented to such service.

                                              */s/ Julie Harrison*
                                              Julie Harrison