IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCOTT VINCENT VAN DYKE | § | Case No. 21-60052 |
| | § | |
| Debtor. | § | Chapter 11 Case |
| | § | |

_____

### NOTICE OF ENTRY OF ORDER ON MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that on July 7, 2021, this Court entered an order [Dkt. No. 34] (the "Stay Order") granting the *Emergency Motion of Eva Engelhart, as Chapter 7 Trustee of the Estate of Anglo-Dutch Petroleum International, Inc., Littlemill Limited, Prosperity Funding, Inc., Andrea Lore, Individually and in her Capacities as Co-executor of the Estate of Robert M. Press, Deceased, and as Co-Trustee of the Lorraine Press Supplemental Care Trust, and Anzar Settlement Funding Corp. for Relief from the Stay* [Dkt. No. 16].

**PLEASE TAKE FURTHER NOTICE** that the Stay Order lifted the automatic stay to allow the litigation pending in Case No. 4:19-CV-03101, styled *Engelhart v. Greenberg Penden, P.C.* before the United States District Court for the Southern District of Texas (the "District Court") to proceed.

**PLEASE TAKE FURTHER NOTICE** that on September 30, 2021, the District Court entered an order denying the Investors' Motion for Summary Judgment as moot and remanding the case to the 61st District Court of Harris County, Texas. A copy of the entered order is attached hereto as **Exhibit A**.

Dated: October 1, 2021.                    Respectfully submitted,

HAGANS MONTGOMERY HAGANS

*/s/ William Fred Hagans*
William Fred Hagans
Texas State Bar No. 08685500
fhagans@hagans.law
Carl D. Kulhanek, Jr.
Texas State Bar No. 11761850
ckulhanek@hagans.law
3200 Travis, Fourth Floor
Houston, Texas 77006
Telephone: 713-222-2700
Facsimile: 713-547-4950

- and –

NORTON ROSE FULBRIGHT US LLP

William R. Greendyke (SBT 08390450)
Julie Goodrich Harrison (SBT 20492434)
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
william.greendyke@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com

ATTORNEYS FOR EVA S. ENGELHART, CHAPTER 7 TRUSTEE, LITTLEMILL LIMITED, PROSPERITY SETTLEMENT FUNDING INC., ANDREA LORE, INDIVIDUALLY AND IN HER CAPACITIES AS CO-EXECUTOR OF THE ESTATE OF ROBERT M. PRESS, DECEASED AND AS CO-TRUSTEE OF THE LORRAINE PRESS SUPPLEMENTAL CARE TRUST AND ANZAR SETTLEMENT FUNDING CORP.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 1, 2021, a true and correct copy of the foregoing Notice was served upon the counsel and parties of record electronically through the Bankruptcy Court's Electronic Case Filing System on those parties that have consented to such service.

                                         */s/ Julie Harrison*
                                         Julie Harrison