IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SCOTT VINCENT VAN DYKE | § | CASE NO. 21-60052-V4 |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**NOTICE OF TELEPHONIC & VIDEO STATUS CONFERENCE**
(Relates to Docket No. 1)

Please be advised that the Court has set a Telephonic & Video Status Conference on **DEBTOR'S VOLUNTARY PETITION (Docket No. 1)** before the Honorable Christopher M. Lopez on **November 2, 202 at 1:00 PM** by telephone and video conference. **Dial-in Telephone No: 832-917-1510. Conference Code: 590153** (Please do not appear in person). Telephonic participants may connect on-line, you may connect through the website located at https://www.gotomeeting.com/meeting/join-meeting. The code for the meeting is **JudgeLopez**.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of October 2021, all the interested parties on the attached service list were served this Notice of Telephonic & Video Status Conference, via U.S. First Class mail or notice via CM/ECF.

    Respectfully submitted,

    **TRAN SINGH LLP**

    */s/Susan Tran Adams*
    Susan Tran Adams | TBN: 24075648
    Brendon Singh | TBN: 24075646
    2502 La Branch Street
    Houston TX 77004
    Ph: (832) 975-7300
    Fax: (832) 975-7301
    Email: stran@ts-llp.com

    **ATTORNEYS FOR DEBTOR**