IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re:<br><br>Scott Vincent Van Dyke<br><br>Debtor. | §<br>§ Subchapter V<br>§<br>§ Case No. 21-60052<br>§ **Christopher M. Lopez** |

ORDER SCHEDULING PLAN CONFIRMATION
HEARING AND RELATED DEADLINES
[RE : DOCKET NO. 66]

The Debtor filed a Chapter 11 Plan on October 29, 2021 (Docket No. 66). The Court orders the following:

1. A copy of this Order, the Chapter 11 Plan, ballots and any supporting statements shall be mailed to creditors, equity interest holders, and parties-in-interest by November 5, 2021.

2. December 3, 2021 at 5:00 p.m. (prevailing Central Time) is the deadline for filing ballots accepting or rejecting the Plan. All ballots must be submitted by electronic mail to Susan Tran at stran@ts-llp.com.

3. December 3, 2021 at 5:00 p.m. (prevailing Central Time) is the deadline to file an objection to confirmation of the Plan. All objections must filed on the docket through the United States District Clerk of the Court or through CM/ECF.

4. The Court will conduct a telephonic and video hearing to consider confirmation of the Plan on December 8, 2021 at 11:00 a.m. (prevailing Central Time). Telephonic participation through dial-in (832) 917-1510 conference code 590153 and video participation through www.gotomeet.me/judgelopez.

5. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Reserved for Judge's Signature