IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 11 (Subchapter V) |
| SCOTT VINCENT VAN DYKE § | |
| § | Case No.: 21-60052 |
| Debtor. § | |

**AGREED ORDER ON MOTION FOR RELIEF FROM STAY**

(This Order Resolves Docket No. 37)

On November 9, 2021, a hearing was held on the *Motion for Relief From Stay* (the "Motion") filed by Michael L. Noel ("Dr. Noel"), seeking to modify the automatic stay in order to adjudicate a claim against the Debtor, Scott Van Dyke, in a pending state court action. The respective counsel for Dr. Noel and the Debtor announced the following agreed stipulation:

1. Dr. Noel is entitled to an allowed claim in the amount of $998,431.14 on account of the $500,000 promissory note made the basis of this Motion, which amount represents all unpaid principal, interest and attorneys' fees owed to Dr. Noel pursuant to that note;

2. This stipulated allowed claim is in addition to all of Dr. Noel's other claims that may be allowed, in accordance with (i) the Debtor's Bankruptcy Schedules, (ii) Dr. Noel's Proof of Claim, and/or (iii) further orders of this Court.

3. To the extent that there are objections filed to any of Dr. Noel's other claims, the Debtor and Dr. Noel agree to resolve those objections in this Court.

It is hereby ORDERED that, in light of the foregoing stipulation, the Motion is moot, and the requested relief is denied.

Signed:  November ___, 2021.

                                              Christopher Lopez
                                              Unites States Bankruptcy Judge

*Approved:*

| | |
|---|---|
| */s/ David S. Elder* | */s/ Susan Tran Adams* |
| David S. Elder | Susan Tran Adams |
| State Bar No. 06507700 | State Bar No. 24075648 |
| Foley & Lardner LLP | Tran Singh LLP |
| 1000 Louisiana, Suite 2000 | 2502 La Branch St |
| Houston, TX  77002-2099 | Houston, TX  77004 |
| Telephone: (713) 276-5750 | Telephone: (832) 975-7300 |
| Fax: (713) 276-5555 | Fax: (832) 975-7301 |
| Email:  dselder@foley.com | Email:  STran@ts-llp.com |
| | |
| *Counsel for Michael L. Noel* | *Counsel for Scott Van Dyke* |