IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Subchapter V |
| Scott Vincent Van Dyke | § | |
| | § | Case No. 21-60052 |
| Debtor. | § | **Christopher M. Lopez** |

# CERTIFICATE OF SERVICE
(No. 70)

I hereby certify that on November 4, 2021, the following creditors and interested parties on the attached Service List were served a true and correct copy of the Debtor's Chapter 11 Plan (ECF no. 66), Order Scheduling Plan Confirmation Hearing and Related Deadlines (ECF no. 70), and Ballot via U.S. First Class Mail.

Dated: November 8, 2021

TRAN SINGH, LLP

By: /s/Susan Tran Adams
Susan Tran Adams | TBN: 24075648
Brendon Singh | TBN: 24075646
2502 La Branch Street
Houston TX 77004
Ph: (832) 975-7300
Fax: (832) 975-7301
Email: STran@ts-llp.com

**ATTORNEYS FOR
SCOTT VINCENT VAN DYKE**