IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re:<br><br>Scott Vincent Van Dyke<br><br>Debtor. | §<br>§   Subchapter V<br>§<br>§   Case No. 21-60052<br>§   **Christopher M. Lopez** |

**DEBTOR SCOTT VINCENT VAN DYKE'S RESPONSE TO EMERGENCY JOINT MOTION FOR CONTINUANCE OF CONFIRMATION HEARING**
(Docket no. 70 & 77)

**To the Honorable Christopher M. Lopez**:

Scott Vincent Van Dyke, Debtor in the above Subchapter V case, responds in opposition to the Emergency Joint Motion for Continuance of Confirmation Hearing (the "Motion") as follows:

1. Mr. Van Dyke admits paragraph 1 of the Motion.

2. Mr. Van Dyke admits paragraph 2 of the Motion as the parties have been working towards scheduling a 2004 examination of Mr. Van Dyke by creditor Noel and Trustee Eva Engelhart.

3. Mr. Van Dyke admits paragraph 3 to the extent that counsel for Engelhart, counsel for Noel and the undersigned counsel have had multiple exchanges regarding document production and scheduling of the examination. Mr. Van Dyke denies the remainder of paragraph 3 as Mr. Van Dyke has produced all of the requested documents through two share file links that have been provided to counsel for Trustee Engelhart and counsel for Noel. The 2004 requests filed by Trustee Engelhart are voluminous in nature and have required that Mr. Van Dyke and his only bookkeeper/comptroller expend numerous of hours scanning from paper files and retrieving the requested documents.

4. Mr. Van Dyke denies and objects to paragraph 4 of the Motion.

5. Mr. Van Dyke objects to an extension request of 30-60 days as a delay in confirmation will result in the delay of Mr. Van Dyke obtaining investors in fund payments under the proposed plan and commencing drilling. Mr. Van Dyke has verbally communicated with several investors who have expressed concern regarding funding without a plan being confirmed by the Bankruptcy. To the extent that this Court grant a continuance of confirmation, Mr. Van Dyke requests that this extension be limited to a week extension as Mr. Van Dyke has been able to produce all documents under the 2004 request.

6. Mr. Van Dyke objects to the relief requested in paragraph 6.

Wherefore, Scott Vincent Van Dyke, Debtor, respectfully requests that this Court deny the motion or limit the continuance of the hearing on confirmation, and for all other relief to which he may be entitled.

Dated: November 18, 2021

Respectfully submitted,

**TRAN SINGH, LLP**

By: _/s/Susan Tran Adams_
Susan Tran Adams| TBN: 24075648
Brendon Singh | TBN: 24075646
2502 La Branch Street
Houston TX 77004
Ph: (832) 975-7300
Fax: (832) 975-7301
stran@ts-llp.com

**Counsel for Scott Vincent Van Dyke**