United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 23, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: § <br> § Subchapter V <br> Scott Vincent Van Dyke § <br> § Case No. 21-60052 <br> Debtor. § **Christopher M. Lopez** | |

**AGREED ORDER CONTINUING PLAN CONFIRMATION
HEARING AND RELATED DEADLINES**
**[RE : DOCKET NO. 66, 70, 77]**

The Debtor filed a Chapter 11 Plan on October 29, 2021 (Docket No. 66) and the Court entered its Order Scheduling Plan Confirmation Hearing and Related Deadlines (Docket No. 70). Creditors Eva Engelhart, Chapter 7 Trustee of the Estate of Anglo-Dutch Petroleum International, Inc. ("Engelhart") and Michael Noel ("Noel") having filed a Joint Emergency Motion for Continuance of Confirmation Hearing (Docket No. 77) and Engelhart, Noel, and Debtor (collectively, the "Parties") having come to an agreement,

The Court orders the following:

1. December 10, 2021 at 5:00 p.m. (prevailing Central Time) is the deadline for filing ballots accepting or rejecting the Plan. All ballots must be submitted by electronic mail to Susan Tran at stran@ts-llp.com.

2. December 10, 2021 at 5:00 p.m. (prevailing Central Time) is the deadline to file an objection to confirmation of the Plan. All objections must be filed on the docket through the United States District Clerk of the Court or through CM/ECF.

3. The Court will conduct a telephonic and video hearing to consider confirmation of the Plan on December 15, 2021 at 1:00 p.m. (prevailing Central Time). Telephonic participation through dial-in (832) 917-1510 conference code 590153 and video participation through www.gotomeet.me/judgelopez.

4. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Signed: November 23, 2021

_____
Christopher Lopez
United States Bankruptcy Judge

**Agreed and entry requested:**


*/s/Susan Tran Adams*
Tran Singh LLP
Susan Tran Adams (State Bar No. 24075648)
Brendon D. Singh (State Bar No. 24075646)
2502 La Branch Street
Houston, Texas 77004
Telephone: (832) 975-7300
Fax: (832) 975-7301
Email: Stran@ts-llp.com

*Counsel for Debtor Scott Van Dyke*


*/s/William Fred Hagans*
Hagans Montgomery Hagans
William Fred Hagans (State Bar No. 08685500)
Carl D. Kulhanek, Jr. (State Bar No. 11761850)
3200 Travis, Fourth Floor
Houston, Texas 77006
Telephone: (713) 222-2700
Fax: (713) 547-4950
Email: fhagans@hagans.law


*Counsel for Eva Engelhart, as Chapter 7 Trustee*
*For the Estate of Anglo-Dutch Petroleum International, Inc.*


*/s/David S. Elder*
David S. Elder (State Bar No. 06507700)
Foley & Lardner LLP
1000 Louisiana Suite 2000
Houston, Texas 77002
Telephone: (713) 276-5750
Fax: (713) 276-5555
Email: dselder@foley.com

*Counsel for Michael L. Noel*