UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
HOUSTON DIVISION

CASE NAME: Scott Vincent Van Dyke          Petition Date: 05/25/2021

CASE NUMBER: 21-60052

THIS REPORT IS FOR THE MONTH/YEAR (example: MAY/1995) OF September-2021

All **Individual** Debtor-In-Possession Checking, Savings, Brokerage Accounts:

All Non-Debtor-In-Possession Accounts:

| BANK NAME: | ACCOUNT NO.: | BANK NAME: | ACCOUNT NO.: |
|---|---|---|---|
| 1. Frost Bank | 50-2840308 | 1. | |
| 2. | | 2. | |
| 3. | | 3. | |

(attach list if needed)                  (attach list if needed)

## A copy of a reconciled statement should be attached for each and all accounts.

|  | + | $ 2,644.16 | = | $ 2,644.16 |
|---|---|---|---|---|
| Total Disbursements from MOR-7 Or Small Business Exhibit B-1 (When the debtor is a sole proprietorship) | | Total Disbursements from MFR-2 (When the debtor is an Individual) | | Total Disbursements |

Are all post-petition liabilities, including taxes, being paid within terms? Yes ☐ No ☒

Have any pre-petition liabilities been paid? Yes ☐ No ☒ If so, explain _____

Are all U.S. Trustee Quarterly Fee Payments current? Yes ☐ No ☒

What is the status of your Plan of Reorganization? _____

***The **original** of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee***

Attorney Name: Susan Tran Adams
Firm: Tran Singh LLP
Address: 2502 La Branch Street
Address:
City State, Zip: Houston, TX 77004
Telephone: 832-975-7300

I certify under penalty of perjury that the following complete Monthly Financial Report (MFR), consisting of MFR-1 through MFR-3 plus attachments, is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)

**MFR-1**

This FORM is for **INDIVIDUALS ONLY**

Petition Date: 05/25/2021

CASE NAME: Scott Vincent Van Dyke

CASE NUMBER: 21-60052

| CASH RECEIPTS AND DISBURSEMENTS | SCHEDULE I & J | 2021 MONTH June | 2021 MONTH July | 2021 MONTH August | 2021 MONTH September | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | | $ 429.31 | $ 4,014.20 | $ 412.14 | $ 111.16 | | |
| RECEIPTS | | | | | | | |
| 2. Wages, Salary, Commissions (net) | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 3. Rents, Royalties, Dividends, Interest | 38,065.00 | 0.00 | 0.00 | 0.00 | | | |
| 4. Social Security, Pension, etc. | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 5. Other (attach list) | 17,850.00 | 31,500.00 | 2,000.00 | 564.93 | 2,584.28 | | |
| TOTAL RECEIPTS | $ 55,915.00 | $ 31,500.00 | $ 2,000.00 | $ 564.93 | $ 2,584.28 | $ 0.00 | $ 0.00 |
| Draw from (Contribution to) Operation of Business MOR-7 or Small Business Exhibit B-1 | | | | | | | |
| DISBURSEMENTS | | | | | | | |
| 6. Rent or Home Mortgage Payment | 22,516.00 | 0.00 | 0.00 | 0.00 | | | |
| 7. Utilities (electric/gas, water, telephone) | 910.00 | 156.02 | 15.14 | 15.14 | 494.27 | | |
| 8. Home Maintenance (repairs and upkeep) | 455.00 | 9,292.71 | 87.62 | 0.00 | | | |
| 9. Food, Clothing, Laundry, and Dry Cleaning | 2,425.00 | 793.30 | 669.52 | 230.70 | 311.38 | | |
| 10. Medical and Dental | 500.00 | 609.52 | 781.99 | 81.14 | 14.06 | | |
| 11. Transportation (not including car payment) | 170.00 | 0.00 | 0.00 | 0.00 | | | |
| 12. Recreations, Clubs, and Entertainment | 285.00 | 0.00 | 0.00 | 0.00 | | | |
| 13. Insurance (not included in wages or home mortgage) | 465.00 | 3,570.23 | 0.00 | 0.00 | 1,715.27 | | |
| 14. Taxes (not included in wages or home mortgage) | 520.00 | 0.00 | 0.00 | 0.00 | | | |
| 15. Auto Payment | 2,201.00 | 376.89 | 0.00 | 0.00 | | | |
| 16. Credit Cards | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 17. Other (attach list) | 410.00 | 13,116.44 | 4,047.79 | 538.93 | 109.18 | | |
| SUB-TOTAL DISBURSEMENTS (for Individual) | $ 30,857.00 | $ 27,915.11 | $ 5,602.06 | $ 865.91 | $ 2,644.16 | $ 0.00 | $ 0.00 |
| 18. PROFESSIONAL FEES | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 19. U.S. TRUSTEE FEES | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| TOTAL DISBURSEMENTS | $ 30,857.00 | $ 27,915.11 | $ 5,602.06 | $ 865.91 | $ 2,644.16 | $ 0.00 | $ 0.00 |
| 20. NET CASH FLOW | 25,058.00 | 3,584.89 | (3,602.06) | (300.98) | (59.88) | 0.00 | 0.00 |
| 21. CASH - END OF MONTH | $ 25,058.00 | $ 4,014.20 | $ 412.14 | $ 111.16 | $ 51.28 | $ 0.00 | $ 0.00 |

**MFR-2**

Revised: 1/31/2014

This FORM is for **INDIVIDUALS ONLY**

CASE NAME: Scott Vincent Van Dyke

CASE NUMBER: 21-60052

| POST-PETITION LIABILITIES | 2021 MONTH June | 2021 MONTH July | 2021 MONTH August | 2021 MONTH September | MONTH | MONTH |
|---|---|---|---|---|---|---|
| **SECURED:** | | | | | | |
| Cadence Bank | | | | $ 89,641.24 | | |
| Wells Fargo Auto | | | | 1,130.67 | | |
| | | | | | | |
| (attach list) | | | | | | |
| TOTAL SECURED | $ 0.00 | $ 0.00 | $ 0.00 | $ 90,771.91 | $ 0.00 | $ 0.00 |
| **UNSECURED:** | | | | | | |
| AT&T U-Verse | 295.86 | 442.84 | 442.84 | 722.74 | | |
| City of Houston - ARA | 50.00 | 50.00 | 50.00 | 50.00 | | |
| City of Houston - Water | 29.16 | 92.73 | 92.73 | | | |
| Triagle Energy | 343.17 | 591.03 | 0.00 | 1,960.74 | | |
| US Trustee Payment Center | 0.00 | 250.00 | 250.00 | 250.00 | | |
| Midland Insurance | 0.00 | 1,854.96 | 1,854.96 | 0.00 | | |
| CenterPoint Energy | | | | 160.21 | | |
| State Farm Insurance | | | | 1,715.27 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| TOTAL UNSECURED | $ 718.19 | $ 3,281.56 | $ 2,690.53 | $ 4,858.96 | $ 0.00 | $ 0.00 |
| **TAXES:** | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| TOTAL TAXES | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| TOTAL POST-PETITION LIABILITIES (for Individual) | $ 718.19 | $ 3,281.56 | $ 2,690.53 | $ 95,630.87 | $ 0.00 | $ 0.00 |

MFR-3

*Revised: 1/31/2014*

Case Name:  Scott Vincent Van Dyke

Case Number: 21-60052

| OTHER CASH RECEIPTS AND DISBURSEMENTS | June 2021 | July 2021 | August 2021 | September 2021 |
|---|---|---|---|---|
| **Other Receipts** | | | | |
| Cash | $ - | $ - | $ 500.00 | $ 2,440.00 |
| Northwestern Mutual Insurance | $ - | $ - | $ - | $ 94.28 |
| HomeGoods - Item returned | $ - | $ - | $ 64.93 | $ - |
| Texas Petroleum Operations - Reimbursement | $ - | $ - | $ - | $ 50.00 |
| Theresa Van Dyke | $ 31,500.00 | $ 2,000.00 | $ - | $ - |
| | | | | |
| MFR-2 | $ 31,500.00 | $ 2,000.00 | $ 564.93 | $ 2,584.28 |
| | | | | |
| **Other Disbursements** | | | | |
| Bank Charges | $ 75.00 | $ 340.27 | $ 8.00 | $ 43.00 |
| Parking | $ - | $ 24.00 | $ - | |
| Personal Care | $ 339.84 | $ - | $ - | |
| Pet Expense | $ 216.43 | $ 383.77 | $ - | |
| Business Expenses | $ 12,484.07 | $ 3,299.75 | $ 530.93 | $ 66.18 |
| | | | | |
| MFR-2 | $ 13,115.34 | $ 4,047.79 | $ 538.93 | $ 109.18 |

# Frost
P.O. Box 16509 Fort Worth, Texas 76162 Member FDIC

FOR INFORMATION CALL
1-800-513-7678

STATEMENT ISSUED
09-27-2021

Page 1 of 3

00002292-TDFRST02003900014477-LETTER01_1OZ-100000 REG

SCOTT V VAN DYKE
CHAPTER 11 DEBTOR IN POSSESSION
CASE NO. 21-60052
1515 SOUTH BLVD
HOUSTON TX 77006

Get direct deposits up to two days earlier. No fees for overdrafts up to $100 based on qualifying conditions. Learn more at frostbank.com/overdraftprogram.

## FROST PERSONAL ACCOUNT : ACCOUNT NO. 50 2840308

| BALANCE LAST STATEMENT | DEPOSITS NO. | AMOUNT | WITHDRAWALS NO. | AMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 111.16 | 4 | 2,584.28 | 19 | 2,644.16 | 51.28 |

### -- DEPOSITS/CREDITS --

| DATE | TRANSACTION | AMOUNT | DATE | TRANSACTION | AMOUNT |
|---|---|---|---|---|---|
| 09-07 | DEPOSIT | 440.00 | 09-10 | DEPOSIT | 2,000.00 |
| 09-17 | DEPOSIT | 50.00 | 09-27 | DEPOSIT | 94.28 |

### -- OTHER WITHDRAWALS/DEBITS --

| DATE | TRANSACTION | AMOUNT | DESCRIPTION | | |
|---|---|---|---|---|---|
| 09-07 | DEBIT CARD PURCHASE | 23.82 | TST* GOODE COMPANY BBQ | HOUSTON | CARD: 8180010 |
| 09-07 | DEBIT CARD PURCHASE | 5.00 | CRAIGSLIST.ORG | 415-399-5200 | CARD: 8180010 |
| 09-07 | DEBIT CARD PURCHASE | .58 | USPS PO 4813730040 | HOUSTON | CARD: 8180010 |
| 09-07 | DEBIT CARD PURCHASE | 11.37 | SQ *SWEETCUP | HOUSTON | CARD: 8180010 |
| 09-07 | DEBIT CARD RECURRING | 15.14 | NETFLIX COM | LOS GATOS | CARD: 8180010 |
| 09-07 | DEBIT CARD PURCHASE | 5.14 | SQ *SWEETCUP | HOUSTON | CARD: 8180010 |
| 09-08 | ELECTRONIC DEBIT | 433.75 | Reliant Energy 0121D | xxxxxxx4668 | CARD: 8180010 |
| 09-13 | DEBIT CARD PURCHASE | 1,715.27 | STATE FARM INSURANCE | 800-956-6310 | CARD: 8180010 |
| 09-13 | POS DEBIT | 52.65 | KROGER #314 | HOUSTON TX | CARD: 8180010 |
| 09-13 | DEBIT CARD PURCHASE | 22.95 | BECKS PRIME - KIRBY | HOUSTON TX | CARD: 8180010 |
| 09-14 | DEBIT CARD RECURRING | 19.99 | MCW#10-KIRBY | HOUSTON | CARD: 8180010 |
| 09-15 | DEBIT CARD PURCHASE | 11.53 | STARBUCKS STORE 06241 | HOUSTON | CARD: 8180010 |
| 09-15 | POS DEBIT | 20.05 | USPS PO 48137300 2802 | HOUSTON TX | CARD: 8180010 |
| 09-15 | POS DEBIT | 65.77 | KROGER #314 | HOUSTON TX | CARD: 8180010 |
| 09-17 | POS DEBIT | 29.62 | H-E-B #630 | HOUSTON TX | CARD: 8180010 |
| 09-20 | DEBIT CARD PURCHASE | 41.62 | TST* THE PIT ROOM | HOUSTON | CARD: 8180010 |
| 09-20 | FROST ATM DEBIT | 80.00 | 9488 FROST 3707 RICHMOND AV | HOUSTON TX | CARD: 8180010 |
| 09-20 | POS DEBIT | 23.40 | KROGER #314 | HOUSTON TX | CARD: 8180010 |
| 09-20 | DEBIT CARD PURCHASE | 23.51 | KOLACHE FACTORY-KIRBY | HOUSTON | CARD: 8180010 |
| 09-21 | NSF FEE | 35.00 | | | |
| 09-27 | SERVICE CHARGE/FEE | 8.00 | MONTHLY SERVICE CHARGE | | |

### -- DAILY BALANCE --

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 08-25 | 111.16 | 09-13 | 265.49 | 09-20 | .00 |
| 09-07 | 490.11 | 09-14 | 245.50 | 09-21 | 35.00- OD |
| 09-08 | 56.36 | 09-15 | 148.15 | 09-27 | 51.28 |
| 09-10 | 2,056.36 | 09-17 | 168.53 | | |

| | TOTAL THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | 0.00 | 0.00 |
| TOTAL NSF FEES | 35.00 | 35.00 |

Any refunded NSF and OD fees have been deducted from the Year-to-Date totals listed above.

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and Other Disclosures.

Please notify us of any changes of address immediately. To change your address, follow these instructions.

1) Make changes to the address information shown on the front of this statement.

2) List all accounts which should be updated including Checking, Savings, Money Market, CDs and Loans.

Account Number _____     Account Number _____
Account Number _____     Account Number _____
Account Number _____     Account Number _____

Signature _____

3) Clip and return to the bank and address listed on the front of this statement

## How to balance your checkbook:

This worksheet will help you balance your checkbook. Before you begin, you'll need your checkbook register, your statement and any outstanding transactions not entered in your register.

### Worksheet

| | | Check Number/Other Debits | Amount |
|---|---|---|---|
| 1. | Enter balance shown on front of statement | $ | |
| 2. | Subtract Line A (Checks / other debits not shown on this statement) | - $ | |
| 3. | Subtotal | $ | |
| 4. | Add Deposits / other credits not shown on statement | + $ | |
| 5. | **Your Account Balance** | $ | |
| 6. | Enter Your checkbook balance | $ | |
| 7. | Subtract any bank charges that have not been entered in your checkbook | - $ | |
| 8. | Subtotal | $ | |
| 9. | Add any interest or other credits appearing on your statement that have not been entered in your checkbook | + $ | |
| 10. | **Adjusted Checkbook Balance** | $ | |

Total (Line A) _____

1. Be sure your checkbook register is complete. Verify that all outstanding transactions have been entered in your register.

2. Compare the check information on the front of the statement with your checkbook register. In your register, mark all the checks, ATM withdrawals or other debits on your statement to indicate that the funds have been withdrawn from your account. List any checks or other debits that are in your register, but not on your statement in the space provided above.

3. In your register, mark all deposits and other credits on your statement to indicate that the funds have been credited to your account. Write any deposits or other credits that are in your register, but not on your statement on Line 4.

4. To verify your statement balance, complete the worksheet above. Your account balance (Line 5) should match your adjusted checkbook balance figure (Line 10). If these balances are different, check the addition in your checkbook and review each step in the balancing procedure.

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and other Disclosures.

Frost
P.O. Box 16509 Fort Worth, Texas 76162 Member FDIC

FOR INFORMATION CALL
1-800-513-7678

STATEMENT ISSUED
09-27-2021

Page 3 of 3

SCOTT V VAN DYKE



09/07/21 #178 $440.00
09/10/21 #179 $2,000.00
09/17/21 #180 $50.00
09/27/21 #182 $94.28

2:45 PM
10/11/21

# Scott V. Van Dyke
## Reconciliation Summary
Frost Bank - DIP, Period Ending 09/27/2021

|  | Sep 27, 21 |
|---|---:|
| **Beginning Balance** | 111.16 |
| **Cleared Transactions** | |
|   Checks and Payments - 21 items | -2,644.16 |
|   Deposits and Credits - 6 items | 2,584.28 |
| **Total Cleared Transactions** | -59.88 |
| **Cleared Balance** | 51.28 |
| **Uncleared Transactions** | |
|   Checks and Payments - 4 items | -635.03 |
| **Total Uncleared Transactions** | -635.03 |
| **Register Balance as of 09/27/2021** | -583.75 |
| **New Transactions** | |
|   Checks and Payments - 3 items | -45.93 |
| **Total New Transactions** | -45.93 |
| **Ending Balance** | -629.68 |

# Scott V. Van Dyke
## Reconciliation Detail
### Frost Bank - DIP, Period Ending 09/27/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 111.16 |
| **Cleared Transactions** | | | | | | |
| *Checks and Payments - 21 items* | | | | | | |
| Bill Pmt -Check | 08/31/2021 | ACH | Reliant Energy-TVD | X | -433.75 | -433.75 |
| Check | 09/07/2021 | ACH | Goode Company | X | -23.82 | -457.57 |
| Check | 09/07/2021 | ACH | Netflix | X | -15.14 | -472.71 |
| Check | 09/07/2021 | ACH | sweet Cup | X | -11.37 | -484.08 |
| Check | 09/07/2021 | ACH | sweet Cup | X | -5.14 | -489.22 |
| Check | 09/07/2021 | ACH | carig's List | X | -5.00 | -494.22 |
| Check | 09/07/2021 | ACH | US Postmaster | X | -0.58 | -494.80 |
| Bill Pmt -Check | 09/13/2021 | ACH | State Farm | X | -1,715.27 | -2,210.07 |
| Check | 09/13/2021 | ACH | Kroger | X | -52.65 | -2,262.72 |
| Check | 09/13/2021 | ACH | Becks Prime | X | -22.95 | -2,285.67 |
| Check | 09/13/2021 | ACH | Mister Car Wash | X | -19.99 | -2,305.66 |
| Check | 09/15/2021 | ACH | starbucks | X | -11.53 | -2,317.19 |
| Check | 09/16/2021 | ACH | Kroger | X | -65.77 | -2,382.96 |
| Check | 09/16/2021 | ACH | US Postmaster | X | -20.05 | -2,403.01 |
| Check | 09/17/2021 | ACH | HEB | X | -29.62 | -2,432.63 |
| Check | 09/18/2021 | ATM | Cash | X | -80.00 | -2,512.63 |
| Check | 09/18/2021 | ACH | pit room | X | -41.62 | -2,554.25 |
| Check | 09/20/2021 | ACH | Kolache Factory | X | -23.51 | -2,577.76 |
| Check | 09/20/2021 | ACH | Kroger | X | -23.40 | -2,601.16 |
| Check | 09/24/2021 | ACH | | X | -35.00 | -2,636.16 |
| Check | 09/27/2021 | ACH | Frost Bank | X | -8.00 | -2,644.16 |
| **Total Checks and Payments** | | | | | -2,644.16 | -2,644.16 |
| *Deposits and Credits - 6 items* | | | | | | |
| Bill Pmt -Check | 08/31/2021 | 1003 | Midland Insurance | X | 0.00 | 0.00 |
| Deposit | 09/07/2021 | | | X | 440.00 | 440.00 |
| Deposit | 09/08/2021 | | | X | 0.00 | 440.00 |
| Deposit | 09/10/2021 | | | X | 2,000.00 | 2,440.00 |
| Deposit | 09/16/2021 | | | X | 50.00 | 2,490.00 |
| Deposit | 09/24/2021 | | Texas Petroleum Op... | X | 94.28 | 2,584.28 |
| **Total Deposits and Credits** | | | | | 2,584.28 | 2,584.28 |
| **Total Cleared Transactions** | | | | | -59.88 | -59.88 |
| **Cleared Balance** | | | | | -59.88 | 51.28 |
| **Uncleared Transactions** | | | | | | |
| *Checks and Payments - 4 items* | | | | | | |
| Bill Pmt -Check | 08/31/2021 | 1001 | AT&T U-verse | | -294.91 | -294.91 |
| Bill Pmt -Check | 08/31/2021 | 1004 | U.S. Trustee Payme... | | -250.00 | -544.91 |
| Bill Pmt -Check | 08/31/2021 | 1002 | CenterPoint Energy | | -44.74 | -589.65 |
| Check | 09/16/2021 | ACH | CenterPoint Energy | | -45.38 | -635.03 |
| **Total Checks and Payments** | | | | | -635.03 | -635.03 |
| **Total Uncleared Transactions** | | | | | -635.03 | -635.03 |
| **Register Balance as of 09/27/2021** | | | | | -694.91 | -583.75 |
| **New Transactions** | | | | | | |
| *Checks and Payments - 3 items* | | | | | | |
| Check | 09/30/2021 | ACH | Amazon.Com | | -14.06 | -14.06 |
| Check | 10/01/2021 | ACH | HEB | | -11.87 | -25.93 |
| Check | 10/04/2021 | ATM | Cash | | -20.00 | -45.93 |
| **Total Checks and Payments** | | | | | -45.93 | -45.93 |
| **Total New Transactions** | | | | | -45.93 | -45.93 |
| **Ending Balance** | | | | | -740.84 | -629.68 |