UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS

HOUSTON DIVISION

CASE NAME: **Scott Vincent Van Dyke**

Petition Date : 05/25/2021

CASE NUMBER: 21-60052

THIS REPORT IS FOR THE MONTH/YEAR (example: MAY/1995) OF **October-2021**

All **Individual** Debtor-In-Possession Checking, Savings, Brokerage Accounts:

| | BANK NAME: | ACCOUNT NO.: |
|---|---|---|
| 1. | **Frost Bank** | **50-2840308** |
| 2. | | |
| 3. | | |

(attach list if needed)

All Non-Debtor-In-Possession Accounts:

| | BANK NAME: | ACCOUNT NO.: |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

(attach list if needed)

# A copy of a reconciled statement should be attached for each and all accounts.

|  | + | $ 22,950.18 | = | $ 22,950.18 |
|---|---|---|---|---|
| Total Disbursements from MOR-7 Or Small Business Exhibit B-1 (When the debtor is a sole proprietorship) | | Total Disbursements from MFR-2 (When the debtor is an Individual) | | Total Disbursements |

Are all post-petition liabilities, including taxes, being paid within terms? Yes ☐ No ☒

Have any pre-petition liabilities been paid ? Yes ☐ No ☒ If so, explain _____

Are all U. S. Trustee Quarterly Fee Payments current? Yes ☑ No ☐

What is the status of your Plan of Reorganization? _____

***The **original** of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee***

Attorney Name: Susan Tran Adams
Firm: Tran Singh LLP
Address: 2502 La Branch Street
Address:
City State, Zip: Houston, TX 77004
Telephone: 832-975-7300

I certify under penalty of perjury that the following complete Monthly Financial Report (MFR), consisting of MFR-1 through MFR-3 plus attachments, is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)

**MFR-1**

## This FORM is for INDIVIDUALS ONLY

Petition Date: 05/25/2021

CASE NAME: Scott Vincent Van Dyke

CASE NUMBER: 21-60052

| CASH RECEIPTS AND DISBURSEMENTS | SCHEDULE I & J | 2021 MONTH June | 2021 MONTH July | 2021 MONTH August | 2021 MONTH September | 2021 MONTH October | MONTH |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | | $429.31 | $4,014.20 | $412.14 | $111.16 | $51.28 | |
| **RECEIPTS** | | | | | | | |
| 2. Wages, Salary, Commissions (net) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 3. Rents, Royalties, Dividends, Interest | 38,065.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 4. Social Security, Pension, etc. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 5. Other (attach list) | 17,850.00 | 31,500.00 | 2,000.00 | 564.93 | 2,584.28 | 24,000.00 | |
| TOTAL RECEIPTS | $55,915.00 | $31,500.00 | $2,000.00 | $564.93 | $2,584.28 | $24,000.00 | $0.00 |
| Draw from (Contribution to) Operation of Business MOR-7 or Small Business Exhibit B-1 | | | | | | | |
| **DISBURSEMENTS** | | | | | | | |
| 6. Rent or Home Mortgage Payment | 22,516.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22,410.31 | |
| 7. Utilities (electric/gas, water, telephone) | 910.00 | 156.02 | 15.14 | 15.14 | 494.27 | 0.00 | |
| 8. Home Maintenance (repairs and upkeep) | 455.00 | 9,292.71 | 87.62 | 0.00 | 0.00 | 0.00 | |
| 9. Food, Clothing, Laundry, and Dry Cleaning | 2,425.00 | 793.30 | 669.52 | 230.70 | 311.38 | 0.00 | |
| 10. Medical and Dental | 500.00 | 609.52 | 781.99 | 81.14 | 14.06 | 31.87 | |
| 11. Transportation (not including car payment) | 170.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 12. Recreations, Clubs, and Entertainment | 285.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 13. Insurance (not included in wages or home mortgage) | 465.00 | 3,570.23 | 0.00 | 0.00 | 1,715.27 | 0.00 | |
| 14. Taxes (not included in wages or home mortgage) | 520.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 15. Auto Payment | 2,201.00 | 376.89 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 16. Credit Cards | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 17. Other (attach list) | 410.00 | 13,116.44 | 4,047.79 | 538.93 | 109.18 | 8.00 | |
| SUB-TOTAL DISBURSEMENTS (for Individual) | $30,857.00 | $27,915.11 | $5,602.06 | $865.91 | $2,644.16 | $22,450.18 | $0.00 |
| 18. PROFESSIONAL FEES | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 19. U.S. TRUSTEE FEES | 0.00 | 0.00 | 0.00 | 0.00 | | 500.00 | |
| TOTAL DISBURSEMENTS | $30,857.00 | $27,915.11 | $5,602.06 | $865.91 | $2,644.16 | $22,950.18 | $0.00 |
| 20. NET CASH FLOW | 25,058.00 | 3,584.89 | (3,602.06) | (300.98) | (59.88) | 1,049.82 | 0.00 |
| 21. CASH - END OF MONTH | $25,058.00 | $4,014.20 | $412.14 | $111.16 | $51.28 | $1,101.10 | $0.00 |

MFR-2

Revised:1 31 2014

This FORM is for **INDIVIDUALS ONLY**

CASE NAME: Scott Vincent Van Dyke

CASE NUMBER: 21-60052

| POST-PETITION LIABILITIES | 2021 MONTH June | 2021 MONTH July | 2021 MONTH August | 2021 MONTH September | 2021 MONTH October | MONTH |
|---|---|---|---|---|---|---|
| **SECURED:** | | | | | | |
| Cadence Bank | | | | $ 89,641.24 | $ 89,641.24 | |
| Wells Fargo Auto | | | | 1,130.67 | 1,507.56 | |
| | | | | | | |
| (attach list) | | | | | | |
| TOTAL SECURED | $ 0.00 | $ 0.00 | $ 0.00 | $ 90,771.91 | $ 91,148.80 | $ 0.00 |
| **UNSECURED:** | | | | | | |
| AT&T U-Verse | 295.86 | 442.84 | 442.84 | 722.74 | 722.74 | |
| City of Houston - ARA | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | |
| City of Houston - Water | 29.16 | 92.73 | 92.73 | | 102.18 | |
| Triagle Energy | 343.17 | 591.03 | 0.00 | 1,960.74 | 2,927.86 | |
| US Trustee Payment Center | 0.00 | 250.00 | 250.00 | 250.00 | 0.00 | |
| Midland Insurance | 0.00 | 1,854.96 | 1,854.96 | 0.00 | 0.00 | |
| CenterPoint Energy | | | | 160.21 | 132.83 | |
| State Farm Insurance | | | | 1,715.27 | 4,945.45 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| TOTAL UNSECURED | $ 718.19 | $ 3,281.56 | $ 2,690.53 | $ 4,858.96 | $ 8,881.06 | $ 0.00 |
| **TAXES:** | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| TOTAL TAXES | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| TOTAL POST-PETITION LIABILITIES (for Individual) | $ 718.19 | $ 3,281.56 | $ 2,690.53 | $ 95,630.87 | $ 100,029.86 | $ 0.00 |

**MFR-3**

*Revised 1/31/2014*

**Case Name:** Scott Vincent Van Dyke

**Case Number:** 21-60052

| OTHER CASH RECEIPTS AND DISBURSEMENTS | June 2021 | July 2021 | August 2021 | September 2021 | October 2021 |
|---|---|---|---|---|---|
| **Other Receipts** | | | | | |
| Cash | $  - | $  - | $  500.00 | $  2,440.00 | $  - |
| Northwestern  Mutual Insurance | $  - | $  - | $  - | $  94.28 | $  - |
| HomeGoods - Item returned | $  - | $  - | $  64.93 | $  - | $  - |
| Texas Petroleum Operations - Reimbursement | $  - | $  - | $  - | $  50.00 | $  - |
| Theresa Van Dyke | $  31,500.00 | $  2,000.00 | $  - | $  - | $  24,000.00 |
| | | | | | |
| MFR-2 | $  31,500.00 | $  2,000.00 | $  564.93 | $  2,584.28 | $  24,000.00 |
| | | | | | |
| | | | | | |
| **Other Disbursements** | | | | | |
| Bank Charges | $  75.00 | $  340.27 | $  8.00 | $  43.00 | $  8.00 |
| Parking | $  - | $  24.00 | $  - | | $  - |
| Personal Care | $  339.84 | $  - | $  - | | $  - |
| Pet Expense | $  216.43 | $  383.77 | $  - | | $  - |
| Business Expenses | $  12,484.07 | $  3,299.75 | $  530.93 | $  66.18 | $  - |
| | | | | | |
| | | | | | |
| MFR-2 | $  13,115.34 | $  4,047.79 | $  538.93 | $  109.18 | $  8.00 |

1:48 PM
11/15/21

Scott V. Van Dyke
Reconciliation Summary
Frost Bank - DIP, Period Ending 10/27/2021

|  | Oct 27, 21 |
|---|---|
| Beginning Balance | 51.28 |
| Cleared Transactions | |
| Checks and Payments - 4 items | -53.93 |
| Deposits and Credits - 4 items | 0.00 |
| Total Cleared Transactions | -53.93 |
| Cleared Balance | -2.65 |
| Register Balance as of 10/27/2021 | -2.65 |
| New Transactions | |
| Checks and Payments - 27 items | -23,997.35 |
| Deposits and Credits - 1 item | 24,000.00 |
| Total New Transactions | 2.65 |
| Ending Balance | 0.00 |

# Frost
www.frostbank.com

Member FDIC

FOR INFORMATION CALL
1-877-714-4932

STATEMENT ISSUED
10-27-2021

Page 1 of 2

>>>

SCOTT V VAN DYKE
CHAPTER 11 DEBTOR IN POSSESSION
CASE NO. 21-60052
1515 SOUTH BLVD
HOUSTON TX 77006

We have the largest ATM network in Texas with 1,700+ ATMs
that can be found in H-E-B, Circle K and Frost locations.
Plus, CVS and Walgreens in Dallas and Tarrant counties.

## FROST PERSONAL ACCOUNT : ACCOUNT NO. 50 2840308

| BALANCE LAST STATEMENT | DEPOSITS | | WITHDRAWALS | | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | |
| 51.28 | 0 | .00 | 3 | 53.93 | 2.65- OD |

### OTHER WITHDRAWALS/DEBITS

| DATE | AMOUNT | TRANSACTION | DATE | DESCRIPTION | | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 09-30 | 14.06 | DEBIT CARD RECURRING | 10-01 | Amazon Primex2C1SW8QT1 | | 10-27 | 2.65- OD |
| 10-01 | 11.87 | DEBIT CARD PURCHASE | 10-04 | H-E-B #630 | | | |
| 10-04 | 20.00 | FROST ATM DEBIT | | 9488 FROST 3707 RICHMOND AV | AMZN.COM/BILL | | |
| 10-27 | 8.00 | SERVICE CHARGE/FEE | | MONTHLY SERVICE CHARGE | HOUSTON | | |
| | | | | | HOUSTON TX | | |

CARD: 8180010
CARD: 8180010
CARD: 8180010

### DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 09-27 | 51.28 | 10-01 | 25.35 | 10-27 | 2.65- OD |
| 09-30 | 37.22 | 10-04 | 5.35 | | |

| | TOTAL THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | 0.00 | 0.00 |
| TOTAL NSF FEES | 0.00 | 35.00 |

Any refunded NSF and OD fees have been deducted from the
Year-to-Date totals listed above.

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit
Account Agreement and Other Disclosures.

Page 2 of 2

Please notify us of any changes of address immediately. To change your address, follow these instructions.

1) Make changes to the address information shown on the front of this statement.

2) List all accounts which should be updated including Checking, Savings, Money Market, CDs and Loans.

Account Number _____
Account Number _____
Account Number _____
Account Number _____
Account Number _____
Account Number _____

Signature _____

3) Clip and return to the bank and address listed on the front of this statement.

## How to balance your checkbook:

This worksheet will help you balance your checkbook. Before you begin, you'll need your checkbook register, your statement and any outstanding transactions not entered in your register.

| Check Number/ Other Debits | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total (Line A) | |

### Worksheet

1. Enter balance shown on front of statement    $ _____

2. Subtract Line A (Checks / other debits not shown on this statement)    - $ _____

3. Subtotal    $ _____

4. Add Deposits / other credits not shown on statement    + $ _____

5. **Your Account Balance**    $ _____

6. Enter Your checkbook balance    $ _____

7. Subtract any bank charges that have not been entered in your checkbook    - $ _____

8. Subtotal    $ _____

9. Add any interest or other credits appearing on your statement that have not been entered in your checkbook    + $ _____

10. **Adjusted Checkbook Balance**    $ _____

1. Be sure your checkbook register is complete. Verify that all outstanding transactions have been entered in your register.

2. Compare the check information on the front of the statement with your checkbook register. In your register, mark all the checks, ATM withdrawals or other debits on your statement to indicate that the funds have been withdrawn from your account. List any checks or other debits that are in your register, but not on your statement in the space provided above.

3. In your register, mark all deposits and other credits on your statement to indicate that the funds have been credited to your account. Write any deposits or other credits that are in your register, but not on your statement on Line 4.

4. To verify your statement balance, complete the worksheet above. Your account balance (Line 5) should match your adjusted checkbook balance figure (Line 10). If these balances are different, check the addition in your checkbook and review each step in the balancing procedure.

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and other Disclosures.

1:48 PM
11/15/21

## Scott V. Van Dyke
## Reconciliation Detail
Frost Bank - DIP, Period Ending 10/27/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 51.28 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 09/30/2021 | ACH | Amazon.Com | X | -14.06 | -14.06 |
| Check | 10/01/2021 | ACH | HEB | X | -11.87 | -25.93 |
| Check | 10/04/2021 | ACH | | X | -20.00 | -45.93 |
| Check | 10/27/2021 | ATM | Cash | X | -8.00 | -53.93 |
| **Total Checks and Payments** | | | | | -53.93 | -53.93 |
| **Deposits and Credits - 4 items** | | | | | | |
| Bill Pmt -Check | 08/31/2021 | 1004 | U.S. Trustee Payme... | X | 0.00 | 0.00 |
| Bill Pmt -Check | 08/31/2021 | 1001 | AT&T U-verse | X | 0.00 | 0.00 |
| Bill Pmt -Check | 08/31/2021 | 1002 | CenterPoint Energy. | X | 0.00 | 0.00 |
| Check | 10/15/2021 | 1005 | Fran Barber-Buchan... | X | 0.00 | 0.00 |
| **Total Deposits and Credits** | | | | | 0.00 | 0.00 |
| **Total Cleared Transactions** | | | | | -53.93 | -53.93 |
| **Cleared Balance** | | | | | -53.93 | -2.65 |
| **Register Balance as of 10/27/2021** | | | | | -53.93 | -2.65 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 27 items** | | | | | | |
| Check | 10/29/2021 | 1006 | CADENCE Bank | | -22,410.31 | -22,410.31 |
| Bill Pmt -Check | 10/29/2021 | ACH | U.S. Trustee Payme... | | -500.00 | -22,910.31 |
| Check | 11/01/2021 | ACH | Kroger | | -142.51 | -23,052.82 |
| Check | 11/01/2021 | ACH | Costco | | -65.38 | -23,118.20 |
| Check | 11/01/2021 | ACH | La Tapatia Mexican ... | | -60.85 | -23,179.05 |
| Check | 11/01/2021 | ACH | T-Mobile | | -42.52 | -23,221.57 |
| Check | 11/01/2021 | ACH | sherwin Williams | | -40.18 | -23,261.75 |
| Check | 11/01/2021 | ACH | sherwin Williams | | -19.59 | -23,281.34 |
| Check | 11/01/2021 | ACH | Southland Hardware | | -15.14 | -23,296.48 |
| Check | 11/01/2021 | ACH | Netflex | | -15.14 | -23,311.62 |
| Check | 11/02/2021 | ACH | Amazon.Com | | -14.06 | -23,325.68 |
| Check | 11/02/2021 | ACH | sherwin Williams | | -12.72 | -23,338.40 |
| Check | 11/03/2021 | ACH | Kroger | | -42.69 | -23,381.09 |
| Check | 11/04/2021 | ACH | CenterPoint Energy. | | -84.71 | -23,465.80 |
| Check | 11/08/2021 | ACH | Kroger | | -84.52 | -23,550.32 |
| Check | 11/08/2021 | ACH | HEB | | -25.73 | -23,576.05 |
| Check | 11/08/2021 | ACH | Kroger | | -22.18 | -23,598.23 |
| Check | 11/08/2021 | ACH | HEB | | -20.17 | -23,618.40 |
| Check | 11/08/2021 | ACH | Kolache Factory | | -13.15 | -23,631.55 |
| Check | 11/08/2021 | ACH | Kolache Factory | | -7.50 | -23,639.05 |
| Check | 11/09/2021 | ACH | Amazon.Com | | -129.00 | -23,768.05 |
| Check | 11/09/2021 | ATM | Cash | | -80.00 | -23,848.05 |
| Check | 11/12/2021 | ACH | pit room | | -44.87 | -23,892.92 |
| Check | 11/14/2021 | ACH | T-Mobile | | -42.52 | -23,935.44 |
| Check | 11/14/2021 | ACH | Kroger | | -27.04 | -23,962.48 |
| Check | 11/14/2021 | ACH | HEB | | -24.83 | -23,987.31 |
| Check | 11/14/2021 | 1008 | Whole Foods | | -10.04 | -23,997.35 |
| **Total Checks and Payments** | | | | | -23,997.35 | -23,997.35 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 10/29/2021 | | | | 24,000.00 | 24,000.00 |
| **Total Deposits and Credits** | | | | | 24,000.00 | 24,000.00 |
| **Total New Transactions** | | | | | 2.65 | 2.65 |
| **Ending Balance** | | | | | -51.28 | 0.00 |