# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Subchapter V |
| Scott Vincent Van Dyke | § | |
| | § | Case No. 21-60052 |
| Debtor. | § | **Christopher M. Lopez** |

## STIPULATION EXTENDING PLAN CONFIRMATION DEADLINES
### [RE : DOCKET NO. 66, 70, 77]

The Debtor filed a Chapter 11 Plan on October 29, 2021 (Docket No. 66) and the Court entered its Order Granting Emergency Motion Continuing Plan Confirmation (Docket No. 81) to December 15, 2021. Debtor, Eva Engelhart, Chapter 7 Trustee for the Estate of Anglo-Dutch Petroleum, International, Michael Noel, and Builder's West, Inc. having come to an agreement extending the deadlines related to confirmation.

The Court orders the following:

1. December 13, 2021 at 5:00 p.m. (prevailing Central Time) is the deadline for filing ballots accepting or rejecting the Plan. All ballots must be submitted by electronic mail to Susan Tran at stran@ts-llp.com.

2. December 13, 2021 at 5:00 p.m. (prevailing Central Time) is the deadline to file an objection to confirmation of the Plan. All objections must be filed on the docket through the United States District Clerk of the Court or through CM/ECF.

Zzzz

**Agreed and entry requested:**

*/s/Susan Tran Adams*
Tran Singh LLP
Susan Tran Adams (State Bar No. 24075648)
Brendon D. Singh (State Bar No. 24075646)
2502 La Branch Street
Houston, Texas 77004
Telephone: (832) 975-7300
Fax: (832) 975-7301
Email: Stran@ts-llp.com

*Counsel for Debtor Scott Van Dyke*


*/s/William Fred Hagans*
Hagans Montgomery Hagans
William Fred Hagans (State Bar No. 08685500)
Carl D. Kulhanek, Jr. (State Bar No. 11761850)
3200 Travis, Fourth Floor
Houston, Texas 77006
Telephone: (713) 222-2700
Fax: (713) 547-4950
Email: fhagans@hagans.law


*Counsel for Eva Engelhart, as Chapter 7 Trustee*
*For the Estate of Anglo-Dutch Petroleum International, Inc.*


*/s/David S. Elder*
David S. Elder (State Bar No. 06507700)
Foley & Lardner LLP
1000 Louisiana Suite 2000
Houston, Texas 77002
Telephone: (713) 276-5750
Fax: (713) 276-5555
Email: dselder@foley.com

*Counsel for Michael L. Noel*


- And -

*/s/Dale R. Mellencamp*
Dale R. Mellencamp (State Bar No. 13920250)
Bair Hilty, P.C.
14711 Pebble Bend Drive
Houston, Texas 77068
Telephone: (13) 862-5599
Email: dmellecamp@bairhilty.com

*Counsel for Builders West, Inc.*