IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 11 |
| SCOTT VINCENT VAN DYKE, | § § | Case No. 21-60052 |
| Debtor. | § § § | |

**MICHAEL L. NOEL'S WITNESS AND EXHIBIT LIST**
**FOR DECEMBER 15, 2021 CONFIRMATION HEARING**

Michael L. Noel ("Noel") by and through its undersigned counsel, hereby files this Witness and Exhibit List for the hearing on *Plan of Reorganization* filed by Scott Vincent Van Dyke [Docket No. 66].

**WITNESSES**

Noel may call any of the following as a witness at the hearing:

1. Scott Van Dyke ("Van Dyke")

2. Mike Seely and/or Jill Hale, counsel for Noel in state court lawsuit filed against Van Dyke;

3. Any witness called or designated by any other party in interest; and

4. Any witness necessary to rebut the testimony of witnesses called or designated by any other party.

**EXHIBITS**

Noel may offer any one or more of the following exhibits at the hearing:

1

| EXHIBIT | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| 1. | Order Granting Judgment Creditor Gerard J. Swonke's Motion to Contest the Affidavits of Net Worth and Motion for Injunction (signed on October 29, 2007 in Swonke Litigation State Court Lawsuit – Cause No. 2004-20712) | | | | |
| 2. | Findings of Fact and Conclusions of Law (signed on April 25, 2012 in Investors Litigation State Court Lawsuit – Cause No. 2004-23845-A) | | | | |
| 3. | Transcript of April 27, 2012 Hearing on Motion to Modify Judgement in Investors Litigation State Court Lawsuit – Cause No. 2004-23845-A | | | | |
| 4. | Email from Jett Williams (Van Dyke's lawyer) to Mike Seely (Michael Noel's lawyer) dated Jan. 14, 2020 | | | | |
| 5. | Rule 11 Agreement between lawyers for Noel and Van Dyke dated March 17, 2020 | | | | |
| 6. | Michael Noel v. Scott Van Dyke, et al. – Amended Agreed Final Judgment (signed on May 13, 2020) | | | | |
| 7. | Order Granting Partial Summary Judgment (signed on Feb. 10, 2021) | | | | |
| 8. | Amended Judgment in Builders West, Inc. v. Van Dyke (signed June 9, 2016) | | | | |
| 9. | Final Judgment in Case No. 4:19-cv-02894 In the United States District Court for the Southern District of Texas (signed by Judge Gilmore on November 10, 2021) | | | | |
| 10. | Anglo-Dutch Energy L.L.C. 2018 Tax Return | | | | |
| 11. | Anglo-Dutch Energy L.L.C. 2019 Tax Return | | | | |
| 12. | Anglo-Dutch Energy L.L.C. 2020 Tax Return | | | | |
| | Any document or pleading filed in the above-captioned main cases | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | |
| | Any exhibit identified or offered by any other party | | | | |

Noel reserves the right to use additional demonstrative exhibits as they deem appropriate in connection with this hearing.  Noel also reserves the right to call or to introduce one or more, or none, of the witnesses or exhibits listed above, and further reserves the right to supplement or amend this list at any time prior to the hearing.

Dated:  December 13, 2021

Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ David S. Elder*
David S. Elder
State Bar No. 06507700
1000 Louisiana Street, Suite 2000
Houston, Texas 77002-2099
Telephone: 713-276-5500
Email: dselder@foley.com

**ATTORNEYS FOR MICHAEL L. NOEL**

**CERTIFICATE OF SERVICE**

I do hereby certify that on December 13, 2021, a true and correct copy of the foregoing Witness and Exhibit List was served via CM/ECF to all parties authorized to receive electronic notice in this case and/or by U.S. Mail, first class postage prepaid to the parties on the attached service list not receiving ECF notice.

*/s/ David S. Elder*
David S. Elder

4872-3484-5189.1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-6<br>Case 21-60052<br>Southern District of Texas<br>Victoria<br>Mon Dec 13 10:52:22 CST 2021 | Forest Home Plantation, LLC<br>c/o Leann O. Moses<br>1100 Poydras Street<br>Suite 3100<br>New Orleans, LA 70163-1102 | Harris County, et al.<br>Linebarger Goggan Blair & Sampson LLP<br>c/o John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| Henke, Williams & Boll, LLP<br>2929 Allen Parkway, Suite 3900<br>Houston, TX 77019-7125 | 6<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | AmeriCredit/GM Financial<br>Attn: Bankruptcy<br>PO Box 183853<br>Arlington, TX 76096-3853 |
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Bank of America<br>4909 Savarese Circle FL1-908-01-50<br>Tampa, FL 33634-2413 | Big Tex Storage<br>3480 Ella<br>Houston Texas 77018-6136 |
| Builders West Inc.<br>8905 Friendship,<br>Houston, Texas 77080-4111 | Cadence/Superior Bank<br>Operations Center<br>Birmingham, AL 35203 | Central Portfolio Control<br>Attn: Bankruptcy Attn: Bankruptcy<br>10249 Yellow Circle Dr , Ste 200<br>Minnetonka, MN 55343-9111 |
| Chase Auto Finance<br>P.O. Box 78101<br>Phoenix, AZ 85062-8101 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank<br>Citicorp Credit Srvs/Centralized Bk dept<br>PO Box 790034<br>St Louis, MO 63179-0034 |
| City of Houston Public Works<br>Attn: Effie Green<br>4200 Leeland<br>Houston, TX 77023-3016 | (p)ECHELON ANALYTICS<br>ATTN MALINDA PISCIOTTA<br>1717 MAIN STREET<br>STE 3380<br>DALLAS TX 75201-7364 | Encore Bank<br>Nine Greenway Plaza<br>Houston, TX 77046-0905 |
| Harris County et al.<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Henke, Williams & Boll, LLP<br>2929 Allen Parkway, Suite 3900<br>Houston, Texas 77019-7125 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| Johns & Hebert PLLC f/k/a Johns & Counsel PL<br>2028 East Ben White Boulevard, Suite 240<br>Austin, Texas 78741-6931 | Libertas Funding LLC<br>382 Greenwich Ave, Ste 2<br>Greenwich, CT 06830-6501 | Michael L. Noel<br>12222 Taylorcrest<br>Houston, TX 77024-4247 |
| (p)PHOENIX FINANCIAL SERVICES LLC<br>PO BOX 361450<br>INDIANAPOLIS IN 46236-1450 | (p)TMX FINANCE LLC FORMERLY TITLEMAX<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH GA 31401-2686 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO Box 130000<br>Raleigh, NC 27605-1000 | Wells Fargo Dealer Services<br>Attn: Bankruptcy 1100 Corporate Center D<br>Raleigh, NC 27607-5066 | Brendon D Singh<br>Tran Singh, LLP<br>2502 La Branch Street<br>Houston, TX 77004-1028 |

| | | |
|---|---|---|
| Eva S. Engelhart, Chapter 7 Trustee<br>7700 San Felipe, Suite 550<br>Houston, TX 77063-1618 | Melissa A Haselden<br>Haselden Farrow PLLC<br>Pennzoil Place<br>700 Milam<br>Suite 1300<br>Houston, TX 77002-2736 | Reese Baker<br>950 Echo Lane, Suite 300<br>Houston, TX 77024-2824 |
| Scott Vincent Van Dyke<br>1515 South Boulevard<br>Houston, TX 77006-6335 | Susan Tran Adams<br>Tran Singh LLP<br>2502 La Branch Street<br>Houston, TX 77004-1028 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BBVA Compass<br>Attn: Bankruptcy<br>PO Box 10566<br>Birmingham, AL 35296 | Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850 | Echelon Analytics, LLC<br>1717 Main St Ste 3380<br>Dallas, TX  75201 |
| Phoenix Financial Services, LLC<br>Attn: Bankruptcy<br>PO Box 361450<br>Indianapolis,, IN 46236 | Titlemax of Texas<br>15 Bull St Ste 200<br>Savannah, GA 31401-2686 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Anzar Settlement Funding Corp. | (u)Builders West, Inc. | (u)Cadence Bank, N.A. |
| (u)Littlemill Limited | (u)Philadelphia Indemnity Insurance Company | (u)Prosperity Settlement Funding, Inc. |
| (u)Andrea Lore, Individually and in Her Capac | (du)Anzar Settlement Funding Corp. | (u)Cadence Bank |
| (u)Eva S. Engelhart, in Capacity as Chapter 7 | (du)Littlemill Limited | (du)Philadelphia Indemnity Insurance Company |

```
(du)Prosperity Settlement Funding, Inc.        (u)Andrea Lore                        (u)Michael L. Noel
```

End of Label Matrix
Mailable recipients    34
Bypassed recipients    15
Total                  49

Anzar Settlement Funding Corp
c/o Julie Goodrich Harrison
Norton Rose Fulbright US LLP
1301 McKinney St, Ste 5100
Houston, TX 77010

Littlemill Limited
c/o Julie Goodrich Harrison
Norton Rose Fulbright US LLP
1301 McKinney St, Ste 5100
Houston, TX 77010

Prosperity Settlement Funding, Inc.
c/o Julie Goodrich Harrison
Norton Rose Fulbright US LLP
1301 McKinney St, Ste 5100
Houston, TX 77010

American Oil & Gas, LLC
PO Box 22322
Houston, TX  77227

AT&T U-Verse
PO Box 5014
Carol Stream, IL  60197

Propel Financial Services, LLC
PO Box 100350
San Antonio, TX  78201

Philadelphia Indemnity Insurance Company
c/o KF&D, PLLC
909 18th Street
Plano, TX  75074

Builders West, Inc.
c/o Dale R Mellencamp
BairHilty PC
14711 Pebble Bend Drive
Houston, TX 77068

Andrea Lore
c/o Julie Goodrich Harrison
Norton Rose Fulbright US LLP
1301 McKinney St, Ste 5100
Houston, TX 77010

Ha Minh Nguyen
Jason Ruff
Office of the United States Trustee
515 Rusk St., Ste. 3516
Houston, TX 77002

Builders West, Inc.
c/o Rusty Hardin & Associates, LLP
1401 McKinney, Suite 2250
Houston, TX  77010

City Of Houston – Water Department
PO Box 1560
Houston, TX  77251

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101

Cadence Bank, NA
c/o Travis Clayton Badger
3400 Ave H, 2nd Fl
Rosenberg, TX 77471

Philadelphia Indemnity Insurance
c/o Robert W. Miller
Manier & Herod, P.C.
1201 Demonbreun Street, Suite 900
Nashville, TN 37203

Anglo-Dutch Energy, Anglo-Dutch (Tenge) LLC, Anglo-Dutch Everest, LLC, Anglo-Dutch (Neftenge), & Anglo-Dutch Energy Partners IV, LLC
PO Box 22322
Houston, TX  77227

Trieagle Energy
PO Box 974655
Dallas, TX  75397

CenterPoint Energy
Attn: Bankruptcy
PO Box 4981
Houston, TX  77210-4981

Littlemill Limited
c/o HMH
3200 Travis 4th Floor
Houston, TX  77006