IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCOTT VINCENT VAN DYKE | § | Case No. 21-60052 |
| | § | |
| Debtor. | § | Chapter 11 Case |
| | § | |

_____

EVA ENGELHART, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF
ANGLO-DUTCH PETROLEUM INTERNATIONAL, INC.'S
WITNESS AND EXHIBIT LIST FOR DECEMBER 15, 2021 HEARING

**WITNESSES:**

1. Jeff Compton (expert);
2. Charles E. Graham, III (expert);
3. Scott Van Dyke (fact);
4. Any rebuttal and/or impeachment witnesses; and
5. All persons listed on the witness list of any party.

Judge: Honorable Christopher M. Lopez
Courtroom 401

Hearing Date: December 15, 2021

Hearing Time: 1:00 p.m.

Parties' Names: Eva Engelhart, as Chapter 7 Trustee of the estate of Anglo-Dutch Petroleum International, Inc. ("Chapter 7 Trustee")

Attorneys' Names: William Fred Hagans
Kendall Montgomery
Carl D. Kulhanek, Jr.
William R. Greendyke
Julie Goodrich Harrison

Attorney's Phone: (281) 884-9262
(713) 651-5151

Nature of Proceeding:

Confirmation Hearing

**EXHIBITS:**

| Ex. | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Declaration and Expert Report of Jeffrey A. Compton | | | | |
| 2. | August 27, 2021 Order in Case No. 4:19-CV-2894; *Engelhart v. Van Dyke* | | | | |
| 3. | Deposition Transcript of Scott Van Dyke Taken December 9, 2021 | | | | |
| 4. | Excerpts from Texas Petroleum Operations LLC General Ledger (Exhibit 12 to Van Dyke Deposition) | | | | |
| 5. | Order Releasing Supersedeas Deposits from the Court's Registry and Turnover Order in "Case No. 2004-20712; *ADPI v. Greenberg Peden*; In the 61st Judicial Court of Harris County, Texas" | | | | |
| 6. | Anglo-Dutch Energy, L.L.C. Claims Register | | | | |
| 7. | Conclusions of Law in "Case No. 2004-48332; *Smith v. ADPI*; In the 133rd Judicial Court of Harris County, Texas" | | | | |
| 8. | Order Granting Judgment Creditor Gerard J. Swonke's Motion to Contest the Affidavits of Net Worth and Motion for Injunction in "Case No. 2004-20712; *ADPI v. Greenberg Peden*; In the 61st Judicial Court of Harris County, Texas" | | | | |
| 9. | Transcript of October 12, 2007 Hearing on Request for Temporary | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Injunction in "Case No. 2004-20712; *ADPI v. Greenberg Peden*; In the 61st Judicial Court of Harris County, Texas" |  |  |  |  |
| 10. | Findings of Fact and Conclusions of Law in "Case No. 2004-23845-A; *Case Funding Network v. ADPI*; In the 127th Judicial Court of Harris County, Texas" |  |  |  |  |
| 11. | Excerpts from Transcript of Hearing on Motion to Modify Judgment in "Case No. 2004-23845-A; *Case Funding Network v. ADPI*; In the 127th Judicial Court of Harris County, Texas" |  |  |  |  |
| 12. | Final Judgment in Case No. 4:19-CV-2894; *Engelhart v. Van Dyke* |  |  |  |  |
| 13. | ADPI Settlement with Halliburton |  |  |  |  |
| 14. | Copy of *Ramco v. ADPI* Opinion |  |  |  |  |
| 15. | Excerpts from Scott Van Dyke Deposition Taken March 31, 2009 |  |  |  |  |
| 16. | Excerpts from Scott Van Dyke Trial Testimony in "Case No. 2004-23845-A; *Case Funding Network v. ADPI*; In the 127th Judicial Court of Harris County, Texas" |  |  |  |  |
| 17. | Final Judgment in "Case No. 2004-48332; *Smith v. ADPI*; In the 133rd Judicial Court of Harris County, Texas" |  |  |  |  |
| 18. | Summary Judgment in "Case No. 2004-2004-60996; *Littlemill Limited v. Van Dyke*; In the 152nd Judicial Court of Harris County, Texas" |  |  |  |  |

| 19. | Final Judgment in "Case No. 2004-2004-60996; *Littlemill Limited v. Van Dyke*; In the 152nd Judicial Court of Harris County, Texas" | | | | |
|---|---|---|---|---|---|
| 20. | Final Judgment in "Case No. 2004-23845-A; *Case Funding Network v. ADPI*; In the 127th Judicial Court of Harris County, Texas" | | | | |
| 21. | Copy of *ADPI v. Haskell* Opinion | | | | |
| 22. | Final Judgment in "Case No. 2004-20712; *ADPI v. Greenberg Peden*; In the 61st Judicial Court of Harris County, Texas" | | | | |
| 23. | Final Judgment in "Case No. 2011-54019; *Noel v. Van Dyke*; In the 113th Judicial Court of Harris County, Texas" | | | | |
| 24. | Final Judgment in "Case No. 2018-34037; *ADPI v. Greenberg Peden*; In the 127th Judicial Court of Harris County, Texas" | | | | |
| 25. | Copy of *Gladney v. ADE* Opinion | | | | |
| 26. | Copy of *ADE v. Crawford Hughes* Opinion | | | | |
| 27. | Email from Barnes to McMahon Dated February 20, 2021 | | | | |
| 28. | Email from McMahon to Barber Dated August 9, 2019 | | | | |
| 29. | Email from McMahon to Van Dyke Dated October 2, 2019 | | | | |
| 30. | Email from McMahon to Van Dyke Dated October 28, 2019 | | | | |
| 31. | Email from McMahon to Van Dyke Dated September 17, 2019 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 32. | Affidavit of Scott Van Dyke Signed February 19, 2021 | | | | |
| 33. | Scott Van Dyke's Plan of Reorganization [Dkt. No. 66] | | | | |
| 34. | Scott Van Dyke's Amended Plan of Reorganization [Dkt. No. 86] | | | | |
| 35. | Amended Notice of Rule 2004 Examination [Dkt. No. 79] | | | | |
| 36. | Frost Bank Statement dated 9-24-2020 (Exhibit 2 to Van Dyke Deposition) | | | | |
| 37. | Frost Bank statement dated 1-27-21 (Exhibit 3 to Van Dyke Deposition) | | | | |
| 38. | Frost Bank statement dated 2-24-21 (Exhibit 4 to Van Dyke Deposition) | | | | |
| 39. | Adams Prospect, Texas Gulf Coast, November 2021 (Exhibit 5 to Van Dyke Deposition) | | | | |
| 40. | Affidavit of Scott V. Van Dyke (Exhibit 7 to Van Dyke Deposition) | | | | |
| 41. | First Amendment to Revolver Loan Agreement and Options to Forgive Dept and Purchase Assets Between Trepador Energy LLC and Anglo-Dutch Energy LLC and Scott V. Van Dyke (Exhibit 8 to Van Dyke Deposition) | | | | |
| 42. | Before Closing diagram re Steven J. Borick Revocable Trust (Exhibit 9 to Van Dyke Deposition) | | | | |
| 43. | Partnership Interest Purchase Agreement (Exhibit 10 to Van Dyke Deposition) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 44. | E-mail dated 1-14-20 from Jett Williams to Mike Seely, et al., re: ADE-Noel (Exhibit 11 to Van Dyke Deposition) | | | | |
| 45. | Adams Prospect Input Pages | | | | |
| 46. | Adams Prospect Economic Inputs | | | | |
| 47. | Analog Production Analysis | | | | |
| 48. | Adams Prospect Economic Summary Projections | | | | |
| 49. | Additional Adams Prospect Economic Projections | | | | |
| 50. | Adams Prospect Cost Information | | | | |
| 51. | Any exhibit identified or admitted by any other party | | | | |
| 52. | Any rebuttal or impeachment exhibits | | | | |

The Trustee reserves (i) the right to amend and/or supplement this Witness and Exhibit List at any time prior to the hearing; and (ii) the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing Witness and Exhibit List as appropriate. The Trustee also reserves the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other parties in interest, and (ii) any pleading, hearing transcript, or other document filed with the Court in the above-captioned matter.

Dated: December 13, 2021.
Houston, Texas

Respectfully submitted,

**HAGANS MONTGOMERY & RUSTAY, P.C.**

By: */s/ William Fred Hagans*
William Fred Hagans
Texas State Bar No. 08685500
fhagans@hagans.law
Carl D. Kulhanek, Jr.
Texas State Bar No. 11761850
ckulhanek@hagans.law 3200
Travis, Fourth Floor Houston,
Texas 77006 Telephone:
713-222-2700 Facsimile:
713-547-4950

- and -

**NORTON ROSE FULBRIGHT US LLP**

William R. Greendyke (SBT 08390450)
Julie Goodrich Harrison (SBT 20492434)
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
william.greendyke@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com

**ATTORNEYS FOR EVA ENGELHART, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF ANGLO-DUTCH PETROLEUM INTERNATIONAL, INC.**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing document was served upon the counsel and parties of record, electronically through the Bankruptcy Court's Electronic Case Filing System on those parties that have consented to such service on the 13th day of December, 2021.

*/s/ Julie Harrison*
Julie Harrison