**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | |
|---|---|
| In re: § | |
| § | Subchapter V |
| Scott Vincent Van Dyke § | |
| § | Case No. 21-60052 |
| Debtor. § | **Christopher M. Lopez** |

## DEBTOR'S WITNESS & EXHIBIT LIST

| **WITNESSES:** | |
|---|---|
| 1) Scott Vincent Van Dyke | Judge: Christopher M. Lopez |
| 2) Harry McMann | Hearing Date: December 15, 2021<br>Hearing Time: 1:00p.m. |
| | Party's Name: Scott Vincent Van Dyke |
| | Attorneys for Scott Vincent Van Dyke:<br>Susan Tran Adams and Brendon Singh |
| | Nature of Proceeding(s):<br>    *Debtor's Amended Chapter 11 Plan*<br>    *[Dkt. 86]* |

| Ex. # | Description | Offered | Objection | Admitted/Not | Disposition |
|---|---|---|---|---|---|
| 1 | Amended Chapter 11 Plan [Dkt. 86] | | | | |
| 2 | Redline Amended Chapter 11 Plan | | | | |
| 3 | Debtor's 5 year projections | | | | |
| 5 | Liquidation Analysis | | | | |
| 6 | Texas Petroleum LLC 5 year projections | | | | |
| 7 | Adams Prospect Presentation | | | | |
| 8 | CV of Scott Van Dyke | | | | |

| 9 | CV of Harry McMann | | | | |
|---|---|---|---|---|---|
| 10 | Texas Petroleum LLC Employee CV's | | | | |

Dated: December 13, 2021

                                        Respectfully submitted,

                                        **TRAN SINGH, LLP**

By:  */s/Susan Tran Adams*
       Susan Tran Adams | TBN: 24075648
       Brendon Singh | TBN: 24075646
       2502 La Branch St
       Houston TX 77004
       Ph: (832) 975-7300
       Fax: (832) 975-7301
       STran@ts-llp.com

*Counsel for Scott Vincent Van Dyke*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2021 a true and correct copy of the foregoing document was served via the Court's ECF System on all parties requesting notice in this proceeding as well as the parties listed on the attached service list by regular mail.

By: */s/ Susan Tran Adams*
Susan Tran Adams

**VERIFICATION OF TRANSMITTAL TO U.S. TRUSTEE**

The undersigned, an attorney, under penalties of perjury, verifies that a copy of the Motion was delivered to the United States Trustee on December 13, 2021, by electronic delivery by the clerk of the Bankruptcy Court.

By: */s/ Susan Tran Adams*
Susan Tran Adams