# Scott V. Van Dyke
## 5 Year Projection

|  |  | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | **2021** |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Income** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | Salary | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Income** |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Expense** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | Automobile Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Wells Fargo-Auto Loan | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Title Max - Auto Loan | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |  | 0.00 | 0.00 |
|  | Bank Service Charges | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Cadence Bank-Mortgage | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Cadence Bank Pre-petiion | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Cadence Bank Post-Pet. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Clothing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Food and Housekeeping | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Insurance-Homeowner | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Insurance-Car | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Lawn & Tree Care | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Medical Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Medical | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Homeowner Dues/Month | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Pet-Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Pool Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Property Tax/Month | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Property Taxes Past Due | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Repairs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Telephone-Internet | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | General Unsecurted Claims | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Utilities | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Sub V Trustee Fees |  |  |  |  |  |  |  |  |  |  |  | 0.00 | 0.00 |
|  | Professional Fees |  |  |  |  |  |  |  |  |  |  |  | 0.00 | 0.00 |
| **Total Expense** |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Cash at end of Month** |  | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

9:03 AM
10/05/21
Accrual Basis

Scott V. Van Dyke
5 Year Projection

Case 21-60052   Document 89-3   Filed in TXSB on 12/13/21   Page 2 of 7

|  | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Annual Cumulative** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | |
| **5-Year Cummulative** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | |
| | | | | | | | | | | | | | |
| **2022** | | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | |
| Salary | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 720,000.00 |
| **Total Income** | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 720,000.00 |
| **Expense** | | | | | | | | | | | | | |
| **Automobile Expense** | -186.67 | -186.67 | -186.67 | -186.67 | -186.67 | -186.67 | -186.67 | -186.67 | -186.67 | -186.67 | -186.67 | -186.67 | -2,240.04 |
| **Wells Fargo-Auto Loan** | -376.89 | -376.89 | -376.89 | -376.89 | -376.89 | -376.89 | -376.89 | -376.89 | -376.89 | -376.89 | -376.89 | -376.89 | -4,522.68 |
| **Title Max Auto Loan** | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -2,695.92 |
| **Bank Service Charges** | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -420.00 |
| **Cadence Bank-Mortgage** | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -270,192.00 |
| **Cadence Bank Prepetition** | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -22,854.00 |
| **Cadence Bank Post-Pet.** | -1,867.53 | -1,867.53 | -1,867.53 | -1,867.53 | -1,867.53 | -1,867.53 | -1,867.53 | -1,867.53 | -1,867.53 | -1,867.53 | -1,867.53 | -1,867.53 | -22,410.36 |
| **Clothing** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Food and Housekeeping** | -1,248.00 | -1,248.00 | -1,248.00 | -1,248.00 | -1,248.00 | -1,248.00 | -1,248.00 | -1,248.00 | -1,248.00 | -1,248.00 | -1,248.00 | -1,248.00 | -14,976.00 |
| **Insurance-Homeowner** | -1,460.56 | -1,460.56 | -1,460.56 | -1,460.56 | -1,460.56 | -1,460.56 | -1,460.56 | -1,460.56 | -1,460.56 | -1,460.56 | -1,496.56 | -1,496.56 | -17,598.72 |
| **Insurance-Car** | -256.09 | -256.09 | -256.09 | -256.09 | -256.09 | -256.09 | -256.09 | -256.09 | -256.09 | -256.09 | -256.09 | -256.09 | -3,073.08 |
| **Lawn & Tree Care** | -483.00 | -483.00 | -486.00 | -483.00 | -483.00 | -483.00 | -483.00 | -483.00 | -483.00 | -483.00 | -483.00 | -483.00 | -5,799.00 |
| **Medical Insurance** | -807.00 | -807.00 | -807.00 | -807.00 | -807.00 | -807.00 | -807.00 | -807.00 | -807.00 | -807.00 | -807.00 | -807.00 | -9,684.00 |
| **Medical** | -639.00 | -639.00 | -639.00 | -639.00 | -639.00 | -639.00 | -639.00 | -639.00 | -639.00 | -639.00 | -639.00 | -639.00 | -7,668.00 |
| **Miscellaneous** | -135.00 | -135.00 | -135.00 | -135.00 | -135.00 | -135.00 | -135.00 | -135.00 | -135.00 | -135.00 | -135.00 | -135.00 | -1,620.00 |
| **Homeowner Dues/Month** | -333.00 | -333.00 | -333.00 | -333.00 | -333.00 | -333.00 | -334.00 | -333.00 | -333.00 | -334.00 | -334.00 | -334.00 | -4,000.00 |
| **Pet-Expense** | -525.00 | -343.00 | -525.00 | -343.00 | -525.00 | -343.00 | -525.00 | -343.00 | -525.00 | -343.00 | -525.00 | -343.00 | -5,208.00 |
| **Pool Maintenance** | -167.00 | -167.00 | -167.00 | -167.00 | -167.00 | -167.00 | -167.00 | -167.00 | -167.00 | -167.00 | -167.00 | -167.00 | -2,004.00 |
| **Property Tax/Month** | -7,333.00 | -7,333.00 | -7,333.00 | -7,333.00 | -7,333.00 | -7,333.00 | -7,333.00 | -7,333.00 | -7,333.00 | -7,333.00 | -7,333.00 | -7,333.00 | -87,996.00 |
| **Property Taxes Past Due** | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -69,247.92 |
| **Repairs** | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -18,000.00 |
| **Telephone-Internet** | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -2,304.00 |
| **General Unsecured Claims** | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -60,000.00 |
| **Utilities** | -1,850.00 | -1,825.00 | -1,852.00 | -1,850.00 | -1,835.00 | -1,800.00 | -1,875.00 | -1,875.00 | -1,875.00 | -1,875.00 | -1,875.00 | -1,875.00 | -22,262.00 |
| **Sub V Trustee Fees** | -2,500.00 | -2,500.00 | -2,500.00 | | | | | | | | | | -7,500.00 |
| **Professional Fees** | -3,500.00 | -3,500.00 | -3,500.00 | | | | | | | | | | -10,500.00 |

9:03 AM
10/05/21
Accrual Basis

Case 21-60052   Document 89-3   Filed in TXSB on 12/13/21   Page 3 of 7

Scott V. Van Dyke
5 Year Projection

|  | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Expense** | -60,810.56 | -60,603.56 | -60,815.56 | -54,628.56 | -54,795.56 | -54,578.56 | -54,836.56 | -54,653.56 | -54,835.56 | -54,654.56 | -54,872.56 | -54,690.56 | -674,775.72 |
| **Cash at end of Month** | -810.56 | -603.56 | -815.56 | 5,371.44 | 5,204.44 | 5,421.44 | 5,163.44 | 5,346.44 | 5,164.44 | 5,345.44 | 5,127.44 | 5,309.44 | 45,224.28 |
| **Annual Cumulative** | -810.56 | -1,414.12 | -2,229.68 | 3,141.76 | 8,346.20 | 13,767.64 | 18,931.08 | 24,277.52 | 29,441.96 | 34,787.40 | 39,914.84 | 45,224.28 |  |
| **5-Year Cummulative** | -810.56 | -1,414.12 | -2,229.68 | 3,141.76 | 8,346.20 | 13,767.64 | 18,931.08 | 24,277.52 | 29,441.96 | 34,787.40 | 39,914.84 | 45,224.28 |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **2023** |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Income** |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Salary | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 720,000.00 |
| **Total Income** | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 720,000.00 |
| **Expense** |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Automobile Expense** | -205.00 | -205.00 | -205.00 | -205.00 | -205.00 | -205.00 | -205.00 | -205.00 | -205.00 | -205.00 | -205.00 | -205.00 | -2,460.00 |
| **Wells Fargo-Auto Loan** | -376.89 | -376.89 | -376.89 | -376.89 | -376.89 | -376.89 | -376.89 | -376.89 | -376.89 | -376.89 | -376.89 | -376.89 | -4,522.68 |
| **Title Max Auto Loan** | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -2,695.92 |
| **Bank Service Charges** | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -420.00 |
| **Cadence Bank-Mortgage** | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -270,192.00 |
| **Cadence Bank Prepetition** | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -22,854.00 |
| **Cadence Bank Post-Pet.** | -1,867.53 | -1,867.53 | -1,867.53 | -1,867.53 | -1,867.53 | -1,867.53 | -1,867.53 | -1,867.53 | -1,867.53 | -1,867.53 | -1,867.53 | -1,867.53 | -22,410.36 |
| **Clothing** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Food and Housekeeping** | -1,248.00 | -1,248.00 | -1,248.00 | -1,248.00 | -1,248.00 | -1,248.00 | -1,248.00 | -1,248.00 | -1,248.00 | -1,248.00 | -1,248.00 | -1,248.00 | -14,976.00 |
| **Insurance-Homeowner** | -1,496.56 | -1,496.56 | -1,496.56 | -1,496.56 | -1,496.56 | -1,496.56 | -1,496.56 | -1,496.56 | -1,496.56 | -1,496.56 | -1,532.56 | -1,532.56 | -18,030.72 |
| **Insurance-Car** | -256.09 | -256.09 | -256.09 | -256.09 | -256.09 | -256.09 | -256.09 | -256.09 | -256.09 | -256.09 | -256.09 | -256.09 | -3,073.08 |
| **Lawn & Tree Care** | -486.00 | -486.00 | -486.00 | -486.00 | -486.00 | -486.00 | -486.00 | -486.00 | -486.00 | -486.00 | -486.00 | -486.00 | -5,832.00 |
| **Medical Insurance** | -807.00 | -807.00 | -807.00 | -855.00 | -855.00 | -855.00 | -855.00 | -855.00 | -855.00 | -855.00 | -855.00 | -855.00 | -10,116.00 |
| **Medical** | -451.00 | -451.00 | -451.00 | -451.00 | -451.00 | -451.00 | -451.00 | -451.00 | -451.00 | -451.00 | -451.00 | -451.00 | -5,412.00 |
| **Miscellaneous** | -135.00 | -135.00 | -135.00 | -135.00 | -135.00 | -135.00 | -135.00 | -135.00 | -135.00 | -135.00 | -135.00 | -135.00 | -1,620.00 |
| **Homeowner Dues/Month** | -333.00 | -334.00 | -333.00 | -334.00 | -333.00 | -334.00 | -333.00 | -334.00 | -333.00 | -333.00 | -333.00 | -333.00 | -4,000.00 |
| **Pet-Expense** | -525.00 | -343.00 | -525.00 | -343.00 | -525.00 | -343.00 | -525.00 | -343.00 | -525.00 | -343.00 | -525.00 | -343.00 | -5,208.00 |
| **Pool Maintenance** | -175.00 | -175.00 | -175.00 | -175.00 | -175.00 | -175.00 | -175.00 | -175.00 | -175.00 | -175.00 | -175.00 | -175.00 | -2,100.00 |
| **Property Tax/Month** | -6,600.00 | -6,600.00 | -6,600.00 | -6,600.00 | -6,600.00 | -6,600.00 | -6,600.00 | -6,600.00 | -6,600.00 | -6,600.00 | -6,600.00 | -6,600.00 | -79,200.00 |
| **Property Taxes Past Due** | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -69,247.92 |
| **Repairs** | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -18,000.00 |
| **Telephone-Internet** | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -2,304.00 |
| **General Unsecured Claims** | -10,000.00 | -10,000.00 | -10,000.00 | -10,000.00 | -10,000.00 | -10,000.00 | -10,000.00 | -10,000.00 | -10,000.00 | -10,000.00 | -10,000.00 | -10,000.00 | -120,000.00 |
| **Utilities** | -2,062.00 | -2,062.00 | -2,062.00 | -2,062.00 | -2,062.00 | -2,062.00 | -2,062.00 | -2,062.00 | -2,062.00 | -2,062.00 | -2,062.00 | -2,062.00 | -24,744.00 |

9:03 AM
10/05/21
Accrual Basis

Case 21-60052 Document 89-3 Filed in TXSB on 12/13/21 Page 4 of 7

Scott V. Van Dyke
5 Year Projection

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Expense** | -59,166.89 | -58,985.89 | -59,166.89 | -59,033.89 | -59,214.89 | -59,033.89 | -59,214.89 | -59,033.89 | -59,214.89 | -59,032.89 | -59,250.89 | -59,068.89 | -709,418.68 |
| **Cash at end of Month** | 833.11 | 1,014.11 | 833.11 | 966.11 | 785.11 | 966.11 | 785.11 | 966.11 | 785.11 | 967.11 | 749.11 | 931.11 | 10,581.32 |
| **Annual Cumulative** | 833.11 | 1,847.22 | 2,680.33 | 3,646.44 | 4,431.55 | 5,397.66 | 6,182.77 | 7,148.88 | 7,933.99 | 8,901.10 | 9,650.21 | 10,581.32 | |
| **5-Year Cummulative** | 46,057.39 | 47,071.50 | 47,904.61 | 48,870.72 | 49,655.83 | 50,621.94 | 51,407.05 | 52,373.16 | 53,158.27 | 54,125.38 | 54,874.49 | 55,805.60 | |
| | | | | | | | | | | | | | |
| **2024** | | | | | | | | | | | | | |
| Income | | | | | | | | | | | | | |
| Salary | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 840,000.00 |
| **Total Income** | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 840,000.00 |
| Expense | | | | | | | | | | | | | |
| **Automobile Expense** | -245.00 | -245.00 | -245.00 | -245.00 | -245.00 | -245.00 | -245.00 | -245.00 | -245.00 | -245.00 | -245.00 | -245.00 | -2,940.00 |
| **Wells Fargo-Auto Loan** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Title Max Auto Loan** | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -2,695.92 |
| **Bank Service Charges** | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -420.00 |
| **Cadence Bank-Mortgage** | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -270,192.00 |
| **Cadence Bank Prepetition** | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -22,854.00 |
| **Cadence Bank Post-Pet.** | -1,867.58 | -1,867.58 | -1,867.58 | -1,867.58 | -1,867.58 | -1,867.58 | -1,867.58 | -1,867.58 | -1,867.58 | -1,867.58 | -1,867.58 | -1,867.58 | -22,410.96 |
| **Clothing** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Food and Housekeeping** | -1,372.00 | -1,372.00 | -1,372.00 | -1,372.00 | -1,372.00 | -1,372.00 | -1,372.00 | -1,372.00 | -1,372.00 | -1,372.00 | -1,372.00 | -1,372.00 | -16,464.00 |
| **Insurance-Homeowner** | -1,532.56 | -1,532.56 | -1,532.56 | -1,532.56 | -1,532.56 | -1,532.56 | -1,532.56 | -1,532.56 | -1,532.56 | -1,532.56 | -1,568.56 | -1,568.56 | -18,462.72 |
| **Insurance-Car** | -256.09 | -256.09 | -256.09 | -256.09 | -256.09 | -256.09 | -256.09 | -256.09 | -256.09 | -256.09 | -256.09 | -256.09 | -3,073.08 |
| **Lawn & Tree Care** | -486.00 | -486.00 | -486.00 | -486.00 | -486.00 | -486.00 | -486.00 | -486.00 | -486.00 | -486.00 | -486.00 | -486.00 | -5,832.00 |
| **Medical Insurance** | -855.00 | -855.00 | -855.00 | -906.00 | -906.00 | -906.00 | -906.00 | -906.00 | -906.00 | -906.00 | -906.00 | -906.00 | -10,719.00 |
| **Medical** | -435.00 | -435.00 | -435.00 | -435.00 | -435.00 | -435.00 | -435.00 | -435.00 | -435.00 | -435.00 | -435.00 | -435.00 | -5,220.00 |
| **Miscellaneous** | -135.00 | -144.00 | -135.00 | -144.00 | -135.00 | -144.00 | -144.00 | -135.00 | -135.00 | -135.00 | -144.00 | -144.00 | -1,674.00 |
| **Homeowner Dues/Month** | -333.00 | -334.00 | -333.00 | -334.00 | -333.00 | -333.00 | -333.00 | -334.00 | -333.00 | -333.00 | -333.00 | -334.00 | -4,000.00 |
| **Pet-Expense** | -343.00 | -525.00 | -343.00 | -525.00 | -343.00 | -525.00 | -343.00 | -525.00 | -343.00 | -525.00 | -343.00 | -525.00 | -5,208.00 |
| **Pool Maintenance** | -200.00 | -200.00 | -200.00 | -200.00 | -200.00 | -200.00 | -200.00 | -200.00 | -200.00 | -200.00 | -200.00 | -200.00 | -2,400.00 |
| **Property Tax/Month** | -6,600.00 | -6,600.00 | -6,600.00 | -6,600.00 | -6,600.00 | -6,600.00 | -6,600.00 | -6,600.00 | -6,600.00 | -6,600.00 | -6,600.00 | -6,600.00 | -79,200.00 |
| **Property Taxes Past Due** | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -69,247.92 |
| **Repairs** | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -18,000.00 |
| **Telephone-Internet** | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -2,304.00 |
| **General Unsecured Claims** | -20,000.00 | -20,000.00 | -20,000.00 | -20,000.00 | -20,000.00 | -20,000.00 | -20,000.00 | -20,000.00 | -20,000.00 | -20,000.00 | -20,000.00 | -20,000.00 | -240,000.00 |
| **Utilities** | -2,268.00 | -2,268.00 | -2,268.00 | -2,268.00 | -2,268.00 | -2,268.00 | -2,268.00 | -2,268.00 | -2,268.00 | -2,268.00 | -2,268.00 | -2,268.00 | -27,216.00 |

# Scott V. Van Dyke
## 5 Year Projection

|  | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Expense** | -69,071.05 | -69,263.05 | -69,071.05 | -69,314.05 | -69,122.05 | -69,313.05 | -69,131.05 | -69,305.05 | -69,122.05 | -69,304.05 | -69,167.05 | -69,350.05 | -830,533.60 |
| **Cash at end of Month** | 928.95 | 736.95 | 928.95 | 685.95 | 877.95 | 686.95 | 868.95 | 694.95 | 877.95 | 695.95 | 832.95 | 649.95 | 9,466.40 |
| **Annual Cumulative** | 928.95 | 1,665.90 | 2,594.85 | 3,280.80 | 4,158.75 | 4,845.70 | 5,714.65 | 6,409.60 | 7,287.55 | 7,983.50 | 8,816.45 | 9,466.40 | |
| **5-Year Cummulative** | 56,734.55 | 57,471.50 | 58,400.45 | 59,086.40 | 59,964.35 | 60,651.30 | 61,520.25 | 62,215.20 | 63,093.15 | 63,789.10 | 64,622.05 | 65,272.00 | |

9:03 AM
10/05/21
Accrual Basis

Case 21-60052   Document 89-3   Filed in TXSB on 12/13/21   Page 6 of 7

**Scott V. Van Dyke**
**5 Year Projection**

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2025** | | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | |
| Salary | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 720,000.00 |
| **Total Income** | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 720,000.00 |
| **Expense** | | | | | | | | | | | | | |
| Automobile Expense | -245.00 | -245.00 | -245.00 | -245.00 | -245.00 | -245.00 | -245.00 | -245.00 | -245.00 | -245.00 | -245.00 | -245.00 | -2,940.00 |
| Wells Fargo-Auto Loan | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Title Max Auto Loan | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -2,695.92 |
| Bank Service Charges | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -420.00 |
| Cadence Bank-Mortgage | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -270,192.00 |
| Cadence Bank Prepetition | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -22,854.00 |
| Cadence Bank Post-Pet. | -1,867.58 | -1,867.58 | -1,867.58 | -1,867.58 | -1,867.58 | -1,867.58 | -1,867.58 | -1,867.58 | -1,867.58 | -1,867.58 | -1,867.58 | -1,867.58 | -22,410.96 |
| Clothing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Food and Housekeeping | -1,509.00 | -1,509.00 | -1,509.00 | -1,509.00 | -1,509.00 | -1,509.00 | -1,509.00 | -1,509.00 | -1,509.00 | -1,509.00 | -1,509.00 | -1,509.00 | -18,108.00 |
| Insurance-Homeowner | -1,568.56 | -1,568.56 | -1,568.56 | -1,568.56 | -1,568.56 | -1,568.56 | -1,568.56 | -1,568.56 | -1,568.56 | -1,568.56 | -1,604.56 | -1,604.56 | -18,894.72 |
| Insurance-Car | -176.09 | -176.09 | -176.09 | -176.09 | -176.09 | -176.09 | -176.09 | -176.09 | -176.09 | -176.09 | -176.09 | -176.09 | -2,113.08 |
| Lawn & Tree Care | -445.00 | -445.00 | -445.00 | -445.00 | -445.00 | -445.00 | -445.00 | -445.00 | -445.00 | -445.00 | -445.00 | -445.00 | -5,340.00 |
| Medical Insurance | -906.00 | -906.00 | -906.00 | -960.00 | -960.00 | -960.00 | -960.00 | -960.00 | -960.00 | -960.00 | -960.00 | -960.00 | -11,358.00 |
| Medical | -435.00 | -435.00 | -435.00 | -435.00 | -435.00 | -435.00 | -435.00 | -435.00 | -435.00 | -435.00 | -435.00 | -435.00 | -5,220.00 |
| Miscellaneous | -135.00 | -144.00 | -135.00 | -144.00 | -135.00 | -144.00 | -144.00 | -135.00 | -135.00 | -144.00 | -144.00 | -144.00 | -1,683.00 |
| Homeowner Dues/Month | -334.00 | -333.00 | -334.00 | -333.00 | -333.00 | -334.00 | -333.00 | -333.00 | -333.00 | -333.00 | -333.00 | -334.00 | -4,000.00 |
| Pet-Expense | -525.00 | -343.00 | -525.00 | -525.00 | -343.00 | -525.00 | -343.00 | -525.00 | -343.00 | -525.00 | -343.00 | -525.00 | -5,390.00 |
| Pool Maintenance | -216.00 | -216.00 | -216.00 | -216.00 | -216.00 | -216.00 | -216.00 | -216.00 | -216.00 | -216.00 | -216.00 | -216.00 | -2,592.00 |
| Property Tax/Month | -6,600.00 | -6,600.00 | -6,600.00 | -6,600.00 | -6,600.00 | -6,600.00 | -6,600.00 | -6,600.00 | -6,600.00 | -6,600.00 | -6,600.00 | -6,600.00 | -79,200.00 |
| Property Taxes Past Due | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -69,247.92 |
| Repairs | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -18,000.00 |
| Telephone-Internet | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -2,304.00 |
| General Unsecured Claims | -10,000.00 | -10,000.00 | -10,000.00 | -10,000.00 | -10,000.00 | -10,000.00 | -10,000.00 | -10,000.00 | -10,000.00 | -10,000.00 | -10,000.00 | -10,000.00 | -120,000.00 |
| Utilities | -2,350.00 | -2,350.00 | -2,350.00 | -2,350.00 | -2,350.00 | -2,350.00 | -2,350.00 | -2,350.00 | -2,350.00 | -2,350.00 | -2,350.00 | -2,350.00 | -28,200.00 |
| **Total Expense** | -59,455.05 | -59,281.05 | -59,455.05 | -59,517.05 | -59,326.05 | -59,518.05 | -59,335.05 | -59,508.05 | -59,326.05 | -59,517.05 | -59,371.05 | -59,554.05 | -713,163.60 |
| **Cash at end of Month** | 544.95 | 718.95 | 544.95 | 482.95 | 673.95 | 481.95 | 664.95 | 491.95 | 673.95 | 482.95 | 628.95 | 445.95 | 6,836.40 |
| **Annual Cumulative** | 544.95 | 1,263.90 | 1,808.85 | 2,291.80 | 2,965.75 | 3,447.70 | 4,112.65 | 4,604.60 | 5,278.55 | 5,761.50 | 6,390.45 | 6,836.40 | |
| **5-Year Cummulative** | 65,816.95 | 66,535.90 | 67,080.85 | 67,563.80 | 68,237.75 | 68,719.70 | 69,384.65 | 69,876.60 | 70,550.55 | 71,033.50 | 71,662.45 | 72,108.40 | |

9:03 AM
10/05/21
Accrual Basis

Case 21-60052  Document 89-3  Filed in TXSB on 12/13/21  Page 7 of 7

Scott V. Van Dyke
5 Year Projection

|  | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2026** | | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | |
| Salary | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 600,000.00 |
| **Total Income** | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 600,000.00 |
| **Expense** | | | | | | | | | | | | | |
| Automobile Expense | -245.00 | -245.00 | -245.00 | -245.00 | -245.00 | -245.00 | -245.00 | -245.00 | -245.00 | -245.00 | -245.00 | -245.00 | -2,940.00 |
| Wells Fargo-Auto Loan | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Title Max Auto Loan | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -224.66 | -2,695.92 |
| Bank Service Charges | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -35.00 | -420.00 |
| Cadence Bank-Mortgage | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -22,516.00 | -270,192.00 |
| Cadence Bank Prepetition | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -1,904.50 | -22,854.00 |
| Cadence Bank Post-Pet. | -1,867.58 | -1,867.58 | -1,867.58 | -1,867.58 | -1,867.58 | -1,867.58 | -1,867.58 | -1,867.58 | -1,867.58 | -1,867.58 | -1,867.58 | -1,867.58 | -22,410.96 |
| Clothing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Food and Housekeeping | -1,659.00 | -1,659.00 | -1,659.00 | -1,659.00 | -1,659.00 | -1,659.00 | -1,659.00 | -1,659.00 | -1,659.00 | -1,659.00 | -1,659.00 | -1,659.00 | -19,908.00 |
| Insurance-Homeowner | -1,604.56 | -1,604.56 | -1,604.56 | -1,604.56 | -1,604.56 | -1,604.56 | -1,604.56 | -1,604.56 | -1,604.56 | -1,604.56 | -1,640.56 | -1,640.56 | -19,326.72 |
| Insurance-Car | -176.09 | -176.09 | -176.09 | -176.09 | -176.09 | -176.09 | -176.09 | -176.09 | -176.09 | -176.09 | -176.09 | -176.09 | -2,113.08 |
| Lawn & Tree Care | -445.00 | -445.00 | -445.00 | -445.00 | -445.00 | -445.00 | -445.00 | -445.00 | -445.00 | -445.00 | -445.00 | -445.00 | -5,340.00 |
| Medical Insurance | -906.00 | -906.00 | -906.00 | -960.00 | -960.00 | -960.00 | -960.00 | -960.00 | -960.00 | -960.00 | -960.00 | -960.00 | -11,358.00 |
| Medical | -435.00 | -435.00 | -435.00 | -435.00 | -435.00 | -435.00 | -435.00 | -435.00 | -435.00 | -435.00 | -435.00 | -435.00 | -5,220.00 |
| Miscellaneous | -130.00 | -135.00 | -130.00 | -130.00 | -130.00 | -135.00 | -135.00 | -135.00 | -135.00 | -135.00 | -135.00 | -134.00 | -1,599.00 |
| Homeowner Dues/Month | -334.00 | -333.00 | -334.00 | -333.00 | -334.00 | -333.00 | -334.00 | -333.00 | -333.00 | -333.00 | -333.00 | -333.00 | -4,000.00 |
| Pet-Expense | -343.00 | -525.00 | -525.00 | -343.00 | -343.00 | -525.00 | -343.00 | -525.00 | -343.00 | -525.00 | -343.00 | -525.00 | -5,208.00 |
| Pool Maintenance | -216.00 | -216.00 | -216.00 | -216.00 | -216.00 | -216.00 | -234.00 | -234.00 | -234.00 | -234.00 | -234.00 | -234.00 | -2,700.00 |
| Property Tax/Month | -6,700.00 | -6,700.00 | -6,700.00 | -6,700.00 | -6,700.00 | -6,700.00 | -6,700.00 | -6,700.00 | -6,700.00 | -6,700.00 | -6,700.00 | -6,700.00 | -80,400.00 |
| Property Taxes Past Due | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -5,770.66 | -69,247.92 |
| Repairs | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -1,500.00 | -18,000.00 |
| Telephone-Internet | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -192.00 | -2,304.00 |
| General Unsecured Claims | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -60,000.00 |
| Utilities | -2,450.00 | -2,450.00 | -2,450.00 | -2,450.00 | -2,450.00 | -2,450.00 | -2,450.00 | -2,450.00 | -2,450.00 | -2,450.00 | -2,450.00 | -2,450.00 | -29,400.00 |
| **Total Expense** | -54,654.05 | -54,840.05 | -54,836.05 | -54,707.05 | -54,708.05 | -54,894.05 | -54,731.05 | -54,912.05 | -54,730.05 | -54,912.05 | -54,766.05 | -54,947.05 | -657,637.60 |
| **Cash at end of Month** | -4,654.05 | -4,840.05 | -4,836.05 | -4,707.05 | -4,708.05 | -4,894.05 | -4,731.05 | -4,912.05 | -4,730.05 | -4,912.05 | -4,766.05 | -4,947.05 | -57,637.60 |
| **Annual Cumulative** | -4,654.05 | -9,494.10 | -14,330.15 | -19,037.20 | -23,745.25 | -28,639.30 | -33,370.35 | -38,282.40 | -43,012.45 | -47,924.50 | -52,690.55 | -57,637.60 | |
| **5-Year Cummulative** | 67,454.35 | 62,614.30 | 57,778.25 | 53,071.20 | 48,363.15 | 43,469.10 | 38,738.05 | 33,826.00 | 29,095.95 | 24,183.90 | 19,417.85 | 14,470.80 | |