# Texas Petroelum Operations, LLC
## Five year Projection
### 2022 - 2026

|  | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2021** | | | | | | | | | | | | | |
| **Source of Funds** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | | | | |
| **Total Funds** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | | | | |
| **Expense** | | | | | | | | | | | | | |
| Bank Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Business Entertainment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dues & Subscriptions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| General Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Interest on Loans | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Consultants | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Leases & Legal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Debt Repayment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Plotter Lease | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Postage & Delivery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Property Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rent | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Storage | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Repairs & Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Telephone & Fax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Workman's Comp Insuance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Frances Barber-Buchanan | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Harry G. McMahon, III | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pedro Vega | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Toghrul Mammadov | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Scott Van Dyke | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Group Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | | | | |
| **Total Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Cash at end of Month** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Annual Cumulative** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| **5-Year Cummulative** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

# Texas Petroelum Operations, LLC
## Five year Projection
### 2022 - 2026

|  | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2022** | | | | | | | | | | | | | |
| **Source of Funds** | | | | | | | | | | | | | |
| Adams 1 | | | | | | | | | | | | | |
| **Total Funds** | 250,000.00 | 250,000.00 | 0.00 | 0.00 | 350,000.00 | 0.00 | 0.00 | 0.00 | 83,427.75 | 181,382.62 | 227,736.09 | 238,808.01 | 1,581,354.46 |
| | | | | | | | | | | | | | |
| **Expense** | | | | | | | | | | | | | |
| Bank Fees | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -60.00 |
| Business Entertainment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dues & Subscriptions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| General Liability Insurance | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -17,664.00 |
| Interest on Loans | -4,166.67 | -4,166.67 | -4,166.67 | -4,166.67 | -4,166.67 | -4,166.67 | -4,166.67 | -4,166.67 | -4,166.67 | -4,166.67 | -4,166.67 | -4,166.67 | -50,000.04 |
| Consultants | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -60,000.00 | -20,000.00 | 0.00 | -80,000.00 |
| Leases & Legal | -50,000.00 | -50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -100,000.00 |
| Debt Repayment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Permits | 0.00 | 0.00 | -750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -750.00 |
| Plotter Lease | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -2,592.72 |
| Postage & Delivery | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -204.00 |
| Property Tax | -564.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -564.00 |
| Rent | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Storage | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -10,980.00 |
| Software | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -6,972.00 |
| Supplies | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -1,642.20 |
| Telephone & Fax | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -2,331.00 |
| Workman's Comp Insuance | -130.00 | -130.00 | -130.00 | -130.00 | -130.00 | -130.00 | -130.00 | -130.00 | -130.00 | -130.00 | -130.00 | -130.00 | -1,560.00 |
| Frances Barber-Buchanan | -8,079.00 | -8,079.00 | -8,079.00 | -8,079.00 | -8,079.00 | -8,079.00 | -8,079.00 | -8,079.00 | -8,079.00 | -8,079.00 | -8,079.00 | -8,079.00 | -96,948.00 |
| Harry G. McMahon, III | -18,023.00 | -18,023.00 | -18,023.00 | -18,023.00 | -18,023.00 | -18,023.00 | -18,023.00 | -18,023.00 | -18,023.00 | -18,023.00 | -18,023.00 | -18,023.00 | -216,276.00 |
| Pedro Vega | -2,620.00 | -2,620.00 | -2,620.00 | -2,620.00 | -2,620.00 | -2,620.00 | -2,620.00 | -2,620.00 | -2,620.00 | -2,620.00 | -2,620.00 | -2,620.00 | -31,440.00 |
| Toghrul Mammadov | -6,465.00 | -6,465.00 | -6,465.00 | -6,465.00 | -6,465.00 | -6,465.00 | -6,465.00 | -6,465.00 | -6,465.00 | -6,465.00 | -6,465.00 | -6,465.00 | -77,580.00 |
| Scott Van Dyke | -60,000.00 | -60,000.00 | -60,000.00 | -60,000.00 | -60,000.00 | -60,000.00 | -60,000.00 | -60,000.00 | -60,000.00 | -60,000.00 | -60,000.00 | -60,000.00 | -720,000.00 |
| Group Insurance | -4,326.00 | -4,326.00 | -4,326.00 | -4,326.00 | -4,326.00 | -4,326.00 | -4,326.00 | -4,326.00 | -4,326.00 | -4,326.00 | -4,326.00 | -4,326.00 | -51,912.00 |
| | | | | | | | | | | | | | |
| **Total Expense** | -157,910.83 | -157,346.83 | -108,096.83 | -107,346.83 | -107,346.83 | -107,346.83 | -107,346.83 | -107,346.83 | -107,346.83 | -167,346.83 | -127,346.83 | -107,346.83 | -1,469,475.96 |
| **Cash at end of Month** | 92,089.17 | 92,653.17 | -108,096.83 | -107,346.83 | 242,653.17 | -107,346.83 | -107,346.83 | -107,346.83 | -23,919.08 | 14,035.79 | 100,389.26 | 131,461.18 | 111,878.50 |
| **Annual Cumulative** | 92,089.17 | 184,742.34 | 76,645.51 | -30,701.32 | 211,951.85 | 104,605.02 | -2,741.81 | -110,088.64 | -134,007.72 | -119,971.93 | -19,582.67 | 111,878.50 | |
| **5-Year Cummulative** | 92,089.17 | 184,742.34 | 76,645.51 | -30,701.32 | 211,951.85 | 104,605.02 | -2,741.81 | -110,088.64 | -134,007.72 | -119,971.93 | -19,582.67 | 111,878.50 | |

2:10 PM
05/17/21
Cash Basis

Case 21-60052   Document 89-5   Filed in TXSB on 12/13/21   Page 3 of 6

# Texas Petroelum Operations, LLC
## Five year Projection
### 2022 - 2026

|  |  | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | **2023** |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Source of Funds** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | Adams 1 |  |  |  |  |  |  |  |  |  |  |  |  | 0.00 |
|  | Adams 2 |  |  |  |  |  |  |  |  |  |  |  |  | 0.00 |
|  | Adams 3 |  |  |  |  |  |  |  |  |  |  |  |  | 0.00 |
|  | Adams 4 |  |  |  |  |  |  |  |  |  |  |  |  | 0.00 |
| **Total Funds** |  | 239,195.74 | 209,689.30 | 216,686.77 | 166,125.44 | 156,773.82 | 143,884.22 | 142,349.22 | 136,006.18 | 125,837.58 | 124,094.81 | 107,336.61 | 101,397.18 | 1,869,376.87 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Expense** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | Bank Fees | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -60.00 |
|  | Business Entertainment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Dues & Subscriptions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | General Liability Insurance | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -17,664.00 |
|  | Interest on Loans | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Consultants | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -20,000.00 | -20,000.00 | 0.00 | -40,000.00 |
|  | Leases & Legal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | **Debt Repayment** | -17,631.27 | -17,631.27 | -17,631.27 | -17,631.27 | -17,631.27 | -17,631.27 | -17,631.27 | -17,631.27 | -17,631.27 | -17,631.27 | -17,631.27 | -17,631.27 | -211,575.24 |
|  | Permits | 0.00 | 0.00 | -750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -750.00 |
|  | Plotter Lease | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -2,592.72 |
|  | Postage & Delivery | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -204.00 |
|  | Property Tax | -564.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -564.00 |
|  | Rent | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Storage | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -10,980.00 |
|  | Software | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -6,972.00 |
|  | Supplies | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -1,642.20 |
|  | Telephone & Fax | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -2,331.00 |
|  | Workman's Comp Insuance | -142.00 | -142.00 | -142.00 | -142.00 | -142.00 | -142.00 | -142.00 | -142.00 | -142.00 | -142.00 | -142.00 | -142.00 | -1,704.00 |
|  | Frances Barber-Buchanan | -8,483.00 | -8,483.00 | -8,483.00 | -8,483.00 | -8,483.00 | -8,483.00 | -8,483.00 | -8,483.00 | -8,483.00 | -8,483.00 | -8,483.00 | -8,483.00 | -101,796.00 |
|  | Harry G. McMahon, III | -18,925.00 | -18,925.00 | -18,925.00 | -18,925.00 | -18,925.00 | -18,925.00 | -18,925.00 | -18,925.00 | -18,925.00 | -18,925.00 | -18,925.00 | -18,925.00 | -227,100.00 |
|  | Pedro Vega | -2,751.00 | -2,751.00 | -2,751.00 | -2,751.00 | -2,751.00 | -2,751.00 | -2,751.00 | -2,751.00 | -2,751.00 | -2,751.00 | -2,751.00 | -2,751.00 | -33,012.00 |
|  | Toghrul Mammadov | -6,788.00 | -6,788.00 | -6,788.00 | -6,788.00 | -6,788.00 | -6,788.00 | -6,788.00 | -6,788.00 | -6,788.00 | -6,788.00 | -6,788.00 | -6,788.00 | -81,456.00 |
|  | Scott Van Dyke | -60,000.00 | -60,000.00 | -60,000.00 | -60,000.00 | -60,000.00 | -60,000.00 | -60,000.00 | -60,000.00 | -60,000.00 | -60,000.00 | -60,000.00 | -60,000.00 | -720,000.00 |
|  | Group Insurance | -4,759.00 | -4,759.00 | -4,759.00 | -4,759.00 | -4,759.00 | -4,759.00 | -4,759.00 | -4,759.00 | -4,759.00 | -4,759.00 | -4,759.00 | -4,759.00 | -57,108.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Total Expense** |  | -123,580.43 | -123,016.43 | -123,766.43 | -123,016.43 | -123,016.43 | -123,016.43 | -123,016.43 | -123,016.43 | -123,016.43 | -143,016.43 | -143,016.43 | -123,016.43 | -1,517,511.16 |
| **Cash at end of month** |  | 115,615.31 | 86,672.87 | 92,920.34 | 43,109.01 | 33,757.39 | 20,867.79 | 19,332.79 | 12,989.75 | 2,821.15 | -18,921.62 | -35,679.82 | -21,619.25 | 351,865.71 |
| **Annual Cumulative** |  | 115,615.31 | 202,288.18 | 295,208.52 | 338,317.54 | 372,074.92 | 392,942.71 | 412,275.50 | 425,265.25 | 428,086.40 | 409,164.78 | 373,484.96 | 351,865.71 |  |
| **5-Year Cummulative** |  | 227,493.82 | 314,166.68 | 407,087.03 | 450,196.04 | 483,953.43 | 504,821.21 | 524,154.01 | 537,143.75 | 539,964.91 | 521,043.29 | 485,363.46 | 463,744.21 |  |

2:10 PM
05/17/21
Cash Basis

Case 21-60052 Document 89-5 Filed in TXSB on 12/13/21 Page 4 of 6

# Texas Petroleum Operations, LLC
## Five year Projection
## 2022 - 2026

| | | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2024** | | | | | | | | | | | | | |
| **Source of Funds** | | | | | | | | | | | | | | |
| | Adams 1 | | | | | | | | | | | | | 0.00 |
| | Adams 2 | | | | | | | | | | | | | 0.00 |
| | Adams 3 | | | | | | | | | | | | | 0.00 |
| | Adams 4 | | | | | | | | | | | | | 0.00 |
| **Total Funds** | | 92,014.10 | 76,603.49 | 71,096.47 | 106,518.78 | 147,257.97 | 138,741.18 | 140,033.30 | 136,077.79 | 127,537.86 | 129,221.64 | 124,554.39 | 131,521.03 | 1,421,178.02 |
| | | | | | | | | | | | | | | |
| **Expense** | | | | | | | | | | | | | | |
| | Bank Fees | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -60.00 |
| | Business Entertainment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Dues & Subscriptions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | General Liability Insurance | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -17,664.00 |
| | Interest on Loans | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Consultants | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -20,000.00 | 0.00 | 0.00 | -20,000.00 |
| | Leases & Legal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Debt Repayment** | -17,631.27 | -17,631.27 | -17,631.27 | -17,631.27 | -17,631.27 | -17,631.27 | -17,631.27 | -17,631.27 | -17,631.27 | -17,631.27 | -17,631.27 | -17,631.27 | -211,575.24 |
| | Permits | 0.00 | 0.00 | -750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -750.00 |
| | Plotter Lease | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -2,592.72 |
| | Postage & Delivery | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -204.00 |
| | Property Tax | -564.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -564.00 |
| | Rent | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Storage | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -10,980.00 |
| | Software | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -6,972.00 |
| | Supplies | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -1,642.20 |
| | Telephone & Fax | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -2,331.00 |
| | Workman's Comp Insuance | -149.00 | -149.00 | -149.00 | -149.00 | -149.00 | -149.00 | -149.00 | -149.00 | -149.00 | -149.00 | -149.00 | -149.00 | -1,788.00 |
| | Frances Barber-Buchanan | -8,907.00 | -8,907.00 | -8,907.00 | -8,907.00 | -8,907.00 | -8,907.00 | -8,907.00 | -8,907.00 | -8,907.00 | -8,907.00 | -8,907.00 | -8,907.00 | -106,884.00 |
| | Harry G. McMahon, III | -19,871.00 | -19,871.00 | -19,871.00 | -19,871.00 | -19,871.00 | -19,871.00 | -19,871.00 | -19,871.00 | -19,871.00 | -19,871.00 | -19,871.00 | -19,871.00 | -238,452.00 |
| | Pedro Vega | -2,889.00 | -2,889.00 | -2,889.00 | -2,889.00 | -2,889.00 | -2,889.00 | -2,889.00 | -2,889.00 | -2,889.00 | -2,889.00 | -2,889.00 | -2,889.00 | -34,668.00 |
| | Toghrul Mammadov | -7,127.00 | -7,127.00 | -7,127.00 | -7,127.00 | -7,127.00 | -7,127.00 | -7,127.00 | -7,127.00 | -7,127.00 | -7,127.00 | -7,127.00 | -7,127.00 | -85,524.00 |
| | Scott Van Dyke | -70,000.00 | -70,000.00 | -70,000.00 | -70,000.00 | -70,000.00 | -70,000.00 | -70,000.00 | -70,000.00 | -70,000.00 | -70,000.00 | -70,000.00 | -70,000.00 | -840,000.00 |
| | Group Insurance | -5,234.00 | -5,234.00 | -5,234.00 | -5,234.00 | -5,234.00 | -5,234.00 | -5,234.00 | -5,234.00 | -5,234.00 | -5,234.00 | -5,234.00 | -5,234.00 | -62,808.00 |
| | | | | | | | | | | | | | | |
| **Total Expense** | | -135,909.43 | -135,345.43 | -136,095.43 | -135,345.43 | -135,345.43 | -135,345.43 | -135,345.43 | -135,345.43 | -135,345.43 | -155,345.43 | -135,345.43 | -135,345.43 | -1,645,459.16 |
| **Cash at end of month** | | -43,895.33 | -58,741.94 | -64,998.96 | -28,826.65 | 11,912.54 | 3,395.75 | 4,687.87 | 732.36 | -7,807.57 | -26,123.79 | -10,791.04 | -3,824.40 | -224,281.14 |
| **Annual Cumulative** | | -43,895.33 | -102,637.27 | -167,636.23 | -196,462.88 | -184,550.33 | -181,154.58 | -176,466.71 | -175,734.34 | -183,541.91 | -209,665.71 | -220,456.74 | -224,281.14 | |
| **5-Year Cummulative** | | 419,848.89 | 361,106.94 | 296,107.98 | 267,281.34 | 279,193.88 | 282,589.63 | 287,277.50 | 288,009.87 | 280,202.30 | 254,078.51 | 243,287.47 | 239,463.07 | |

2:10 PM
05/17/21
Cash Basis

Case 21-60052   Document 89-5   Filed in TXSB on 12/13/21   Page 5 of 6

Texas Petroleum Operations, LLC
Five year Projection
2022 - 2026

|  |  | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | **2025** |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Source of Funds** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | Adams 1 |  |  |  |  |  |  |  |  |  |  |  |  | 0.00 |
|  | Adams 2 |  |  |  |  |  |  |  |  |  |  |  |  | 0.00 |
|  | Adams 3 |  |  |  |  |  |  |  |  |  |  |  |  | 0.00 |
|  | Adams 4 |  |  |  |  |  |  |  |  |  |  |  |  | 0.00 |
| **Total Funds** |  | 131,110.98 | 114,105.53 | 117,975.96 | 100,320.34 | 90,675.41 | 78,320.30 | 73,458.26 | 66,885.81 | 59,155.66 | 110,004.44 | 142,046.97 | 149,166.53 | 1,233,226.19 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Expense** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | Bank Fees | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -60.00 |
|  | Business Entertainment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Dues & Subscriptions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | General Liability Insurance | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -17,664.00 |
|  | Interest on Loans | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Consultants | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Leases & Legal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Debt Repayment | -17,631.27 | -17,631.27 | -17,631.27 | -17,631.27 | -17,631.27 | -17,631.27 | -17,631.27 | -17,631.27 | -17,631.27 | -17,631.27 | -17,631.27 | -17,631.27 | -211,575.24 |
|  | Permits | 0.00 | 0.00 | -750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -750.00 |
|  | Plotter Lease | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -2,592.72 |
|  | Postage & Delivery | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -204.00 |
|  | Property Tax | -564.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -564.00 |
|  | Rent | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Storage | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -10,980.00 |
|  | Software | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -6,972.00 |
|  | Supplies | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -1,642.20 |
|  | Telephone & Fax | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -2,331.00 |
|  | Workman's Comp Insuance | -156.00 | -156.00 | -156.00 | -156.00 | -156.00 | -156.00 | -156.00 | -156.00 | -156.00 | -156.00 | -156.00 | -156.00 | -1,872.00 |
|  | Frances Barber-Buchanan | -9,352.00 | -9,352.00 | -9,352.00 | -9,352.00 | -9,352.00 | -9,352.00 | -9,352.00 | -9,352.00 | -9,352.00 | -9,352.00 | -9,352.00 | -9,352.00 | -112,224.00 |
|  | Harry G. McMahon, III | -20,864.00 | -20,864.00 | -20,864.00 | -20,864.00 | -20,864.00 | -20,864.00 | -20,864.00 | -20,864.00 | -20,864.00 | -20,864.00 | -20,864.00 | -20,864.00 | -250,368.00 |
|  | Pedro Vega | -3,033.00 | -3,033.00 | -3,033.00 | -3,033.00 | -3,033.00 | -3,033.00 | -3,033.00 | -3,033.00 | -3,033.00 | -3,033.00 | -3,033.00 | -3,033.00 | -36,396.00 |
|  | Toghrul Mammadov | -7,484.00 | -7,484.00 | -7,484.00 | -7,484.00 | -7,484.00 | -7,484.00 | -7,484.00 | -7,484.00 | -7,484.00 | -7,484.00 | -7,484.00 | -7,484.00 | -89,808.00 |
|  | Scott Van Dyke | -60,000.00 | -60,000.00 | -60,000.00 | -60,000.00 | -60,000.00 | -60,000.00 | -60,000.00 | -60,000.00 | -60,000.00 | -60,000.00 | -60,000.00 | -60,000.00 | -720,000.00 |
|  | Group Insurance | -5,784.00 | -5,784.00 | -5,784.00 | -5,784.00 | -5,784.00 | -5,784.00 | -5,784.00 | -5,784.00 | -5,784.00 | -5,784.00 | -5,784.00 | -5,784.00 | -69,408.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Total Expense** |  | -128,405.43 | -127,841.43 | -128,591.43 | -127,841.43 | -127,841.43 | -127,841.43 | -127,841.43 | -127,841.43 | -127,841.43 | -127,841.43 | -127,841.43 | -127,841.43 | -1,535,411.16 |
| **Cash at end of month** |  | 2,705.55 | -13,735.90 | -10,615.47 | -27,521.09 | -37,166.02 | -49,521.13 | -54,383.17 | -60,955.62 | -68,685.77 | -17,836.99 | 14,205.54 | 21,325.10 | -302,184.97 |
| **Annual Cumulative** |  | 2,705.55 | -11,030.35 | -21,645.82 | -49,166.91 | -86,332.94 | -135,854.06 | -190,237.23 | -251,192.85 | -319,878.62 | -337,715.61 | -323,510.07 | -302,184.97 |  |
| **5-Year Cummulative** |  | 242,168.62 | 228,432.72 | 217,817.25 | 190,296.16 | 153,130.13 | 103,609.01 | 49,225.84 | -11,729.78 | -80,415.55 | -98,252.54 | -84,047.00 | -62,721.90 |  |

2:10 PM
05/17/21
Cash Basis

Case 21-60052   Document 89-5   Filed in TXSB on 12/13/21   Page 6 of 6

Texas Petroelum Operations, LLC
Five year Projection
2022 - 2026

|  |  | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | **2026** |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Source of Funds** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | Adams 1 |  |  |  |  |  |  |  |  |  |  |  |  | 0.00 |
|  | Adams 2 |  |  |  |  |  |  |  |  |  |  |  |  | 0.00 |
|  | Adams 3 |  |  |  |  |  |  |  |  |  |  |  |  | 0.00 |
|  | Adams 4 |  |  |  |  |  |  |  |  |  |  |  |  | 0.00 |
| **Total Funds** |  | 148,100.56 | 128,533.85 | 133,518.83 | 115,284.29 | 115,659.73 | 110,514.00 | 113,008.44 | 110,974.34 | 105,089.14 | 105,645.81 | 92,958.89 | 90,091.99 | 1,369,379.86 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Expense** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | Bank Fees | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -5.00 | -60.00 |
|  | Business Entertainment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Dues & Subscriptions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | General Liability Insurance | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -1,472.00 | -17,664.00 |
|  | Interest on Loans | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Consultants | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Leases & Legal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Debt Repayment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Permits | 0.00 | 0.00 | -750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -750.00 |
|  | Plotter Lease | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -216.06 | -2,592.72 |
|  | Postage & Delivery | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -17.00 | -204.00 |
|  | Property Tax | -564.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -564.00 |
|  | Rent | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Storage | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -915.00 | -10,980.00 |
|  | Software | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -581.00 | -6,972.00 |
|  | Supplies | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -136.85 | -1,642.20 |
|  | Telephone & Fax | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -194.25 | -2,331.00 |
|  | Workman's Comp Insuance | -163.00 | -163.00 | -163.00 | -163.00 | -163.00 | -163.00 | -163.00 | -163.00 | -163.00 | -163.00 | -163.00 | -163.00 | -1,956.00 |
|  | Frances Barber-Buchanan | -9,821.00 | -9,821.00 | -9,821.00 | -9,821.00 | -9,821.00 | -9,821.00 | -9,821.00 | -9,821.00 | -9,821.00 | -9,821.00 | -9,821.00 | -9,821.00 | -117,852.00 |
|  | Harry G. McMahon, III | -21,917.00 | -21,907.00 | -21,907.00 | -21,907.00 | -21,907.00 | -21,907.00 | -21,907.00 | -21,907.00 | -21,907.00 | -21,907.00 | -21,907.00 | -21,907.00 | -262,894.00 |
|  | Pedro Vega | -3,185.00 | -3,185.00 | -3,185.00 | -3,185.00 | -3,185.00 | -3,185.00 | -3,185.00 | -3,185.00 | -3,185.00 | -3,185.00 | -3,185.00 | -3,185.00 | -38,220.00 |
|  | Toghrul Mammadov | -7,858.00 | -7,858.00 | -7,858.00 | -7,858.00 | -7,858.00 | -7,858.00 | -7,858.00 | -7,858.00 | -7,858.00 | -7,858.00 | -7,858.00 | -7,858.00 | -94,296.00 |
|  | Scott Van Dyke | -50,000.00 | -50,000.00 | -50,000.00 | -50,000.00 | -50,000.00 | -50,000.00 | -50,000.00 | -50,000.00 | -50,000.00 | -50,000.00 | -50,000.00 | -50,000.00 | -600,000.00 |
|  | Group Insurance | -6,334.00 | -6,334.00 | -6,334.00 | -6,334.00 | -6,334.00 | -6,334.00 | -6,334.00 | -6,334.00 | -6,334.00 | -6,334.00 | -6,334.00 | -6,334.00 | -76,008.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Total Expense** |  | -103,379.16 | -102,805.16 | -103,555.16 | -102,805.16 | -102,805.16 | -102,805.16 | -102,805.16 | -102,805.16 | -102,805.16 | -102,805.16 | -102,805.16 | -102,805.16 | -1,234,985.92 |
| **Cash at end of month** |  | 44,721.40 | 25,728.69 | 29,963.67 | 12,479.13 | 12,854.57 | 7,708.84 | 10,203.28 | 8,169.18 | 2,283.98 | 2,840.65 | -9,846.27 | -12,713.17 | 134,393.94 |
| **Annual Cumulative** |  | 44,721.40 | 70,450.09 | 100,413.76 | 112,892.89 | 125,747.46 | 133,456.30 | 143,659.58 | 151,828.76 | 154,112.73 | 156,953.38 | 147,107.11 | 134,393.94 |  |
| **5-Year Cummulative** |  | -18,000.50 | 7,728.19 | 37,691.86 | 50,170.99 | 63,025.56 | 70,734.40 | 80,937.68 | 89,106.86 | 91,390.83 | 94,231.48 | 84,385.21 | 71,672.04 |  |