IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SCOTT VINCENT VAN DYKE, | § | CASE NO. 21-60052 |
| | § | |
| Debtor | § | |

**MICHAEL L. NOEL'S OBJECTION TO**
**PLAN OF REORGANIZATION**
[Relates to Docket No. 66]

**Michael L. Noel** (referred to as "Dr. Noel") files this Objection to the Plan of Reorganization filed by **Scott Vincent Van Dyke** ("Van Dyke" or the "Debtor"), and would respectfully show the Court the following:

1. **The Plan lacks any feasibility**. The Plan fails to comply with 11 USC §1129(a)(11). The Plan supposes that Texas Petroleum Operations LLC – wholly-owned by Van Dyke – is going to (a) raise substantial [but undetermined] amounts of money, (b) acquire new oil and gas leases with the funds invested, (c) drill new wells on the leases acquired, and (d) then pay a small fraction of the profit from those wells to his unsecured creditors. But Van Dyke and the companies that he controls have never been able to accomplish such goals. To the contrary, Van Dyke and his companies has a long (and well-documented) history of breaching major contracts, defrauding his investors, and failing to pay judgments against him. Van Dyke's prior malfeasance is reflected in the findings, orders, judgments, and transcripts of the following lawsuits:

- *Anglo-Dutch Petroleum International, Inc., et al. v. Greenberg Peden, et al.*, Cause No. 2004-20712 in the 61st District Court of Harris County, Texas — $1.7 million+ judgment against Anglo-Dutch Petroleum International, Inc. and Anglo-Dutch (Tenge) LLC, both of which were controlled by Van Dyke.  Judge John Donovan issued findings on October 29, 2007 establishing that, in 2006, Anglo-Dutch Petroleum International, Inc. had made three transfers of funds totaling more than $19 million "**at the direction of [Scott] Van Dyke … with the actual intent to hinder, delay, or defraud**" the creditors of Anglo-Dutch Petroleum International, Inc.[1]

- *Case Funding Network, LP, et al. v. Anglo-Dutch Petroleum International, Inc., et al.,* Cause No. 2004-23845, styled in the 127th District Court of Harris County, Texas — judgments totaling $500,000+ in favor of multiple plaintiffs against Anglo-Dutch Petroleum International, Inc. ["ADPI"] and Anglo-Dutch (Tenge) LLC ["ADT"], both of which were controlled by Van Dyke.  Judge R. K. Sandhill issued the following "Findings of Fact and Conclusions of Law," among many others, on April 25, 2012:

    "<u>Finding of Fact No. 4</u>.  Scott Van Dyke (hereinafter "Van Dyke") has been the majority owner of ADPI and ADT since their formation and remains the majority owner of ADPI and ADT today.

    <u>Finding of Fact No. 5</u>.  Van Dyke acted for and on behalf of ADPI and ADT at all times material to this case." …

    "<u>Conclusion of Law No. 5</u>.  **ADPI and ADT fraudulently induced Mr. Press, Prosperity and Anzar to each sign a Settlement & Release of Claims Investment Agreement agreeing to take less than the amounts due each of them** under their respective Claims Investment Agreement(s) because (a) they made material misrepresentations to each of them, (b) they made such misrepresentations with knowledge of their falsity or made them recklessly

---

[1]  A Final Judgment based on this fraudulent transfer was signed by Judge Vanessa Gilmore last month in *Eva. S. Engelhart, Chapter 7 Trustee of Anglo-Dutch Petroleum International, Inc. v. Scott Van Dyke*, C.A. No. 4:19-cv-02894 in the United States District Court for the Southern District of Texas.

without knowledge of their truth and as a positive assertion, (c) they made such misrepresentations with the intent that they be acted on by each Plaintiff and (d) such Plaintiff relied on such misrepresentations and thereby suffered injury."

At a subsequent hearing on April 27, 2012, Judge Sandhill stated on the record that "This was a way for Mr. Van Dyke to finance a lawsuit and **Mr. Van Dyke found a way that he could make some money and screw his investors and that's what he did**."

- *Builders West Inc. v. Scott Van Dyke*, Cause No. 2011-54019 in the 113th District Court of Harris County, Texas — judgment of $900,000+ against Van Dyke, based on his breach of contract. This judgment was affirmed on appeal, and remains unpaid

- *Michael Noel et al. v. Scott Van Dyke, et al.*, Cause No. 2018-34037 in the 127th District Court of Harris County, Texas — judgments totaling $1,500,000+ against Anglo-Dutch Energy LLC and Van Dyke, based on loans and investments made by Dr. Noel. Van Dyke has paid nothing on account of these judgments.[2]

    2.    **<u>The Plan is not fair and equitable, nor filed in good faith</u>**. The Plan proposes to pay Van Dyke an average of $60,000.00 per month, while he continues to live in a house appraised at $5 million+. Meanwhile, his unsecured creditors would receive about two cents (2¢) on the dollar, paid *pro rata* over five years – but only if Van Dyke were to somehow accomplish something he has <u>never</u> done before: (a) raise new capital, (b) acquire new oil and gas leases, (c) drill new wells, and (d) pay a small part of the profits to his creditors. Separately, the income tax returns filed by Van Dyke and his companies reflect large and consistent losses over the years. It defies belief that he would somehow start operating a brand-new venture at a profit. As written, the Plan is crafted

---

2    Dr. Noel is currently seeking a determination that these debts are non-dischargeable in Ad. Proc. No. 2021-06008, pending in this Court.

to allow Van Dyke to maintain his multi-million-dollar lifestyle, while his unsecured creditors would receive phony promises of payment. The Plan is simply unconscionable, and fails to comply with 11 USC §§1129(a)(3). Even if the Court were to believe the fanciful projections made by the Debtor, confirmation should be denied because the Plan fails to distribute an amount equal to Van Dyke's "disposable income," as required by 11 USC §§1191(c)(2).

3. **Request for Relief**. Based upon the forgoing, confirmation of the Plan should be denied.

Respectfully submitted,

 /s/ David S. Elder
David S. Elder
State Bar No. 06507700
dselder@foley.com
Michael Riordan
State Bar No. 24070502
mriodan@foley.com
Foley & Lardner LLP
1000 Louisiana, Suite 2000
Houston, Texas  77002-2099
713-276-5500 (*telephone*)
713-276-5555 (*facsimile*)

*ATTORNEYS FOR MICHAEL L. NOEL*

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2021, a true and correct copy of the foregoing pleading was served via CM/ECF to all parties authorized to receive electronic notice in this case and/or to the parties on the attached service list not receiving ECF.

*/s/ David S. Elder*
David S. Elder

```
Label Matrix for local noticing          Forest Home Plantation, LLC              Harris County, et al.
0541-6                                   c/o Leann O. Moses                       Linebarger Goggan Blair & Sampson LLP
Case 21-60052                            1100 Poydras Street                      c/o John P. Dillman
Southern District of Texas               Suite 3100                               P.O. Box 3064
Victoria                                 New Orleans, LA 70163-1102               Houston, TX 77253-3064
Mon Dec 13 10:52:22 CST 2021

Henke, Williams & Boll, LLP              6                                        AmeriCredit/GM Financial
2929 Allen Parkway, Suite 3900           United States Bankruptcy Court           Attn: Bankruptcy
Houston, TX 77019-7125                   PO Box 61010                             PO Box 183853
                                         Houston, TX 77208-1010                   Arlington, TX 76096-3853


(p)PNC BANK RETAIL LENDING               Bank of America                          Big Tex Storage
P O BOX 94982                            4909 Savarese Circle FL1-908-01-50       3480 Ella
CLEVELAND OH 44101-4982                  Tampa, FL 33634-2413                     Houston Texas 77018-6136


Builders West Inc.                       Cadence/Superior Bank                    Central Portfolio Control
8905 Friendship,                         Operations Center                        Attn: Bankruptcy Attn: Bankruptcy
Houston, Texas 77080-4111                Birmingham, AL 35203                     10249 Yellow Circle Dr , Ste 200
                                                                                  Minnetonka, MN 55343-9111


Chase Auto Finance                       (p)JPMORGAN CHASE BANK  N A              Citibank
P.O. Box 78101                           BANKRUPTCY MAIL INTAKE TEAM              Citicorp Credit Srvs/Centralized Bk dept
Phoenix, AZ 85062-8101                   700 KANSAS LANE FLOOR 01                 PO Box 790034
                                         MONROE LA 71203-4774                     St Louis, MO 63179-0034


City of Houston Public Works             (p)ECHELON ANALYTICS                     Encore Bank
Attn: Effie Green                        ATTN MALINDA PISCIOTTA                   Nine Greenway Plaza
4200 Leeland                             1717 MAIN STREET                         Houston, TX 77046-0905
Houston, TX 77023-3016                   STE 3380
                                         DALLAS TX 75201-7364


Harris County et al.                     Henke, Williams & Boll, LLP              JPMorgan Chase Bank, N.A.
c/o John P. Dillman                      2929 Allen Parkway, Suite 3900           s/b/m/t Chase Bank USA, N.A.
Linebarger Goggan Blair & Sampson LLP    Houston, Texas 77019-7125                c/o Robertson, Anschutz & Schneid, P.L.
P.O. Box 3064                                                                     6409 Congress Avenue, Suite 100
Houston, TX 77253-3064                                                            Boca Raton, FL 33487-2853


Johns & Hebert PLLC f/k/a Johns & Counsel PL   Libertas Funding LLC               Michael L. Noel
2028 East Ben White Boulevard, Suite 240       382 Greenwich Ave, Ste 2           12222 Taylorcrest
Austin, Texas 78741-6931                       Greenwich, CT 06830-6501           Houston, TX 77024-4247


(p)PHOENIX FINANCIAL SERVICES LLC        (p)TMX FINANCE LLC FORMERLY TITLEMAX     US Trustee
PO BOX 361450                            15 BULL STREET                           Office of the US Trustee
INDIANAPOLIS IN 46236-1450               SUITE 200                                515 Rusk Ave
                                         SAVANNAH GA 31401-2686                   Ste 3516
                                                                                  Houston, TX 77002-2604


Wells Fargo Bank N.A., d/b/a Wells Fargo Aut   Wells Fargo Dealer Services        Brendon D Singh
PO Box 130000                                  Attn: Bankruptcy 1100 Corporate Center D   Tran Singh, LLP
Raleigh, NC 27605-1000                         Raleigh, NC 27607-5066             2502 La Branch Street
                                                                                  Houston, TX 77004-1028
```

| | | |
|---|---|---|
| Eva S. Engelhart, Chapter 7 Trustee<br>7700 San Felipe, Suite 550<br>Houston, TX 77063-1618 | Melissa A Haselden<br>Haselden Farrow PLLC<br>Pennzoil Place<br>700 Milam<br>Suite 1300<br>Houston, TX 77002-2736 | Reese Baker<br>950 Echo Lane, Suite 300<br>Houston, TX 77024-2824 |
| Scott Vincent Van Dyke<br>1515 South Boulevard<br>Houston, TX 77006-6335 | Susan Tran Adams<br>Tran Singh LLP<br>2502 La Branch Street<br>Houston, TX 77004-1028 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BBVA Compass<br>Attn: Bankruptcy<br>PO Box 10566<br>Birmingham, AL 35296 | Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850 | Echelon Analytics, LLC<br>1717 Main St Ste 3380<br>Dallas, TX 75201 |
| Phoenix Financial Services, LLC<br>Attn: Bankruptcy<br>PO Box 361450<br>Indianapolis,, IN 46236 | Titlemax of Texas<br>15 Bull St Ste 200<br>Savannah, GA 31401-2686 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Anzar Settlement Funding Corp. | (u)Builders West, Inc. | (u)Cadence Bank, N.A. |
| (u)Littlemill Limited | (u)Philadelphia Indemnity Insurance Company | (u)Prosperity Settlement Funding, Inc. |
| (u)Andrea Lore, Individually and in Her Capac | (du)Anzar Settlement Funding Corp. | (u)Cadence Bank |
| (u)Eva S. Engelhart, in Capacity as Chapter 7 | (du)Littlemill Limited | (du)Philadelphia Indemnity Insurance Company |

(du)Prosperity Settlement Funding, Inc.    (u)Andrea Lore    (u)Michael L. Noel

```
End of Label Matrix
Mailable recipients    34
Bypassed recipients    15
Total                  49
```

Anzar Settlement Funding Corp
c/o Julie Goodrich Harrison
Norton Rose Fulbright US LLP
1301 McKinney St, Ste 5100
Houston, TX 77010

Littlemill Limited
c/o Julie Goodrich Harrison
Norton Rose Fulbright US LLP
1301 McKinney St, Ste 5100
Houston, TX 77010

Prosperity Settlement Funding, Inc.
c/o Julie Goodrich Harrison
Norton Rose Fulbright US LLP
1301 McKinney St, Ste 5100
Houston, TX 77010

American Oil & Gas, LLC
PO Box 22322
Houston, TX  77227

AT&T U-Verse
PO Box 5014
Carol Stream, IL  60197

Propel Financial Services, LLC
PO Box 100350
San Antonio, TX  78201

Philadelphia Indemnity Insurance Company
c/o KF&D, PLLC
909 18th Street
Plano, TX  75074

Builders West, Inc.
c/o Dale R Mellencamp
BairHilty PC
14711 Pebble Bend Drive
Houston, TX 77068

Andrea Lore
c/o Julie Goodrich Harrison
Norton Rose Fulbright US LLP
1301 McKinney St, Ste 5100
Houston, TX 77010

Ha Minh Nguyen
Jason Ruff
Office of the United States Trustee
515 Rusk St., Ste. 3516
Houston, TX 77002

Builders West, Inc.
c/o Rusty Hardin & Associates, LLP
1401 McKinney, Suite 2250
Houston, TX  77010

City Of Houston – Water Department
PO Box 1560
Houston, TX  77251

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101

Cadence Bank, NA
c/o Travis Clayton Badger
3400 Ave H, 2nd Fl
Rosenberg, TX 77471

Philadelphia Indemnity Insurance
c/o Robert W. Miller
Manier & Herod, P.C.
1201 Demonbreun Street, Suite 900
Nashville, TN 37203

Anglo-Dutch Energy, Anglo-Dutch (Tenge) LLC, Anglo-Dutch Everest, LLC, Anglo-Dutch (Neftenge), & Anglo-Dutch Energy Partners IV, LLC
PO Box 22322
Houston, TX  77227

Trieagle Energy
PO Box 974655
Dallas, TX  75397

CenterPoint Energy
Attn: Bankruptcy
PO Box 4981
Houston, TX  77210-4981

Littlemill Limited
c/o HMH
3200 Travis 4th Floor
Houston, TX  77006