IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| In re: | § | |
|---|---|---|
| | § | Subchapter V |
| Scott Vincent Van Dyke | § | |
| | § | Case No. 21-60052 |
| Debtor. | § | **Christopher M. Lopez** |

## BALLOT SUMMARY

In support of confirmation of Chapter 11 Plan filed by Scott Vincent Van Dyke, Debtor, submits the following Ballot Summary:

| Class 1 Claimant | Amount | Vote | Impaired (Y/N) |
|---|---|---|---|
| Cadence Bank | $1,888,210.00 | Accepted | Y |

Total Claims in Class 1: $1,888,210.00

| Class 2 Claimant | Amount | Vote | Impaired (Y/N) |
|---|---|---|---|
| Harris County *et al* | $259,420.38 | Accepted | Y |

Total Claims in Class 2: $259,420.38

| Class 4 Claimant | Amount | Vote | Impaired (Y/N) |
|---|---|---|---|
| Builder's West | $447,586.83 | Accepted | Y |
| Andrea Lore, co-executor of Robert M. Press | $218,929.02 | | Y |
| Eva Engelhart, Chapter 7 Trustee for Anglo-Dutch Petroleum International, Inc. | $41,475,496.41 | Rejected | Y |
| Anzar Settlement Funding Corp. | $924,733.02 | Rejected | Y |
| Prosperity Settlement Funding, Inc. | $237,336.87 | Rejected | Y |
| Henke, Williams, & Boll, LLP | $520,672.03 | Accepted | Y |
| Johns & Hebert, PLLC | $86,010.61 | Accepted | Y |
| Michael Noel | $2,810.011.11 | Rejected | Y |

Total Claims in Class 4: $48,824,065.24

Dated: December 14, 2021

**TRAN SINGH, LLP**

By: <u>*/s/Susan Tran Adams*</u>
Susan Tran Adams | TBN: 24075648
Brendon Singh | TBN: 24075646
2502 La Branch St
Houston, Texas 77004
Ph: (832) 975-7300
Fax: (832) 975-7301
STran@ts-llp.com

**Counsel for Scott Vincent Van Dyke**