IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SCOTT VINCENT VAN DYKE | § | CASE NO. 21-60052-V4 |
| | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

### NOTICE OF TELEPHONIC & VIDEO STATUS CONFERENCE

Please be advised that the Court has set a Telephonic & Video Status Conference on **Emergency Status Conference** before the Honorable Christopher M. Lopez on **December 14, 2021, at 2:00 PM** by telephone and video conference. **Dial-in Telephone No: 832-917-1510. Conference Code: 590153** (Please do not appear in person). Telephonic participants may connect on-line, you may connect through the website located at https://www.gotomeeting.com/meeting/join-meeting. The code for the meeting is **JudgeLopez**.

### CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December 2021, all the interested parties on the attached service list were served this Notice of Telephonic & Video Status Conference, via U.S. First Class mail or notice via CM/ECF.

Respectfully submitted,

**TRAN SINGH LLP**

*/s/Susan Tran Adams*
Susan Tran Adams | TBN: 24075648
Brendon Singh | TBN: 24075646
2502 La Branch Street
Houston TX 77004
Ph: (832) 975-7300
Fax: (832) 975-7301
Email: stran@ts-llp.com

**ATTORNEYS FOR DEBTOR**