**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Scott | Vincent | Van Dyke |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | Southern District of Texas | |
| Case number (if known) | 21-60052 | | |

☑ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Service** <br> Priority Creditor's Name <br> **PO Box 7346** <br> Number   Street <br> **Philadelphia, PA 19101** <br> City          State   ZIP Code <br> **Who incurred the debt?** Check one. <br> ☑ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ **Check if this claim is for a community debt** <br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | Last 4 digits of account number _____ <br> When was the debt incurred? _____ <br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Type of PRIORITY unsecured claim:** <br> ☐ Domestic support obligations <br> ☑ Taxes and certain other debts you owe the government <br> ☐ Claims for death or personal injury while you were intoxicated <br> ☐ Other. Specify _____ | | unknown | $0.00 | unknown |

Debtor 1   **Scott**   **Vincent**   **Van Dyke**   Case number *(if known)* **21-60052**
           First Name   Middle Name   Last Name

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☑ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | **AmeriCredit/GM Financial** | Last 4 digits of account number **8397** | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 183853**
Number     Street
**Arlington, TX 76096**
City                State     ZIP Code

When was the debt incurred?  **10/01/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Automobile**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| 4.2 | **AT&T U-verse** | Last 4 digits of account number _____ | **$295.00** |

Nonpriority Creditor's Name
**PO Box 5014**
Number     Street
**Carol Stream, IL 60197**
City                State     ZIP Code

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Utility Bill**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| 4.3 | **Bank of America** | Last 4 digits of account number **5704** | **$46,074.00** |

Nonpriority Creditor's Name
**4909 Savarese Circle FL1-908-01-50**
Number     Street
**Tampa, FL 33634**
City                State     ZIP Code

When was the debt incurred?  **06/01/1983**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **CreditCard**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1  **Scott   Vincent   Van Dyke**   Case number *(if known)* **21-60052**
          First Name  Middle Name  Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.4** **BBVA Compass**   Last 4 digits of account number **6922**   **$0.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**   When was the debt incurred? **06/01/2013**
**PO Box 10566**
Number  Street   **As of the date you file, the claim is:** Check all that apply.
**Birmingham, AL 35296**   ☐ Contingent
City  State  ZIP Code   ☐ Unliquidated
   ☐ Disputed

**Who incurred the debt?** Check one.   **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only   ☐ Student loans
☐ Debtor 2 only   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**   ☑ Other. Specify **Automobile**
☑ No
☐ Yes

---

**4.5** **Builders West, Inc.**   Last 4 digits of account number ____   **$609,167.42**
Nonpriority Creditor's Name
**c/o Rusty Hardin & Associates, LLP**   When was the debt incurred? ____
**1401 McKinney Street 2250**
Number  Street   **As of the date you file, the claim is:** Check all that apply.
**Houston, TX 77010**   ☐ Contingent
City  State  ZIP Code   ☐ Unliquidated
   ☑ Disputed

**Who incurred the debt?** Check one.   **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only   ☐ Student loans
☐ Debtor 2 only   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**   ☑ Other. Specify **Judgement**
☑ No
☐ Yes

---

**4.6** **CenterPoint Energy**   Last 4 digits of account number ____   **$135.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**   When was the debt incurred? ____
**PO Box 4981**
Number  Street   **As of the date you file, the claim is:** Check all that apply.
**Houston, TX 77210-4981**   ☐ Contingent
City  State  ZIP Code   ☐ Unliquidated
   ☐ Disputed

**Who incurred the debt?** Check one.   **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only   ☐ Student loans
☐ Debtor 2 only   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**   ☑ Other. Specify **Utility Bill**
☑ No
☐ Yes

---

Debtor 1   **Scott   Vincent   Van Dyke**   Case number *(if known)* **21-60052**
          First Name   Middle Name   Last Name

**Part 2:   Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

| | | **Total claim** |

---

**4.7** **Central Portfolio Control**
Nonpriority Creditor's Name
**Attn: Bankruptcy Attn: Bankruptcy**
**10249 Yellow Circle Dr , Ste 200**
Number   Street
**Minnetonka, MN 55343**
City   State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number **7637**
When was the debt incurred?   **02/01/2019**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CollectionAttorney**

Total claim: **$3,675.00**

---

**4.8** **Chase Auto Finance**
Nonpriority Creditor's Name
**P.O. Box 78101**
Number   Street
**Phoenix, AZ 85062**
City   State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number **2808**
When was the debt incurred?   **03/01/2013**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Automobile**

Total claim: **$0.00**

---

**4.9** **Chase Card Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 15298**
Number   Street
**Wilmington, DE 19850**
City   State   ZIP Code

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number **6442**
When was the debt incurred?   **02/01/1995**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CreditCard**

Total claim: **$45,559.03**

---

Debtor 1  **Scott   Vincent   Van Dyke**      Case number *(if known)* **21-60052**
  First Name  Middle Name  Last Name

**Part 2:  Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                          **Total claim**

---

**4.10  Citibank**                                              Last 4 digits of account number **6713**                                   **$0.00**
Nonpriority Creditor's Name
**Citicorp Credit Srvs/Centralized Bk dept**                    When was the debt incurred?  **08/01/1995**
**PO Box 790034**
Number   Street                                                 As of the date you file, the claim is: Check all that apply.
**St Louis, MO 63179**                                          ☐ Contingent
City            State   ZIP Code                                ☐ Unliquidated
                                                                ☐ Disputed
Who incurred the debt? Check one.
☑ Debtor 1 only                                                 **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only                                                 ☐ Student loans
☐ Debtor 1 and Debtor 2 only                                    ☐ Obligations arising out of a separation agreement or
☐ At least one of the debtors and another                         divorce that you did not report as priority claims
☐ **Check if this claim is for a community debt**               ☐ Debts to pension or profit-sharing plans, and other
Is the claim subject to offset?                                   similar debts
☑ No                                                            ☑ Other. Specify
☐ Yes                                                           **CreditCard**

---

**4.11  City of Houston - Water Department**                    Last 4 digits of account number _____                                     **$140.00**
Nonpriority Creditor's Name
**PO Box 1560**                                                 When was the debt incurred?  _____
Number   Street                                                 As of the date you file, the claim is: Check all that apply.
**Houston, TX 77251**                                           ☐ Contingent
City            State   ZIP Code                                ☐ Unliquidated
                                                                ☐ Disputed
Who incurred the debt? Check one.
☑ Debtor 1 only                                                 **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only                                                 ☐ Student loans
☐ Debtor 1 and Debtor 2 only                                    ☐ Obligations arising out of a separation agreement or
☐ At least one of the debtors and another                         divorce that you did not report as priority claims
☐ **Check if this claim is for a community debt**               ☐ Debts to pension or profit-sharing plans, and other
Is the claim subject to offset?                                   similar debts
☑ No                                                            ☑ Other. Specify
☐ Yes                                                           **Utility Bill**

---

**4.12  Encore Bank**                                           Last 4 digits of account number **9899**                                   **$0.00**
Nonpriority Creditor's Name
**Nine Greenway Plaza**                                         When was the debt incurred?  **05/22/2008**
Number   Street                                                 As of the date you file, the claim is: Check all that apply.
**Houston, TX 77046**                                           ☐ Contingent
City            State   ZIP Code                                ☐ Unliquidated
                                                                ☐ Disputed
Who incurred the debt? Check one.
☑ Debtor 1 only                                                 **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only                                                 ☐ Student loans
☐ Debtor 1 and Debtor 2 only                                    ☐ Obligations arising out of a separation agreement or
☐ At least one of the debtors and another                         divorce that you did not report as priority claims
☐ **Check if this claim is for a community debt**               ☐ Debts to pension or profit-sharing plans, and other
Is the claim subject to offset?                                   similar debts
☑ No                                                            ☑ Other. Specify
☐ Yes                                                           **CreditLineSecured**

---

Debtor 1  **Scott   Vincent   Van Dyke**   Case number *(if known)* **21-60052**
          First Name   Middle Name   Last Name

### Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.   **Total claim**

**4.13**  **Jett Williams III**
Nonpriority Creditor's Name
**Henke, Williams, & Boll, LLP**
**2929 Allen Parkway 3900**
Number    Street
**Houston, TX 77019**
City      State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____
When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Attorney's Fees**

$520,672.03

---

**4.14**  **Johns & Hebert, PLLC**
Nonpriority Creditor's Name
**2028 E. Ben White Blvd. 240-1000**
Number    Street
**Austin, TX 78741**
City      State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____
When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Legal Services**

$86,010.61

Debtor 1   **Scott**   **Vincent**   **Van Dyke**   Case number *(if known)* 21-60052
 First Name   Middle Name   Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

**4.15** **Laurence Foster Wilkerson**
Nonpriority Creditor's Name

**1305 Glourie Dr.**
Number  Street

**Houston, TX 77055**
City  State  ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Interest Rate: 10%

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Personal Guaranties for unsecured loans of Texas Petroleum Operations, LLC**

$200,000.00

**4.16** **Littlemill Limited, et. al.**
Nonpriority Creditor's Name

**c/o HMH**
**3200 Travis 4th Floor**
Number  Street

**Houston, TX 77006**
City  State  ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Potential Judgement**

unknown

Debtor 1  **Scott** **Vincent** **Van Dyke**  Case number *(if known)* **21-60052**
          First Name   Middle Name   Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

### 4.17 Michael Noel
Nonpriority Creditor's Name

**c/o Foley & Lardner, LLP**

**1000 Louisiana Street 2000**
Number     Street

**Houston, TX 77002**
City            State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Judgement**

$900,992.08

### 4.18 Philadelphia Indemnity Insurance Co.
Nonpriority Creditor's Name

**c/o KF&D, PLLC**

**909 18th Street**
Number     Street

**Plano, TX 75074**
City            State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential Judgement**

unknown

### 4.19 Phoenix Financial Services, LLC
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 361450**
Number     Street

**Indianapolis,, IN 46236**
City            State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **5462**

When was the debt incurred? **10/01/2017**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **CollectionAttorney**

$777.00

Debtor 1  **Scott   Vincent   Van Dyke**       Case number *(if known)* **21-60052**
         First Name   Middle Name   Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

**4.20**  **Stephen Jacobe**                                                                 $100,000.00
Nonpriority Creditor's Name

**3828 Northwestern St.**
Number       Street

**Houston, TX 77257**
City           State       ZIP Code

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Personal Guaranties for unsecured loans of Texas Petroleum Operations, LLC**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Interest Rate: 10%

---

**4.21**  **Trieagle Energy**                                                                 $670.00
Nonpriority Creditor's Name

**PO Box 974655**
Number       Street

**Dallas, TX 75397**
City           State       ZIP Code

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Utility Bill**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **Scott   Vincent   Van Dyke**   Case number (if known) **21-60052**
         First Name   Middle Name   Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

| | |
|---|---|
| **4.22** **Victor & Diane Vacek**<br>Nonpriority Creditor's Name<br>**820 Gessner Suite 1525**<br>Number   Street<br>**Houston, TX 77024**<br>City   State   ZIP Code<br>**Who incurred the debt?** Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**Remarks:** Interest Rate: 10% | Last 4 digits of account number _____<br>When was the debt incurred? _____<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>☑ Other. Specify **Personal Guaranties for unsecured loans of Texas Petroleum Operations, LLC** | **$200,000.00** |

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* __21-60052__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 4:** Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | Total claim |
|---|---|---|---|
| 6a. **Domestic support obligations** | 6a. | | $0.00 |
| 6b. **Taxes and certain other debts you owe the government** | 6b. | | $0.00 |
| 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | | $0.00 |
| 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + | $0.00 |
| 6e. **Total.** Add lines 6a through 6d. | 6e. | | $0.00 |

**Total claims from Part 2**

| | | | Total claim |
|---|---|---|---|
| 6f. **Student loans** | 6f. | | $0.00 |
| 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | | $0.00 |
| 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | | $0.00 |
| 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + | $2,714,167.17 |
| 6j. **Total.** Add lines 6f through 6i. | 6j. | | $2,714,167.17 |

Fill in this information to identify your case:

Debtor 1: **Scott** **Vincent** **Van Dyke**
First Name   Middle Name   Last Name

Debtor 2: _____
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known): **21-60052**

☑ Check if this is an amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules   12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*.

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  /s/ Scott Vincent Van Dyke
Scott Vincent Van Dyke, Debtor 1

Date 12/15/2021
   MM/ DD/ YYYY

Official Form 106Dec          Declaration About an Individual Debtor's Schedules