United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 17, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Subchapter V |
| Scott Vincent Van Dyke | § | |
| | § | Case No. 21-60052 |
| Debtor. | § | **Christopher M. Lopez** |

## ORDER CONTINUING PLAN CONFIRMATION HEARING AND RELATED DEADLINES
### [RE : DOCKET NO. 86]

The Debtor filed an amended Chapter 11 Plan on October 29, 2021 (Docket No. 86) and conducted an emergency status conference on December 14, 2021.

The Court orders the following:

1. The Court will conduct a telephonic and video hearing to consider confirmation of the Plan on January 31, 2022 at 10:00 a.m. (prevailing Central Time). Telephonic participation through dial-in (832) 917-1510 conference code 590153 and video participation through www.gotomeet.me/judgelopez.

2. The deadline to file any supplemental objections is December 27, 2021 at 5:00 p.m. (prevailing Central Time). All objections must filed on the docket through the United States District Clerk of the Court or through CM/ECF.

3. The deadline to file a response to any objections is January 10, 2022 at 5:00 p.m. (prevailing Central Time). All objections must filed on the docket through the United States District Clerk of the Court or through CM/ECF.

4. Witness and exhibit lists must be filed by January 11, 2022.

5. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Signed: December 16, 2021

_____
Christopher Lopez
United States Bankruptcy Judge