# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 (Subchapter V) |
| SCOTT VINCENT VAN DYKE | § | |
| | § | Case No.: 21-60052 |
| Debtor. | § | |

**NOTICE OF TELEPHONIC & VIDEO HEARING ON EMERGENCY MOTION OF EVA ENGELHART, AS CHAPTER 7 TRUSTEE OF THE ESTATE OF ANGLO-DUTCH PETROLEUM INTERNATIONAL, INC., LITTLEMILL LIMITED, PROSPERITY SETTLEMENT FUNDING, INC., ANDREA LORE, INDIVIDUALLY AND IN HER CAPACITIES AS CO-EXECUTOR OF THE ESTATE OF ROBERT M. PRESS, DECEASED AND AS CO-TRUSTEE OF THE LORRAINE PRESS SUPPLEMENTAL CARE TRUST AND ANZAR SETTLEMENT FUNDING CORP.
TO COMPEL PRODUCTION OF DOCUMENTS AND DEPOSITIONS**
[RELATES TO DKT. NO. 103]

**PLEASE TAKE NOTICE** that a telephonic and video hearing on the *Emergency Motion of Eva Engelhart, as Chapter 7 Trustee of the Estate of Anglo-Dutch Petroleum International, Inc., Littlemill Limited, Prosperity Settlement Funding, Inc., Andrea Lore, Individually and in her Capacities as Co-Executor of the Estate of Robert M. Press, Deceased, and as Co-Trustee of the Lorraine Press Supplemental Care Trust, and Anzar Settlement Funding Corp. to Compel Production of Documents and Depositions* (Dkt. No. 103) has been set for December 22, 2021 at 2:30 p.m. (Central) before the Honorable Christopher M. Lopez. Dial-in Telephone No: 832-917-1510. Conference Code: 590153 (Please do not appear in person). Telephonic participants may connect on-line, you may connect through the website located at https://www.gotomeeting.com/meeting/join-meeting. The code for the meeting is JudgeLopez.

Dated: December 22, 2021.
      Houston, Texas

Respectfully submitted,

Hagans Montgomery Hagans

*/s/ William Fred Hagans*
William Fred Hagans
Texas State Bar No. 08685500
fhagans@hagans.law
Carl D. Kulhanek, Jr.
Texas State Bar No. 11761850
ckulhanek@hagans.law
3200 Travis, Fourth Floor
Houston, Texas 77006
Telephone: 713-222-2700
Facsimile: 713-547-4950

- and –

NORTON ROSE FULBRIGHT US LLP

William R. Greendyke (SBT 08390450)
Julie Goodrich Harrison (SBT 20492434)
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
william.greendyke@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com

*ATTORNEYS FOR EVA ENGELHART, AS CHAPTER 7 TRUSTEE OF THE ESTATE OF ANGLO-DUTCH PETROLEUM INTERNATIONAL, INC.*

## **CERTIFICATE OF SERVICE**

I certify that on December 22, 2021, a true and correct copy of the above and foregoing has been served via the United States Bankruptcy Court for the Southern District of Texas's CM/ECF system on those parties registered to receive such service

*/s/     Julie Harrison*
Julie Harrison