United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 22, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **In re:** § | |
| § | **Chapter 11 (Subchapter V)** |
| **SCOTT VINCENT VAN DYKE** § | |
| § | **Case No.: 21-60052** |
| **Debtor.** § | |

### ORDER GRANTING EMERGENCY MOTION
### TO COMPEL PRODUCTION OF DOCUMENTS AND DEPOSITIONS

**[Relates to Docket No. 103]**

Upon consideration of the *Emergency Motion to Compel Production of Documents and Depositions* (the "Motion") filed by Eva Engelhart, as Chapter 7 Trustee for the Estate of Anglo-Dutch Petroleum International, Inc., ("Engelhart"), and any responses filed in connection with the Motion, and all arguments of counsel at the hearing on the Motion (the "Hearing"), if any; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and for the reasons stated on the record at the Hearing, it is **HEREBY ORDERED THAT**:

    1.    The Motion is Granted.

    2.    Debtor shall produce the documents listed in Exhibits 1 through 6 of the Motion by December 29, 2021.

3. The depositions of Ms. Frances Barber-Buchanan and Mr. Harry McMahon, III must be completed by January 14, 2022.

4. Unless otherwise agreed in writing between the parties, Mr. Scott Van Dyke shall appear for deposition at the offices of Hagans Montgomery Hagans on January 12, 2022, at 9:30 a.m.

Signed: December 22, 2021

Christopher Lopez
United States Bankruptcy Judge