UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
HOUSTON DIVISION

CASE NAME: | Scott Vincent Van Dyke |

Petition Date : | 05/25/2021 |

CASE NUMBER: | 21-60052 |

THIS REPORT IS FOR THE MONTH/YEAR (example: MAY/1995) OF | November-2021 |

All Individual Debtor-In-Possession Checking, Savings, Brokerage Accounts:

All Non-Debtor-In-Possession Accounts:

| BANK NAME: | ACCOUNT NO.: | BANK NAME: | ACCOUNT NO.: |
|---|---|---|---|
| 1. Frost Bank | 50-2840308 | 1. | |
| 2. | | 2. | |
| 3. | | 3. | |
| (attach list if needed) | | (attach list if needed) | |

## A copy of a reconciled statement should be attached for each and all accounts.

Total Disbursements from MOR-7
Or Small Business Exhibit B-1
(When the debtor is a sole proprietorship)

$ 1,387.55   +   Total Disbursements from MFR-2
(When the debtor is an Individual)
$ 1,387.55   =   $ 1,387.55
Total Disbursements

Are all post-petition liabilities, including taxes, being paid within terms?  Yes ☐  No ☒

Have any pre-petition liabilities been paid ?  Yes ☐  No ☒  If so, explain

Are all U. S. Trustee Quarterly Fee Payments current?  Yes ☑  No ☐

What is the status of your Plan of Reorganization?

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

I certify under penalty of perjury that the following complete
Monthly Financial Report (MFR), consisting of MFR-1 through
MFR-3 plus attachments, is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)

Attorney Name: | Susan Tran Adams |
Firm: | Tran Singh LLP |
Address: | 2502 La Branch Street |
Address:
City State, Zip: | Houston, TX 77004 |
Telephone: | 832-975-7300 |

MFR-1

## This FORM is for INDIVIDUALS ONLY

Petition Date: 05/25/2021

CASE NAME: Scott Vincent Van Dyke

CASE NUMBER: 21-60052

| CASH RECEIPTS AND DISBURSEMENTS | SCHEDULE I & J | 2021 MONTH June | 2021 MONTH July | 2021 MONTH August | 2021 MONTH September | 2021 MONTH October | 2021 MONTH November |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | | $429.31 | $4,014.20 | $412.14 | $111.16 | $51.28 | $1,101.10 |
| **RECEIPTS** | | | | | | | |
| 2. Wages, Salary, Commissions (net) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Rents, Royalties, Dividends, Interest | 38,065.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Social Security, Pension, etc. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Other (attach list) | 17,850.00 | 31,500.00 | 2,000.00 | 564.93 | 2,584.28 | 24,000.00 | 600.00 |
| TOTAL RECEIPTS | $55,915.00 | $31,500.00 | $2,000.00 | $564.93 | $2,584.28 | $24,000.00 | $600.00 |
| Draw from (Contribution to) Operation of Business MOR-7 or Small Business Exhibit B-1 | | | | | | | |
| **DISBURSEMENTS** | | | | | | | |
| 6. Rent or Home Mortgage Payment | 22,516.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22,410.31 | 0.00 |
| 7. Utilities (electric/gas, water, telephone) | 910.00 | 156.02 | 15.14 | 15.14 | 494.27 | 0.00 | 338.39 |
| 8. Home Maintenance (repairs and upkeep) | 455.00 | 9,292.71 | 87.62 | 0.00 | 0.00 | 0.00 | 87.63 |
| 9. Food, Clothing, Laundry, and Dry Cleaning | 2,425.00 | 793.30 | 669.52 | 230.70 | 311.38 | 0.00 | 435.34 |
| 10. Medical and Dental | 500.00 | 609.52 | 781.99 | 81.14 | 14.06 | 31.87 | 203.66 |
| 11. Transportation (not including car payment) | 170.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 208.80 |
| 12. Recreation, Clubs, and Entertainment | 285.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13. Insurance (not included in wages or home mortgage) | 465.00 | 3,570.23 | 0.00 | 0.00 | 1,715.27 | 0.00 | 0.00 |
| 14. Taxes (not included in wages or home mortgage) | 520.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15. Auto Payment | 2,201.00 | 376.89 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16. Credit Cards | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17. Other (attach list) | 410.00 | 13,116.44 | 4,047.79 | 538.93 | 109.18 | 8.00 | 113.73 |
| SUB-TOTAL DISBURSEMENTS (for Individual) | $30,857.00 | $27,915.11 | $5,602.06 | $865.91 | $2,644.16 | $22,450.18 | $1,387.55 |
| 18. PROFESSIONAL FEES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. U.S. TRUSTEE FEES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 0.00 |
| TOTAL DISBURSEMENTS | $30,857.00 | $27,915.11 | $5,602.06 | $865.91 | $2,644.16 | $22,950.18 | $1,387.55 |
| 20. NET CASH FLOW | 25,058.00 | 3,584.89 | (3,602.06) | (300.98) | (59.88) | 1,049.82 | (787.55) |
| 21. CASH - END OF MONTH | $25,058.00 | $4,014.20 | $412.14 | $111.16 | $51.28 | $1,101.10 | $313.55 |

MFR-2

## This FORM is for **INDIVIDUALS ONLY**

CASE NAME: Scott Vincent Van Dyke

CASE NUMBER: 21-60052

| POST-PETITION LIABILITIES | MONTH 2021 June | MONTH 2021 July | MONTH 2021 August | MONTH 2021 September | MONTH 2021 October | MONTH 2021 November |
|---|---|---|---|---|---|---|
| **SECURED:** | | | | | | |
| Cadence Bank | | | | $89,641.24 | $89,641.24 | $112,051.55 |
| Wells Fargo Auto | | | | 1,130.67 | 1,507.56 | 1,884.45 |
| | | | | | | |
| (attach list) | | | | | | |
| **TOTAL SECURED** | $0.00 | $0.00 | $0.00 | $90,771.91 | $91,148.80 | $113,936.00 |
| **UNSECURED:** | | | | | | |
| AT&T U-verse | 295.86 | 442.84 | 442.84 | 722.74 | 722.74 | 772.74 |
| City of Houston - ARA | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| City of Houston - Water | 29.16 | 92.73 | 92.73 | 102.18 | 102.18 | 0.00 |
| Triagle Energy | 343.17 | 591.03 | 0.00 | 1,960.74 | 2,927.86 | 4,007.30 |
| US Trustee Payment Center | 0.00 | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| Midland Insurance | 0.00 | 1,854.96 | 1,854.96 | 0.00 | 0.00 | 0.00 |
| CenterPoint Energy | | | | 160.21 | 132.83 | 132.83 |
| State Farm Insurance | | | | 1,715.27 | 4,945.45 | 4,945.45 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| **TOTAL UNSECURED** | $718.19 | $3,281.56 | $2,690.53 | $4,858.96 | $8,881.06 | $9,908.32 |
| **TAXES:** | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| **TOTAL TAXES** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL POST-PETITION LIABILITIES (for Individual)** | $718.19 | $3,281.56 | $2,690.53 | $95,630.87 | $100,029.86 | $123,844.32 |

MFR-3

Revised 1/31/2014

**Case Name:  Scott Vincent Van Dyke**

| OTHER CASH RECEIPTS AND DISBURSEMENTS | June 2021 | July 2021 | August 2021 | September 2021 | October 2021 | November 2021 |
|---|---|---|---|---|---|---|
| **Other Receipts** | | | | | | |
| Cash | $ - | $ - | $ 500.00 | $ 2,440.00 | $ - | $ - |
| Northwestern Mutual Insurance | $ - | $ - | $ - | $ 94.28 | $ - | $ - |
| HomeGoods - Item returned | $ - | $ - | $ 64.93 | $ - | $ - | $ - |
| Texas Petroleum Operations - Reimbursement | $ - | $ - | $ - | $ 50.00 | $ - | $ - |
| Theresa Van Dyke | $ 31,500.00 | $ 2,000.00 | $ - | $ - | $ 24,000.00 | $ 600.00 |
| | | | | | | |
| MFR-2 | $ 31,500.00 | $ 2,000.00 | $ 564.93 | $ 2,584.28 | $ 24,000.00 | $ 600.00 |
| | | | | | | |
| | | | | | | |
| **Other Disbursements** | | | | | | |
| Bank Charges | $ 75.00 | $ 340.27 | $ 8.00 | $ 43.00 | $ 8.00 | $ 8.00 |
| Parking | $ - | $ 24.00 | $ - | $ - | $ - | $ - |
| Personal Care | $ 339.84 | $ - | $ - | $ - | $ - | $ - |
| Pet Expense | $ 216.43 | $ 383.77 | $ - | $ - | $ - | $ - |
| Business Expenses | $ 12,484.07 | $ 3,299.75 | $ 530.93 | $ 66.18 | $ - | $ 105.73 |
| | | | | | | |
| MFR-2 | $ 13,115.34 | $ 4,047.79 | $ 538.93 | $ 109.18 | $ 8.00 | $ 113.73 |

11:20 AM

12/17/21

# Scott V. Van Dyke
## Reconciliation Summary
### Frost Bank - DIP, Period Ending 11/26/2021

|  |  |  |
|---|---|---|
| Beginning Balance |  | Nov 26, 21 |
|  |  | -2.65 |
| Cleared Transactions |  |  |
| Checks and Payments - 32 items | -24,225.63 |  |
| Deposits and Credits - 3 items | 24,600.00 |  |
| Total Cleared Transactions |  | 374.37 |
| Cleared Balance |  | 371.72 |
|  |  |  |
| Uncleared Transactions |  |  |
| Checks and Payments - 2 items | -127.84 |  |
| Total Uncleared Transactions |  | -127.84 |
| Register Balance as of 11/26/2021 |  | 243.88 |
|  |  |  |
| New Transactions |  |  |
| Checks and Payments - 6 items | -319.92 |  |
| Deposits and Credits - 2 items | 500.00 |  |
| Total New Transactions |  | 180.08 |
| Ending Balance |  | 423.96 |

Frost

P.O. Box 1313 Houston, Texas 77251 Member FDIC

FOR INFORMATION CALL
713-388-7800 OR 1-800-513-7678

STATEMENT ISSUED
11-26-2021

Page 1 of 4

0000223-TDFRST0T02003900065242-LETTER01_I02-000000 REG

SCOTT V VAN DYKE
CHAPTER 11 DEBTOR IN POSSESSION
CASE NO. 21-60052
1615 SOUTH BLVD
HOUSTON TX 77006

Traveling for the holidays? We're here to help prevent
unwanted disruptions when you use your debit card. Set up
Travel Notices in the Frost App or Frost Online Banking.

## FROST PERSONAL ACCOUNT : ACCOUNT NO. 50 2840308

| | DEPOSITS | | WITHDRAWALS | | |
|---|---|---|---|---|---|
| BALANCE LAST STATEMENT | NO. | AMOUNT | NO. | AMOUNT | BALANCE THIS STATEMENT |
| 2.65-OD | 3 | 24,600.00 | 31 | 24,225.63 | 371.72 |

### DEPOSITS/CREDITS

| DATE | TRANSACTION | AMOUNT | DATE | TRANSACTION | AMOUNT |
|---|---|---|---|---|---|
| 10-29 | DEPOSIT | 24,000.00 | 11-22 | TELLER DEPOSIT | 200.00 |
| 11-24 | TELLER DEPOSIT | 400.00 | | | |

### CHECKS PAID

| DATE | CHECK | AMOUNT | DATE | CHECK | AMOUNT | DATE | CHECK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11-01 | 1006 # | 22,410.31 | | | | | | |

# RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK

### OTHER WITHDRAWALS/DEBITS

| DATE | AMOUNT | TRANSACTION | DESCRIPTION | |
|---|---|---|---|---|
| 11-01 | 42.52 | DEBIT CARD RECURRING | TMOBILE*POSTPAID FDP 800-937-8997 | CARD: 8180010 |
| 11-01 | 68.38 | DEBIT CARD PURCHASE | COSTCO GAS #1018 | CARD: 8180010 |
| 11-01 | 142.51 | POS DEBIT | KROGER #314 HOUSTON TX | CARD: 8180010 |
| 11-01 | 15.14 | DEBIT CARD RECURRING | NETFLIX.COM | CARD: 8180010 |
| 11-01 | 60.85 | DEBIT CARD PURCHASE | LA TAPATIA MEXICAN CAF 713-5213144 | CARD: 8180010 |
| 11-01 | 40.18 | POS DEBIT | SHERWIN WILLIAMS 70773 HOUSTON TX | CARD: 8180010 |
| 11-01 | 15.14 | POS DEBIT | SOUTHLAND HARDWA HOUSTON TX | CARD: 8180010 |
| 11-01 | 15.59 | POS DEBIT | SHERWIN WILLIAMS 70773 HOUSTON TX | CARD: 8180010 |
| 11-01 | 500.00 | ELECTRONIC DEBIT | QUARTERLY FEE PAYMENT 60FLIBEWX81 | |
| 11-02 | 14.96 | DEBIT CARD PURCHASE | Amazon Prime*3336E7NK3 AMZN.COM/BILL | CARD: 8180010 |
| 11-02 | 12.72 | POS DEBIT | SHERWIN WILLIAMS 70773 HOUSTON TX | CARD: 8180010 |
| 11-03 | 69.69 | POS DEBIT | KROGER #314 HOUSTON TX | CARD: 8180010 |
| 11-04 | 84.71 | ELECTRONIC DEBIT | CPENERGY ENTEX   ENT ACH EB XXXXXXXX8056 | |
| 11-08 | 20.17 | DEBIT CARD PURCHASE | H-E-B #650 HOUSTON | CARD: 8180010 |
| 11-08 | 25.73 | DEBIT CARD PURCHASE | H-E-B #650 HOUSTON | CARD: 8180010 |
| 11-08 | 7.50 | POS DEBIT | KOLACHE FACTORY-KIRBY HOUSTON TX | CARD: 8180010 |
| 11-08 | 84.52 | POS DEBIT | KROGER #314 HOUSTON TX | CARD: 8180010 |
| 11-08 | 15.15 | DEBIT CARD PURCHASE | KOLACHE FACTORY-KIRBY HOUSTON | CARD: 8180010 |
| 11-08 | 22.18 | DEBIT CARD PURCHASE | H-E-B #650 HOUSTON | CARD: 8180010 |
| 11-09 | 80.00 | FROST ATM DEBIT | CX74 CX742544 3519  S SHEPH HOUSTON TX | CARD: 8180010 |
| 11-10 | 129.00 | DEBIT CARD PURCHASE | AMZN Mktp US*Z0J0A00U3 AMZN.COM/BILL | CARD: 8180010 |
| 11-12 | 44.87 | DEBIT CARD PURCHASE | TSX THE PIT ROOM HOUSTON | CARD: 8180010 |
| 11-15 | 24.83 | DEBIT CARD PURCHASE | H-E-B #650 HOUSTON | CARD: 8180010 |
| 11-15 | 27.04 | POS DEBIT | KROGER #314 HOUSTON TX | CARD: 8180010 |
| 11-15 | 42.52 | DEBIT CARD RECURRING | TMOBILE*POSTPAID FDP 800-937-8997 | CARD: 8180010 |
| 11-15 | 10.04 | POS DEBIT | WHOLEFDS KIR 101 2955 HOUSTON TX | CARD: 8180010 |
| 11-22 | 15.58 | DEBIT CARD PURCHASE | CIRCLE K #2742544 HOUSTON | CARD: 8180010 |
| 11-23 | 10.66 | DEBIT CARD PURCHASE | FSI*CENTERPOINT ENERGY 800-967-9649 | CARD: 8180010 |
| 11-23 | 14.06 | DEBIT CARD PURCHASE | Amazon Prime*ZZZ7689W63 AMZN.COM/BILL | CARD: 8180010 |
| 11-24 | 15.58 | POS DEBIT | KROGER #314 HOUSTON TX | CARD: 8180010 |
| 11-26 | 8.00 | SERVICE CHARGE/FEE | MONTHLY SERVICE CHARGE | |

### DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 10-27 | 2.65- OD | 11-01 | 689.73 | 11-03 | 616.26 |
| 10-29 | 23,997.35 | 11-02 | 658.95 | 11-04 | 531.55 |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and Other Disclosures.

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and other Disclosures.

To verify your statement balance, complete the worksheet above. Your account balance (Line 5) should match your adjusted checkbook balance figure (Line 10). If these balances are different, check the addition in your account and review each step in the balancing procedure.

3. In your register, mark all deposits and other credits on your statement to indicate that the funds have been credited to your account. Write any deposits or other credits that are in your register, but not on your statement on Line 4.

2. Compare the check information on the front of the statement with your checkbook register. In your register, mark all the checks, ATM withdrawals or other debits on your statement to indicate that the funds have been withdrawn from your account. List any checks or other debits that are in your register, but not on your statement in the space provided above.

1. Be sure your checkbook register is complete. Verify that all outstanding transactions have been entered in your register.

**Worksheet**

| Check Number/ Other Debits | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total (Line A)** | |

1. Enter balance shown on front of statement   $ _____
2. Subtract Line A (Checks / other debits not shown on this statement)   $ - _____
3. Subtotal   $ _____
4. Add Deposits / other credits not shown on statement   $ + _____
5. **Your Account Balance**   $ _____
6. Enter your checkbook balance   $ _____
7. Subtract any bank charges that have not been entered in your checkbook   $ - _____
8. Subtotal   $ _____
9. Add any interest or other credits appearing on your statement that have not been entered in your checkbook   $ + _____
10. **Adjusted Checkbook Balance**   $ _____

**How to balance your checkbook:**

This worksheet will help you balance your checkbook. Before you begin, you'll need your checkbook register, your statement and any outstanding transactions not entered in your register.

3) Clip and return to the bank and address listed on the front of this statement.

Signature _____

Account Number _____
Account Number _____
Account Number _____
Account Number _____
Account Number _____

2) List all accounts which should be updated including Checking, Savings, Money Market, CDs and Loans.

1) Make changes to the address information shown on the front of this statement.

Please notify us of any changes of address immediately. To change your address, follow these instructions.

00002235-001-002-TOFRST020039000065242-LETTER01_1OZ-00-0-00002236

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and Other Disclosures.

Frost

P.O. Box 1315 Houston, Texas 77251 Member FDIC

FOR INFORMATION CALL
713-388-7800 OR 1-800-513-7678

STATEMENT ISSUED
11-26-2021
Page 3 of 4



SCOTT V VAN DYKE

FROST PERSONAL ACCOUNT : ACCOUNT NO.  50 2840308          (CONTINUED)

-------------------------------- DAILY BALANCE --------------------------------

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 11-08 | 358.50 | 11-15 | .00 | 11-23 | 55.30 |
| 11-09 | 149.50 | 11-16 | .00 | 11-24 | 579.72 |
| 11-10 | 278.50 | 11-22 | 184.42 | 11-26 | 371.72 |
| 11-12 | 104.43 | | | | |

|  | TOTAL THIS PERIOD | TOTAL YEAR-TO-DATE |
|--|-------------------|--------------------|
| TOTAL OVERDRAFT FEES | 0.00 | 0.00 |
| TOTAL NSF FEES | 0.00 | 55.00 |

Any refunded NSF and OD fees have been deducted from the Year-to-Date totals listed above.

Frost
P.O. Box 1315 Houston, Texas 77251 Member FDIC

FOR INFORMATION CALL
713-388-7800 OR 1-800-513-7678

STATEMENT ISSUED
11-26-2021

SCOTT V VAN DYKE

10/29/21#183 $24,000.00

11/22/21#0 $200.00

11/24/21#0 $400.00

11/01/21#1006 $22,410.31

00002236_002_002_TDFRST02003900065242J FTTFR01 1OZ-00-0-00002236

# Scott V. Van Dyke
## Reconciliation Detail
### Frost Bank - DIP, Period Ending 11/26/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | -2.65 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 32 items** | | | | | | |
| Check | 10/29/2021 | 1006 | CADENCE Bank | X | -22,410.31 | -22,410.31 |
| Bill Pmt -Check | 10/29/2021 | ACH | U.S. Trustee Payme... | X | -500.00 | -22,910.31 |
| Check | 11/01/2021 | ACH | Kroger | X | -142.51 | -23,052.82 |
| Check | 11/01/2021 | ACH | Costco | X | -65.38 | -23,118.20 |
| Check | 11/01/2021 | ACH | La Tapatia Mexican ... | X | -60.85 | -23,179.05 |
| Check | 11/01/2021 | ACH | T-Mobile | X | -42.52 | -23,221.57 |
| Check | 11/01/2021 | ACH | sherwin Willaims | X | -40.18 | -23,261.75 |
| Check | 11/01/2021 | ACH | sherwin Willaims | X | -19.59 | -23,281.34 |
| Check | 11/01/2021 | ACH | Netflex | X | -15.14 | -23,296.48 |
| Check | 11/01/2021 | ACH | Southland Hardware | X | -15.14 | -23,311.62 |
| Check | 11/02/2021 | ACH | Amazon.Com | X | -14.06 | -23,325.68 |
| Check | 11/02/2021 | ACH | sherwin Willaims | X | -12.72 | -23,338.40 |
| Check | 11/03/2021 | ACH | Kroger | X | -42.69 | -23,381.09 |
| Check | 11/04/2021 | ACH | CenterPoint Energy. | X | -84.71 | -23,465.80 |
| Check | 11/08/2021 | ACH | Kroger | X | -84.52 | -23,550.32 |
| Check | 11/08/2021 | ACH | HEB | X | -25.73 | -23,576.05 |
| Check | 11/08/2021 | ACH | Kroger | X | -22.18 | -23,598.23 |
| Check | 11/08/2021 | ACH | HEB | X | -20.17 | -23,618.40 |
| Check | 11/08/2021 | ACH | Kolache Factory | X | -13.15 | -23,631.55 |
| Check | 11/08/2021 | ACH | Kolache Factory | X | -7.50 | -23,639.05 |
| Check | 11/09/2021 | ACH | Amazon.Com | X | -129.00 | -23,768.05 |
| Check | 11/09/2021 | ATM | Cash | X | -80.00 | -23,848.05 |
| Check | 11/12/2021 | ACH | pit room | X | -44.87 | -23,892.92 |
| Check | 11/14/2021 | ACH | T-Mobile | X | -42.52 | -23,935.44 |
| Check | 11/14/2021 | ACH | Kroger | X | -27.04 | -23,962.48 |
| Check | 11/14/2021 | ACH | HEB | X | -24.83 | -23,987.31 |
| Check | 11/14/2021 | ACH | Whole Foods | X | -10.04 | -23,997.35 |
| Bill Pmt -Check | 11/22/2021 | ACH | CenterPoint Energy | X | -115.06 | -24,112.41 |
| Check | 11/22/2021 | ACH | Circle K | X | -15.58 | -24,127.99 |
| Check | 11/23/2021 | ACH | Amazon.Com | X | -14.06 | -24,142.05 |
| Check | 11/24/2021 | ACH | Kroger | X | -75.58 | -24,217.63 |
| Check | 11/27/2021 | | | X | -8.00 | -24,225.63 |
| Total Checks and Payments | | | | | -24,225.63 | -24,225.63 |
| **Deposits and Credits - 3 items** | | | | | | |
| Deposit | 10/29/2021 | | | X | 24,000.00 | 24,000.00 |
| Deposit | 11/22/2021 | | | X | 200.00 | 24,200.00 |
| Deposit | 11/24/2021 | | | X | 400.00 | 24,600.00 |
| Total Deposits and Credits | | | | | 24,600.00 | 24,600.00 |
| Total Cleared Transactions | | | | | 374.37 | 374.37 |
| Cleared Balance | | | | | 374.37 | 371.72 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 11/26/2021 | ACH | Costco | | -67.84 | -67.84 |
| Check | 11/26/2021 | ACH | Costco | | -60.00 | -127.84 |
| Total Checks and Payments | | | | | -127.84 | -127.84 |
| Total Uncleared Transactions | | | | | -127.84 | -127.84 |
| Register Balance as of 11/26/2021 | | | | | 246.53 | 243.88 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| Check | 11/29/2021 | ACH | City of Houston, Wa... | | -124.31 | -124.31 |
| Check | 11/30/2021 | ACH | Netflex | | -15.14 | -139.45 |
| Check | 12/01/2021 | 1008 | Harris County Toll R... | | -30.00 | -169.45 |
| Check | 12/06/2021 | ATM | Cash | | -60.00 | -229.45 |
| Check | 12/10/2021 | ACH | T-Mobile | | -85.04 | -314.49 |
| Check | 12/10/2021 | ACH | starbucks | | -5.43 | -319.92 |
| Total Checks and Payments | | | | | -319.92 | -319.92 |
| **Deposits and Credits - 2 items** | | | | | | |
| Check | 11/30/2021 | 1007 | VOID | | | 0.00 |

11:20 AM

12/17/21

# Scott V. Van Dyke
## Reconciliation Detail
### Frost Bank - DIP, Period Ending 11/26/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Deposit | 12/10/2021 | | | | 500.00 | 500.00 |
| Total Deposits and Credits | | | | | 500.00 | 500.00 |
| Total New Transactions | | | | | 180.08 | 180.08 |
| Ending Balance | | | | | 426.61 | 423.96 |