UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS

HOUSTON DIVISION

Petition Date : 05/25/2021

CASE NAME: Scott Vincent Van Dyke

CASE NUMBER: 21-60052

THIS REPORT IS FOR THE MONTH/YEAR (example: MAY/1995) OF December-2021

All Individual Debtor-In-Possession Checking, Savings, Brokerage Accounts:

All Non-Debtor-In-Possession Accounts:

| BANK NAME: | ACCOUNT NO.: | BANK NAME: | ACCOUNT NO.: |
|---|---|---|---|
| 1. Frost Bank | 50-2840308 | 1. | |
| 2. | | 2. | |
| 3. | | 3. | |
| (attach list if needed) | | (attach list if needed) | |

## A copy of a reconciled statement should be attached for each and all accounts.

Total Disbursements from MOR-7
Or Small Business Exhibit B-1
(When the debtor is a sole proprietorship)

$ 892.74     +     Total Disbursements from MFR-2     =     $ 892.74
                  (When the debtor is an Individual)                    Total Disbursements

Are all post-petition liabilities, including taxes, being paid within terms?  Yes ☐  No ☒  If so, explain

Have any pre-petition liabilities been paid ?  Yes ☐  No ☒  If so, explain

Are all U. S. Trustee Quarterly Fee Payments current?  Yes ☑  No ☐

What is the status of your Plan of Reorganization?

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

I certify under penalty of perjury that the following complete
Monthly Financial Report (MFR), consisting of MFR-1 through
MFR-3 plus attachments, is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)

Attorney Name: Susan Tran Adams
Firm: Tran Singh LLP
Address: 2502 La Branch Street
Address:
City State, Zip: Houston, TX 77004
Telephone: 832-975-7300

MFR-1

This FORM is for **INDIVIDUALS ONLY**

Petition Date: _____   05/25/2021

CASE NAME: Scott Vincent Van Dyke

CASE NUMBER: 21-60052

| CASH RECEIPTS AND DISBURSEMENTS | SCHEDULE I & J | 2021 MONTH June | 2021 MONTH July | 2021 MONTH August | 2021 MONTH September | 2021 MONTH October | 2021 MONTH November |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | | $ 429.31 | $ 4,014.20 | $ 412.14 | $ 111.16 | $ 51.28 | $ 1,101.10 |
| **RECEIPTS** | | | | | | | |
| 2. Wages, Salary, Commissions (net) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Rents, Royalties, Dividends, Interest | 38,065.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Social Security, Pension, etc. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Other (attach list) | 17,850.00 | 31,500.00 | 2,000.00 | 564.93 | 2,584.28 | 24,000.00 | 600.00 |
| TOTAL RECEIPTS | $ 55,915.00 | $ 31,500.00 | $ 2,000.00 | $ 564.93 | $ 2,584.28 | $ 24,000.00 | $ 600.00 |
| Draw from (Contribution to) Operation of Business MOR-7 or Small Business Exhibit B-1 | | | | | | | |
| **DISBURSEMENTS** | | | | | | | |
| 6. Rent or Home Mortgage Payment | 22,516.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22,410.31 | 0.00 |
| 7. Utilities (electric/gas, water, telephone) | 910.00 | 156.02 | 15.14 | 15.14 | 494.27 | 0.00 | 338.39 |
| 8. Home Maintenance (repairs and upkeep) | 455.00 | 9,292.71 | 87.62 | 0.00 | 0.00 | 0.00 | 87.63 |
| 9. Food, Clothing, Laundry, and Dry Cleaning | 2,425.00 | 793.30 | 669.52 | 230.70 | 311.38 | 0.00 | 435.34 |
| 10. Medical and Dental | 500.00 | 609.52 | 781.99 | 81.14 | 14.06 | 31.87 | 203.66 |
| 11. Transportation (not including car payment) | 170.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 208.80 |
| 12. Recreations, Clubs, and Entertainment | 285.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13. Insurance (not included in wages or home mortgage) | 465.00 | 3,570.23 | 0.00 | 0.00 | 1,715.27 | 0.00 | 0.00 |
| 14. Taxes (not included in wages or home mortgage) | 520.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15. Auto Payment | 2,201.00 | 376.89 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16. Credit Cards | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17. Other (attach list) | 410.00 | 13,116.44 | 4,047.79 | 538.83 | 109.18 | 8.00 | 113.73 |
| SUB-TOTAL DISBURSEMENTS (for Individual) | $ 30,857.00 | $ 27,915.11 | $ 5,602.06 | $ 865.91 | $ 2,644.16 | $ 22,450.18 | $ 1,387.55 |
| 18. PROFESSIONAL FEES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. U.S. TRUSTEE FEES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 0.00 |
| TOTAL DISBURSEMENTS | $ 30,857.00 | $ 27,915.11 | $ 5,602.06 | $ 865.91 | $ 2,644.16 | $ 22,950.18 | $ 1,387.55 |
| 20. NET CASH FLOW | 25,058.00 | 3,584.89 | (3,602.06) | (300.98) | (59.88) | 1,049.82 | (787.55) |
| 21. CASH - END OF MONTH | $ 25,058.00 | $ 4,014.20 | $ 412.14 | $ 111.16 | $ 51.28 | $ 1,101.10 | $ 313.55 |

MFR-2

Revised 1/31/2014

## This FORM is for **INDIVIDUALS ONLY**

Petition Date: 05/25/2021

CASE NAME: Scott Vincent Van Dyke

CASE NUMBER: 21-60052

| CASH RECEIPTS AND DISBURSEMENTS | SCHEDULE I & J | 2021 MONTH December | 2021 MONTH | 2021 MONTH | 2021 MONTH | 2021 MONTH | 2021 MONTH | 2021 MONTH |
|---|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | | $313.55 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RECEIPTS | | | | | | | | |
| 2. Wages, Salary, Commissions (net) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Rents, Royalties, Dividends, Interest | 38,065.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Social Security, Pension, etc. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Other (attach list) | 17,850.00 | 1,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL RECEIPTS | $55,915.00 | $1,300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Draw from (Contribution to) Operation of Business MOR-7 or Small Business Exhibit B-1 | | | | | | | | |
| DISBURSEMENTS | | | | | | | | |
| 6. Rent or Home Mortgage Payment | 22,516.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7. Utilities (electric/gas, water, telephone) | 910.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8. Home Maintenance (repairs and upkeep) | 455.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9. Food, Clothing, Laundry, and Dry Cleaning | 2,425.00 | 342.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. Medical and Dental | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. Transportation (not including car payment) | 170.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12. Recreations, Clubs and Entertainment | 285.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13. Insurance (not included in wages or home mortgage) | 465.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14. Taxes (not included in wages or home mortgage) | 520.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15. Auto Payment | 2,201.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16. Credit Cards | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17. Other (attach list) | 410.00 | 550.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SUB-TOTAL DISBURSEMENTS (for Individual) | $30,857.00 | $892.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. PROFESSIONAL FEES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. U.S. TRUSTEE FEES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS | $30,857.00 | $892.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. NET CASH FLOW | 25,058.00 | 407.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21. CASH - END OF MONTH | $25,058.00 | $720.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MFR-2**

Revised 1/31/2014

## This FORM is for INDIVIDUALS ONLY

CASE NAME: Scott Vincent Van Dyke

CASE NUMBER: 21-60052

| POST-PETITION LIABILITIES | 2021 MONTH June | 2021 MONTH July | 2021 MONTH August | 2021 MONTH September | 2021 MONTH October | 2021 MONTH November |
|---|---|---|---|---|---|---|
| **SECURED:** | | | | | | |
| Cadence Bank | | | | $89,641.24 | $89,641.24 | $112,051.55 |
| Wells Fargo Auto | | | | 1,130.67 | 1,507.56 | 1,884.45 |
| (attach list) | | | | | | |
| **TOTAL SECURED** | $0.00 | $0.00 | $0.00 | $90,771.91 | $91,148.80 | $113,936.00 |
| **UNSECURED:** | | | | | | |
| AT&T U-Verse | 295.86 | 442.84 | 442.84 | 722.74 | 722.74 | 772.74 |
| City of Houston - ARA | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| City of Houston - Water | 29.16 | 92.73 | 92.73 | 102.18 | 102.18 | 0.00 |
| Triagle Energy | 343.17 | 591.03 | 0.00 | 1,960.74 | 2,927.86 | 4,007.30 |
| US Trustee Payment Center | 0.00 | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| Midland Insurance | 0.00 | 1,854.96 | 1,854.96 | 0.00 | 0.00 | 0.00 |
| CenterPoint Energy | | | | 160.21 | 132.83 | 132.83 |
| State Farm Insurance | | | | 1,715.27 | 4,945.45 | 4,945.45 |
| (attach list) | | | | | | |
| **TOTAL UNSECURED** | $718.19 | $3,281.56 | $2,690.53 | $4,858.96 | $8,881.06 | $9,908.32 |
| **TAXES:** | | | | | | |
| (attach list) | | | | | | |
| **TOTAL TAXES** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL POST-PETITION LIABILITIES (for Individual)** | $718.19 | $3,281.56 | $2,690.53 | $95,630.87 | $100,029.86 | $123,844.32 |

MFR-3

Revised 1/31/2014

This FORM is for **INDIVIDUALS ONLY**

CASE NAME: Scott Vincent Van Dyke

CASE NUMBER: 21-60052

| POST-PETITION LIABILITIES | 2021 MONTH December | 2021 MONTH | 2021 MONTH | 2021 MONTH | 2021 MONTH | 2021 MONTH | 2021 MONTH |
|---|---|---|---|---|---|---|---|
| **SECURED:** | | | | | | | |
| Cadence Bank | $ 134,461.86 | | | | | | |
| Wells Fargo Auto | 2,261.34 | | | | | | |
| | | | | | | | |
| (attach list) | | | | | | | |
| **TOTAL SECURED** | $ 136,723.20 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **UNSECURED:** | | | | | | | |
| AT&T U-Verse | 772.74 | | | | | | |
| City of Houston - ARA | 50.00 | | | | | | |
| City of Houston - Water | 852.82 | | | | | | |
| Triagle Energy | 4,007.30 | | | | | | |
| US Trustee Payment Center | 0.00 | | | | | | |
| Midland Insurance | 0.00 | | | | | | |
| CenterPoint Energy | 182.47 | | | | | | |
| State Farm Insurance | 3,784.06 | | | | | | |
| Comcast | 126.71 | | | | | | |
| Park Houston | 65.00 | | | | | | |
| Lawrence Wright MD | 105.00 | | | | | | |
| Truman Physicians | 57.39 | | | | | | |
| (attach list) | | | | | | | |
| **TOTAL UNSECURED** | $ 10,013.49 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **TAXES:** | | | | | | | |
| | | | | | | | |
| (attach list) | | | | | | | |
| **TOTAL TAXES** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL POST-PETITION LIABILITIES (for Individual)** | $ 146,736.69 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Revised 1 31 2014

**MFR-3**

**Case Name:  Scott Vincent Van Dyke**

**Case Number: 21-60052**

| OTHER CASH RECEIPTS AND DISBURSEMENTS | June 2021 | July 2021 | August 2021 | September 2021 | October 2021 | November 2021 | December 2021 |
|---|---|---|---|---|---|---|---|
| **Other Receipts** | | | | | | | |
| Cash | $ - | $ - | $ 500.00 | $ 2,440.00 | $ - | $ - | $ - |
| Northwestern  Mutual Insurance | $ - | $ - | $ - | $ 94.28 | $ - | $ - | $ - |
| HomeGoods - Item returned | $ - | $ - | $ 64.93 | $ - | $ - | $ - | $ - |
| Texas Petroleum Operations - Reimbursement | $ - | $ - | $ - | $ 50.00 | $ - | $ - | $ - |
| Theresa Van Dyke | $ 31,500.00 | $ 2,000.00 | $ - | $ - | $ 24,000.00 | $ 600.00 | $ 1,300.00 |
| MFR-2 | $ 31,500.00 | $ 2,000.00 | $ 564.93 | $ 2,584.28 | $ 24,000.00 | $ 600.00 | $ 1,300.00 |
| | | | | | | | |
| **Other Disbursements** | | | | | | | |
| Bank Charges | $ 75.00 | $ 340.27 | $ 8.00 | $ 43.00 | $ 8.00 | $ 8.00 | $ 8.00 |
| Parking | $ - | $ 24.00 | $ - | $ - | $ - | $ - | $ - |
| Personal Care | $ 339.84 | $ - | $ - | $ - | $ - | $ - | $ - |
| Pet Expense | $ 216.43 | $ 383.77 | $ - | $ - | $ - | $ - | $ - |
| Business Expenses | $ 12,484.07 | $ 3,299.75 | $ 530.93 | $ 66.18 | $ - | $ 105.73 | $ 542.40 |
| MFR-2 | $ 13,115.34 | $ 4,047.79 | $ 538.93 | $ 109.18 | $ 8.00 | $ 113.73 | $ 550.40 |

# Scott V. Van Dyke
## Reconciliation Summary
### Frost Bank - DIP, Period Ending 12/24/2021

12/20/2021

| | | Dec 24, 21 |
|---|---|---|
| Beginning Balance | | 371.72 |
| Cleared Transactions | | |
| Checks and Payments - 16 items | -884.72 | |
| Deposits and Credits - 3 items | 800.00 | |
| Total Cleared Transactions | -84.72 | |
| **Cleared Balance** | | **287.00** |
| Register Balance as of 12/24/2021 | | 287.00 |
| New Transactions | | |
| Checks and Payments - 4 items | -275.31 | |
| Total New Transactions | -275.31 | |
| **Ending Balance** | | **11.69** |

Frost

FOR INFORMATION CALL
713-388-7800 OR 1-800-513-7678

P.O. Box 1315 Houston, Texas 77251 Member FDIC

STATEMENT ISSUED
12-24-2021

Page 1 of 3

1

0

>>>

SCOTT V VAN DYKE
CHAPTER 11 DEBTOR IN POSSESSION
CASE NO. 21-60052
1515 SOUTH BLVD
HOUSTON TX 77006

<<<

Looking for a gift that's easy to buy, wrap and mail? A
Frost Gift Card is the perfect choice for you this holiday
season. Stop by a Frost location to purchase one today.

## FROST PERSONAL ACCOUNT : ACCOUNT NO. 50 2840308

| BALANCE LAST STATEMENT | DEPOSITS | | WITHDRAWALS | | BALANCE THIS STATEMENT |
| --- | --- | --- | --- | --- | --- |
| | NO. | AMOUNT | NO. | AMOUNT | |
| 371.72 | 2 | 800.00 | 15 | 884.72 | 287.00 |

### DEPOSITS/CREDITS

| DATE | TRANSACTION | AMOUNT |
| --- | --- | --- |
| 12-10 | TELLER DEPOSIT | 500.00 |
| 12-24 | TELLER DEPOSIT | 300.00 |

### OTHER WITHDRAWALS/DEBITS

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
| --- | --- | --- | --- |
| 11-29 | 60.00 | POS DEBIT | COSTCO WHSE #1018 HOUSTON TX CARD: 8180010 |
| 11-29 | 67.84 | DEBIT CARD PURCHASE | COSTCO GAS #1018 HOUSTON TX CARD: 8180010 |
| 11-30 | 15.14 | DEBIT CARD RECURRING | NETFLIX COM LOS GATOS CARD: 8180010 |
| 12-01 | 30.00 | DEBIT CARD PURCHASE | HCTRA EZTAG Storefront 281-8752279 CARD: 8180010 |
| 12-01 | 124.31 | ELECTRONIC DEBIT | CITY OF HOUSTON WATER BILL xxxxxxx8605 |
| 12-03 | 60.00 | FROST ATM DEBIT | 5925 FROST 5925 KIRBY DRIVE HOUSTON TX CARD: 8180010 |
| 12-13 | 85.06 | DEBIT CARD RECURRING | TMOBILE POSTPAID WEB 800-937-8997 CARD: 8180010 |
| 12-13 | 5.43 | DEBIT CARD PURCHASE | STARBUCKS STORE 10879 CARD: 8180010 |
| 12-15 | 18.00 | POS DEBIT | KROGER #314 HOUSTON TX CARD: 8180010 |
| 12-17 | 35.54 | POS DEBIT | KROGER #314 HOUSTON TX CARD: 8180010 |
| 12-20 | 100.00 | FROST ATM DEBIT | 9488 FROST 3707 RICHMOND AV HOUSTON TX CARD: 8180010 |
| 12-20 | 86.69 | POS DEBIT | THE HOME DEPOT #0566 HOUSTON TX CARD: 8180010 |
| 12-20 | 47.22 | DEBIT CARD PURCHASE | ZAZA HOUSTON MONARCH B HOUSTON TX CARD: 8180010 |
| 12-20 | 26.77 | DEBIT CARD PURCHASE | SHELL SERVICE STATION HOUSTON CARD: 8180010 |
| 12-20 | 114.74 | POS DEBIT | KROGER #314 HOUSTON TX CARD: 8180010 |
| 12-24 | 8.00 | SERVICE CHARGE/FEE | MONTHLY SERVICE CHARGE |

### DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 11-26 | 371.72 | 12-03 | 14.43 | 12-17 | 370.42 |
| 11-29 | 243.88 | 12-10 | 514.43 | 12-20 | 5.00- OD |
| 11-30 | 228.74 | 12-13 | 423.96 | 12-24 | 287.00 |
| 12-01 | 74.43 | 12-15 | 405.96 | | |

| | TOTAL THIS PERIOD | TOTAL YEAR-TO-DATE |
| --- | --- | --- |
| TOTAL OVERDRAFT FEES | 0.00 | 0.00 |
| TOTAL NSF FEES | 0.00 | 35.00 |

Any refunded NSF and OD fees have been deducted from the
Year-to-Date totals listed above.

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit
Account Agreement and Other Disclosures.

**Please notify us of any changes of address immediately. To change your address, follow these instructions.**

1) Make changes to the address information shown on the front of this statement.

2) List all accounts which should be updated including Checking, Savings, Money Market, CDs and Loans.

Account Number _____  Account Number _____

Account Number _____  Account Number _____

Account Number _____  Account Number _____

Signature _____

3) Clip and return to the bank and address listed on the front of this statement.

## How to balance your checkbook:

This worksheet will help you balance your checkbook. Before you begin, you'll need your statement and any outstanding transactions not entered in your register.

**Worksheet**

| | | Other Debits | |
|---|---|---|---|
| 1. Enter balance shown on front of statement | $ _____ | Check Number/ | Amount |
| 2. Subtract Line A (Checks / other debits not shown on this statement) | $ - _____ | | |
| 3. Subtotal | $ _____ | | |
| 4. Add Deposits / other credits not shown on statement | $ + _____ | | |
| 5. **Your Account Balance** | $ _____ | | |
| 6. Enter your checkbook balance | $ _____ | | |
| 7. Subtract any bank charges that have not been entered in your checkbook | $ - _____ | | |
| 8. Subtotal | $ _____ | | |
| 9. Add any interest or other credits appearing on your statement that have not been entered in your checkbook | $ + _____ | | |
| 10. **Adjusted Checkbook Balance** | $ _____ | Total (Line A) | |

1. Be sure your checkbook register is complete. Verify that all outstanding transactions have been entered in your register.

2. Compare the check information on the front of the statement with your checkbook register. In your register, mark all the checks, ATM withdrawals or other debits on your statement to indicate that the funds have been withdrawn from your account. List any checks or other debits that are in your register, but not on your statement in the space provided above.

3. In your register, mark all deposits and other credits on your statement to indicate that the funds have been credited to your account. Write any deposits or other credits that are in your register, but not on your statement on Line 4.

4. To verify your statement balance, complete the worksheet above. Your account balance (Line 5) should match your adjusted checkbook balance figure (Line 10). If these balances are different, check the addition in your checkbook and review each step in the balancing procedure.

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and other Disclosures.

Frost
P.O. Box 1315 Houston, Texas 77251 Member FDIC

FOR INFORMATION CALL
713-388-7800 OR 1-800-513-7678

STATEMENT ISSUED
12-24-2021

SCOTT V VAN DYKE

Frost
ACCOUNT NUMBER
500.00
500.00
Deposit

12/10/21#0 $500.00

Frost
ACCOUNT NUMBER
12-24-2021
300.00
300.00
Deposit

12/24/21#0 $300.00

11:55 AM

12/30/21

# Scott V. Van Dyke
## Reconciliation Detail
### Frost Bank - DIP, Period Ending 12/24/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | **371.72** |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 16 items** | | | | | | |
| Check | 11/26/2021 | ACH | Costco | X | -67.84 | -67.84 |
| Check | 11/26/2021 | ACH | Costco | X | -60.00 | -127.84 |
| Check | 11/29/2021 | ACH | City of Houston, Wa... | X | -124.31 | -252.15 |
| Check | 11/29/2021 | ACH | Netflex | X | -15.14 | -252.29 |
| Check | 12/01/2021 | 1008 | Harris County Toll R... | X | -30.00 | -297.29 |
| Check | 12/06/2021 | ATM | Cash | X | -60.00 | -357.29 |
| Check | 12/10/2021 | ACH | T-Mobile | X | -85.04 | -442.33 |
| Check | 12/10/2021 | ACH | Starbucks | X | -5.43 | -447.76 |
| Check | 12/15/2021 | ACH | Kroger | X | -18.00 | -465.76 |
| Check | 12/17/2021 | ACH | Kroger | X | -35.54 | -501.30 |
| Check | 12/20/2021 | ACH | Kroger | X | -114.74 | -616.04 |
| Check | 12/20/2021 | ATM | Cash | X | -100.00 | -716.04 |
| Check | 12/20/2021 | ACH | the Home Depot | X | -86.69 | -802.73 |
| Check | 12/20/2021 | ACH | hotel ZAZA | X | -47.22 | -849.95 |
| Check | 12/20/2021 | ACH | Shell Gasoline | X | -26.77 | -876.72 |
| Check | 12/24/2021 | ACH | Frost Bank | X | -8.00 | -884.72 |
| **Total Checks and Payments** | | | | | **-884.72** | **-884.72** |
| **Deposits and Credits - 3 items** | | | | | | |
| Check | 11/30/2021 | 1007 | VOID | X | 0.00 | 0.00 |
| Deposit | 12/10/2021 | | | X | 500.00 | 500.00 |
| Deposit | 12/27/2021 | | | X | 300.00 | 800.00 |
| **Total Deposits and Credits** | | | | | **800.00** | **800.00** |
| **Total Cleared Transactions** | | | | | **-84.72** | **-84.72** |
| **Cleared Balance** | | | | | **-84.72** | **287.00** |
| **Register Balance as of 12/24/2021** | | | | | **-84.72** | **287.00** |
| **New Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 12/27/2021 | ACH | Nextiva Business Cl... | | -145.98 | -145.98 |
| Check | 12/27/2021 | ACH | TimeWise | | -65.18 | -211.16 |
| Check | 12/27/2021 | ACH | Comcast. | | -50.09 | -261.25 |
| Check | 12/27/2021 | ACH | Amazon.Com | | -14.06 | -275.31 |
| **Total Checks and Payments** | | | | | **-275.31** | **-275.31** |
| **Total New Transactions** | | | | | **-275.31** | **-275.31** |
| **Ending Balance** | | | | | **-360.03** | **11.69** |