# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| In re: | § |
| | § Subchapter V |
| Scott Vincent Van Dyke | § |
| | § Case No. 21-60052 |
| Debtor. | § **Christopher M. Lopez** |

## ORDER
(No. 122)

Came on for consideration the Motion to Withdraw Subchapter V Plan filed by Debtor Scott Vincent Van Dyke (the "Motion"). After considering the Motion, it is hereby

**ORDERED** that the Subchapter V Plan filed on December 11, 2021 (Docket No. 86) is withdrawn.

Signed: January 14, 2022

_____
Christopher Lopez
United States Bankruptcy Judge