UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 21-60052 |
| **Scott Vincent Van Dyke** | § | |
| | § | (CHAPTER 7) |
| DEBTOR | § | |

### RESIGNATION OF TRUSTEE (NO ADMINISTRATION)

I, Allison D. Byman, chapter 7 trustee, hereby resign as trustee of the above entitled and numbered proceeding. I have neither received any property nor paid any money on account of this estate.

DATED: February 1, 2022

Respectfully submitted,

***/s/ Allison D. Byman, Trustee***
Allison D. Byman, Trustee
Byman & Associates PLLC
7924 Broadway, Suite 104
Houston, TX 77002
281.884.9269 Phone
adb@bymanlaw.com

### CERTIFICATE OF REVIEW

The United States Trustee has reviewed and approved the foregoing report for compliance with Title 11.

United States Trustee
Region 7

Dated: February 1, 2022        By: /s/ Alicia Barcomb