THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Scott Vincent Van Dyke | § | Case No. 21-60052 |
| | § | |
| Debtor. | § | |

## RESIGNATION OF TRUSTEE

I, Christopher Murray, trustee, hereby resign as trustee of the above entitled and numbered proceedings. I have neither received any property nor paid any money on account of this estate.

Dated: February 2, 2022

Respectfully submitted,

By: */s/ Christopher Murray*
Christopher Murray, Trustee
Texas Bar No. 24081057
chris@jmbllp.com
602 Sawyer, Suite 400
Houston, TX 77007
Phone: 832-529-1999
Fax: 832-529-3393

## Certificate of Review

The United States Trustee has reviewed and approved the foregoing report for compliance with Title 11.

Dated: February 2, 2022

United States Trustee, Region 7

By: /s/ Ha Nguyen
Ha Nguyen, Trial Attorney