UNITED STATES BANKRUPTCY COURT
SOTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| SCOTT VINCENT VAN DYKE | § § | CASE NO. 21-60052<br>CHAPTER 7 |
| | § | |
| Debtor | § § § | RESIGNATION OF TRUSTEE<br>(NO ADMINISTRATION) |

I, **EVA S. ENGELHART, TRUSTEE**, hereby resign as trustee of the above entitled and numbered proceeding. I have neither received any property nor paid any money on account of this estate.

Dated the 4th day of February, 2022.

Respectfully submitted,

/S:/ EVA S. ENGELHART
Eva S. Engelhart - #00796513
Chapter 7 Trustee
7700 San Felipe, Suite 550
Houston, TX 77063
Tel: (713) 626-1200
Fax: (713) 623-6014

**CERTIFICATE OF REVIEW**

The United States Trustee has reviewed and approved the foregoing report for compliance with Title 11.

United States Trustee
Region 7

Dated: February 8, 2022                    By: /s/ Stephen Statham
                                               Trial Attorney, U.S. Trustee