UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. |
| | § | |
| Scott Vincent Van Fyke | § | 21-60052-V4-7 |
| | § | (Chapter 7) |
| | § | |
| DEBTOR | § | |

## NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE AND FIXING OF BOND

Pursuant to 11 U.S.C. §703, **CATHERINE S. CURTIS** is appointed successor trustee in the above captioned case. Pursuant to Bankruptcy Rule 2008, the trustee will be deemed to have accepted this appointment unless it is rejected within seven (7) days of receipt of this notice. If the trustee rejects this appointment, the trustee must notify the Court and the United States Trustee.

The bond for this case will be included under the trustee's existing blanket bond.

Unless creditors elect another trustee, the successor trustee appointed herein shall serve as trustee without further appointment or qualification under the same bond.

Dated this the **11th** day of **February, 2022**

DATED: February 11, 2022

*/s/ HA M NGUYEN*
Ha Nguyen, Trial Attorney
CA Bar #305411 | FED ID NO. 3623593
United States Department of Justice
Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
E-mail: Ha.Nguyen@usdoj.gov
Cell: 202-590-7962