**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 21-60052** |
| | § | |
| **SCOTT VAN DYKE,** | § | **CHAPTER 11 (Sub V)** |
| | § | |
| **DEBTOR.** | § | |
| | § | |

### FEE APPLICATION SUMMARY

| | Beginning of Period | End of Period |
|---|---|---|
| **Name of Applicant:** | Melissa A. Haselden | |
| **Applicant's Role in Case:** | Chapter 11 Subchapter V Trustee | |
| **Date Notice of Appointment Filed:** | 6/01/2021 (Doc. 5) | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 06/01/2021 | 01/31/2022 |
| **Time period(s) covered by prior Applications:** | N/A | N/A |
| **Total amounts awarded in all prior Applications:** | | N/A |
| **Total fees requested in this Application:** | | $5,680.00 |
| **Total professional fees requested in this Application:** | | $5,680.00 |
| **Total actual professional hours covered by this Application:** | | 14.2 |
| **Average hourly rate for professionals:** | | $400.00 |
| **Total paraprofessional fees requested in this Application:** | | N/A |
| **Total actual paraprofessional hours covered by this Application:** | | N/A |
| **Average hourly rate for paraprofessionals:** | | N/A |
| **Reimbursable expenses sought in this application:** | | 0 |
| **Application cost:** | | $5,680.00 |
| **Total of other payments paid to secured claimants:** | | N/A |
| **Total of other payments paid to administrative claimants:** | | N/A |
| **Estimated total for distribution to priority unsecured creditors:** | | N/A |
| **Estimate percentage dividend to priority unsecured creditors:** | | N/A |
| **Estimated total for distribution to general unsecured creditors:** | | N/A |
| **Estimate percentage dividend to general unsecured creditors:** | | N/A |
| **Receipts to date:** | | 0 |
| **Disbursements to date:** | | 0 |
| **Current balance in the Trustee's accounts:** | | N/A |

**FIRST AND FINAL APPLICATION OF MELISSA A. HASELDEN
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS SUBCHAPTER V TRUSTEE
FOR THE PERIOD FROM JUNE 01, 2021 THROUGH JANUARY 31, 2022**

---

### NOTICE PURSUANT TO LOCAL RULE 9013-1

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN **21** DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

---

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE,

Melissa A. Haselden ("Trustee") of Haselden Farrow, PLLC ("**HF**"), Subchapter V Trustee in the captioned case filed by Scott Van Dyke ("**Debtor**"), files this First and Final Application for Allowance of Compensation ("**Application**"), requesting fees in the amount of $5,680.00, reimbursement of expenses of $0.00, and reimbursement for the preparation and service of this application of $600.00 for a total amount of $6,280.00, for the period from June 1, 2021 through January 31, 2022 (the "**Compensation Period**"), pursuant to Sections 330 and 331 of the 11 U.S.C. § 101, *et seq.* (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and S.D. Tex. L.B.R. 2016-1(c). In support of this Application, Trustee respectfully represents as follows:

### JURISDICTION

1.      This Court has jurisdiction to hear and determine the Application pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (B).

## INTRODUCTION

2.      On May 25, 2021 (the "**Petition Date**"), Debtor filed a voluntary petition under Subchapter V of Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "**Court**").

3.      On June 01, 2021, the United States Trustee filed a Notice of Appointment of Subchapter V Trustee which appointed Trustee to act as its Subchapter V Trustee. [Docket No. 05].

4.      On January 11, 2022, the Debtor filed a motion to convert its chapter 11 case to chapter 7 [Docket No. 121].

5.      On January 31, 2022, the Court entered an order converting the case to a chapter 7 [Docket No. 129].

## PRIOR FEE APPLICATIONS

6.      Trustee has not filed any prior interim fee applications. This Application covers all fees and expenses provided by Trustee during the pendency of this case.

## FIRST AND FINAL FEE APPLICATION

7.      This Trustee's first and final application for compensation which covers professional services performed and expenses incurred from June 01, 2021 through January 31, 2022. During the period covered by this Final Fee Application, the Trustee expended a total of 14.2 hours for professional services rendered. A complete and itemized accounting of the foregoing time has been provided to the Debtor and is set forth in the Invoices attached as **Exhibit A**. The Invoices record the Trustee's daily time entries and include a description of the nature and substance of the services rendered, the date on which the services were performed, and the

attorney, clerk, or paralegal, who performed the services and the amount of time actually spent as well as the costs incurred or advanced by the Trustee.

8.      The value of the professional services rendered by the Trustee between June 01, 2021 and January 31, 2022 totals $5,680.00 and no expenses.

9.      The fees and expenses during the applicable period are broken down as follows:

| Period | Fees | Expenses | Total |
|---|---:|---:|---:|
| June 01-June 30, 2021 | $880.00 | 0 | $880.00 |
| July 1-July 31, 2021 | $2,000.00 | 0 | $2,000.00 |
| August 1-August 31, 2021 | $280.00 | 0 | $280.00 |
| September 1-September 30, 2021 | $80.00 | 0 | $80.00 |
| October 1 – October 31, 2021 | $560.00 | 0 | $560.00 |
| November 1 – November 30, 2021 | $1,160.00 | 0 | $1,160.00 |
| December 1 – December 31, 2021 | $720.00 | 0 | $720.00 |
| **Totals** | **$5,680.00** | **0** | **$5,680.00** |

10.     The Trustee requests payment of fees and expenses totaling $5,680.00 for services it provided during Debtor's chapter 11 case, plus an additional $600.00 related to the cost to prepare and serve this Application for a total of $6,280.00.

## SUMMARY OF SERVICES RENDERED

11.     The services rendered by the Trustee to the Debtor were necessary and appropriate. The compensation requested is commensurate with the complexity and nature of the issues and tasks involved.

12.     The following project categories detail the activities performed by the Trustee and the time spent in performance of each such service are as follows.

## LEGAL SERVICES PROVIDED TO DEBTOR

**A.  110-Case Administration**                              **4.60 Hrs.**          **$1,840.00**

13.     These fees include all services rendered by HF concerning the general administration of this case which include time for matters that are not readily classifiable into more specific matters including: (1) reviewing, and conferring with Debtor's counsel regarding operating reports; (2) preparing for and attending initial debtor interview, status conferences required by the Court and communications regarding the same; (3) general correspondence with the Debtor's counsel regarding developments and case strategy; (4) general correspondence and communications with creditors; and (5) other general administrative tasks that were not easily categorized into other matters.

4.9 Hrs.        $1,960.00

**B.   140-Relief from Stay/Adequate Protection**

14.     Time was billed to this matter to prepare for and attend various hearings and status conferences related to motions for relief from stay and district court hearings regarding the same. Time was also billed to this matter related to email correspondence and phone conferences with various constituents regarding relevant issues.

**C.   Professionals                                            .10 Hrs.            $40.00**

15.     Time was billed to this matter for email correspondence related to employment of Debtor's counsel.

**D.   Litigation Matters            .10 Hrs.        $40.00**

16.     Trustee billed time to this matter to review order granting summary judgment.

**E.     320-Plan and Disclosure Statement                        4.5 Hrs.        $1,800.00**

17.     Trustee billed time to this matter relative to discussions with Debtor's counsel regarding filing Chapter 11 plan; reviewing plan and related exhibits and related pleadings seeking to extend voting deadlines and to attend hearing on plan confirmation.  Trustee also

billed time to this matter to correspondence and conferences with creditors regarding issues relative to plan confirmation and potential objections.

### First Colonial Factors

18.     Pursuant to Bankruptcy Local Rule 2016(a), fee applications must include a discussion of the factors considered in *American Benefit Life Ins. Co. v. Baddock (In re First Colonial Corp. of America)*, 544 F.2d 1291, 1298-99 (5th Cir.), *cert. denied*, 431 U.S. 904 (1977). Consideration of the factors listed in First Colonial Corp. indicates that the compensation requested by Trustee for the services rendered during the Compensation Period is reasonable:

(i)     Time and Labor Required. As set forth in detail on Exhibit A, Trustee spent 14.2 hours during the Compensation Period performing her required duties as Trustee to the Debtor.

(ii)    Novelty and Difficulty of the Questions. The services of a Subchapter V Trustee require special knowledge of the Bankruptcy Code.

(iii)   Skill Requisite to Perform the Service Properly. Acting as a Subchapter V Trustee required knowledge of the Bankruptcy Code and, in particular, its' provisions as they relate to the Debtor's rights and duties under Chapter 11 of the Bankruptcy Code.

(iv)    Preclusion of Other Employment Due to the Acceptance of the Case. To the extent the Trustee devoted time performing her duties and assisting the Debtor, she was precluded from performing legal services on behalf of other clients. Aside from the foregoing, there was no preclusion from other employment.

(v)     Customary Fee. The Trustee has requested a total fee which it feels is reasonable under the circumstances. The hourly rates applied for are the normal rates charged by the Trustee during the period of its service. In the opinion of the Trustee, such rates are in line with the

community standard for comparable work.

(vi)    Whether the Fee is Fixed or Contingent. The fees in a bankruptcy proceeding are always contingent upon ultimate approval by the court and contingent upon there being assets available with which to pay such fees.

(vii)   Time Limitations imposed by client and other circumstances. Subchapter V imposes certain deadlines which must be met. No other time limitations were imposed by this case.

(viii)  Amount Involved and Results Obtained. This factor is not applicable in this proceeding.

(ix)    The experience, reputation, and ability of the professionals. Melissa A. Haselden is board certified in business bankruptcy by the Texas Board of Legal Specialization. She believes she is generally recognized in this district for her abilities and competency, particularly in the field of bankruptcy law.

(x)     The Undesirability of the Case. This factor is not applicable in this proceeding.

(xi)    Nature and Length of Professional Relationship with Client. The nature and length of professional relationship with client is not a factor in this proceeding.

(xii)   Awards in Similar Cases. Given the fact that Subchapter V has been so recently enacted, the Trustee is unaware of fees awarded to other Subchapter V Trustees in similar cases. However, the Trustee made every effort to limit fees while also providing necessary services and support to the Debtor.

### FIRST AND FINAL APPLICATION.

19.     The Trustee requests the Court to authorize compensation to be paid to Trustee and HF in the amount of $5,680.00 for fees which it incurred between June 01, 2021 and January 31,

2022. The Trustee also requests that this Court authorize reimbursement to it for expenses totaling $0.00.

### ESTIMATED AMOUNT TO PREPARE FINAL FEE APPLICATION.

20.     The Trustee further requests payment of $600.00 related to the cost of preparing and serving this Application.

WHEREFORE, the Subchapter V Trustee requests that the Court:

a)     Authorize payment and reimbursement of $6,280.00 to Trustee and HF representing (a) fees of $5,680.00; (ii) expenses of $0,00; and (iii) reimbursement of fees and costs of $600.00 for the preparation and service of this Application; and

b)     Grant such other and further relief to which the Subchapter V Trustee may show itself to be justly entitled.

DATED:          February 26, 2022          Respectfully submitted,

**HASELDEN FARROW PLLC**

By: */s/ Melissa A. Haselden*
Melissa A. Haselden
State Bar No. 00794778
700 Milam, Suite 1300
Pennzoil Place
Houston, Texas 77002
Telephone: (832) 819-1149
Facsimile: (866) 405-6038
mhaselden@haseldenfarrow.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2022, a copy of the foregoing *First and Final Application of Melissa A. Haselden, Subchapter V Trustee, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Subchapter V Trustee for the Period from June 01, 2021 to January 31, 2022* has been served via through the ECF system to the parties listed below:

**21-60052 Notice will be electronically mailed to:**

Travis Clayton Badger on behalf of Creditor Cadence Bank, N.A.
bkcy@badgerlawoffice.com

Reese W Baker on behalf of Creditor Reese Baker
courtdocs@bakerassociates.net,
i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@ba
kerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociat
es.net;bakerassociates@jubileebk.net

Allison D Byman
adb@bymanlaw.com,
adb@trustesolutions.net;rww.trustee1@gmail.com;cadb11@trustesolutions.net;rah@bymanlaw.
com

John P Dillman on behalf of Creditor Harris County, et al.
Houston_bankruptcy@publicans.com

David S Elder on behalf of Creditor Michael L. Noel
dselder@foley.com, rdiep@foley.com;david-elder-1574@ecf.pacerpro.com

William Fred Hagans on behalf of Creditor Eva S. Engelhart, Chapter 7 Trustee
fhagans@hagans.law,
nwidmann@hagans.law;jaguilar@hagans.law;reiszner@hagans.law;ckulhanek@hagans.law;km
ontgomery@hagans.law

Julie Goodrich Harrison on behalf of Creditor Anzar Settlement Funding Corp.
julie.harrison@nortonrosefulbright.com

Julie Goodrich Harrison on behalf of Creditor Littlemill Limited
julie.harrison@nortonrosefulbright.com

Julie Goodrich Harrison on behalf of Creditor Prosperity Settlement Funding, Inc.
julie.harrison@nortonrosefulbright.com

Julie Goodrich Harrison on behalf of Creditor Andrea Lore
julie.harrison@nortonrosefulbright.com

Julie Goodrich Harrison on behalf of Creditor Eva S. Engelhart, Chapter 7 Trustee

julie.harrison@nortonrosefulbright.com

Melissa A Haselden
mhaselden@haseldenfarrow.com,
haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367
@notify.bestcase.com

Dale Robert Mellencamp on behalf of Creditor Builders West, Inc.
dmellencamp@bairhilty.com

Robert W. Miller on behalf of Creditor Philadelphia Indemnity Insurance Company
rmiller@manierherod.com

Leann Opotowsky Moses on behalf of Creditor Forest Home Plantation, LLC
moses@carverdarden.com, Langley@carverdarden.com;8167471420@filings.docketbird.com

Ha Minh Nguyen on behalf of U.S. Trustee US Trustee
ha.nguyen@usdoj.gov

Michael Kevin Riordan on behalf of Plaintiff Michael L. Noel
mriordan@foley.com, rdiep@foley.com;mike-riordan-8644@ecf.pacerpro.com

Michael Kevin Riordan on behalf of Plaintiff Sue Noel
mriordan@foley.com, rdiep@foley.com;mike-riordan-8644@ecf.pacerpro.com

Jayson B. Ruff on behalf of U.S. Trustee US Trustee
jayson.b.ruff@usdoj.gov

Brendon D Singh on behalf of Debtor Scott Vincent Van Dyke
Bsingh@ts-llp.com, ecf@ctsattorneys.com;corraltransinghllp@jubileebk.net

Susan Tran Adams on behalf of Debtor Scott Vincent Van Dyke
susan.tran@ctsattorneys.com, ecf@ctsattorneys.com;corraltransinghllp@jubileebk.net

Susan Tran Adams on behalf of Defendant Scott Vincent Van Dyke
susan.tran@ctsattorneys.com, ecf@ctsattorneys.com;corraltransinghllp@jubileebk.net

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Jett Williams, III on behalf of Creditor Henke, Williams & Boll, LLP
jwilliams@henkelawfirm.com, vclark@henkelawfirm.com


*/s/ Melissa A. Haselden*
Melissa A. Haselden

# Haselden Farrow PLLC
**700 Milam, Suite 1300**
**Pennzoil Place**
**Houston, TX 77002**

Invoice submitted to:

**Invoice # 11630**

**In re Scott  Van Dyke**
c/o Tran Singh LLP
2502 La Branch St
Houston, TX 77004
Email: stran@ts-llp.com

| | |
|---|---|
| Invoice Date: 08/30/21 | |
| Terms: | Ct Approval Required |
| Services Through: 06/30/21 | |

Description  Trustee for Scott Van DykeMatter 110  Case Administration

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|-----|----------------|-----------|------|--------|
| 06/04/21 | MAH | Prepare for and attend status conference and phone conference with Debtor's counsel regarding the same. | 0.50 | 400.00 | $200.00 |
| 06/05/21 | MAH | Email exchange with client regarding cash flow projections. | 0.50 | 400.00 | $200.00 |
| 06/28/21 | MAH | Attend hearing on emergency motion. | 0.30 | 400.00 | $120.00 |

|  |  |
|---|---|
| Total Hours: | 1.30 |
| Total Labor: | $520.00 |
| **Total Invoice Amount:** | **$520.00** |
| **Total Amount Due:** | **$520.00** |

## User Summary

| User | Hrs | Rate | Amount |
|------|-----|------|--------|
| Melissa A.  Haselden | 1.30 | @ 400.000 | 520.00 |

**EXHIBIT "A"**

# Haselden Farrow PLLC
**700 Milam, Suite 1300**
**Pennzoil Place**
**Houston, TX 77002**

Invoice submitted to:

**In re Scott  Van Dyke**
c/o Tran Singh LLP
2502 La Branch St
Houston, TX 77004
Email: stran@ts-llp.com

Description  Trustee for Scott Van Dyke  Matter 140 Relief from Stay

**Invoice # 11631**

| | |
|---|---|
| Invoice Date: | 08/30/21 |
| Terms: | Ct Approval Required |
| Services Through: | 06/30/21 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 06/16/21 | MAH | Review motion for relief filed by Chapter 7 trustee and various other parties. | 0.20 | 400.00 | $80.00 |
| 06/16/21 | MAH | Phone conference with counsel for Chapter 7 trustee regarding filing motion for relief. | 0.20 | 400.00 | $80.00 |
| 06/21/21 | MAH | Email exchange with counsel for Chapter 7 trustee regarding issues relative to motion for relief. | 0.20 | 400.00 | $80.00 |
| 06/25/21 | MAH | Phone conference with counsel for Debtor regarding issues relative to status conference. | 0.20 | 400.00 | $80.00 |

| | |
|---|---|
| Total Hours: | 0.80 |
| Total Labor: | $320.00 |
| **Total Invoice Amount:** | **$320.00** |
| **Total Amount Due:** | **$320.00** |

## User Summary

| User | Hrs | Rate | Amount |
|---|---|---|---|
| Melissa A.  Haselden | 0.80 | @ 400.000 | 320.00 |

# Haselden Farrow PLLC

**700 Milam, Suite 1300**
**Pennzoil Place**
**Houston, TX 77002**

Invoice submitted to:

**In re Scott  Van Dyke**
c/o Tran Singh LLP
2502 La Branch St
Houston, TX 77004
Email: stran@ts-llp.com

# Invoice # 11632

| | |
|---|---|
| Invoice Date: | 08/30/21 |
| Terms: | Ct Approval Required |
| Services Through: | 06/30/21 |

Description  Trustee for Scott Van Dyke  Matter 160 - Retention of Professionals

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|-----|-----------------|-----------|------|--------|
| 06/28/21 | MAH | Email exchange with Ms. Tran regarding application to employ firm as Debtor's counsel. | 0.10 | 400.00 | $40.00 |

| | |
|---|---|
| Total Hours: | 0.10 |
| Total Labor: | $40.00 |
| **Total Invoice Amount:** | **$40.00** |
| **Total Amount Due:** | **$40.00** |

## User Summary

| User | Hrs | Rate | Amount |
|------|-----|------|--------|
| Melissa A.  Haselden | 0.10 | @ 400.000 | 40.00 |

# Haselden Farrow PLLC
**700 Milam, Suite 1300**
**Pennzoil Place**
**Houston, TX 77002**

Invoice submitted to:

**In re Scott  Van Dyke**
c/o Tran Singh LLP
2502 La Branch St
Houston, TX 77004
Email: stran@ts-llp.com

**Invoice # 11633**

| | |
|---|---|
| Invoice Date: | 08/30/21 |
| Terms: | Ct Approval Required |
| Services Through: | 07/31/21 |

Description   Trustee for Scott Van Dyke  Matter 110 - Case administration

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/21 | MAH | Prepare for and attend initial Debtor interview. | 0.50 | 400.00 | $200.00 |
| 07/07/21 | MAH | Review initial debtor packet. | 0.20 | 400.00 | $80.00 |
| 07/07/21 | MAH | Attend initial debtor interview. | 0.70 | 400.00 | $280.00 |
| 07/22/21 | MAH | Attend status conference. | 0.30 | 400.00 | $120.00 |

| | |
|---|---|
| Total Hours: | 1.70 |
| Total Labor: | $680.00 |
| **Total Invoice Amount:** | **$680.00** |
| **Total Amount Due:** | **$680.00** |

## User Summary

| User | Hrs | Rate | Amount |
|---|---|---|---|
| Melissa A.  Haselden | 1.70 | @ 400.000 | 680.00 |

# Haselden Farrow PLLC
**700 Milam, Suite 1300**
**Pennzoil Place**
**Houston, TX 77002**

Invoice submitted to:

**In re Scott  Van Dyke**

c/o Tran Singh LLP
2502 La Branch St
Houston, TX 77004
Email: stran@ts-llp.com

Description  Trustee for Scott Van Dyke Matter 140 - Relief from Stay

## Invoice # 11634

| | |
|---|---|
| Invoice Date: 08/30/21 | |
| Terms: | Ct Approval Required |
| Services Through: 07/31/21 | |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 07/07/21 | MAH | Attend hearing on Motion for Relief. | 0.50 | 400.00 | $200.00 |
| 07/07/21 | MAH | Email exchange with Judge Gilmore's case manager regarding status conference. | 0.20 | 400.00 | $80.00 |
| 07/16/21 | MAH | Attend status conference in Judge Gilmore's court. | 1.30 | 400.00 | $520.00 |
| 07/19/21 | MAH | Attend 341 meeting of creditors. | 1.30 | 400.00 | $520.00 |

| | |
|---|---|
| Total Hours: | 3.30 |
| Total Labor: | $1,320.00 |
| **Total Invoice Amount:** | **$1,320.00** |
| **Total Amount Due:** | **$1,320.00** |

## User Summary

| User | Hrs | Rate | Amount |
|---|---|---|---|
| Melissa A.  Haselden | 3.30 | @ 400.000 | 1,320.00 |

## Haselden Farrow PLLC
**700 Milam, Suite 1300**
**Pennzoil Place**
**Houston, TX 77002**

Invoice submitted to:

**In re Scott VanDyke**
c/o Tran Singh LLP
2502 La Branch St
Houston, TX 77004
Email: stran@ts-llp.com

# Invoice # 11726

| | |
|---|---|
| Invoice Date: 09/10/21 | |
| Terms: | Ct Approval Required |
| Services Through: 08/31/21 | |

Description  2229 - Trustee for Scott Van Dyke140 - Relief from Automatic Stay

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 08/24/21 | MAH | Attend hearing on Motion for Reilef filed by Dr. Noel. | 0.50 | 400.00 | $200.00 |

| | |
|---|---|
| Total Hours: | 0.50 |
| Total Labor: | $200.00 |
| **Total Invoice Amount:** | **$200.00** |
| **Total Amount Due:** | **$200.00** |

## User Summary

| User | Hrs | Rate | Amount |
|---|---|---|---|
| Melissa A.  Haselden | 0.50 | @ 400.000 | 200.00 |

Page: 1 of 1

**Haselden Farrow PLLC**
**700 Milam, Suite 1300**
**Pennzoil Place**
**Houston, TX 77002**

Invoice submitted to:

**In re Scott  VanDyke**
c/o Tran Singh LLP
2502 La Branch St
Houston, TX 77004
Email: stran@ts-llp.com

Description  2229 - Trustee for Scott Van Dyke110 - Case Administration

**Invoice # 11725**

| | |
|---|---|
| Invoice Date: | 09/10/21 |
| Terms: | Ct Approval Required |
| Services Through: | 08/30/21 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|------|----------------------|-----------|--------|---------|
| 08/05/21 | MAH | Review amended schedules. | 0.20 | 400.00 | $80.00 |

| | |
|---|---|
| Total Hours: | 0.20 |
| Total Labor: | $80.00 |
| **Total Invoice Amount:** | **$80.00** |
| **Total Amount Due:** | **$80.00** |

### User Summary

| User | Hrs | Rate | Amount |
|------|-----|------------|--------|
| Melissa A.  Haselden | 0.20 | @ 400.000 | 80.00 |

**Haselden Farrow PLLC**
**700 Milam, Suite 1300**
**Pennzoil Place**
**Houston, TX 77002**

Invoice submitted to:

**In re Scott  VanDyke**
c/o Tran Singh LLP
2502 La Branch St
Houston, TX 77004
Email: stran@ts-llp.com

**Invoice # 11718**

| | |
|---|---|
| Invoice Date: | 11/12/21 |
| Terms: | Ct Approval Required |
| Services Through: | 09/30/21 |

Description    2229 - Trustee for Scott Van DykeMatter 110 - Case Administration

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 09/07/21 | MAH | Review operating reports. | 0.10 | 400.00 | $40.00 |

| | |
|---|---|
| Total Hours: | 0.10 |
| Total Labor: | $40.00 |
| **Total Invoice Amount:** | **$40.00** |
| Previous Balance: | $2,880.00 |
| **Total Amount Due:** | **$2,920.00** |

**User Summary**

| User | Hrs | Rate | Amount |
|---|---|---|---|
| Melissa A.  Haselden | 0.10 | @ 400.000 | 40.00 |

**Haselden Farrow PLLC**
**700 Milam, Suite 1300**
**Pennzoil Place**
**Houston, TX 77002**

Invoice submitted to:

**In re Scott  VanDyke**
c/o Tran Singh LLP
2502 La Branch St
Houston, TX 77004
Email: stran@ts-llp.com

Description  2229 - Trustee for Scott Van Dyke190 - Litigation Matters

# Invoice # 11719

| | |
|---|---|
| Invoice Date: 11/12/21 | |
| Terms: | Ct Approval Required |
| Services Through: 09/30/21 | |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 09/29/21 | MAH | Review notice of entry of order on motion for summary judgment. | 0.10 | 400.00 | $40.00 |

| | |
|---|---|
| Total Hours: | 0.10 |
| Total Labor: | $40.00 |
| **Total Invoice Amount:** | **$40.00** |
| **Total Amount Due:** | **$40.00** |

## User Summary

| User | Hrs | Rate | Amount |
|---|---|---|---|
| Melissa A.  Haselden | 0.10 | @ 400.000 | 40.00 |

**Haselden Farrow PLLC**
**700 Milam, Suite 1300**
**Pennzoil Place**
**Houston, TX 77002**

Haselden Farrow PLLC

Invoice submitted to:

**In re Scott  VanDyke**
c/o Tran Singh LLP
2502 La Branch St
Houston, TX 77004
Email: stran@ts-llp.com

**Invoice # 11720**

| | |
|---|---|
| Invoice Date: 11/12/21 | |
| Terms: | Ct Approval Required |
| Services Through: 10/31/21 | |

Description  2229 - Trustee for Scott Van Dyke

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|-----|-----------------|-----------|------|--------|
| 10/15/21 | MAH | Review notice of status conference. | 0.10 | 400.00 | $40.00 |
| 10/15/21 | MAH | Prepare for and attend status conference in Debtor's business case. | 0.50 | 400.00 | $200.00 |

| | |
|---|---|
| Total Hours: | 0.60 |
| Total Labor: | $240.00 |
| **Total Invoice Amount:** | **$240.00** |
| **Total Amount Due:** | **$240.00** |

**User Summary**

| User | Hrs | Rate | Amount |
|------|-----|------|--------|
| Melissa A.  Haselden | 0.60 | @ 400.000 | 240.00 |

Page: 1 of 1

**Haselden Farrow PLLC**
**700 Milam, Suite 1300**
**Pennzoil Place**
**Houston, TX 77002**

Invoice submitted to:

**Invoice # 11721**

**In re Scott  VanDyke**
c/o Tran Singh LLP
2502 La Branch St
Houston, TX 77004
Email: stran@ts-llp.com

| | |
|---|---|
| Invoice Date: 11/12/21 | |
| Terms: | Ct Approval Required |
| Services Through: 10/31/21 | |

Description    2229 - Trustee for Scott Van Dyke140 - Relief from Automatic Stay

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|-----|-----------------|-----------|------|--------|
| 10/05/21 | MAH | Phone conference and email exchange with counsel Chapter 7 trustee regarding status of litigation. | 0.30 | 400.00 | $120.00 |

| | |
|---|---|
| Total Hours: | 0.30 |
| Total Labor: | $120.00 |
| **Total Invoice Amount:** | **$120.00** |
| **Total Amount Due:** | **$120.00** |

### User Summary

| User | Hrs | Rate | Amount |
|------|-----|------|--------|
| Melissa A.  Haselden | 0.30 | @ 400.000 | 120.00 |

**Haselden Farrow PLLC**
**700 Milam, Suite 1300**
**Pennzoil Place**
**Houston, TX 77002**

Invoice submitted to:

**In re Scott  VanDyke**
c/o Tran Singh LLP
2502 La Branch St
Houston, TX 77004
Email: stran@ts-llp.com

### Invoice # 11722

| | |
|---|---|
| Invoice Date: 11/12/21 | |
| Terms: | Ct Approval Required |
| Services Through: 10/31/21 | |

Description  2229 - Trustee for Scott Van Dyke320 - Plan

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|-----|----------------|-----------|------|--------|
| 10/13/21 | MAH | Email exchange with counsel for Debtor regarding status of plan in light of recent orders. | 0.20 | 400.00 | $80.00 |
| 10/15/21 | MAH | Email exchange with Debtor's counsel and litigation parties regarding plan status. | 0.30 | 400.00 | $120.00 |

| | |
|---|---|
| Total Hours: | 0.50 |
| Total Labor: | $200.00 |
| **Total Invoice Amount:** | **$200.00** |
| **Total Amount Due:** | **$200.00** |

### User Summary

| User | Hrs | Rate | Amount |
|------|-----|------|--------|
| Melissa A.  Haselden | 0.50 | @ 400.000 | 200.00 |

**Haselden Farrow PLLC**
**700 Milam, Suite 1300**
**Pennzoil Place**
**Houston, TX 77002**

Invoice submitted to:

**In re Scott  VanDyke**
c/o Tran Singh LLP
2502 La Branch St
Houston, TX 77004
Email: stran@ts-llp.com

**Invoice # 11723**

| | |
|---|---|
| Invoice Date: 12/15/21 | |
| Terms: | Ct Approval Required |
| Services Through: 11/30/21 | |

Description  2229 - Trustee for Scott Van Dyke110 - Case Administration

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|-----|-----------------|-----------|------|--------|
| 11/01/21 | MAH | Review operating report. | 0.10 | 400.00 | $40.00 |
| 11/01/21 | MAH | Review operating report for August. | 0.10 | 400.00 | $40.00 |
| 11/02/21 | MAH | Attend status conference. | 0.60 | 400.00 | $240.00 |
| 11/02/21 | MAH | Phone conference with counsel for Debtor regarding issues relative to status conference. | 0.20 | 400.00 | $80.00 |
| 11/08/21 | MAH | Review order on motion for relief and notice of rule 2004 exam. | 0.20 | 400.00 | $80.00 |
| 11/24/21 | MAH | Review operating report for October. | 0.10 | 400.00 | $40.00 |

| | |
|---|---|
| Total Hours: | 1.30 |
| Total Labor: | $520.00 |
| **Total Invoice Amount:** | **$520.00** |
| **Total Amount Due:** | **$520.00** |

## User Summary

| User | Hrs | Rate | Amount |
|------|-----|------|--------|
| Melissa A.  Haselden | 1.30 | @ 400.000 | 520.00 |

# Haselden Farrow PLLC
**700 Milam, Suite 1300**
**Pennzoil Place**
**Houston, TX 77002**

Invoice submitted to:

**In re Scott  VanDyke**
c/o Tran Singh LLP
2502 La Branch St
Houston, TX 77004
Email: stran@ts-llp.com

# Invoice # 11724

| | |
|---|---|
| Invoice Date: 12/15/21 | |
| Terms: | Ct Approval Required |
| Services Through: 11/30/21 | |

Description  2229 - Trustee for Scott Van Dyke320 - Plan

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|----|-----------------|-----------|------|--------|
| 11/02/21 | MAH | Initial review of Chapter 11 plan. | 0.30 | 400.00 | $120.00 |
| 11/04/21 | MAH | Review order continuing plan confirmation. | 0.10 | 400.00 | $40.00 |
| 11/04/21 | MAH | Phone conference and email with Mr. Elder regarding issues relative to Debtor's Chapter 11 plan. | 0.30 | 400.00 | $120.00 |
| 11/05/21 | MAH | Phone conference and email with counsel for Dr. Noel regarding issues relative to Debtor's Chapter 11 plan. | 0.30 | 400.00 | $120.00 |
| 11/18/21 | MAH | Review emergency motion to continue confirmation hearing and objection thereto. | 0.20 | 400.00 | $80.00 |
| 11/22/21 | MAH | Review various email from Debtor's counsel and litigation parties regarding continuation of confirmation hearing. | 0.30 | 400.00 | $120.00 |
| 11/23/21 | MAH | Review agreed order continuing plan confirmation. | 0.10 | 400.00 | $40.00 |

| | |
|---|---|
| Total Hours: | 1.60 |
| Total Labor: | $640.00 |
| **Total Invoice Amount:** | **$640.00** |
| **Total Amount Due:** | **$640.00** |

## User Summary

| User | Hrs | Rate | Amount |
|------|-----|------|--------|
| Melissa A.  Haselden | 1.60 | @ 400.000 | 640.00 |

# Haselden Farrow PLLC
**700 Milam, Suite 1300**
**Pennzoil Place**
**Houston, TX 77002**

Invoice submitted to:

**In re Scott  VanDyke**
c/o Tran Singh LLP
2502 La Branch St
Houston, TX 77004
Email: stran@ts-llp.com

Description  2229 - Trustee for Scott Van DykeMatter 320 - Chapter 11 Plan

**Invoice # 11727**

| | |
|---|---|
| Invoice Date: 01/07/22 | |
| Terms: | Ct Approval Required |
| Services Through: 12/31/21 | |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 12/07/21 | MAH | Email exchange with counsel for Debtor and counsel for Trustee regarding continuance of plan confirmation and related deposition. | 0.30 | 400.00 | $120.00 |
| 12/13/21 | MAH | Review amended Chapter 11 plan. | 0.20 | 400.00 | $80.00 |
| 12/14/21 | MAH | Phone conference with Debtor's counsel regarding confirmation objections. | 0.30 | 400.00 | $120.00 |
| 12/14/21 | MAH | Prepare for and attend Zoom conference to discuss plan issues. | 0.30 | 400.00 | $120.00 |
| 12/14/21 | MAH | Email exchange with Debtor's counsel and counsel for Chapter 7 trustee regarding  plan issues. | 0.20 | 400.00 | $80.00 |
| 12/14/21 | MAH | Attend hearing on plan confirmation. | 0.50 | 400.00 | $200.00 |

| | |
|---|---|
| Total Hours: | 1.80 |
| Total Labor: | $720.00 |
| **Total Invoice Amount:** | **$720.00** |
| **Total Amount Due:** | **$720.00** |

## User Summary

| User | Hrs | Rate | Amount |
|---|---|---|---|
| Melissa A.  Haselden | 1.80 | @ 400.000 | 720.00 |