IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO. 21-60052 |
| SCOTT VAN DYKE, | § § § § | CHAPTER 11 (Sub V) |
| DEBTOR. | § § § | |

**NOTICE OF FILING SUBCHAPTER V TRUSTEE,
MELISSA A. HASELDEN, FIRST AND FINAL FEE APPLICATION**

YOU ARE HEREBY NOTIFIED that on February 26, 2022, Melissa A. Haselden, Subchapter V Trustee, filed her First and Final Fee Application for Allowance of Compensation [Doc. No. 139] (the "**Application**") for services it provided to the Debtor. The Application has been filed pursuant to 11 U.S.C. § 330, and covers professional services rendered to the Debtor and reimbursement of expenses for the period June 01, 2021 to January 31, 2022.

The Trustee requests that the Court approve on a final basis $5,680.00 in fees, $0.00 in expenses, and $600.00 for the preparation, service and prosecution of the Application for a total amount of $6,280.00.

A copy of the Application has been filed with the Clerk of the United States Bankruptcy Court for the Southern District of Texas, Houston Division, at 515 Rusk Avenue, Rm 400, Houston, Texas 77002, and may be examined during its normal business hours.

DATED:   February 26, 2022               Respectfully submitted,

                                          **HASELDEN FARROW PLLC**

                                          By: */s/ Melissa A. Haselden*
                                          Melissa A. Haselden
                                          State Bar No. 00794778
                                          700 Milam, Suite 1300
                                          Pennzoil Place
                                          Houston, Texas 77002
                                          Telephone: (832) 819-1149
                                          Facsimile: (866) 405-6038
                                          mhaselden@haseldenfarrow.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2022, a copy of the foregoing *Notice of Filing First and Final Fee Application of Melissa A. Haselden, Subchapter V Trustee, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtor for the Period from June 01, 2021 and January 31, 2022* has been served via through the ECF system to the parties listed below.

**21-60052 Notice will be electronically mailed to:**
Travis Clayton Badger on behalf of Creditor Cadence Bank, N.A.
bkcy@badgerlawoffice.com

Reese W Baker on behalf of Creditor Reese Baker
courtdocs@bakerassociates.net,
i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net

Allison D Byman
adb@bymanlaw.com,
adb@trustesolutions.net;rww.trustee1@gmail.com;cadb11@trustesolutions.net;rah@bymanlaw.com

John P Dillman on behalf of Creditor Harris County, et al.
Houston_bankruptcy@publicans.com

David S Elder on behalf of Creditor Michael L. Noel
dselder@foley.com, rdiep@foley.com;david-elder-1574@ecf.pacerpro.com

William Fred Hagans on behalf of Creditor Eva S. Engelhart, Chapter 7 Trustee
fhagans@hagans.law,
nwidmann@hagans.law;jaguilar@hagans.law;reiszner@hagans.law;ckulhanek@hagans.law;kmontgomery@hagans.law

Julie Goodrich Harrison on behalf of Creditor Anzar Settlement Funding Corp.
julie.harrison@nortonrosefulbright.com

Julie Goodrich Harrison on behalf of Creditor Littlemill Limited
julie.harrison@nortonrosefulbright.com

Julie Goodrich Harrison on behalf of Creditor Prosperity Settlement Funding, Inc.
julie.harrison@nortonrosefulbright.com

Julie Goodrich Harrison on behalf of Creditor Andrea Lore
julie.harrison@nortonrosefulbright.com

Julie Goodrich Harrison on behalf of Creditor Eva S. Engelhart, Chapter 7 Trustee

julie.harrison@nortonrosefulbright.com

Melissa A Haselden
mhaselden@haseldenfarrow.com,
haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com

Dale Robert Mellencamp on behalf of Creditor Builders West, Inc.
dmellencamp@bairhilty.com

Robert W. Miller on behalf of Creditor Philadelphia Indemnity Insurance Company
rmiller@manierherod.com

Leann Opotowsky Moses on behalf of Creditor Forest Home Plantation, LLC
moses@carverdarden.com, Langley@carverdarden.com;8167471420@filings.docketbird.com

Ha Minh Nguyen on behalf of U.S. Trustee US Trustee
ha.nguyen@usdoj.gov

Michael Kevin Riordan on behalf of Plaintiff Michael L. Noel
mriordan@foley.com, rdiep@foley.com;mike-riordan-8644@ecf.pacerpro.com

Michael Kevin Riordan on behalf of Plaintiff Sue Noel
mriordan@foley.com, rdiep@foley.com;mike-riordan-8644@ecf.pacerpro.com

Jayson B. Ruff on behalf of U.S. Trustee US Trustee
jayson.b.ruff@usdoj.gov

Brendon D Singh on behalf of Debtor Scott Vincent Van Dyke
Bsingh@ts-llp.com, ecf@ctsattorneys.com;corraltransinghllp@jubileebk.net

Susan Tran Adams on behalf of Debtor Scott Vincent Van Dyke
susan.tran@ctsattorneys.com, ecf@ctsattorneys.com;corraltransinghllp@jubileebk.net

Susan Tran Adams on behalf of Defendant Scott Vincent Van Dyke
susan.tran@ctsattorneys.com, ecf@ctsattorneys.com;corraltransinghllp@jubileebk.net

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Jett Williams, III on behalf of Creditor Henke, Williams & Boll, LLP
jwilliams@henkelawfirm.com, vclark@henkelawfirm.com

/s/ Melissa A. Haselden
Melissa A. Haselden