IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: § | |
| § | Subchapter V |
| Scott Vincent Van Dyke § | |
| § | Case No. 21-60052 |
| Debtor. § | **Christopher M. Lopez** |

## Chapter 11 Fee Application Summary

| | | |
|---|---|---|
| **Name of Applicant:** | Tran Singh, LLP | |
| **Applicant's Role in Case:** | Counsel for Scott Vincent Van Dyke | |
| **Date Order of Employment Signed:** | 7/1/2021  [Docket No. 20] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 5/25/2021 | 1/31/2022 |
| **Time period(s) covered by prior Applications:** | n/a | n/a |
| **Total amounts awarded in all prior Applications:** | | n/a |
| **Total fees requested in this Application:** | | $42,896.20 |
| **Total professional fees requested in this Application:** | | $42,868.50 |
| **Total actual professional hours covered by this Application:** | | 113.4 |
| **Average hourly rate for professionals:** | | $375.00-$425 |
| **Total paraprofessional fees requested in this Application:** | | $976.50 |
| **Total actual paraprofessional hours covered by this Application:** | | 10.28 |
| **Average hourly rate for paraprofessionals:** | | $95.00 |
| **Reimbursable expenses sought in this application:** | | $27.70 |
| **Total to be Paid to Priority Unsecured Creditors:** | | unknown |
| **Anticipated % Dividend to Priority Unsecured Creditors:** | | unknown |
| **Total to be Paid to General Unsecured Creditors:** | | unknown |
| **Anticipated % Dividend to General Unsecured Creditors:** | | unknown |
| **Date of Confirmation Hearing:** | | N/A |
| **Indicate whether plan has been confirmed:** | | N |