IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 (Converted) |
| SCOTT VINCENT VAN DYKE, | § | |
| | § | |
| | § | Case No. 21-60052 |
| DEBTOR. | § | Hon. Christopher M. Lopez |

**ORDER GRANTING BUILDERS WEST, INC.'S MOTION TO DISMISS CASE**
[Relates to Doc. No. **145**]

Upon the motion (the "Motion") [Doc. No. __] of Builders West, Inc. ("Builders West") for entry of an order pursuant to 11 U.S.C. §§ 707 and/or 305(a) (as may be applicable), dismissing the above-captioned chapter 7 bankruptcy case (the "Case") of Scott Vincent Van Dyke (hereinafter, "Van Dyke" or "Debtor") for cause, and the Court having determined that the legal and factual bases set forth in the Motion, and at the hearing held on the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, the Court finds that Case should thus be dismissed for cause pursuant to 11 U.S.C. §§ 707 and 305(a), and thus it is **HEREBY ORDERED THAT:**

1. Case No. 21-60052, *In re Scott Vincent Van Dyke*, pending before this Court, is hereby dismissed.

Signed _____

_____
THE HON. CHRISTOPHER LOPEZ
UNITED STATES BANKRUPTCY JUDGE