United States Bankruptcy Court
Southern District of Texas

**ENTERED**

April 06, 2022

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Subchapter V |
| Scott Vincent Van Dyke | § | |
| | § | Case No. 21-60052 |
| Debtor. | § | **Christopher M. Lopez** |

## STIPULATION AND ORDER AUTHORIZING EMPLOYMENT OF KROHN AS DEBTOR'S SPECIAL COUNSEL
(Relates to Docket No. 150)

**CAME ON FOR CONSIDERATION** the Application of **SCOTT VINCENT VAN DYKE**, Debtor in the above-captioned Chapter 11 case, for authority to employ Kenneth A. Krohn and Krohn PLLC (the "Application") as counsel in connection with probate proceedings of the estate of his deceased mother, Mary Theresa Connelly Van Dyke (the "Probate Proceeding"), and after the appointment of the undersigned chapter 7 trustee, Catherine Stone Curtis (the "Trustee"), the undersigned counsel for the Debtor and the Trustee having reached an agreement regarding the Application, with the Trustee and the Debtor collectively referred to as the Parties in this Stipulation and Order, stipulate that:

1. The Debtor is party to the Probate Proceeding;

2. The Debtor is in possession of certain personal property in his residence that he asserts belongs to the probate estate of Mary Theresa Connelly Van Dyke;

3. The Trustee asserts that the personal property in the Debtor's possession and control is property of the bankruptcy estate of Scott Vincent Van Dyke;

4. Without admitting either Parties' position is correct, or waiving any rights with respect to the above or any other issue raised in the Probate Proceeding or in this Court, the Parties agree to the Debtor hiring counsel in his individual capacity in the Probate Proceeding.  It is therefore

**ORDERED** that the Debtor is hereby authorized to employ Krohn to represent the Debtor solely in his individual capacity in connection with the probate proceedings in the estate of his deceased mother, Mary Theresa Connelly Van Dyke, effective as of the date of the filing of the Application. It is further

{00572608;1}

**ORDERED** that neither Krohn nor the Debtor shall have the authority to enter into any agreements related to the Probate Proceeding that would bind the bankruptcy estate of the Debtor or transfer or encumber any assets of property of the bankruptcy estate of the Debtor. Is it further

**ORDERED** that Krohn shall not be authorized to apply for compensation from the bankruptcy estate.

**IT IS FURTHER ORDERED** that Debtor shall be, and hereby is, authorized to retain and compensate Krohn in accordance with its letter of representation attached hereto as **Exhibit 1**, on an hourly fee basis and payable from assets in the Probate Proceeding that are not property of the bankruptcy estate.


Signed:  April 06, 2022

Christopher Lopez
United States Bankruptcy Judge


**AGREED AS TO FORM AND SUBSTANCE:**

**TRAN SINGH LLP**


*By: /s/ Susan Tran Adams*
Susan Tran Adams | TBN: 24075648
Brendon Singh | TBN: 24075646
2502 La Branch St.
Houston, TX 77004
Ph: (832) 975-7300
Fax: (832) 975-7301
Email: stran@ts-llp.com
Counsel for Debtor Scott Vincent Van Dyke

{00572608;1}

-   AND   -

**CHAPTER 7 TRUSTEE**

*By: /s/ Catherine Stone Curtis*
Catherine Stone Curtis
Pulman, Cappuccio & Pullen, LLP
TBN: 24074100
P.O. Box 720788
McAllen, Texas 78504
Ph:  (956) 467-1900 ext. 402
Fax:  (956) 331-2815
Email: ccurtis@pulmanlaw.com
Chapter 7 Trustee

{00572608;1}