UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 21-60052-CML |
| SCOTT VINCENT VAN DYKE | § | |
| Debtor(s) | § | Chapter 7 |

## NOTICE OF ABANDONMENT OF PROPERTY
## PURSUANT TO 11 U.S.C. §554 AND BANKRUPTCY RULE 6007

**FRBP 6007(a) Notice:** **A party in interest may file and serve an objection within 14 days of service, or within the time fixed by the Court. If a timely objection is made, the Court shall set a hearing on notice to the United States trustee and to other entities as the Court may direct. If the Court grants the motion, the order effects the trustee's or debtor in possession's abandonment without further notice, unless otherwise directed by the Court.**

Catherine S. Curtis, Trustee, files this Notice of Abandonment of Property Pursuant to 11 U.S.C. §554 and Bankruptcy Rule 6007, and would show as follows:

1. This case was filed on May 25, 2021 by Scott Vincent Van Dyke (the "Debtor"), and was subsequently converted to chapter 7 on or about January 31, 2022. The undersigned was appointed the chapter 7 trustee (the "Trustee"). The Trustee continued the §341 meeting of creditors held on March 24, 2022. The continued meeting is scheduled for April 28, 2022.

2. Anglo Dutch Energy LLC ("ADE"), debtor in bankruptcy case no. 21-60036, was the tenant on three (3) storage units with Big Tex Storage ("Big Tex") that contained documents, personal property such as photo albums, and furnishings. Upon information and belief, the trustee in the ADE case was able to retrieve the documents pertinent to ADE's case administration. Big Tex filed a Motion for Relief from Stay in the ADE case at Docket No. 106.

3. A proposed order was uploaded in the ADE case on February 8, 2022 [Docket No. 115] but was not entered until April 6, 2022. In the interim period, an auction was conducted by Big Tex of the items in storage consisting mainly of documents, furnishings, and other personal property items.

{00573877;1}

4. Big Tex took a photo inventory of what was included in the units prior to the auction and provided that information to the Trustee. Big Tex's counsel represented to the Trustee that the purchaser at auction bought the items in the unit for approximately $216.

5. The Trustee, in investigating the potential claims under Section 549 of the Bankruptcy Code of this Estate, had an auctioneer review the photos of the items in the storage units. The Trustee is of the information and belief that pursuing such a cause of action would be burdensome for the estate and not result in any equity to distribute to creditors. The Trustee also believes that selling such a cause of action to the Debtor would be of *de minimus* value based on the items that were in the storage units[1] and the amount paid by the purchaser for the items at auction.

6. The Trustee believes that the Property and the proceeds thereof are therefore burdensome and of inconsequential value and benefit to the estate and should be abandoned pursuant to 11 U.S.C. § 554.

7. The Trustee gives notice that she affirmatively abandons the Property and the proceeds thereof.

WHEREFORE, PREMISES CONSIDERED, Catherine S. Curtis, Chapter 7 Trustee, prays that the Property and the proceeds be abandoned from the estate and for other just relief.

---

[1] The Trustee takes the position that any failure by the Debtor in this case to keep or maintain recorded information, including books, documents, records and papers, from which the Debtor's financial condition may be ascertained, or a failure by the Debtor to explain a loss or deficiency of assets related to the documents that may have been in the storage units, is an issue separate and apart from the abandonment being sought here. The Trustee does not take the position that this abandonment would preclude any arguments that the Debtor failed in his duties to maintain documents or other information.

{00573877;1}

          Respectfully submitted,

Date: April 12, 2022

*/S/CATHERINE STONE CURTIS*
Catherine Stone Curtis
TBN: 24074100
Federal ID No.: 1129434
Pulman, Cappuccio & Pullen, LLP
P.O. Box 720788
McAllen, TX 78504
Ph: (956) 467-1900
Fax: (956) 331-2815
Email: ccurtis@pulmanlaw.com
**Chapter 7 Trustee**

{00573877;1}

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served on the counsel for debtor and the United States Trustee by electronic service according to BR 9003 on April 12, 2022.

**VIA ELECTRONIC NOTICE:**
**U.S. Trustee**
US Trustee
606 N Carancahua Ste 1107
Corpus Christi, TX 78401

**VIA ELECTRONIC NOTICE AND VIA FIRST CLASS MAIL:**
*Debtor(s)*
Scott Vincent Van Dyke
1515 South Boulevard
Houston, TX 77006

*Debtor's Counsel*
BRENDON D SINGH
TRAN SINGH, LLP
2502 LA BRANCH STREET
HOUSTON, TX 77004

And to all parties on the attached matrix.

/S/CATHERINE STONE CURTIS
Catherine Stone Curtis

{00573877;1}

AmeriCredit/GM Financial
Attn: Bankruptcy
PO Box 183853
Arlington, TX 76096-3853

Bank of America
4909 Savarese Circle FL1-908-01-50
Tampa, FL 33634-2413

Big Tex Storage
3480 Ella
Houston, TX 77018-6136

Brendon D Singh
Tran Singh, LLP
2502 La Branch Street
Houston, TX 77004-1028

Builders West Inc.
8905 Friendship
Houston, TX 77080-4111

Cadence/Superior Bank
Operations Center
2100 3rd Ave N
Birmingham, AL 35203

Catherine Stone Curtis
Pulman, Cappuccio & Pullen, LLP
P.O. Box 720788
McAllen, TX 78504-0788

Central Portfolio Control
Attn: Bankruptcy
10249 Yellow Circle Dr Ste 200
Minnetonka, MN 55343-9111

Citibank
Citicorp Credit Srvs/Centralized Bk dept
PO Box 790034
St Louis, MO 63179-0034

City of Houston Public Works
Attn: Effie Green
4200 Leeland
Houston, TX 77023-3016

ECHELON ANALYTICS
ATTN MALINDA PISCIOTTA
1717 MAIN STREET STE 3380
DALLAS TX 75201-7364

Encore Bank
Nine Greenway Plaza
Houston, TX 77046-0905

Forest Home Plantation, LLC
c/o Leann O. Moses
1100 Poydras Street Ste 3100
New Orleans, LA 70163-1102

Harris County et al.
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Henke, Williams & Boll, LLP
2929 Allen Pkwy Ste 3900
Houston, TX 77019-7125

Johns & Hebert PLLC
f/k/a Johns & Counsel PL
2028 East Ben White Blvd Ste 240
Austin, TX 78741-6931

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE
TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue Ste 100
Boca Raton, FL 33487-2853

Libertas Funding LLC
382 Greenwich Ave Ste 2
Greenwich, CT 06830-6501

Michael L. Noel
12222 Taylorcrest
Houston, TX 77024-4247

PHOENIX FINANCIAL SERVICES
LLC
PO BOX 361450
INDIANAPOLIS IN 46236-1450

PNC BANK RETAIL LENDING
PO BOX 94982
CLEVELAND OH 44101-4982

Reese Baker
Baker & Assoc.
950 Echo Lane Ste 300
Houston, TX 77024-2824

Scott Vincent Van Dyke
1515 South Boulevard
Houston, TX 77006-6335

Susan Tran Adams
Tran Singh LLP
2502 La Branch Street
Houston, TX 77004-1028

TMX FINANCE LLC
FORMERLY TITLEMAX
15 BULL STREET STE 200
SAVANNAH GA 31401-2686

US Trustee
Office of the US Trustee
515 Rusk Ave Ste 3516
Houston, TX 77002-2604

Wells Fargo Bank N.A., d/b/a Wells
Fargo Aut
PO Box 130000
Raleigh, NC 27605-1000

Wells Fargo Dealer Services
Attn: Bankruptcy
1100 Corporate Center D
Raleigh, NC 27607-5066