IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| SCOTT VINCENT VAN DYKE | § § | CASE NO. 21-60052 CHAPTER 7 |
| DEBTOR | § § | JUDGE CHRISTOPHER M. LOPEZ |

CHAPTER 7 TRUSTEE'S WITNESS AND EXHIBIT LIST
FOR APRIL 21, 2022 HEARING

| WITNESS(ES) (may call): | |
|---|---|
| 1.  Catherine S. Curtis | **Judge**: Honorable Christopher M. Lopez |
| 2.  Any rebuttal and/or impeachment witnesses; | **Hearing Date**: April 21, 2022 |
| 3.  All persons listed on the witness list of any other party. | **Hearing Time**: 10:00 a.m. CT |
| | **Party's Name**: Catherine Stone Curtis, as Chapter 7 Trustee for the estate of Scott Vincent Van Dyke ("Chapter 7 Trustee") |
| | **Proposed General Counsel**:<br><br>Lynn Hamilton Butler<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701<br>512-479-9758; 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 fax<br>Email: lynn.butler@huschblackwell.com |
| | **Nature of Proceeding**: Trustee's Emergency Motion to Extend Time to Assume or Reject Executory Contracts [Dkt. No. 147] |

HB: 4883-4589-2892.1

**EXHIBIT LIST**

| Exhibit No. | Description | MARKED | OFFERED | OBJECT | ADMIT | DATE | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| T-1 | Email between Trustee and Debtor's Counsel dated 3/24/2022 re: 341 Creditor Meeting | | | | | | |
| T-2 | Schedules A-J [Dkt. 27, pp. 17-59] | | | | | | |
| T-3 | Statement of Financial Affairs [Dkt. 27, pp. 60-76] | | | | | | |
| T-4 | Case Docket dated 4/19/2022 | | | | | | |
| | Any exhibits listed by any other party | | | | | | |
| | Any exhibits necessary for rebuttal or impeachment | | | | | | |

Dated:  April 19, 2022                                       Respectfully submitted,

By  /s/Catherine Stone Curtis_____
   Catherine Stone Curtis
   State Bar No. 24074100
   P.O. Box 720788
   McAllen, Texas 78504
   (956) 467-1900; (956) 331-2815 fax

**Chapter 7 Trustee**

**HUSCH BLACKWELL LLP**

By:  /s/ Lynn Hamilton Butler
   Lynn Hamilton Butler
   State Bar No. 03527350
   111 Congress Avenue, Suite 1400
   Austin, Texas 78707
   (512) 479-9758; (512) 479-1101 fax
   Email:  lynn.butler@huschblackwell.com

**Proposed General Counsel**

HB: 4883-4589-2892.1

**CERTIFICATE OF SERVICE**

      I certify that on the 19th day of April 2022, a true and correct copy of the foregoing was served on the Debtor, counsel for the Debtor, the Trustee and the US Trustee via regular US Mail, unless otherwise served by the CM-ECF system.

                                            /s/ Lynn Hamilton Butler
                                            Lynn Hamilton Butler

HB: 4883-4589-2892.1