United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 21, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In RE: | § § § | |
| SCOTT VINCENT VAN DYKE, | § § | CASE NO. 21-60052-CML |
| Debtor. | § | CHAPTER 7 |

### ORDER GRANTING TRUSTEE'S EMERGENCY MOTION TO EXTEND TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS
**[Related to Docket No. 147]**

CAME ON FOR CONSIDERATION the *Trustee's Emergency Motion to Extend Time to Assume or Reject Executory Contracts* (the "Motion"), and after notice and opportunity for hearing, the Court finds that (i) jurisdiction and venue being proper; (ii) notice of the Motion being proper under the Federal Rules of Bankruptcy Procedure; (iii) the Motion is meritorious and should be GRANTED. It is therefore

ORDERED that the deadline for the Trustee to assume or reject executory contracts shall be extended to May 31, 2022.

Signed:  April 21, 2022

_____
Christopher Lopez
United States Bankruptcy Judge