**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number | **21-60052** | | |

☑ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1 **1515 South Boulevard**
   Street address, if available, or other description

   **Houston, TX 77006**
   City    State    ZIP Code

   **Harris**
   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number:  **TR 6 BROADACRES**

   Source of Value:  **HCAD value in civil dispute**

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | **$2,661,000.00** | **$2,661,000.00** |

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

   **Fee Simple**

   ☐ Check if this is community property
   (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.**...................  →  **$2,661,000.00**

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* **21-60052** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1 Make: | Chevrolet | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Model: | Silverado | ☑ Debtor 1 only | |
| Year: | 2016 | ☐ Debtor 2 only | |
| | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | 75000 | ☐ At least one of the debtors and another | |

| | | **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|---|---|
| Other information: | | $18,380.00 | $18,380.00 |

☐ **Check if this is community property** (see instructions)

If you own or have more than one, list here:

| 3.2 Make: | Chevrolet | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Model: | Tahoe | ☑ Debtor 1 only | |
| Year: | 2013 | ☐ Debtor 2 only | |
| | | ☐ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | 70000 | ☐ At least one of the debtors and another | |

| | | **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|---|---|
| Other information: | | $16,120.00 | $16,120.00 |

☐ **Check if this is community property** (see instructions)

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.......................................................... ➜

   | $34,500.00 |
   |---|

---

**Part 3:** Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe........

| See Attached. | | $14,008.00 |
|---|---|---|

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* 21-60052 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**7.   Electronics**

*Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe........   | See Attached. |   **$2,681.00**

**8.   Collectibles of value**

*Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☑ Yes. Describe........   | See Attached. |   **$1,505.00**

**9.   Equipment for sports and hobbies**

*Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe........   | See Attached. |   **$3,070.00**

**10.   Firearms**

*Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe........   | Glock G23 Compact .49, AR 15 Semi-Auto Rifle , ammunition & accessories |   **$1,173.00**

**11.   Clothes**

*Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe........   | See Attached. |   **$850.00**

**12.   Jewelry**

*Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe........   | See Attached. |   **$140.00**

**13.   Non-farm animals**

*Examples:*  Dogs, cats, birds, horses

☐ No
☑ Yes. Describe........   | Dogs (3) |   **$600.00**

**14.   Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Describe........   | |

**15.   Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ....................................................................................................➔   | **$24,027.00** |

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* **21-60052** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes.................................................................................................................................... Cash..............  _____

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes..................

    Institution name:

    17.1. Checking account:    **Frost Bank** _____    **$25.00** _____

    17.2. Checking account: _____    _____

    17.3. Savings account: _____    _____

    17.4. Savings account: _____    _____

    17.5. Certificates of deposit: _____    _____

    17.6. Other financial account: _____    _____

    17.7. Other financial account: _____    _____

    17.8. Other financial account: _____    _____

    17.9. Other financial account: _____    _____

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes..................

    Institution or issuer name:

    _____    _____

Debtor 1     **Scott**          **Vincent**          **Van Dyke**                    Case number *(if known)* **21-60052**
           First Name       Middle Name       Last Name

---

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them..................

| Name of entity: | % of ownership: | |
|---|---|---|
| Anglo-Dutch Energy, LLC | 65 % | $0.00 |
| Anglo-Dutch (Tenge), LLC | 65 % | ($16,275.68) |
| Angle-Dutch (Everest), LLC | 65 % | ($537,780.46) |
| Anglo-Dutch (Neftenge), LLC | 65 % | ($658.13) |
| Anglo-Dutch Energy Partners IV, LLC | 65 % | ($1,170.00) |
| American Oil & Gas, LLC | 65 % | ($2,822.63) |
| Trepador Energy, LLC | 100 % | $1,174,414.49 |
| Potomac Assets, LLC | 100 % | $400.00 |
| Texas Petroleum Operations, LLC | 100 % | ($864,637.72) |
| Burgoyne Investments, LLC | 100 % | $400.00 |
| Bashton Energy LLC | 75 % | ($229,161.05) |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..................

Issuer name:

_____          _____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately.

Type of account:          Institution name:

401(k) or similar plan:   _____          _____

Debtor 1    __Scott__     __Vincent__     __Van Dyke__      Case number *(if known)* __21-60052__

First Name      Middle Name      Last Name

Pension plan: _____    _____

IRA: _____    _____

Retirement account: _____    _____

Keogh: _____    _____

Additional account: _____    _____

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes.....................

Institution name or individual:

Electric: _____    _____

Gas: _____    _____

Heating oil: _____    _____

Security deposit on rental unit: _____    _____

Prepaid rent: _____    _____

Telephone: _____    _____

Water: _____    _____

Rented furniture: _____    _____

Other: _____    _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................

Issuer name and description:

_____    _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

Debtor 1    **Scott**          **Vincent**          **Van Dyke**          Case number *(if known)* **21-60052**
　　　　　　 First Name        Middle Name         Last Name

Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____    _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
information about them....    [                                    ]    _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
information about them....    [                                    ]    _____

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses,
professional licenses

☑ No
☐ Yes. Give specific
information about them....    [                                    ]    _____

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about
them, including whether you
already filed the returns and
the tax years......................    [              ]    Federal:    _____
　　　　　　　　　　　　　　　　　　　　　　　　　　State:      _____
　　　　　　　　　　　　　　　　　　　　　　　　　　Local:      _____

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information..........    [              ]    Alimony:              _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Maintenance:          _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Support:              _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Divorce settlement:   _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Property settlement:  _____

Debtor 1  **Scott**　　　　　　**Vincent**　　　　　**Van Dyke**　　　　　　Case number *(if known)* **21-60052**
　　　　　　First Name　　　　　Middle Name　　　　Last Name

---

30. **Other amounts someone owes you**

    *Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☐ No
    ☑ Yes. Give specific information..........

    | See Attached. |
    |---|

    **$308.35**

31. **Interests in insurance policies**

    *Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No
    ☐ Yes. Name the insurance company of each policy and list its value....

    Company name: _____   Beneficiary: _____   Surrender or refund value: _____

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No
    ☐ Yes. Give specific information..........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

    ☐ No
    ☑ Yes. Describe each claim...............

    | See Attached. |
    |---|

    **$0.00**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes. Describe each claim................

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information..........

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................................................➔

    | **($476,957.82)** |
    |---|

---

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

---

| Debtor 1 | Scott | Vincent | Van Dyke | Case number *(if known)* 21-60052 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe........

_____

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe........

_____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe........

_____

41. **Inventory**

☑ No
☐ Yes. Describe........

_____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe........

Name of entity:                                        % of ownership:

_____          _____%          _____

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ☑ No
   ☐ Yes. Describe........

_____

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.........

_____          _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**................................................................................................➔ | $0.00 |

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
**If you own or have an interest in farmland, list it in Part 1.**

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* **21-60052** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes........................   _____

48. **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific information.............   _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes..........................   _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes..........................   _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information.............   _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**...................................................................................→   **$0.00**

---

**Part 7:**  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information.............   _____   _____   _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here**......................................................→   **$0.00**

---

**Part 8:**  List the Totals of Each Part of this Form

Debtor 1    **Scott**          **Vincent**          **Van Dyke**                                    Case number *(if known)*  **21-60052**
                First Name         Middle Name          Last Name

---

55.  **Part 1: Total real estate, line 2**....................................................................................➔    |  **$2,661,000.00**  |

56.  **Part 2: Total vehicles, line 5**                              **$34,500.00**

57.  **Part 3: Total personal and household items, line 15**        **$24,027.00**

58.  **Part 4: Total financial assets, line 36**                   **($476,957.82)**

59.  **Part 5: Total business-related property, line 45**               **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**       **$0.00**

61.  **Part 7: Total other property not listed, line 54**    **+**        **$0.00**

62.  **Total personal property.** Add lines 56 through 61..............  | **($418,430.82)** |    Copy personal property total ➔ **+** | **($418,430.82)** |

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62................................................    | **$2,242,569.18** |

| Debtor 1 | Scott | Vincent | Van Dyke | | Case number *(if known)* 21-60052 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

# SCHEDULE A/B: PROPERTY
## Continuation Page

6.  **Household goods and furnishings**

| | |
|---|---|
| Laminated Side Table | $25.00 |
| Lamps (2) | $30.00 |
| GE Precise Simmer Gas Stove & Oven, KitchenAid Self-Cleaning Stacked Oven, Kenmore Gas Stove & Oven | $400.00 |
| Dishes, Cups, & Glasses | $400.00 |
| Fine China dinner plates, Salad Plates, Coffee Cups & Saucers | $50.00 |
| Silver Plated Trays, Silver Plated Servers (4) & Metal utensils | $3,000.00 |
| Mirror | $50.00 |
| Persian Rugs | $600.00 |
| Bathroom items | $50.00 |
| Linens, bedsheets, & towels | $100.00 |
| Black Leather Recliner | $65.00 |
| Kitchen Aid Dishwashers (2), LG Dishwasher, GE Dishwasher | $310.00 |
| GE Microwave, Sharp Carousel Microwave (2) | $80.00 |
| GE Profile Refrigerator, KitchenAid Built-in Refrigerator, Sub Zero Built-in Refrigerator (2) | $1,300.00 |
| Double Bed & frame | $100.00 |
| Laminated Chester Drawers | $50.00 |
| Laminated Nightstand | $25.00 |
| Whirlpool Washer (2) | $70.00 |
| Whirlpool Gas Dryer | $75.00 |
| Fold-out Sofa | $50.00 |
| Laminated Stereo Console | $50.00 |
| Stacked Whirlpool Washer & Electric Dryer | $400.00 |
| Magazine Table | $25.00 |
| Bookcase | $25.00 |
| High Wooden Chairs (2) | $50.00 |
| Kitchen Appliances (Water Distiller, 4 Slot Toaster, Breville Juicer, Cuisinart 14-Cup Food Processor, Crockpot, Scotsman Automatic Ice Machine, Knife Set (2)) | $458.00 |
| Pelonis Heater (2) & Fan (7) | $245.00 |
| Lemonade Dispenser, & Margarita Machine | $130.00 |
| Large Coffee Pots (2), Large Pots, & Glass Bowls | $70.00 |
| Table Skirts (20) | $100.00 |
| Ninja Kitchen System 1500 Watts | $60.00 |
| Farberware Compact Oil-less Fryer | $40.00 |
| Westinghouse 14.1 Digital Photo Frame | $40.00 |
| Drafting Table | $250.00 |
| Map Rack | $15.00 |
| Legal Filing Cabinets | $20.00 |
| Patio Chairs, Glass Top Outdoor Tables (2), Red Patio Umbrellas (18), Tan Patio Umbrellas (4), Lounge Chairs (4), Outdoor Side Tables (2), Folding Wood Chairs (73), Folding long Tables (6), Folding Round Tables (6), Fabric Low Back Chairs (5), Low Back Fabric Conference Chairs (10), Modern Guest Chairs (11) | $1,400.00 |
| Large Outside Urn (4), Clay Pots (11), Clay Roof Tiles | $800.00 |
| Igloos & Coolers | $100.00 |
| Extension Cords, Shovels, Rakes, Tools, Ladders (4), Trash Cans (2), Echo Blower, Traffic Cones | $400.00 |
| Stihl Edger, Toro Mower, 5 Gallon Gasoline Containers (12) | $270.00 |

Debtor 1    __Scott__    __Vincent__    __Van Dyke__                Case number *(if known)* __21-60052__
            First Name    Middle Name    Last Name

# SCHEDULE A/B: PROPERTY
Continuation Page

| | |
|---|---|
| Craftsman 5000w Generator, Champion 5000w Generator | $800.00 |
| Honda 13 HP Power Washer | $250.00 |
| Outdoor Fire Pit, Outdoor Fan (2) | $250.00 |
| Bench 6" Grinder & Tire Pump | $30.00 |
| File Cabinets Vertical 4 Drawer (5), File Cabinets Vertical 5 Drawer (2), File Cabinet Lateral 4 drawer (16), File Cabinet Lateral 5 drawer (2), Lateral Map Cabinet 10 drawer | $75.00 |
| Office Supplies & Misc. | $300.00 |
| Pots, Pans, Mics. Cooking Items | $150.00 |
| Trim 130 86" Trimmer | $75.00 |
| Misc. Items | $300.00 |

7.  Electronics

| | |
|---|---|
| Fujitsu fi-7160 Scanner | $125.00 |
| JBL Speaker, BOSE Multimedia speaker System | $100.00 |
| Camera (2) & accessories | $200.00 |
| Ativa Paper Shredder, & Fellowes 125Ci Shredder) | $80.00 |
| Dell PowerEdge T630 Server | $200.00 |
| Cell phones (2) & accessories | $100.00 |
| Televisions (32" LG TV, Small TV, 52" LG TV, 48" LG TV, 40" Bravia TV, 46" Sharp TV) | $525.00 |
| Stereo receiver & equipment | $100.00 |
| DVD player & CDs | $50.00 |
| Computers & Monitors (70" Sharp Computer Monitors (2), Dell Precision T1650 Computer, Dell Computer, Dell Monitor & Key Board (3), Dell 5820 Computer, Dell Monitors (3), Dell Precision Tower 3420 Computer, Dell Optiplex 3020 Computer) | $1,075.00 |
| HP Officejet 7410 All-in-one Printer, Kyocera Ecosys W7W Printer | $126.00 |

8.  Collectibles of value

| | |
|---|---|
| Books | $100.00 |
| Pictures | $5.00 |
| Art/paintings (Painting by Luke McConn (2), Crucifix, Deer Head, Mug of Winston Churchill, Small Santos, Pewter Antler Style Candlesticks) | $1,400.00 |

9.  Equipment for sports and hobbies

| | |
|---|---|
| Climbing & Camping Gear | $200.00 |
| Sports equipment (Dumbells, Hoist V5 Multi-Station Gym, Stationary Bike, Hoist Back Hyper, Walking Treadmill, Hoist Bench, Hoist Fitness Tree, Stairmaster, Punching Bag, Exercise Floor Matts, Bike Rack for Car, Trek Hybrid Bike (2), Mountain Bike, Croquet Sets, Skis, Ski Boots) | $2,870.00 |

11.  Clothes

| | |
|---|---|
| Wearing apparel, accessories, & shoes | $750.00 |

| Debtor 1 | __Scott__ | __Vincent__ | __Van Dyke__ | | Case number *(if known)* __21-60052__ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

# SCHEDULE A/B: PROPERTY
### Continuation Page

| | | |
|---|---|---|
| | __Eyewear__ | __$100.00__ |
| **12.** | **Jewelry** | |
| | __Nixon Watch, Cascio Watch, Tissot Watch__ | __$65.00__ |
| | __Cufflinks (3 Sets)__ | __$75.00__ |
| **30.** | **Other amounts someone owes you** | |
| | __Money loaned to Anglo-Dutch Petroleum, Inc. ($422,680.27 in Harris County District Court Registry)__ | __$0.00__ |
| | __Money loaned to Anglo-Dutch Energy, LLC__ | __$0.00__ |
| | __Money loaned to Texas Petroleum Operations, LLC__ | __$308.35__ |
| **33.** | **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment** | |
| | __Claim in Swonke Litigation__ | __$0.00__ |
| | __Potential malpractice lawsuit against Beck Redden, LLP__ | __unknown__ |
| | __Potential malpractice lawsuit against Johns & Counsel, PLLC__ | __unknown__ |

Fill in this information to identify your case:

Debtor 1 __Scott__ __Vincent__ __Van Dyke__
First Name   Middle Name   Last Name

Debtor 2 _____
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: __Southern District of Texas__

Case number   __21-60052__
(if known)

☑ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X __/s/ Scott Vincent Van Dyke__
Scott Vincent Van Dyke, Debtor 1

Date __04/26/2022__
MM/  DD/  YYYY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

IN RE:   **Van Dyke, Scott Vincent**                                        CASE NO   **21-60052**

CHAPTER      **Chapter 7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

 **Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 1. | Real Estate | $2,661,000.00 | $2,227,723.73 | $433,276.27 | $433,276.27 | $0.00 |
| 3. | Motor vehicle | $34,500.00 | $22,138.69 | $12,361.31 | $12,361.31 | $0.00 |
| 4. | Watercraft, trailers, motors homes, and accessories | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $14,008.00 | $0.00 | $14,008.00 | $14,008.00 | $0.00 |
| 7. | Electronics | $2,681.00 | $0.00 | $2,681.00 | $2,681.00 | $0.00 |
| 8. | Collectibles of value | $1,505.00 | $0.00 | $1,505.00 | $1,505.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $3,070.00 | $0.00 | $3,070.00 | $3,070.00 | $0.00 |
| 10. | Firearms | $1,173.00 | $0.00 | $1,173.00 | $1,173.00 | $0.00 |
| 11. | Clothes | $850.00 | $0.00 | $850.00 | $850.00 | $0.00 |
| 12. | Jewelry | $140.00 | $0.00 | $140.00 | $140.00 | $0.00 |
| 13. | Nonfarm animals | $600.00 | $0.00 | $600.00 | $600.00 | $0.00 |
| 14. | Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Deposits of money | $25.00 | $0.00 | $25.00 | $0.00 | $25.00 |
| 18. | Bonds, mutual funds, or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Business Interests, LLC's, Partnerships, Joint Ventures and Nonpublicly traded stock | $1,175,214.49 | $0.00 | $1,175,214.49 | $0.00 | $1,175,214.49 |
| 20. | Bonds and other financial instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interest in a qualified education fund, such as an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equitable or future interests in property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Copyrights, trademarks, websites and other intellectual property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, Franchises, and other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts owed to the debtor | $308.35 | $0.00 | $308.35 | $0.00 | $308.35 |
| 31. | Insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Interest in property from deceased | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims against third parties | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

IN RE:   **Van Dyke, Scott Vincent**                              CASE NO   **21-60052**

CHAPTER    **Chapter7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #1*

 **Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 34. | All other claims, includes contingent/unliquidated claims, counter claims, and creditor set offs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other financial asset | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts receivable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Machinery, fixtures and equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer lists | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Other businessrelated property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Other farm or fishing related property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Other Assets | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$3,895,074.84** | **$2,249,862.42** | **$1,645,212.42** | **$469,664.58** | **$1,175,547.84** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

IN RE:   **Van Dyke, Scott Vincent**                CASE NO   **21-60052**

                                             CHAPTER   **Chapter7**

### <u>SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)</u>

*Continuation Sheet #2*

<u>Surrendered Property:</u>

The following property is to be surrendered by the debtor. Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis. The below listed items are to be returned to the lienholder

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

<u>Non-exempt Property by Item:</u>

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| Frost Bank<br>Checking account | $25.00 | | $25.00 | $25.00 |
| Trepador Energy, LLC | $1,174,414.49 | | $1,174,414.49 | $1,174,414.49 |
| Potomac Assets, LLC | $400.00 | | $400.00 | $400.00 |
| Burgoyne Investments, LLC | $400.00 | | $400.00 | $400.00 |
| Money loaned to Texas Petroleum Operations, LLC | $308.35 | | $308.35 | $308.35 |
| **TOTALS:** | $3,895,074.84 | $2,249,862.42 | $1,645,212.42 | $1,175,547.84 |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$3,895,074.84** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$3,895,074.84** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$2,249,862.42** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$2,249,862.42** |
| G. Total Equity (not including surrendered property) / (A-D) | **$1,645,212.42** |
| H. Total Equity in surrendered items (B-E) | **$0.00** |
| I. Total Equity (C-F) | **$1,645,212.42** |
| J. Total Exemptions Claimed | **$469,664.58** |
| K. Total Non-Exempt Property Remaining (G-J) | **$1,175,547.84** |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Scott | Vincent | Van Dyke |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | Southern District of Texas | |
| Case number (if known) | 21-60052 | | |

☑ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt

**04/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

---

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>1515 South Boulevard Houston, TX 77006<br>Line from Schedule A/B: 1.1 | $2,661,000.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002(Claimed: $433,276.27) |
| Brief description:<br>2016 Chevrolet Silverado<br>Line from Schedule A/B: 3.1 | $18,380.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)(Claimed: $8,365.50) |

3. **Are you claiming a homestead exemption of more than $170,350?**

   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☑ No

   ☐ Yes

---

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* 21-60052 |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Additional Page |
| --- | --- |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Brief description: <br> 2013 Chevrolet Tahoe <br><br> Line from *Schedule A/B:* 3.2 | $16,120.00 | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)(Claimed: $3,995.81) |
| Brief description: <br> Black Leather Recliner <br><br> Line from *Schedule A/B:* 6 | $65.00 | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $65.00) |
| Brief description: <br> Kitchen Aid Dishwashers (2), LG Dishwasher, GE Dishwasher <br><br> Line from *Schedule A/B:* 6 | $310.00 | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $310.00) |
| Brief description: <br> GE Microwave, Sharp Carousel Microwave (2) <br><br> Line from *Schedule A/B:* 6 | $80.00 | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $80.00) |
| Brief description: <br> GE Profile Refrigerator, KitchenAid Built-in Refrigerator, Sub Zero Built-in Refrigerator (2) <br><br> Line from *Schedule A/B:* 6 | $1,300.00 | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $1,300.00) |
| Brief description: <br> Double Bed & frame <br><br> Line from *Schedule A/B:* 6 | $100.00 | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $100.00) |
| Brief description: <br> Laminated Chester Drawers <br><br> Line from *Schedule A/B:* 6 | $50.00 | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $50.00) |
| Brief description: <br> Laminated Nightstand <br><br> Line from *Schedule A/B:* 6 | $25.00 | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $25.00) |

| Debtor 1 | Scott | Vincent | Van Dyke | Case number *(if known)* 21-60052 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Whirlpool Washer (2)<br><br>Line from *Schedule A/B:*  6 | $70.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $70.00) |
| Brief description:<br>Whirlpool Gas Dryer<br><br>Line from *Schedule A/B:*  6 | $75.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $75.00) |
| Brief description:<br>Laminated Side Table<br><br>Line from *Schedule A/B:*  6 | $25.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $25.00) |
| Brief description:<br>Lamps (2)<br><br>Line from *Schedule A/B:*  6 | $30.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $30.00) |
| Brief description:<br>GE Precise Simmer Gas Stove & Oven, KitchenAid Self-Cleaning Stacked Oven, Kenmore Gas Stove & Oven<br><br>Line from *Schedule A/B:*  6 | $400.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $400.00) |
| Brief description:<br>Dishes, Cups, & Glasses<br><br>Line from *Schedule A/B:*  6 | $400.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $400.00) |
| Brief description:<br>Fine China dinner plates, Salad Plates, Coffee Cups & Saucers<br><br>Line from *Schedule A/B:*  6 | $50.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $50.00) |
| Brief description:<br>Silver Plated Trays, Silver Plated Servers (4) & Metal utensils<br><br>Line from *Schedule A/B:*  6 | $3,000.00 | ☑ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

| Debtor 1 | Scott | Vincent | Van Dyke | | Case number *(if known)* 21-60052 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |

| | | | |
|---|---|---|---|
| Brief description: Mirror<br>Line from Schedule A/B: 6 | $50.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $50.00) |
| Brief description: Persian Rugs<br>Line from Schedule A/B: 6 | $600.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $600.00) |
| Brief description: Bathroom items<br>Line from Schedule A/B: 6 | $50.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $50.00) |
| Brief description: Linens, bedsheets, & towels<br>Line from Schedule A/B: 6 | $100.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $100.00) |
| Brief description: Fold-out Sofa<br>Line from Schedule A/B: 6 | $50.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $50.00) |
| Brief description: Laminated Stereo Console<br>Line from Schedule A/B: 6 | $50.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $50.00) |
| Brief description: Stacked Whirlpool Washer & Electric Dryer<br>Line from Schedule A/B: 6 | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: Magazine Table<br>Line from Schedule A/B: 6 | $25.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $25.00) |
| Brief description: Bookcase<br>Line from Schedule A/B: 6 | $25.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $25.00) |

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* 21-60052 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>High Wooden Chairs (2)<br><br>Line from *Schedule A/B:* 6 | $50.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $50.00) |
| Brief description:<br>Kitchen Appliances (Water Distiller, 4 Slot Toaster, Breville Juicer, Cuisinart 14-Cup Food Processor, Crockpot, Scotsman Automatic Ice Machine, Knife Set (2))<br><br>Line from *Schedule A/B:* 6 | $458.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $458.00) |
| Brief description:<br>Pelonis Heater (2) & Fan (7)<br><br>Line from *Schedule A/B:* 6 | $245.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $245.00) |
| Brief description:<br>Lemonade Dispenser, & Margarita Machine<br><br>Line from *Schedule A/B:* 6 | $130.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $130.00) |
| Brief description:<br>Large Coffee Pots (2), Large Pots, & Glass Bowls<br><br>Line from *Schedule A/B:* 6 | $70.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $70.00) |
| Brief description:<br>Table Skirts (20)<br><br>Line from *Schedule A/B:* 6 | $100.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $100.00) |
| Brief description:<br>Ninja Kitchen System 1500 Watts<br><br>Line from *Schedule A/B:* 6 | $60.00 | ☑ $60.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>Farberware Compact Oil-less Fryer<br><br>Line from *Schedule A/B:* 6 | $40.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $40.00) |

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* 21-60052 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:**  Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Brief description: Westinghouse 14.1 Digital Photo Frame  Line from *Schedule A/B*: 6 | $40.00 | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $40.00) |
| Brief description: Drafting Table  Line from *Schedule A/B*: 6 | $250.00 | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $250.00) |
| Brief description: Map Rack  Line from *Schedule A/B*: 6 | $15.00 | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $15.00) |
| Brief description: Legal Filing Cabinets  Line from *Schedule A/B*: 6 | $20.00 | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $20.00) |
| Brief description: Trim 130 86" Trimmer  Line from *Schedule A/B*: 6 | $75.00 | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $75.00) |
| Brief description: Patio Chairs, Glass Top Outdoor Tables (2), Red Patio Umbrellas (18), Tan Patio Umbrellas (4), Lounge Chairs (4), Outdoor Side Tables (2), Folding Wood Chairs (73), Folding long Tables (6), Folding Round Tables (6), Fabric Low Back Chairs (5), Low Back Fabric Conference Chairs (10), Modern Guest Chairs (11)  Line from *Schedule A/B*: 6 | $1,400.00 | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $1,400.00) |
| Brief description: Large Outside Urn (4), Clay Pots (11), Clay Roof Tiles  Line from *Schedule A/B*: 6 | $800.00 | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $800.00) |
| Brief description: Igloos & Coolers  Line from *Schedule A/B*: 6 | $100.00 | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $100.00) |

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* 21-60052 |
| | First Name | Middle Name | Last Name | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Brief description:<br>Extension Cords, Shovels, Rakes, Tools, Ladders (4), Trash Cans (2), Echo Blower, Traffic Cones<br><br>Line from *Schedule A/B:* ___6___ | $400.00 | ☒ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>Stihl Edger, Toro Mower, 5 Gallon Gasoline Containers (12)<br><br>Line from *Schedule A/B:* ___6___ | $270.00 | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $270.00) |
| Brief description:<br>Craftsman 5000w Generator, Champion 5000w Generator<br><br>Line from *Schedule A/B:* ___6___ | $800.00 | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $800.00) |
| Brief description:<br>Honda 13 HP Power Washer<br><br>Line from *Schedule A/B:* ___6___ | $250.00 | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $250.00) |
| Brief description:<br>Outdoor Fire Pit, Outdoor Fan (2)<br><br>Line from *Schedule A/B:* ___6___ | $250.00 | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $250.00) |
| Brief description:<br>Bench 6" Grinder & Tire Pump<br><br>Line from *Schedule A/B:* ___6___ | $30.00 | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $30.00) |
| Brief description:<br>File Cabinets Vertical 4 Drawer (5), File Cabinets Vertical 5 Drawer (2), File Cabinet Lateral 4 drawer (16), File Cabinet Lateral 5 drawer (2), Lateral Map Cabinet 10 drawer<br><br>Line from *Schedule A/B:* ___6___ | $75.00 | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $75.00) |

| Debtor 1 | Scott | Vincent | Van Dyke | | Case number *(if known)* 21-60052 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Office Supplies & Misc.<br><br>Line from<br>*Schedule A/B:*   6 | $300.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $300.00) |
| Brief description:<br>Pots, Pans, Mics. Cooking Items<br><br>Line from<br>*Schedule A/B:*   6 | $150.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $150.00) |
| Brief description:<br>Misc. Items<br><br>Line from<br>*Schedule A/B:*   6 | $300.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $300.00) |
| Brief description:<br>Cell phones (2) & accessories<br><br>Line from<br>*Schedule A/B:*   7 | $100.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $100.00) |
| Brief description:<br>Televisions (32" LG TV, Small TV, 52" LG TV, 48" LG TV, 40" Bravia TV, 46" Sharp TV)<br><br>Line from<br>*Schedule A/B:*   7 | $525.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $525.00) |
| Brief description:<br>Stereo receiver & equipment<br><br>Line from<br>*Schedule A/B:*   7 | $100.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $100.00) |
| Brief description:<br>DVD player & CDs<br><br>Line from<br>*Schedule A/B:*   7 | $50.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $50.00) |
| Brief description:<br>Computers & Monitors (70" Sharp Computer Monitors (2), Dell Precision T1650 Computer, Dell Computer, Dell Monitor & Key Board (3), Dell 5820 Computer, Dell Monitors (3), Dell Precision Tower 3420 Computer, Dell Optiplex 3020 Computer)<br><br>Line from<br>*Schedule A/B:*   7 | $1,075.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $1,075.00) |

Official Form 106C                    Schedule C: The Property You Claim as Exempt

| Debtor 1 | Scott | Vincent | Van Dyke | | Case number *(if known)* 21-60052 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:**  Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>HP Officejet 7410 All-in-one Printer, Kyocera Ecosys W7W Printer<br><br>Line from *Schedule A/B:*   7 | $126.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $126.00) |
| Brief description:<br>JBL Speaker, BOSE Multimedia speaker System<br><br>Line from *Schedule A/B:*   7 | $100.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $100.00) |
| Brief description:<br>Camera (2) & accessories<br><br>Line from *Schedule A/B:*   7 | $200.00 | ☐ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $200.00) |
| Brief description:<br>Ativa Paper Shredder, & Fellowes 125Ci Shredder<br><br>Line from *Schedule A/B:*   7 | $80.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $80.00) |
| Brief description:<br>Dell PowerEdge T630 Server<br><br>Line from *Schedule A/B:*   7 | $200.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $200.00) |
| Brief description:<br>Fujitsu fi-7160 Scanner<br><br>Line from *Schedule A/B:*   7 | $125.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $125.00) |
| Brief description:<br>Books<br><br>Line from *Schedule A/B:*   8 | $100.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $100.00) |
| Brief description:<br>Pictures<br><br>Line from *Schedule A/B:*   8 | $5.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $5.00) |

| Debtor 1 | Scott | Vincent | Van Dyke | Case number *(if known)* 21-60052 |
| | First Name | Middle Name | Last Name | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Brief description:**<br>Art/paintings (Painting by Luke McConn (2), Crucifix, Deer Head, Mug of Winston Churchill, Small Santos, Pewter Antler Style Candlesticks)<br><br>Line from *Schedule A/B:* ___8___ | $1,400.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)(Claimed: $1,400.00) |
| **Brief description:**<br>Sports equipment (Dumbells, Hoist V5 Multi-Station Gym, Stationary Bike, Hoist Back Hyper, Walking Treadmill, Hoist Bench, Hoist Fitness Tree, Stairmaster, Punching Bag, Exercise Floor Matts, Bike Rack for Car, Trek Hybrid Bike (2), Mountain Bike, Croquet Sets, Skis, Ski Boots)<br><br>Line from *Schedule A/B:* ___9___ | $2,870.00 | ☑ _____$2,870.00_____<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) |
| **Brief description:**<br>Climbing & Camping Gear<br><br>Line from *Schedule A/B:* ___9___ | $200.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)(Claimed: $200.00) |
| **Brief description:**<br>Glock G23 Compact .49, AR 15 Semi-Auto Rifle , ammunition & accessories<br><br>Line from *Schedule A/B:* ___10___ | $1,173.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)(Claimed: $1,173.00) |
| **Brief description:**<br>Wearing apparel, accessories, & shoes<br><br>Line from *Schedule A/B:* ___11___ | $750.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)(Claimed: $750.00) |
| **Brief description:**<br>Eyewear<br><br>Line from *Schedule A/B:* ___11___ | $100.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)(Claimed: $100.00) |
| **Brief description:**<br>Nixon Watch, Cascio Watch, Tissot Watch<br><br>Line from *Schedule A/B:* ___12___ | $65.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)(Claimed: $65.00) |

| Debtor 1 | **Scott** | **Vincent** | **Van Dyke** | Case number *(if known)* 21-60052 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Cufflinks (3 Sets)<br><br>Line from *Schedule A/B:*   12 | $75.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)(Claimed: $75.00) |
| Brief description:<br>Dogs (3)<br><br>Line from *Schedule A/B:*   13 | $600.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)(Claimed: $600.00) |