**THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| In Re: § | | Case No. 21-60052-CML |
| **SCOTT VINCENT VAN DYKE** § | | |
| **Debtor(s)** § | | Chapter 7 |

**CHAPTER 7 TRUSTEE'S MOTION FOR EXTENSION
OF TIME TO OBJECT TO DISCHARGE**

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

COMES NOW Catherine Stone Curtis, chapter 7 trustee (the "Trustee"), and files this *Chapter 7 Trustee's Motion for Extension of Time to Object to Discharge*, and in support respectfully represents:

1. On May 25, 2021, Scott Vincent Van Dyke (the "Debtor"), filed his voluntary petition under Chapter 7 of the Bankruptcy Code. Catherine Stone Curtis was appointed Chapter 7 Trustee to administer the assets of the bankruptcy estate (the "Estate").

2. The Meeting of Creditors pursuant to Section 341 of the Bankruptcy Code (the "341 Meeting") was held on March 24, 2022. After that meeting, the Trustee sent a request for documents to the Debtor via his counsel:

    1. Social Security card uploaded to Autodelete documents in BlueStylus
    2. Bills of sale or other documentation regarding sale of 2004 Suburban and home generators

3. Name, address, phone, and email of counsel consulted for ADE and Trepador claims against Sesco LTD and Drilling Risk Management
4. Mortgage statements with Cadence Bank for Jan 2019-present date
5. Frost Bank statements from Jan 2019 through December 2020
6. Need closing statements for any account closed within 1 year before the petition date
7. Amended Statement of Financial Affairs showing any closed accounts within 1 year before the petition date
8. Account for disposition of $63,917 in cash withdrawals from Frost Bank account in April 2021, with receipts
9. Clearer copies of check nos. 4438, 4439, 4412, and 4429 from Frost Bank account
10. Identify source of $135,000 deposits between 12/29/2020 and 1/14/2021 in Frost Bank account
11. Bank statement showing deposit of $1.19MM to Debtor in income from Bastion Energy in 2019
12. Accounting of how $1.19MM from Bastion Energy was spent – with bank statements and receipts
13. Sherriff sale information from Louisiana
14. 2020 and 2021 year-end Balance Sheet, Income Statement, General Ledger for Trepador Energy LLC, and all scheduled entities on Schedule A/B
15. Confirm date and amount of last distribution from Trepador Energy, with bank statement showing deposit
16. LLC or Shareholder Agreements, by laws, if any, regarding all scheduled entities on Schedule A/B
17. Loan agreements between Texas Petroleum and Jacobe, Vacek, and Wilkerson
18. Bank statements showing deposit, accounting of disposition of funds if any went to Van Dyke individually or to one of his other entities
19. Big Tex Storage unit lease
20. Itemized list of property in storage unit, or best recollection
21. Payton Boomer signed documents, agreements, deeds
22. Bank statement showing deposit of proceeds from Payton Boomer transaction
23. Bank statement showing Van Dyke's deposit of proceeds from Payton Boomer, receipts showing disposition of funds
24. Itemized list, with photos, if possible, of antique and art in Debtor's home
25. Itemized list of jewelry
26. Date/time for week of 3/28/2022 for Trustee and proposed counsel, proposed appraiser to view the Debtor's personal property, including artwork, antiques, collectables, and jewelry, at his home. Separate email to follow regarding arrangements for next week.

3.  Except for Chase and one Frost bank statement(s) from the 2021 period, a copy of homeowner's insurance for Mary Van Dyke dated March 11, 2021, and a 2009 Special Warranty Deed from the 1515 South Boulevard Trust to the Debtor dated in 2009 uploaded to the Trustee's BlueStylus system on or

{00576122;1}

about April 11, 2022, no other documents have been provided to the Trustee pursuant to her request. Debtor's counsel advised during the reset 341 meeting on April 28, 2022, that an email had been forwarded from his office to the Trustee containing the requested documents, but the Trustee was unable to find it by searching her email. No such documents have been uploaded to the Trustee's BlueStylus system as of the date of the reset 341 meeting.

4. Even if the requested documents are provided today, the Trustee would require additional time to review them, given the upcoming deadline to object to discharge is four days from the date this Motion is filed, next Monday, May 2, 2022.

5. The Trustee reset the 341 Meeting to May 20, 2022, at 9:00 AM. The 341 Meeting has not been concluded.

6. Pursuant to Federal Rule of Bankruptcy Procedure 4004(b)(1), "[o]n motion of any party in interest, after notice and hearing, the court may for cause extend the time to object to discharge…. ...the motion shall be filed before the time [to object] has expired." FED. R. BANKR. P. 4004(b)(1). In a chapter 7 case, a complaint or motion to object to discharge must be filed no later than sixty (60) days after the first date set for the 341 Meeting. FED. R. BANKR. P. 4004(a).

7. In this case, the deadline to object to discharge has been set for May 2, 2022. As the Trustee reset the 341 Meeting of Creditors and is reviewing documents submitted by the Debtor, she requests that a sixty (60) day extension to the deadline, to July 1, 2022, be granted for the Trustee, United States Trustee, and creditors. This Motion is timely as it is filed before the time to object to discharge has expired.

**WHEREFORE,** the Trustee prays that the Court grant the relief requested in the Motion, and extend the deadline to object to discharge to July 1, 2022, for the Trustee, United States Trustee, and creditors, and for any other relief the Trustee is entitled to, in law or equity.

                                                                         Respectfully submitted,

Date: April 28, 2022                        */S/CATHERINE STONE CURTIS*
                                              Catherine Stone Curtis
                                              TBN: 24074100
                                              Federal ID No.: 1129434
                                              PULMAN, CAPPUCCIO & PULLEN, LLP
                                              P.O. Box 720788
                                              McAllen, TX 78504
                                              Ph: (956) 467-1900
                                              Fax: (956) 331-2815
                                              Email: ccurtis@pulmanlaw.com
                                              *Chapter 7 Trustee*

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served on all necessary parties in accordance with FRBP 2002 on the date it was filed electronically or within two business days thereafter.

**VIA ELECTRONIC NOTICE:**
**U.S. Trustee**
US Trustee
606 N Carancahua Ste 1107
Corpus Christi, TX 78401

**VIA ELECTRONIC NOTICE AND VIA FIRST CLASS MAIL:**
Scott Vincent Van Dyke

1515 South Boulevard
Houston, TX 77006
*Debtor*

BRENDON D SINGH
TRAN SINGH, LLP
2502 LA BRANCH STREET
HOUSTON, TX 77004
*Debtor's Counsel*

And to all parties on the attached matrix not already listed above, VIA FIRST CLASS MAIL.

*/S/CATHERINE STONE CURTIS*
Catherine Stone Curtis

AmeriCredit/GM Financial
Attn: Bankruptcy
PO Box 183853
Arlington, TX 76096-3853

Bank of America
4909 Savarese Circle FL1-908-01-50
Tampa, FL 33634-2413

Big Tex Storage
3480 Ella
Houston, TX 77018-6136

Brendon D Singh
Tran Singh, LLP
2502 La Branch Street
Houston, TX 77004-1028

Builders West Inc.
8905 Friendship
Houston, TX 77080-4111

Cadence/Superior Bank
Operations Center
2100 3rd Ave N
Birmingham, AL 35203

Catherine Stone Curtis
Pulman, Cappuccio & Pullen, LLP
P.O. Box 720788
McAllen, TX 78504-0788

Central Portfolio Control
Attn: Bankruptcy
10249 Yellow Circle Dr Ste 200
Minnetonka, MN 55343-9111

Citibank
Citicorp Credit Srvs/Centralized Bk dept
PO Box 790034
St Louis, MO 63179-0034

City of Houston Public Works
Attn: Effie Green
4200 Leeland
Houston, TX 77023-3016

ECHELON ANALYTICS
ATTN MALINDA PISCIOTTA
1717 MAIN STREET STE 3380
DALLAS TX 75201-7364

Encore Bank
Nine Greenway Plaza
Houston, TX 77046-0905

Forest Home Plantation, LLC
c/o Leann O. Moses
1100 Poydras Street Ste 3100
New Orleans, LA 70163-1102

Harris County et al.
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Henke, Williams & Boll, LLP
2929 Allen Pkwy Ste 3900
Houston, TX 77019-7125

Johns & Hebert PLLC
f/k/a Johns & Counsel PL
2028 East Ben White Blvd Ste 240
Austin, TX 78741-6931

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue Ste 100
Boca Raton, FL 33487-2853

Libertas Funding LLC
382 Greenwich Ave Ste 2
Greenwich, CT 06830-6501

Michael L. Noel
12222 Taylorcrest
Houston, TX 77024-4247

PHOENIX FINANCIAL SERVICES LLC
PO BOX 361450
INDIANAPOLIS IN 46236-1450

PNC BANK RETAIL LENDING
PO BOX 94982
CLEVELAND OH 44101-4982

Reese Baker
Baker & Assoc.
950 Echo Lane Ste 300
Houston, TX 77024-2824

Scott Vincent Van Dyke
1515 South Boulevard
Houston, TX 77006-6335

Susan Tran Adams
Tran Singh LLP
2502 La Branch Street
Houston, TX 77004-1028

TMX FINANCE LLC
FORMERLY TITLEMAX
15 BULL STREET STE 200
SAVANNAH GA 31401-2686

US Trustee
Office of the US Trustee
515 Rusk Ave Ste 3516
Houston, TX 77002-2604

Wells Fargo Bank N.A., d/b/a Wells Fargo Aut
PO Box 130000
Raleigh, NC 27605-1000

Wells Fargo Dealer Services
Attn: Bankruptcy
1100 Corporate Center D
Raleigh, NC 27607-5066