THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In Re: § | | Case No. 21-60052-CML |
| § | | |
| SCOTT VINCENT VAN DYKE § | | |
| § | | |
| § | | |
| Debtor(s) § | | Chapter 7 |

### BUILDERS WEST, INC.'S JOINDER IN CHAPTER 7 TRUSTEE'S MOTION FOR EXTENSION OF TIME TO OBJECT TO DISCHARGE

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

COMES NOW Builders West, Inc., a creditor in the above proceeding and files this its Joinder in the *Chapter 7 Trustee's Motion for Extension of Time to Object to Discharge*, and in support respectfully represents:

1. On May 25, 2021, Scott Vincent Van Dyke (the "Debtor"), filed his voluntary petition under Chapter 7 of the Bankruptcy Code. Catherine Stone Curtis was appointed Chapter 7 Trustee to administer the assets of the bankruptcy estate (the "Estate").

2. The Meeting of Creditors pursuant to Section 341 of the Bankruptcy Code (the "341 Meeting") was held on March 24, 2022. After that meeting, the Trustee sent a request for documents to the Debtor via his counsel:

1. Social Security card uploaded to Autodelete documents in BlueStylus

2. Bills of sale or other documentation regarding sale of 2004 Suburban and home generators.

3. Name, address, phone, and email of counsel consulted for ADE and Trepador claims against Sesco LTD and Drilling Risk Management

4. Mortgage statements with Cadence Bank for Jan 2019-present date

5. Frost Bank statements from Jan 2019 through December 2020

6. Need closing statements for any account closed within 1 year before the petition date

7. Amended Statement of Financial Affairs showing any closed accounts within 1 year before the petition date

8. Account for disposition of $63,917 in cash withdrawals from Frost Bank account in April 2021, with receipts

9. Clearer copies of check nos. 4438, 4439, 4412, and 4429 from Frost Bank account

10. Identify source of $135,000 deposits between 12/29/2020 and 1/14/2021 in Frost Bank account

11. Bank statement showing deposit of $1.19MM to Debtor in income from Bastion Energy in 2019

12. Accounting of how $1.19MM from Bastion Energy was spent – with bank statements and receipts

13. Sherriff sale information from Louisiana

14. 2020 and 2021 year-end Balance Sheet, Income Statement, General Ledger for Trepador Energy LLC, and all scheduled entities on Schedule A/B

15. Confirm date and amount of last distribution from Trepador Energy, with bank statement showing deposit

16. LLC or Shareholder Agreements, by laws, if any, regarding all scheduled entities on Schedule A/B

17. Loan agreements between Texas Petroleum and Jacobe, Vacek, and Wilkerson

18. Bank statements showing deposit, accounting of disposition of funds if any went to Van Dyke individually or to one of his other entities

19. Big Tex Storage unit lease

20. Itemized list of property in storage unit, or best recollection

21. Payton Boomer signed documents, agreements, deeds

22. Bank statement showing deposit of proceeds from Payton Boomer transaction

23. Bank statement showing Van Dyke's deposit of proceeds from Payton Boomer, receipts showing disposition of funds

24. Itemized list, with photos, if possible, of antique and art in Debtor's home

25. Itemized list of jewelry

26. Date/time for week of 3/28/2022 for Trustee and proposed counsel, proposed appraiser to view the Debtor's personal property, including artwork, antiques, collectables, and jewelry, at his home. Separate email to follow regarding arrangements for next week.

3. As demonstrated by the Trustee's Motion, Debtor failed to produce all the documents requested in a timely manner. It is not known if all the requested documents have been produced as of this date.

4. The Trustee has reset the 341 Meeting to May 20, 2022, at 9:00 AM. The 341 Meeting has not been concluded.

5. Pursuant to Federal Rule of Bankruptcy Procedure 4004(b)(1), "[o]n motion of any party in interest, after notice and hearing, the court may for cause extend the time to object to discharge the motion shall be filed before the time [to object] has expired." FED. R. BANKR. P. 4004(b)(1). In a

chapter 7 case, a complaint or motion to object to discharge must be filed no later than sixty (60) days after the first date set for the 341 Meeting. FED. R. BANKR. P. 4004(a).

6. In this case, the deadline to object to discharge has been set for May 2, 2022. As the Trustee reset the 341 Meeting of Creditors and is reviewing documents submitted by the Debtor, her request for a sixty (60) day extension of the deadline, to July 1, 2022, should be granted. For the same reasons, Builders West, Inc. and other interested parties should also have additional time to evaluate the documents that have been and should be produced by the Debtor and should also have additional time to file objections to discharge pursuant to 11 U.S.C. § 727 and § 523 and R. Bankr. P. 4004.

**WHEREFORE,** Builders West, Inc. prays that the Court grant the relief requested herein and in the Trustee's Motion and extend to July 1, 2022, the deadline for the Trustee, Builders West, Inc., and all other interested parties to object to discharge, pursuant to 11 U.S.C. § 727 and § 523 and R. Bankr. P. 4004 and that Builders West, Inc. have such additional and alternative relief entitled at law or in equity to which it is entitled.

Respectfully submitted,

**BAIR HILTY, P.C.**

*/s/ Dale R. Mellencamp*
DALE R. MELLENCAMP
State Bar No. 13920250
Federal Bar No. 7718
14711 Pebble Bend Drive
Houston, Texas 77068
dmellencamp@bairhilty.com
Telephone: (713)862-5599
Facsimile: (713)868-9444
**ATTORNEY FOR BUILDERS WEST, INC.**

## **CERTIFICATE OF SERVICE**

       This is to certify that a true and correct copy of the foregoing has been served on all necessary parties in accordance with FRBP 2002 on this date the 2nd day of May 2022, via CM/ECF to all parties authorized to receive electronic notice in this case.

                                     */s/ Dale R. Mellencamp*
                                      Dale R. Mellencamp

AmeriCredit/GM Financial Attn: Bankruptcy
PO Box 183853
Arlington, TX 76096-3853

Bank of America
4909 Savarese Circle FL1-908-01-50 Tampa, FL 33634-2413

Big Tex Storage
3480 Ella
Houston, TX 77018-6136

Brendon D Singh
Tran Singh, LLP
2502 La Branch Street
Houston, TX 77004-1028

Builders West Inc.
8905 Friendship
Houston, TX 77080-4111

Cadence/Superior
Bank Operations Center
2100 3rd Ave N
Birmingham, AL 35203

Catherine Stone Curtis
Pulman, Cappuccio & Pullen, LLP
P.O. Box 720788
McAllen, TX 78504-0788

Central Portfolio Control
Attn: Bankruptcy
10249 Yellow Circle Dr Ste 200
Minnetonka, MN 55343-9111

Citibank
Citicorp Credit Srvs/Centralized Bk dept
PO Box 790034
St Louis, MO 63179-0034

City of Houston Public Works
Attn: Effie Green
4200 Leeland
Houston, TX 77023-3016

ECHELON ANALYTICS
ATTN MALINDA PISCIOTTA
1717 MAIN STREET STE 3380
DALLAS TX 75201-7364

Encore Bank
Nine Greenway Plaza
Houston, TX 77046-0905

Forest Home Plantation, LLC
c/o Leann O. Moses
1100 Poydras Street Ste 3100
New Orleans, LA 70163-1102

Harris County et al.
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP PO Box 3064
Houston, TX 77253-3064

Henke, Williams & Boll, LLP
2929 Allen Pkwy Ste 3900
Houston, TX 77019-7125

Johns & Hebert PLLC
f/k/a Johns & Counsel PL
2028 East Ben White Blvd Ste 240 Austin, TX 78741-6931

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L. 6409 Congress Avenue Ste 100
Boca Raton, FL 33487-2853

Libertas Funding LLC
382 Greenwich Ave Ste 2
Greenwich, CT 06830-6501

Michael L. Noel
12222 Taylorcrest
Houston, TX 77024-4247

PHOENIX FINANCIAL SERVICES LLC
PO BOX 361450
INDIANAPOLIS IN 46236-1450

PNC BANK RETAIL LENDING
PO BOX 94982
CLEVELAND OH 44101-4982

Reese Baker & Assoc.
950 Echo Lane Ste 300
Houston, TX 77024-2824

Scott Vincent Van Dyke
1515 South Boulevard
Houston, TX 77006-6335

Susan Tran Adams
Tran Singh LLP
2502 La Branch Street
Houston, TX 77004-1028

TMX FINANCE LLC
FORMERLY TITLEMAX
15 BULL STREET STE 200
SAVANNAH GA 314012686

US Trustee
Office of the US Trustee
515 Rusk Ave Ste 3516
Houston, TX 77002-2604

Wells Fargo Bank N.A., d/b/a Wells
Fargo Auto
PO Box 130000
Raleigh, NC 27605-1000

Wells Fargo Dealer Services
Attn: Bankruptcy
1100 Corporate Center D
Raleigh, NC 27607-5066