THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 21-60052-CML |
| **SCOTT VINCENT VAN DYKE** | § | |
| *Debtor(s)* | § | Chapter 7 |

### ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR EXTENSION OF TIME TO OBJECT TO DISCHARGE

CAME ON FOR CONSIDERATION the *Chapter 7 Trustee's Motion for Extension of Time to Object to Discharge* and, after notice and hearing, finding that the Motion is meritorious, it is therefore

**ORDERED** that the time fixed for filing a complaint objection to the Debtor's discharge pursuant to 11 U.S.C. § 727 and Fed. R. Bankr. P. 4004 shall be extended to July 1, 2022, for the Trustee, United States Trustee, and creditors.

Signed: May 03, 2022

_____
Christopher Lopez
United States Bankruptcy Judge