IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO. 21-60052 |
| SCOTT VAN DYKE, | § § § | CHAPTER 11 (Sub V) |
| DEBTOR. | § § § § | |

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Melissa A. Haselden, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling:$0.00.  The case was converted to a Chapter 7 with no plan confirmed and no plan payments made to the trustee.  Pursuant to 28 U.S.C. § 586(e)(5), on March 10, 2022 the Court ordered compensation of $6,280.00 be awarded to the trustee.  These funds have not been paid.  I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of conversion.  I request that I be discharged from any further duties as trustee.

Date:  05/10/2022                By:  /s/ Melissa A. Haselden
                                      Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-11(v)-NDR A