IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SCOTT VINCENT VAN DYKE | § | CASE NO. 21-60052 |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | JUDGE CHRISTOPHER M. LOPEZ |

**CHAPTER 7 TRUSTEE'S WITNESS AND EXHIBIT LIST**
**FOR JUNE 21, 2022 HEARING**

| **WITNESS(ES) (may call):** | |
|---|---|
| 1.   Catherine S. Curtis | **Judge:**  Honorable Christopher M. Lopez |
| 2.   Any rebuttal and/or impeachment witnesses; | **Hearing Date:**  June 21, 2022 |
| 3.   All persons listed on the witness list of any other party. | **Hearing Time:**  10:00 a.m. CT |
| | **Party's Name:**  Catherine Stone Curtis, as Chapter 7 Trustee for the estate of Scott Vincent Van Dyke ("Chapter 7 Trustee") |
| | **General Counsel:**<br><br>Lynn Hamilton Butler<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701<br>512-479-9758; 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 fax<br>Email: lynn.butler@huschblackwell.com |
| | **Nature of Proceeding:**  Motion for Relief From Stay filed by Cadence Bank, N.A. (175) and Motion to Confirm Absence of the Automatic Stay filed by Engelhart [174] |

HB: 4866-8511-2869.1

**EXHIBIT LIST**

| Exhibit No. | Description | MARKED | OFFERED | OBJECT | ADMIT | DATE | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| T-1 | $2,250,000.00 Home Equity Loan Line Agreement, Note and Disclosure Statement dated May 22, 2008 [Dkt. No. 175-1] | | | | | | |
| T-2 | Home Equity Line of Credit Deed of Trust dated May 22, 2008 [Dkt. No. 175-2] | | | | | | |
| T-3 | Cadence Bank Loan Transaction History [Dkt No. 175-5] | | | | | | |
| T-4 | Harris County Appraisal District 2021 Real Property Account Information for 1515 South Boulevard, Houston, TX 77006 | | | | | | |
| T-5 | Zillow.com Report for 1515 South Boulevard, Houston, TX 77006 | | | | | | |
| | Any exhibits listed by any other party | | | | | | |
| | Any exhibits necessary for rebuttal or impeachment | | | | | | |

Dated: June 16, 2022         Respectfully submitted,

By /s/Catherine Stone Curtis
    Catherine Stone Curtis
    State Bar No. 24074100
    P.O. Box 720788
    McAllen, Texas 78504
    (956) 467-1900; (956) 331-2815 fax

**Chapter 7 Trustee**

**HUSCH BLACKWELL LLP**

By: /s/ Lynn Hamilton Butler
    Lynn Hamilton Butler
    State Bar No. 03527350
    111 Congress Avenue, Suite 1400
    Austin, Texas 78707
    (512) 479-9758; (512) 479-1101 fax
    Email: lynn.butler@huschblackwell.com

**General Counsel**

HB: 4866-8511-2869.1

**CERTIFICATE OF SERVICE**

  I certify that on the 16th day of June 2022, a true and correct copy of the foregoing was served on the Debtor, counsel for the Debtor, the Trustee and the US Trustee via regular US Mail, unless otherwise served by the CM-ECF system.

                /s/ Lynn Hamilton Butler
                Lynn Hamilton Butler

HB: 4866-8511-2869.1