IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 (Converted) |
| SCOTT VINCENT VAN DYKE, | § | |
| | § | Case No. 21-60052 |
| DEBTOR. | § | Hon. Christopher M. Lopez |

**BUILDERS WEST, INC'S JOINDER TO CHAPTER 7 TRUSTEE'S
OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS**
[Relates to Doc. No. 186]

TO THE HONORABLE CHRISTOPHER M. LOPEZ,
U.S. BANKRUPTCY JUDGE:

COMES NOW Builders West, Inc. ("Builders"), which files its Joinder to the *Chapter 7 Trustee's Objection to Debtor's Claimed Exemptions* [Doc. No. 186] (the "Objection"),[1] and states as follows:

1. Builders fully supports the Objection and incorporates the arguments in the Objection as if fully set forth herein. Based upon information that the Debtor utilized fraudulently obtained funds to purchase the Real Property and/or pay down debt for the Real Property, the Court should deny the Debtor's homestead exemption. Builders also believes that the Debtor should only be entitled to an exemption on one motor vehicle, and should not be entitled to an exemption on undisclosed interests/assets.

2. Builders reserves the to amend or supplement this Joinder in the future.

[*Remainder of Page Left Blank Intentionally*.]

---

[1] All capitalized but undefined terms shall have the same meaning as ascribed to in the Objection.

WHEREFORE, Builders joins the Objection and requests that the Court deny the Debtor's homestead objection, enter the proposed order submitted by the Trustee, and grant all other and further relief to which it may be justly entitled.

Dated: June 22, 2022

                      Respectfully submitted:

By:    */s/ Dale R. Mellencamp*
       DALE R. MELLENCAMP
       State Bar No. 13920250
       Federal Bar No. 7718
       14711 Pebble Bend Drive
       Houston, Texas 77068
       Email: mellencamp@bairhilty.com
       Telephone: (713)862-5599
       Facsimile: (713)868-9444

ATTORNEY FOR BUILDERS WEST, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the June 22 2022, a copy of the foregoing instrument was served on the parties entitled to receive notices through the Court's electronic notification system as permitted by the Local Rules of the U.S. Bankruptcy Court for the Southern District of Texas.

*/s/ Dale R. Mellencamp*
DALE R. MELLENCAMP