THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In Re: § | | Case No. 21-60052-CML |
| **SCOTT VINCENT VAN DYKE** § | | |
| Debtor(s) § | | Chapter 7 |

### CHAPTER 7 TRUSTEE'S SECOND MOTION FOR EXTENSION OF TIME TO OBJECT TO DISCHARGE

*This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.*

*Represented parties should act through their attorney.*

COMES NOW Catherine S. Curtis, Chapter 7 Trustee, and files this *Chapter 7 Trustee's Second Motion for Extension of Time to Object to Discharge*, and in support respectfully represents:

1. On May 25, 2021, SCOTT VINCENT VAN DYKE, filed his voluntary petition under Chapter 11 of the Bankruptcy Code.

2. On January 31, 2022, the case converted to a Chapter 7, and on February 11, 2022, Catherine Stone Curtis was appointed Chapter 7 Trustee to administer the assets of the bankruptcy estate ("the Estate").

3. The Meeting of Creditors pursuant to Section 341 of the Bankruptcy Code ("the 341 Meeting") has been held and concluded as of May 20, 2022.

4. The Trustee and the Debtor's counsel have engaged in settlement discussions. Matters

relating to the Debtor's scheduled assets and business interests are pertinent to those discussions. A 2004 exam for the Debtor is expected to be set for July 2022, once parties agree to a date.

     5.     Pursuant to Federal Rule of Bankruptcy Procedure 4004(b)(1), "[o]n motion of any party in interest, after notice and hearing, the court may for cause extend the time to object to discharge… ...the motion shall be filed before the time [to object] has expired." FED. R. BANKR. P. 4004(b)(1).  In a chapter 7 case, a complaint or motion to object to discharge must be filed no later than sixty (60) days after the first date set for the 341 Meeting.  FED. R. BANKR. P. 4004(a).

     6.     In this case, the deadline to object to discharge has been set for July 1, 2022.  The Trustee requests a second extension of time to object to discharge, to August 5, 2022, for the Trustee, United States Trustee, and creditors.  This Motion is timely as it is filed before the time to object to discharge has expired.

**WHEREFORE,** the Trustee prays that the Court grant the relief requested in the Motion, and extend the deadline to object to discharge to August 5, 2022, and for any other relief the Trustee is entitled to, in law or equity.

Respectfully submitted,

Date: June 29, 2022

/S/CATHERINE STONE CURTIS
Catherine Stone Curtis
TBN: 24074100
Federal ID No.: 1129434
PULMAN, CAPPUCCIO & PULLEN, LLP
P.O. Box 720788
McAllen, TX 78504
Ph: (956) 467-1900
Fax: (956) 331-2815
Email: ccurtis@pulmanlaw.com
*Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing has been served on all necessary parties in accordance with FRBP 2002 on the date it was filed electronically or within two business days thereafter.

**VIA ELECTRONIC NOTICE:**
**U.S. Trustee**
US Trustee
606 N Carancahua Ste 1107
Corpus Christi, TX 78401

**VIA ELECTRONIC NOTICE AND VIA FIRST CLASS MAIL:**
Scott Vincent Van Dyke
1515 South Boulevard
Houston, TX  77006
*Debtor*

Brendon D. Singh
Tran Singh, LLP
2502 La Branch Street
Houston, TX  77004
*Debtor's Counsel*

And to all parties on the attached matrix via First Class U.S. Mail.

And to all parties requesting notice by ECF Notice.

*/S/CATHERINE STONE CURTIS*
Catherine Stone Curtis

AmeriCredit/GM Financial
Attn: Bankruptcy
PO Box 183853
Arlington, TX 76096-3853

Bank of America
4909 Savarese Circle FL1-908-01-50
Tampa, FL 33634-2413

Big Tex Storage
3480 Ella
Houston, TX 77018-6136

Brendon D Singh
Tran Singh, LLP
2502 La Branch Street
Houston, TX 77004-1028

Builders West Inc.
8905 Friendship
Houston, TX 77080-4111

Cadence/Superior Bank
Operations Center
2100 3rd Ave N
Birmingham, AL 35203

Catherine Stone Curtis
Pulman, Cappuccio & Pullen, LLP
P.O. Box 720788
McAllen, TX 78504-0788

Central Portfolio Control
Attn: Bankruptcy
10249 Yellow Circle Dr Ste 200
Minnetonka, MN 55343-9111

Citibank
Citicorp Credit Srvs/Centralized Bk dept
PO Box 790034
St Louis, MO 63179-0034

City of Houston Public Works
Attn: Effie Green
4200 Leeland
Houston, TX 77023-3016

ECHELON ANALYTICS
ATTN MALINDA PISCIOTTA
1717 MAIN STREET STE 3380
DALLAS TX 75201-7364

Encore Bank
Nine Greenway Plaza
Houston, TX 77046-0905

Forest Home Plantation, LLC
c/o Leann O. Moses
1100 Poydras Street Ste 3100
New Orleans, LA 70163-1102

Harris County et al.
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Henke, Williams & Boll, LLP
2929 Allen Pkwy Ste 3900
Houston, TX 77019-7125

Johns & Hebert PLLC
f/k/a Johns & Counsel PL
2028 East Ben White Blvd Ste 240
Austin, TX 78741-6931

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE
TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue Ste 100
Boca Raton, FL 33487-2853

Libertas Funding LLC
382 Greenwich Ave Ste 2
Greenwich, CT 06830-6501

Michael L. Noel
12222 Taylorcrest
Houston, TX 77024-4247

PHOENIX FINANCIAL SERVICES
LLC
PO BOX 361450
INDIANAPOLIS IN 46236-1450

PNC BANK RETAIL LENDING
PO BOX 94982
CLEVELAND OH 44101-4982

Reese Baker
Baker & Assoc.
950 Echo Lane Ste 300
Houston, TX 77024-2824

Scott Vincent Van Dyke
1515 South Boulevard
Houston, TX 77006-6335

Susan Tran Adams
Tran Singh LLP
2502 La Branch Street
Houston, TX 77004-1028

TMX FINANCE LLC
FORMERLY TITLEMAX
15 BULL STREET STE 200
SAVANNAH GA 31401-2686

US Trustee
Office of the US Trustee
515 Rusk Ave Ste 3516
Houston, TX 77002-2604

Wells Fargo Bank N.A., d/b/a Wells
Fargo Aut
PO Box 130000
Raleigh, NC 27605-1000

Wells Fargo Dealer Services
Attn: Bankruptcy
1100 Corporate Center D
Raleigh, NC 27607-5066