THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In Re: § | | Case No. 21-60052-CML |
| SCOTT VINCENT VAN DYKE § | | |
| Debtor(s) § | | Chapter 7 |

**BUILDERS WEST, INC.'S JOINDER IN CHAPTER 7
TRUSTEE'S SECOND MOTION FOR EXTENSION OF
TIME TO OBJECT TO DISCHARGE**
[Relates to Doc. No. 190]

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

COMES NOW Builders West, Inc. ("Builders West"), a creditor in the above-referenced bankruptcy case (the "Case"), files this *Joinder in the Chapter 7 Trustee's Second Motion for Extension of Time to Object to Discharge* (hereinafter, the "Joinder"), and in support respectfully represents:

1. Pursuant to Federal Rule of Bankruptcy Procedure 4004(b)(1), "[o]n motion of any party in interest, after notice and hearing, the court may for cause extend the time to object to discharge the motion shall be filed before the time [to object] has expired." FED. R. BANKR. P. 4004(b)(1). In a chapter 7 case, a complaint or motion to object to discharge must be filed no later than sixty (60) days after the first date set for the 341 Meeting. FED. R. BANKR. P. 4004(a).

2. In this Case, the deadline to object to discharge has been set for July 1, 2022. Pursuant to

Trustee's *Second Motion for Extension of Time to Object to Discharge* ("Motion") [Doc. No. 190], the Trustee now requests a second extension of time to object to discharge to be extended to **August 5, 2022**. This Motion is timely as it is filed before the time to object to discharge has expired.

3. Builders West also respectfully requests that the Court enter the proposed order attached to this Joinder, so that the time fixed for filing an objection to the Debtor's discharge may be made pursuant to 11 U.S.C. § 727 ***and/or § 523***, and R. Bankr. P. 4004 for the Trustee, United States Trustee, and all creditors.

**WHEREFORE,** Builders West, Inc. prays that the Court: (i) enter the proposed order attached hereto; (ii) extend the deadline to object to the Debtor's discharge to August 5, 2022, pursuant to 11 U.S.C. § 727 and § 523, and R. Bankr. P. 4004, for the Trustee, United States Trustee, and all creditors; and (iii) for any other relief Builders West is entitled to in law or equity.

Date: July 1, 2022

Respectfully submitted,

**BAIR HILTY, P.C.**

*/s/ Dale R. Mellencamp*
DALE R. MELLENCAMP
State Bar No. 13920250
Federal Bar No. 7718
14711 Pebble Bend Drive
Houston, Texas 77068
dmellencamp@bairhilty.com
Telephone: (713)862-5599
Facsimile: (713)868-9444

**ATTORNEY FOR BUILDERS WEST, INC.**

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing has been served on all necessary parties in accordance with FRBP 2002 on this date the July 1, 2022, via CM/ECF to all parties authorized to receive electronic notice in this case.

                                        */s/ Dale R. Mellencamp*
                                        Dale R. Mellencamp

AmeriCredit/GM Financial Attn: Bankruptcy
PO Box 183853
Arlington, TX 76096-3853

Bank of America
4909 Savarese Circle FL1-908-01-50 Tampa, FL 33634-2413

Big Tex Storage
3480 Ella
Houston, TX 77018-6136

Brendon D Singh
Tran Singh, LLP
2502 La Branch Street
Houston, TX 77004-1028

Builders West Inc.
8905 Friendship
Houston, TX 77080-4111

Cadence/Superior Bank Operations Center
2100 3rd Ave N
Birmingham, AL 35203

Catherine Stone Curtis
Pulman, Cappuccio & Pullen, LLP
P.O. Box 720788
McAllen, TX 78504-0788

Central Portfolio Control
Attn: Bankruptcy
10249 Yellow Circle Dr Ste 200
Minnetonka, MN 55343-9111

Citibank
Citicorp Credit Srvs/Centralized Bk dept
PO Box 790034
St Louis, MO 63179-0034

City of Houston Public Works
Attn: Effie Green
4200 Leeland
Houston, TX 77023-3016

ECHELON ANALYTICS
ATTN MALINDA PISCIOTTA
1717 MAIN STREET STE 3380
DALLAS TX 75201-7364

Encore Bank
Nine Greenway Plaza
Houston, TX 77046-0905

Forest Home Plantation, LLC
c/o Leann O. Moses
1100 Poydras Street Ste 3100
New Orleans, LA 70163-1102

Harris County et al.
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP PO Box 3064
Houston, TX 77253-3064

Henke, Williams & Boll, LLP
2929 Allen Pkwy Ste 3900
Houston, TX 77019-7125

Johns & Hebert PLLC
f/k/a Johns & Counsel PL
2028 East Ben White Blvd Ste 240 Austin, TX 78741-6931

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L. 6409 Congress Avenue Ste 100
Boca Raton, FL 33487-2853

Libertas Funding LLC
382 Greenwich Ave Ste 2
Greenwich, CT 06830-6501

Michael L. Noel
12222 Taylorcrest
Houston, TX 77024-4247

PHOENIX FINANCIAL SERVICES LLC
PO BOX 361450
INDIANAPOLIS IN 46236-1450

PNC BANK RETAIL LENDING
PO BOX 94982
CLEVELAND OH 44101-4982

Reese Baker & Assoc.
950 Echo Lane Ste 300
Houston, TX 77024-2824

Scott Vincent Van Dyke
1515 South Boulevard
Houston, TX 77006-6335

Susan Tran Adams
Tran Singh LLP
2502 La Branch Street
Houston, TX 77004-1028

TMX FINANCE LLC
FORMERLY TITLEMAX
15 BULL STREET STE 200
SAVANNAH GA 314012686

US Trustee
Office of the US Trustee
515 Rusk Ave Ste 3516
Houston, TX 77002-2604

Wells Fargo Bank N.A., d/b/a Wells
Fargo Auto
PO Box 130000
Raleigh, NC 27605-1000

Wells Fargo Dealer Services
Attn: Bankruptcy
1100 Corporate Center D
Raleigh, NC 27607-5066