UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SCOTT VINCENT VAN DYKE, | § | CASE NO. 21-60052 (CML) |
| | § | (Chapter 7) |
| Debtor. | § | |

**DISCLOSURE OF COMPENSATION PURSUANT TO
<u>11 U.S.C. § 329 AND FED. R. BANKR. P. 2016(b)</u>**

TO THE HONORABLE CHRISTOPHER M. LOPEZ, U.S. BANKRUPTCY JUDGE:

COMES NOW, THE PROBUS LAW FIRM ("TPLF"), and makes this its Disclosure of Compensation Pursuant to 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b) as follows:

1. On July 1, 2022, the Debtor, Scott Vincent Van Dyke (the "Debtors"), engaged The Probus Law Firm to represent him in certain matters, including defense of the adversary proceedings *Michael L. Noel and Sue Noel v. Scott Van Dyke*, Adv. Pro. No. 22-6008, and *Eva S. Engelhart, Chapter 7 Trustee of Anglo-Dutch Petroleum International, Inc.*, Adv. Pro. No. 22-6002, defense of the objections to exemptions, and defense of the motion for relief from stay by Cadence Bank regarding the Debtor's homestead.  The compensation paid or agreed to be paid by the Debtor to TPLF for its services rendered, or to be rendered, in the Debtor's Chapter 7 case was on an hourly basis at the rate of $450.00/hour for Mr. Probus and $100/hour for paraprofessionals, plus expenses.  On July 1, 2022, Debtor paid TPLF a retainer in the amount of $25,000.00, which is being held in TPLF's IOLTA client trust account to be drawn against.

2. The source of all payments of fees and expenses to TPLF will be from the Debtor's retainer paid and from post-petition income.

3. TPLF received no transfer, assignment or pledge of property except that stated in paragraph 1 above.

4. TPLF has not shared or agreed to share with any other entity, other than with members of TPLF, any compensation paid or to be paid.

**THE PROBUS LAW FIRM**

By: */s/ Matthew B. Probus*
      **Matthew B. Probus**
      Tex. Bar No. 16341200
      Fed. I.D. No. 10915

10497 Town and Country Way, Suite 930
Houston, Texas 77024
(713) 258-2700 (Telephone)
(713) 258-2701 (Facsimile)
matthewprobus@theprobuslawfirm.com

*ATTORNEYS FOR DEBTOR,*
*SCOTT VINCENT VAN DYKE*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all parties, including the U.S. Trustee, the Chapter 7 Trustee, and all creditors and parties requesting notice, through the Court's PACER/ECF system on this 7th day of July 2022.

*/s/ Matthew B. Probus*
Matthew B. Probus

2