UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SCOTT VINCENT VAN DYKE, | § | CASE NO. 21-60052 (CML) |
| | § | (Chapter 7) |
| Debtor. | § | |

NOTICE OF APPEARANCE AS CO-COUNSEL FOR THE DEBTOR
AND REQUEST FOR SERVICE OF NOTICES

TO THE HONORABLE CHRISTOPHER M. LOPEZ, U.S. BANKRUPTCY JUDGE:

COMES NOW, MATTHEW B. PROBUS OF THE PROBUS LAW FIRM, and makes this Notice of Appearance as Co-Counsel for the Debtor and Request for Service of Notices as follows:

1. The undersigned requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

Matthew B. Probus
The Probus Law Firm
10497 Town and Country Way, Suite 930
Houston, Texas 77024
(713) 258-2700 (Tele)
(713) 258-2701 (Fax)
matthewprobus@theprobuslawfirm.com

**THE PROBUS LAW FIRM**

By:/s/ *Matthew B. Probus*
   **Matthew B. Probus**
   Texas State Bar No. 16341200
   Fed. I.D. No. 10915

10497 Town and Country Way, Suite 930
Houston, Texas 77024
Tel. (713) 258-2700
Fax (713) 258-2701
matthewprobus@theprobuslawfirm.com

*ATTORNEYS FOR DEBTOR,*
*SCOTT VINCENT VAN DYKE*

### Certificate of Service

 I hereby certify that a true and correct copy of the foregoing instrument has been served upon all parties registered to receive notices by PACER via the Court's ECF/PACER system on this 7th day of July 2022.

   /s/ Matthew B. Probus
   Matthew B. Probus