### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCOTT VINCENT VAN DYKE | § | Case No. 21-60052 |
| | § | |
| Debtor. | § | Chapter 11 Case |
| | § | |

---

**WITNESS AND EXHIBIT LIST OF EVA ENGELHART, AS CHAPTER 7 TRUSTEE OF THE ESTATE OF ANGLO-DUTCH PETROLEUM INTERNATIONAL, INC., LITTLEMILL LIMITED, PROSPERITY SETTLEMENT FUNDING, INC., ANDREA LORE, INDIVIDUALLY AND IN HER CAPACITIES AS CO-EXECUTOR OF THE ESTATE OF ROBERT M. PRESS, DECEASED AND AS CO-TRUSTEE OF THE LORRAINE PRESS SUPPLEMENTAL CARE TRUST AND ANZAR SETTLEMENT FUNDING CORP. FOR AUGUST 9, 2022, HEARING**

**WITNESSES (may call):**

1. Any rebuttal and/or impeachment witnesses; and

2. All persons listed on the witness list of any party.

<u>Judge</u>:  Honorable Christopher M. Lopez

<u>Hearing Date</u>:  August 9, 2022

<u>Hearing Time</u>:  1:00 p.m. CT

<u>Party's Name</u>:  Eva Engelhart, as Chapter 7 Trustee of the estate of Anglo-Dutch Petroleum International, Inc. ("<u>Engelhart</u>"); Littlemill Limited; Prosperity Settlement Funding, Inc.; Andrea Lore, individually and in her capacities as co-executor of the estate of Robert M. Press, deceased, and as co-trustee of the Lorraine Press Supplemental Care Trust; and Anzar Settlement Funding Corp. (collectively, "<u>Investors</u>")

<u>Attorneys' Names</u>: William R. Greendyke
Julie Harrison
William Fred Hagans
Carl D. Kulhanek, Jr.
Richard D. Eiszner

Attorney's Phone: (713) 651-5151
(281) 884-9262

Nature of Proceeding:   Motion to Confirm
Absence of the Automatic Stay [Dkt. No. 174];
Objection of Eva S. Engelhart, Chapter 7
Trustee of the Estate of Anglo-Dutch
Petroleum International, Inc., to Motion for
Relief from Automatic Stay as to 1515 South
Blvd., Houston TX 77066 [Dkt. No. 179].

## EXHIBIT LIST

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Draft Petition for Constructive Trust Action | | | | |
| 2. | Any exhibit identified or admitted by any other party | | | | |
| 3. | Any rebuttal or impeachment exhibits | | | | |

Engelhart and the Investors reserve (i) the right to amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing, and (ii) the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing Witness and Exhibit List as appropriate. Engelhart and the Investors also reserve the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other parties in interest, and (ii) any pleading, hearing transcript, or other document filed with the Court in the above-captioned matter.

[*Remainder of Page Intentionally Blank*]

Dated: August 5, 2022.                    Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

*/s/ William R. Greendyke*
William R. Greendyke (SBT 08390450)
Julie G. Harrison (SBT 20492434)
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
william.greendyke@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com

- and –

HAGANS MONTGOMERY HAGANS

William Fred Hagans
Texas State Bar No. 08685500
fhagans@hagans.law
Carl D. Kulhanek, Jr.
Texas State Bar No. 11761850
ckulhanek@hagans.law
3200 Travis, Fourth Floor
Houston, Texas 77006
Telephone: 713-222-2700
Facsimile: 713-547-4950

ATTORNEYS FOR EVA S. ENGELHART,
CHAPTER 7 TRUSTEE, LITTLEMILL LIMITED,
PROSPERITY SETTLEMENT FUNDING INC.,
ANDREA LORE, INDIVIDUALLY AND IN HER
CAPACITIES AS CO-EXECUTOR OF THE
ESTATE OF ROBERT M. PRESS, DECEASED
AND AS CO-TRUSTEE OF THE LORRAINE
PRESS SUPPLEMENTAL CARE TRUST AND
ANZAR SETTLEMENT FUNDING CORP.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 5, 2022, a true and correct copy of the foregoing was served upon the counsel and parties of record electronically through the Bankruptcy Court's Electronic Case Filing System on those parties that have consented to such service.

*/s/ Fred Hagans*
Fred Hagans