IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SCOTT VINCENT VAN DYKE | § | CASE NO. 21-60052 |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | JUDGE CHRISTOPHER M. LOPEZ |

**CHAPTER 7 TRUSTEE'S WITNESS AND EXHIBIT LIST**
**FOR AUGUST 9, 2022 HEARING**

| **WITNESS(ES) (may call):** | |
|---|---|
| 1.  Catherine S. Curtis | **Judge:**  Honorable Christopher M. Lopez |
| 2.  Colleen Sherlock, Realtor (Expert testimony regarding the value of the real property) | **Hearing Date:** August 9, 2022 |
| 3.  Any rebuttal and/or impeachment witnesses; | **Hearing Time:**  1:00 p.m. CT |
| 4.  All persons listed on the witness list of any other party. | **Party's Name:** Catherine Stone Curtis, as Chapter 7 Trustee for the estate of Scott Vincent Van Dyke ("Chapter 7 Trustee") |
| | **General Counsel:**<br><br>Lynn Hamilton Butler<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701<br>512-479-9758; 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 fax<br>Email:  lynn.butler@huschblackwell.com |
| | **Nature of Proceeding:**  Final Hearing on Motion to Confirm Absence of the Automatic Stay filed by Engelhart (174) and Motion for Relief from Stay filed by Cadence Bank, N.A. (175) |

HB: 4871-2925-3677.1

**EXHIBIT LIST**

| Exhibit No. | Description | MARKED | OFFERED | OBJECT | ADMIT | DATE | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| T-1 | Debtor's Schedules [Dkt. 27, pp. 17-59] | | | | | | |
| T-2 | Home Equity Line of Credit Deed of Trust dated May 22, 2008 [Dkt. No. 175-2] | | | | | | |
| T-3 | Final Judgment (4:19-cv-02894) [Dkt. 74] | | | | | | |
| T-4 | Engelhart's Draft Petition for Constructive Trust | | | | | | |
| T-5 | $2,250,000.00 Home Equity Loan Line Agreement, Note and Disclosure Statement dated May 22, 2008 [Dkt. No. 175-1] | | | | | | |
| T-6 | Cadence Bank Loan Transaction History [Dkt No. 175-5] | | | | | | |
| T-7 | Harris County Appraisal District 2021 Real Property Account Information for 1515 South Boulevard, Houston, TX 77006 | | | | | | |
| T-8 | Zillow.com Report for 1515 South Boulevard, Houston, TX 77006 | | | | | | |
| | Any exhibits listed by any other party | | | | | | |
| | Any exhibits necessary for rebuttal or impeachment | | | | | | |

Dated:  August 5, 2022	Respectfully submitted,

By  /s/Catherine Stone Curtis
 Catherine Stone Curtis
 State Bar No. 24074100
 P.O. Box 720788
 McAllen, Texas 78504
 (956) 467-1900; (956) 331-2815 fax

**Chapter 7 Trustee**

**HUSCH BLACKWELL LLP**

By:  /s/ Lynn Hamilton Butler
 Lynn Hamilton Butler
 State Bar No. 03527350
 111 Congress Avenue, Suite 1400
 Austin, Texas 78707
 (512) 479-9758; (512) 479-1101 fax
 Email:  lynn.butler@huschblackwell.com

**General Counsel**

HB: 4871-2925-3677.1

## CERTIFICATE OF SERVICE

  I certify that on the 5th day of August 2022, a true and correct copy of the foregoing was served on the Debtor, counsel for the Debtor, the Trustee and the US Trustee, and all parties registered to receive electronic notification via this Court's CM-ECF system.

                   */s/ Lynn Hamilton Butler*
                   Lynn Hamilton Butler

HB: 4871-2925-3677.1