IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCOTT VINCENT VAN DYKE | § | Case No. 21-60052 |
| | § | |
| Debtor. | § | Chapter 7 Case |
| | § | |

**ORDER CONFIRMING ABSENCE OF THE AUTOMATIC STAY**
[Relates to Dkt. No. 174]

Upon the record of the hearing held on June 21, 2022, it is hereby ORDERED THAT:

1. The automatic stay provisions provided by 11 U.S.C. § 362 were previously lifted by this Court's prior orders and do not stay Eva Engelhart, Chapter 7 Trustee for the estate of Anglo-Dutch Petroleum International, Inc., from effectuating and enforcing the judgment rendered in *Engelhart v. Van Dyke*, Case No. 4:19-cv-02894, United States District Court for the Southern District of Texas.

2. The fourteen-day stay provided under Federal Rule of Bankruptcy Procedure 4001(a)(3) will not apply and this Order will be effective immediately upon its entry.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.