IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-60052 |
| | § | CHAPTER 7 |
| SCOTT VINCENT VAN DYKE, | § | |
| | § | |
| DEBTOR | § | JUDGE CHRISTOPHER M. LOPEZ |

<u>**NOTICE OF HEARING**</u>
[Relates to Dkt. Nos. 186, 187, and 188]

**PLEASE TAKE NOTICE** that a remote hearing has been set for **Thursday, September 1, 2022, at 10:00 a.m.** to consider the Objections to the Debtor's Exemptions filed by Catherine S. Curtis, Chapter 7 Trustee ("Trustee") (Dkt. No. 186), Builders West, Inc. (Dkt. No. 187), and Eva S. Engelhart, Chapter 7 Trustee (Dkt. No. 188) before Judge Lopez by telephone and video conference.

Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153.

You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeLopez" in the GoToMeeting app or click the link on Judge Lopez's home page on the Southern District of Texas website

HB: 4878-7349-4829.1

Dated:  August 9, 2022               Respectfully submitted,

**CHAPTER 7 TRUSTEE**

Catherine Stone Curtis
State Bar No. 24074100
P.O. Box 720788
McAllen, Texas 78504
(956) 467-1900; (956) 331-2815 fax

**HUSCH BLACKWELL LLP**

By: */s/ Lynn Hamilton Butler*
    Lynn Hamilton Butler
    State Bar No. 03527350
    111 Congress Avenue, Suite 1400
    Austin, Texas 78707
    (512) 479-9758; (512) 479-1101 fax
    lynn.butler@huschblackwell.com

**General Counsel to Catherine Stone Curtis, Chapter 7 Trustee**

## CERTIFICATE OF SERVICE

I certify that on the 9th day of August 2022, a true and correct copy of the foregoing was served on the Debtor, counsel for the Debtor, the Trustee and the US Trustee via regular US Mail, unless otherwise served by the CM-ECF system.

*/s/ Lynn Hamilton Butler*
Lynn Hamilton Butler

HB: 4878-7349-4829.1