IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 (Converted) |
| SCOTT VINCENT VAN DYKE, | § | |
| | § | Case No. 21-60052 |
| DEBTOR. | § | Hon. Christopher M. Lopez |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned counsel enters an appearance for Builders West, Inc. ("Builders West"), and requests that copies of all pleadings, motions, notices, and other papers, filed or served, in this proceeding, be served upon the undersigned counsel for Builders West at the following street addresses, e-mail addresses, or facsimile numbers:

> Rachel Thompson Kubanda
> State Bar No. 24093258
> Rachel.Kubanda@keanmiller.com
> KEAN MILLER LLP
> 711 Louisiana Street, Suite 1800
> Houston, Texas 77002
> Telephone: (713) 844-3000
> Telecopier: (713) 844-3030

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, and answers, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** is hereby given that this Notice of Appearance and any later appearance, pleading, claim or suit shall not be deemed to be a waiver of the rights of Builders West: (1) to have final orders in matters and proceedings in which a Bankruptcy Court

does not have the power to enter a final order under Article III of the Constitution entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any rights, actions, or defenses relating to the scope of the Bankruptcy Court's jurisdiction, or (5) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Builders West is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Builders West expressly reserves.  Nor shall this Notice of Appearance be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated: August 17, 2022

Respectfully submitted:

*/s/ Rachel T. Kubanda*
Rachel Thompson Kubanda
State Bar No. 24093258
Rachel.Kubanda@keanmiller.com
KEAN MILLER LLP
711 Louisiana Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 844-3000
Telecopier: (713) 844-3030
**Lead Counsel for Builders West, Inc.**

-and-

Dale R. Mellencamp
State Bar No. 13920250
Federal Bar No. 7718
14711 Pebble Bend Drive
Houston, Texas 77068
dmellencamp@bairhilty.com
Telephone: (713)862-5599
Facsimile: (713)868-9444

**Co-Counsel for Builders West, Inc.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on August 17, 2022, a copy of the foregoing document served to all parties entitled to receive notices through the Court's electronic notification system as permitted by Local Rules of the U.S. Bankruptcy Court for the Southern District of Texas:

                                                */s/ Rachel T. Kubanda*
                                                Rachel T. Kubanda