UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SCOTT VINCENT VAN DYKE, | § | CASE NO. 21-60052 (CML) |
| | § | (Chapter 7) |
| Debtor. | § | |

## DECLARATION OF SCOTT VINCENT VAN DYKE

I, SCOTT VINCENT VAN DYKE, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Debtor in the above styled bankruptcy case. I am over eighteen years of age, am of sound mind and body and am qualified and authorized to make this declaration. I have personal knowledge of the facts contained in this declaration, and they are all true and correct.

2. On April 27, 2022, I filed my amended schedules A,B and C, which are in the Court's docket as Dkt. No. 162. (the "Amended Schedules").

3. In the Amended Schedules on Schedule C, I valued my homestead using the appraised value of Harris County Appraisal District and deducting from that the estimated costs of the repairs and renovations necessary to put the home into a salable condition. Harris County Appraisal District placed the appraised value of my homestead as of January 1, 2022, at $5,460,808 and the market value of my homestead as of January 1, 2022, at $6,735,016. In August of 2022, I argued for a lower property valuation, and Harris County Appraisal District reduced the appraised and market values to $5,272,123.00. Cadence Mortgage filed a proof of claim in this case for a secured claim of $1,938,889.36. On May 22, 2008, Cadence's predecessor Encore Bank, placed the fair market value of the homestead at $4,500,000. Cadence Mortgage believes the fair market value of the homestead to be higher now. I have not obtained an appraisal of the homestead and do not have a professional's opinion of what the fair market value of my homestead is at the time. However, I believe that in a controlled sale, with time for marketing by a real estate professional, the fair market value of the homestead would be in excess of $5,000,000.

4. In the Amended Schedules on Schedule C, I valued all of my personal property listed with the exception of my two vehicles, on a liquidation basis. That is, based on my personal knowledge of each asset, I estimated what I believed I would receive in a distressed sale of those assets in order to liquidate them quickly.



1

5. For the two vehicles listed on Schedule C of the Amended Schedules, the 2013 Chevrolet Tahoe and the 2016 Chevrolet Silverado, I estimated what I believed to be a market value for each. I have since looked at what the trade in value of the vehicles would be using third party website information. The value of the 2013 Chevrolet Tahoe, which I would claim is exempt, has a trade in value of approximately $10,000. That vehicle has approximately $12,000 in debt remaining on it. The value of the second vehicle, the 2016 Chevrolet Silverado, which is the non-exempt vehicle that I am buying back from the estate, has a trade in value of approximately $14,000. That vehicle has approximately $10,000 in debt remaining on it.

6. All of the entities on Schedule A,B are shut down and not operating. I value my membership interests in those as follows:

   **Trepador Energy LLC**
   Ownership: 100%        Estimated value:  $10,977.00
   Trepador had ownership of interests in the White Castle Field in Iberville, Louisiana, but that interest was lost in 2021. Trepador now owns $5,977.00 in computers, furniture, filing cabinets, and office equipment. The company also owns $5,000.00 in geologic maps, logs and data. The company is a party to a cause of action pending in state court in Louisiana. On my April 27, 2022 Schedule A, B & C, I estimated the recovery value for Trepador for its lawsuit to be $1,163,437.49 after taking into consideration the risks, legal fees and expenses in the lawsuit. Unfortunately, this summer, Trepador's legal counsel withdrew its representation and Trepador has no counsel, nor does it have the funds to hire new counsel to prosecute its claims. For this reason, I estimate the recovery value for Trepador at this time to be $0.

   **Bashton Energy LLC**
   Ownership: 75%        Estimated value:  $(229,161.50)
   Bashton no longer has ownership of any assets. The company had ownership of interests in the White Castle Field in Iberville, Louisiana, but that interest was lost in 2021. It has unpaid debt in the amount of $229,161.05. The company is a party to the same cause of action as Trepador Energy LLC that is pending in state court in Louisiana, but Bashton's counsel withdrew from representation and it currently has no counsel in its lawsuit and it does not have the funds to hire new counsel to prosecute its claims. Furthermore, if any value should be recovered by company from the lawsuit, such recovery would be paid to Trepador Energy LLC.

   **Texas Petroleum Operations LLC**
   Ownership: 100%        Estimated book value: ($864,637.72)
   The company owns no assets. The company owes over $600,000 in principal and interest to third party lenders and over $250,000 in unpaid wages.



**Potomac Assets LLC**
Ownership: 100%     Estimated book value: $400.00
The company owns no assets and never incurred expenses. It is a shell company and its only value is the value of creating a shell Texas LLC.

**Burgoyne Assets LLC**
Ownership: 100%     Estimated book value: $400.00
The company owns no assets and never incurred expenses. It is a shell company and its only value is the value of creating a shell Texas LLC.

Given under my hand this 26th day of September, 2022, in Houston, Harris County, Texas.

By: _____
Scott Vincent Van Dyke