United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 28, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCOTT VINCENT VAN DYKE | § | Case No. 21-60052 |
| | § | |
| Debtor. | § | Chapter 7 Case |
| | § | |

## ORDER GRANTING AGREED JOINT EMERGENCY MOTION OF EVA S. ENGELHART, CHAPTER 7 TRUSTEE OF THE ESTATE OF ANGLO-DUTCH PETROLEUM INTERNATIONAL, INC., AND BUILDERS WEST, INC. FOR ENTRY OF AN ORDER CONTINUING CERTAIN OF THE MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 28, 2022 RELATED TO THE OBJECTIONS TO DEBTOR'S CLAIM EXEMPTIONS

(Relates to Docket No. __)

CAME ON for consideration the Agreed Joint Emergency Motion for Entry of an Order Abating Certain of the Matters Scheduled for Hearing on September 28, 2022 Related to the Objections to the Debtor's Claim Exemptions. It is hereby ORDERED THAT:

1. The Motion is **GRANTED**.

2. The Objections are abated to a date following the hearing on the *Joint Motion to Approve Compromise and Settlement Pursuant to Fed. R. Bankr. P. 9019(a)* [Dkt. No. 219].

Signed: September 28, 2022

_____
Christopher Lopez
United States Bankruptcy Judge