United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 28, 2022
Nathan Ochsner, Clerk

THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 21-60052 |
| **SCOTT VINCENT VAN DYKE,** | § | |
| | § | (Chapter 7) |
| Debtor. | § | |

# ORDER GRANTING
# TRUSTEE'S APPLICATION TO EMPLOY REAL ESTATE BROKER
### (This Order Relates to Docket No. 214)

The Court has considered the Trustee's *Application to Employ Real Estate Broker* (the "**Application**")[1], the Declaration of Colleen Sherlock in support of the Application, and any objections or responses filed in respect of the Application, and the record in this case. The Court finds that (a) notice of the Application was appropriate and adequate under the circumstances; (b) Colleen Sherlock and Greenwood King Properties II Inc. are disinterested persons as defined in the Bankruptcy Code and hold no interest adverse to the Estate; (c) good cause exists to grant the Application; and (d) granting the Application is in the best interest of the Estate.

It is hereby ORDERED that:

1. Catherine Stone Curtis, as trustee of the Debtor's Estate, is authorized to employ Colleen Sherlock of Greenwood King Properties II, Inc. (the "**Broker**") as a real estate broker, effective as of August 17, 2022.

2. The Trustee is authorized to compensate the Broker at a rate of 6% commission on the gross sale price on any of the Estate's properties at closing of the sale of the Property.

---

[1] Capitalized terms used but not otherwise defined herein are intended to have the same meaning as defined in the Application.

3. The Trustee is authorized to reimburse the broker for reasonable expenses associated with preparing a property of the Estate for sale and maintaining the condition of the property while it is being marketed, at closing of the sale of the Property.

4. The Trustee is authorized to enter into an agreement with the Broker substantially similar to the agreement attached as Exhibit B to the Application.

5. The Court shall retain exclusive jurisdiction over all aspects of this Order.

Signed: September 28, 2022

Christopher Lopez
United States Bankruptcy Judge