## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-60052 |
| | § | CHAPTER 7 |
| SCOTT VINCENT VAN DYKE, | § | |
| | § | |
| DEBTOR | § | JUDGE CHRISTOPHER M. LOPEZ |

### NOTICE OF EXHIBITS FOR STATUS CONFERENCE

**PLEASE TAKE NOTICE** that attached hereto as **Exhibit A** are exhibits Catherine S. Curtis, Chapter 7 Trustee ("Trustee") intends to introduce at the Status Conference currently set for Thursday, October 6, 2022, at 10:00 a.m.

Dated: October 5, 2022

Respectfully submitted,

**CHAPTER 7 TRUSTEE**

Catherine Stone Curtis
State Bar No. 24074100
P.O. Box 720788
McAllen, Texas 78504
(956) 467-1900; (956) 331-2815 fax

**HUSCH BLACKWELL LLP**

By: */s/ Lynn Hamilton Butler*
Lynn Hamilton Butler
State Bar No. 03527350
111 Congress Avenue, Suite 1400
Austin, Texas 78707
(512) 479-9758; (512) 479-1101 fax
lynn.butler@huschblackwell.com

**General Counsel to Catherine Stone Curtis, Chapter 7 Trustee**

HB: 4860-8778-0150.1

## CERTIFICATE OF SERVICE

I certify that on the 5th day of October 2022, a true and correct copy of the foregoing was served on the Debtor, counsel for the Debtor, the Trustee and the US Trustee via regular US Mail, unless otherwise served by the CM-ECF system.

*/s/ Lynn Hamilton Butler*
Lynn Hamilton Butler