# EXHIBIT A





















































































































