IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **Chapter 7** |
| SCOTT VINCENT VAN DYKE | § | |
| | § | **Case No.: 21-60052** |
| Debtor. | § | |

**MICHAEL L. NOEL'S JOINDER TO OBJECTION OF BUILDERS WEST, INC'S OBJECTION TO MOTION TO COMPROMISE**
[Relates to Dkt. No. 219]

**Michael L. Noel** ("Dr. Noel") files this joinder to the objection (the "Objection") [Dkt. No. 238] of Builders West, Inc. to the Joint Motion to Approve Compromise under Rule 9019 [Dkt. No. 219] (the "Motion") and respectfully states that:

1. Dr. Noel fully supports the Objection and incorporates the arguments in the Objection as if fully set forth herein. Among other things, the 9019 Motion lacks any substantial practical/economic considerations or explanations for such a settlement, and is not supported by any evidence except for the Trustee's conclusory statements that the assets subject to the Trustee's Homestead Objection hold little to no value to the estate.[1]

2. Wherefore, Dr. Noel requests that this Court enter an Order denying the Motion in its entirety.

[*Signatures to follow*]

---

[1] Capitalized terms not defined herein have the definitions ascribed to them in the objection.

1

Respectfully submitted,

/s/ *Michael K. Riordan*
Michael K. Riordan
Foley & Lardner LLP
1000 Louisiana Street, Suite 2000
Houston, TX 77002-2099
Tel: 713-276-5178
Email: mriordan@foley.com

*ATTORNEYS FOR MICHAEL L. NOEL*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, a true and correct copy of the foregoing Motion for Relief From Stay was served by United States mail, first class, postage prepaid to the parties on the attached service list or via CM/ECF to all parties authorized to receive electronic notice in this case.

/s/ *Michael K. Riordan*
Michael K. Riordan