IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: § | |
| § | **Chapter 7** |
| SCOTT VINCENT VAN DYKE § | |
| § | **Case No.: 21-60052** |
| Debtor. § | |

**AMENDED AGREED ORDER APPOINTING JUDGE JONES AS MEDIATOR**
**[Relates to Dkt. No. 232]**

The Debtor, several creditors, and other interested parties have agreed that mediation may be an efficient and effective mechanism to consensually resolve issues related to this case (the "Dispute"). As a result, counsel for the Debtor and the undersigned counsel for the Debtor's creditors and other interested parties, have consulted with the chambers of Judge Jones regarding conducting a mediation.

Upon the request and agreement of the parties, it is HEREBY ORDERED that:

1. The Debtor, the Debtor's Chapter 7 Trustee, Builder's West, Inc., Eva Engelhart, as Chapter 7 Trustee for the Estate of Anglo Dutch Petroleum International, Inc., and Michael L. Noel (collectively, the "Parties") shall participate with Judge David R. Jones, as mediator, as follows: (i) in a non-binding mediation beginning at 9:30 a.m. (prevailing Central Time) on October 25, 2022; and (ii) at such other conference and mediation sessions as deemed appropriate by Judge Jones in an attempt to resolve any issues among the Parties with respect to the Dispute.

2. All mediation conferences will be held in person, with the exception of the Chapter 7 Trustee and her counsel, who will participate telephonically.

3. At least one principal with settlement authority for each party shall attend the mediation and such other conferences as Judge Jones deems appropriate.

Dated: _____, 2022

> _____
> **CHRISTOPHER M. LOPEZ**
> **UNITED STATES BANKRUPTCY JUDGE**

**TRAN SINGH LLP**

By: */s/ Matthew B. Probus*
Susan Tran Adams (TBN: 24075648)
Brendon D. Singh (TBN: 24075646)
2502 La Branch Street
Houston, Texas 77004
Tel: (832) 975-7300
Fax: (832) 975-7301
stran@ts-llp.com

-and-

**THE PROBUS LAW FIRM**

Matthew B. Probus (TBN: 16341200)
10497 Town and Country Way
Suite 930
Houston, Texas 77024
Tel: (713) 258-2700
Fax: (713) 258-2701
matthewprobus@theprobuslawfirm.com

*Counsel for Debtor Scott Vincent Van Dyke*

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ William R. Greendyke*
William R. Greendyke (TBN: 08390450)
Julie Goodrich Harrison (TBN: 24092434)
1301 McKinney St, Ste 5100
Houston, Texas 77002
Tel: (713) 651-5151
Fax: (713) 651-5246
William.greendyke@nortonrosefulbright.com
Julie.harrison@nortonrosefulbright.com

-and-

**HAGANS MONTGOMERY HAGANS**
Willian Fred Hagans (TBN: 08685500)
Carl D. Kulhanek, Jr. (TBN: 11761850)
Richard D. Eiszner (TBN: 24103713)
3200 Travis, 4thFloor
Houston, Texas 77006
Tel: (713) 222-2700
Fax: (713) 547-4950

*Counsel for Eva S. Engelhart, Chapter 7 Trustee for the Estate of Anglo-Dutch Petroleum International, Inc.*

**KEAN MILLER LLP**

By: */s/ Rachel T. Kubanda*
Rachel Thompson Kubanda (TBN: 24093258)
711 Louisiana Street, Ste 1800
Houston, Texas 77002
Tel: (713) 844-300
Fax: (723) 844-3030
Rachel.kubanda@keanmiller.com

*Lead Counsel for Builder's West, Inc.*

-and-

Dale R. Mellencamp (TBN: 13920250)
14711 Pebble Bend Drive
Houston, Texas 77068
Tel: (713) 862-5599
Fax: (713) 868-9444
dmellencamp@bairhilty.com

*Co-Counsel for Builder's West, Inc.*

By: */s/ Catherine S. Curtis*
Catherine Stone Curtis (TBN: 24074100)
P.O. Box 720788
McAllen, Texas 78504
Tel: (956) 467-1900
Fax: (856) 331-2815

*Chapter 7 Trustee*

-and-

**HUSCH BLACKWELL LLP**

By: */s/ Lynn H. Butler*
Lynn Hamilton Butler (TBN: 03527350)
111 Congress Ave., Ste 1400
Austin, Texas 78707
Tel: (512) 479-9758
Fax: (512) 479-1101

*Counsel for Chapter 7 Trustee Catherine Stone Curtis*

3

**FOLEY & LARDNER LLP**

*/s/ Michael K. Riordan*
Michael K. Riordan
Foley & Lardner LLP
1000 Louisiana Street, Suite 2000
Houston, TX 77002-2099
Tel: 713-276-5178
Email: mriordan@foley.com

*Attorneys for Michael L. Noel*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2022, a true and correct copy of the foregoing filing was served via CM/ECF to all parties authorized to receive electronic notice in this case.

*/s/ Michael K. Riordan*
Michael K. Riordan