## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SCOTT VINCENT VAN DYKE | § | CASE NO. 21-60052-V4 |
| | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 |

### NOTICE OF HYBRID HEARING
(Relates to Docket Numbers #175, #244, #248 & #249)

Please be advised that the Court has set a Hybrid Hearing via Telephone & Video on the following dockets: **Motion for Relief From Stay** (Docket no.175), **Motion to Avoid Judicial Lien of Exempt Property** (Docket no.244), **Motion to Approve Compromise under Rule 9019** (Docket no.248), and the **Emergency Motion Pursuant to Section 105 of Bankruptcy Code and Bankruptcy Rule 9019** (Docket no.249) before the Honorable Christopher M. Lopez on **November 21, 2022, at 2:30 PM** by telephone and video conference. **Dial-in Telephone No: 832-917-1510. Conference Code: 590153** (Please do not appear in person). Telephonic participants may connect on-line, you may connect through the website located at https://www.gotomeet.me/JudgeLopez  The code for the meeting is **JudgeLopez**.

Respectfully submitted,

**TRAN SINGH LLP**

*/s/Susan Tran Adams*
Susan Tran Adams | TBN: 24075648
Brendon Singh | TBN: 24075646
Mayur Patel | TBN: 24043863
2502 La Branch Street
Houston TX 77004
Ph: (832) 975-7300
Fax: (832) 975-7301
Email: stran@ts-llp.com

**ATTORNEYS FOR DEBTOR**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of November 2022, all the interested parties on the attached service list were served this Notice of Hybrid Hearing, via U.S. First Class mail or notice via CM/ECF.

*/s/Susan Tran Adams*
Susan Tran Adams