IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-60052 |
| | § | CHAPTER 7 |
| SCOTT VINCENT VAN DYKE, | § | |
| | § | |
| DEBTOR | § | JUDGE CHRISTOPHER M. LOPEZ |

**JOINT NOTICE OF WITHDRAWAL OF
TRUSTEE'S JOINT MOTION TO APPROVE COMPROMISE AND SETTLEMENT
PURSUANT TO FED. R. BANKR. P. 9019(a)**

[Relates to Dkt. No. 219]

PLEASE TAKE NOTICE Debtor Scott Vincent Van Dyke ("Van Dyke") and the Chapter 7 Trustee, Catherine Stone Curtis, ("Trustee") (collectively the "Parties") hereby withdraw Trustee's Joint Motion to Approve Compromise and Settlement Pursuant to Fed. R. Bankr. P. 9019(a) (Dkt. No. 219) (the "**Joint Motion**"). Since the filing of the Joint Motion, the parties mediated a number of issues which led to a new settlement set forth in the Emergency Motion of Chapter 7 Trustee and Debtor Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for Entry of an Order Approving Settlement (Dkt. No. 249). The Parties no longer wish to pursue the Joint Motion.

Dated: November 18, 2022

Respectfully submitted,

**CHAPTER 7 TRUSTEE**

Catherine Stone Curtis
State Bar No. 24074100
P.O. Box 720788
McAllen, Texas 78504
(956) 467-1900; (956) 331-2815 fax

HB: 4882-2743-4303.1

2

                        **HUSCH BLACKWELL LLP**

                        By: */s/ Lynn Hamilton Butler*
                             Lynn Hamilton Butler
                             State Bar No. 03527350
                             111 Congress Avenue, Suite 1400
                             Austin, Texas 78707
                             (512) 479-9758; (512) 479-1101 fax
                             lynn.butler@huschblackwell.com

                        **General Counsel to Catherine Stone Curtis, Chapter 7 Trustee**

**THE PROBUS LAW FIRM**

 *By:/s/ Matthew B. Probus*
    Matthew B. Probus
    Tex. Bar No. 16341200
    Fed. ID No. 10915
    10497 Town and Country Way, Suite 930
    Houston, Texas 77024
    (713) 258-2700 (Telephone)
    (713) 258-2701 (Facsimile)
    matthewprobus@theprobuslawfirm.com

**ATTORNEYS FOR DEBTOR, SCOTT VINCENT VAN DYKE**

HB: 4882-2743-4303.1

## **CERTIFICATE OF SERVICE**

I certify that on the 18th day of November 2022, a true and correct copy of the foregoing was by the CM-ECF system to all parties registered to receive such notice.

                                        */s/ Lynn Hamilton Butler*
                                        Lynn Hamilton Butler