UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| SCOTT VINCENT VAN DYKE, | § § | CASE NO. 21-60052 (CML) (Chapter 7) |
| Debtor. | § | |

**DEBTOR'S SUPPLEMENT TO EXHIBIT LIST**
**[Ref. Dkt. No. 175 and 187]**

| Witnesses: | Judge: Christopher M. Lopez |
|---|---|
| | Courtroom Deputy: |
| Same as in original list | Hearing Date: November 21, 2022 |
| | Hearing Time: 2:30 p.m. |
| | Party's Name: Scott Van Dyke, Debtor |
| | Attorney's Name: Matthew B. Probus and Susan Tran |
| | Attorney's Phone: (713) 258-2700 |
| | Nature of Proceeding: Evidentiary Hearing on: (1) Cadence Bank's Motion for Relief from Stay (Dkt. No. 175) and (2) Builder's West, Inc.'s Joinder to Chapter 7 Trustee's Objection to Debtor's Claimed Exemptions (Dkt. No. 187). |

| Ex # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 57 | Letter of Intent for Loan by Fairview | | | | |

DATED:    November 21, 2022            Respectfully submitted,

**THE PROBUS LAW FIRM**

By:___/s/ Matthew B. Probus_____
    **Matthew B. Probus**
    Tex. Bar No. 16341200
    Fed. ID No. 10915

1

10497 Town and Country Way, Suite 930
Houston, Texas 77024
(713) 258-2700 (Telephone)
(713) 258-2701 (Facsimile)
matthewprobus@theprobuslawfirm.com
---
**TRAN SINGH LLP**

By:*/s/Susan Tran Adams*
 **Susan Tran Adams**
 TBN: 24075648
 **Brendon Singh**
 TBN: 24075646

2502 La Branch Street
Houston, Texas 77004
(832) 975-7300 (Telephone)
(832) 975-7301 (Facsimile)
stran@ts-llp.com

*ATTORNEYS FOR DEBTOR,
SCOTT VINCENT VAN DYKE*

2