United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 21, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SCOTT VINCENT VAN DYKE | § | CASE NO. 21-60052 (CML) |
| | § | (Chapter 7) |
| DEBTOR | § | |

**ORDER GRANTING MOTON TO APPROVE COMPROMISE AND SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019(a)**
(Relates to Dkt. No. 248)

Upon the Debtor's *Motion to Approve Compromise and Settlement Pursuant to Fed. R. Bankr. P. 9019(a)* (the "Motion")[1]; and it appearing that notice of the Motion was appropriate under the circumstances and no other further notice need be provided; and the Court having reviewed the Motion; and all responses, if any, to the Motion having been withdrawn, resolved, or overruled; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The Settlement Agreement is approved.

3. Without prejudice to the Claim filed by the Noels in the Bankruptcy Case, or any rights held by the Noels to distributions from the bankruptcy estate in connection therewith, the debts underlying the Noels' Claim constitute uncollectible debts.

4. The terms of this Order and the Settlement Agreement are immediately effective and enforceable upon its entry.

---

[1] Capitalized terms not defined herein have the meaning ascribed to such terms in the Motion.

2

5.　　The Parties are authorized to take such action necessary to effectuate the terms of this Order and the Settlement Agreement.

Signed: November 21, 2022

_____
Christopher Lopez
United States Bankruptcy Judge

2