IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| SCOTT VINCENT VAN DYKE | § § § § | CASE NO. 21-60052-H4 |
| DEBTOR. | § | CHAPTER 7 |

**NOTICE OF HYBRID HEARINGS**
(Relates to Docket Numbers #145, #247)

Please be advised that the Court has set a Hybrid Hearing via Telephone & Video on the following matters: **Motion to Dismiss** (Docket no. 145) and **Debtor's Motion for Entry of Discharge Order** (Docket no. 249) before the Honorable Christopher M. Lopez on **December 7, 2022, 10:00 A.M**. by telephone and video conference. **Dial-in Telephone No: 832-917-1510. Conference Code: 590153** (Please do not appear in person). Telephonic participants may connect on-line, you may connect through the website located at https://www.gotomeet.me/JudgeLopez The code for the meeting is **JudgeLopez**.

Date: November 30, 2022

                                                   Respectfully submitted,

                                                   **TRAN SINGH LLP**

                                                   */s/Susan Tran Adams*
                                                   Susan Tran Adams | TBN: 24075648
                                                   Brendon Singh | TBN: 24075646
                                                   Mayur Patel | TBN: 24043863
                                                   2502 La Branch Street
                                                   Houston TX 77004
                                                   Ph: (832) 975-7300
                                                   Fax: (832) 975-7301
                                                   Email: stran@ts-llp.com

                                                   **ATTORNEYS FOR DEBTOR**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30$^h$ day of November 2022, all the interested parties on the attached service list were served this Notice of Hybrid Hearing, via U.S. First Class mail or notice via CM/ECF.

*/s/Susan Tran Adams*
Susan Tran Adams