IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 (Converted) |
| SCOTT VINCENT VAN DYKE, | § | |
| | § | Case No. 21-60052 |
| DEBTOR. | § | Hon. Christopher M. Lopez |
| | § | |

### BUILDERS WEST, INC'S EMERGENCY MOTION TO CONTINUE DECEMBER 7, 2022, HEARING

**TO THE HONORABLE CHRISTOPHER M. LOPEZ,**
**U.S. BANKRUPTCY JUDGE:**

Builders West, Inc. ("Builders West"), by and through its undersigned counsel, hereby files this *Motion to Continue December 7, 2022, Hearing* (the "Motion"). In support hereof, Builders West respectfully submits the following:

1. Builders West filed its *Motion to Dismiss* on March 18, 2022.[1]  The Trustee filed an opposition on April 6, 2022,[2] and Builders West filed a reply on June 28, 2022.[3]  The Debtor did not respond to the *Motion to Dismiss*.

2. On October 31, 2022, the Debtor filed his *Motion for Entry of Discharge Order*.[4] On November 17, 2022, Builders West filed an opposition.[5]

3. On November 29, 2022, the Debtor requested the Court set the *Motion to Dismiss* and *Motion for Entry of Discharge Order* for hearing within a week by e-mail.  The e-mail included Rachel Kubanda and Mack Wilson, who have both appeared for Builders West.  It did not include Lloyd Lim or Dale Mellencamp, who has also appeared for Builders West.

---

[1] Doc. No. 145.
[2] Doc. No. 152.
[3] Doc. No. 189.
[4] Doc. No. 247.
[5] Doc. No. 251.

4. Ms. Kubanda is currently on maternity leave. Mr. Wilson did not realize that Mr. Lim and Mr. Mellencamp were not included on the e-mail chain.

5. The Court proposed a hearing date for the two motions for December 7, 2022, at 10:00 a.m.

6. On the morning of November 30, 2022, Mr. Wilson had a phone call with Mr. Lim where they discussed the proposed date. They agreed that a hearing the week of December 5, 2022, would be acceptable. Mr. Wilson believed that Mr. Lim was saying the date proposed by the Court was acceptable, as he was unaware Mr. Lim was not on the original e-mail.

7. Mr. Lim was not aware of the Court's proposed hearing date until he read an email forwarded to him by William Greendyke, counsel for the chapter 7 trustee of one of the Debtor's companies – Anglo-Dutch Petroleum International, Inc.

8. Based on this miscommunication, Mr. Wilson conveyed to the Court that the date was acceptable to Builders West.

9. That specific date and time, however, is not workable for either Mr. Lim or Mr. Mellencamp's schedules.

10. Based on the communications with the Court, Builders West understands it does not have any other availability for the remainder of the week of December 5, 2022.

11. Accordingly, Builders West requests the Court re-set the hearing on the *Motion to Dismiss* and the *Motion for Entry of a Discharge Order* to the week of December 12, 2022.

12. Builders West understands the Debtor is opposed to the Motion.

13. Builders West seeks emergency consideration of this Motion as the hearing it seeks to continue is currently set for a date that is less than 21 days from today.

Dated: November 30, 2022

                           Respectfully submitted:

By:   */s/ Lloyd A. Lim*
       Lloyd A. Lim
       State Bar No. 24056871
       Lloyd.Lim@keanmiller.com
       Broocks 'Mack' Wilson
       State Bar No. 24102655
       Mack.Wilson@keanmiller.com
       KEAN MILLER LLP
       711 Louisiana Street,
       South Tower, Suite 1800
       Houston, Texas 77002
       Telephone: (713) 844-3000
       Telecopier: (713) 844-3030

       - and -

       Dale R. Mellencamp
       State Bar No. 13920250
       Federal Bar No. 7718
       14711 Pebble Bend Drive
       Houston, Texas 77068
       Email: mellencamp@bairhilty.com
       Telephone: (713)862-5599
       Facsimile: (713)868-9444

       ATTORNEYS FOR BUILDERS WEST, INC.

## **CERTIFICATE OF COUNSEL**

The undersigned hereby certifies that all the facts contained herein are accurate.

       */s/ Lloyd A. Lim*
       Lloyd A. Lim

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on November 30, 2022, a copy of the foregoing instrument was served on the parties entitled to receive notices through the Court's electronic notification system.

*/s/ Lloyd A. Lim*
Lloyd A. Lim