IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 (Converted) |
| SCOTT VINCENT VAN DYKE, | § | |
| | § | Case No. 21-60052 |
| DEBTOR. | § | Hon. Christopher M. Lopez |
| | § | |

**BUILDERS WEST, INC.'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS**
[Relates to Doc. No. 145]

**TO THE HONORABLE CHRISTOPHER M. LOPEZ:**

Builders West, Inc. ("Builders West"), by and through its undersigned counsel, hereby withdraws its *Motion to Dismiss Case*.[1]

Dated: December 5, 2022

Respectfully submitted:

/s/ Lloyd A. Lim
Lloyd A. Lim
State Bar No. 24056871
KEAN MILLER LLP
711 Louisiana Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 844-3000
Telecopier: (713) 844-3030

and

DALE R. MELLENCAMP
State Bar No. 13920250
14711 Pebble Bend Drive
Houston, Texas 77068
Email: mellencamp@bairhilty.com
Telephone: (713)862-5599
Facsimile: (713)868-9444

ATTORNEYS FOR BUILDERS WEST, INC.

---

[1] Doc. 145.

4867-2521-1455 v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the December 5, 2022, a copy of the foregoing instrument was served on the parties entitled to receive notices through the Court's electronic notification system as permitted by the Local Rules of the U.S. Bankruptcy Court for the Southern District of Texas.

                               */s/ Lloyd A. Lim*
                               Lloyd A. Lim

4867-2521-1455 v1