IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 (Converted) |
| SCOTT VINCENT VAN DYKE, | § | |
| | § | Case No. 21-60052 |
| DEBTOR. | § | Hon. Christopher M. Lopez |
| | § | |

**BUILDERS WEST, INC.'S NOTICE OF WITHDRAWAL OF OBJECTION TO DEBTOR"S MOTION FOR ENTRY OF DISCHARGE ORDER**
[Relates to Doc. No. 251]

**TO THE HONORABLE CHRISTOPHER M. LOPEZ:**

Builders West, Inc. ("Builders West"), by and through its undersigned counsel, hereby withdraws its objection[1] to the Debtor's *Motion for Entry of Discharge Order*.[2]

Dated: December 5, 2022

                                                  Respectfully submitted:

                                                  */s/ Lloyd A. Lim*
                                                  Lloyd A. Lim
                                                  State Bar No. 24056871
                                                  KEAN MILLER LLP
                                                  711 Louisiana Street, Suite 1800
                                                  Houston, Texas 77002
                                                  Telephone: (713) 844-3000
                                                  Telecopier: (713) 844-3030

                                                  and

                                                  DALE R. MELLENCAMP
                                                  State Bar No. 13920250
                                                  14711 Pebble Bend Drive
                                                  Houston, Texas 77068
                                                  Email: mellencamp@bairhilty.com
                                                  Telephone: (713)862-5599
                                                  Facsimile: (713)868-9444

                                                  ATTORNEYS FOR BUILDERS WEST, INC.

---

[1] Doc 251.
[2] Doc 247.

4867-2521-1455 v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the December 5, 2022, a copy of the foregoing instrument was served on the parties entitled to receive notices through the Court's electronic notification system as permitted by the Local Rules of the U.S. Bankruptcy Court for the Southern District of Texas.

/s/ Lloyd A. Lim
Lloyd A. Lim

4867-2521-1455 v1