**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 21-60052-H4-7 |
| SCOTT VAN DYKE § | |
| § | |
| DEBTOR. § | CHAPTER 7 |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14TH day of December 2022, all the interested parties on the attached service list received notice on the **Order of Discharge** (Docket No. 284) via First Class mail.

Respectfully submitted,

**TRAN SINGH, LLP**

*/s/Brendon Singh*
Susan Tran Adams | TBN: 24075648
Brendon Singh | TBN: 24075646
Mayur Patel | TBN: 24043863
2502 La Branch Street
Houston TX 77004
Ph: (832) 975-7300
Fax: (832) 975-7301
Email: bsingh@ts-llp.com

**ATTORNEYS FOR DEBTOR**