IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCOTT VINCENT VAN DYKE, | § | Case No. 21-60052 |
| | § | |
| Debtor. | § | Chapter 7 Case |

### DEBTOR'S STATUS REPORT ON SETTLEMENT

COMES NOW, SCOTT VINCENT VAN DYKE, and makes this Debtor's Status Report on Settlement, and would show as follows:

1. The Debtor attempted to obtain a loan from Fairview Partners Investment Management, LLC, but issues arose with the title company that prevented consummation of that loan prior to December 31, 2022.

2. In late December, the Debtor began attempts to obtain a loan from SWE Homes, LP, but was unable to close the loan prior to December 31, 2022. The Debtor is continuing to work on the loan requirements in order to fund settlement payments.

3. On January 1, 2023, the Debtor sent an email to Colleen Sherlock asking for a day and time to meet to set up marketing of the home for sale.

Dated:  January 3, 2023              Respectfully submitted,

**THE PROBUS LAW FIRM**

By:/s/ Matthew B. Probus
    Matthew B. Probus
    Tex. Bar No. 16341200
    Fed. ID No. 10915

10497 Town and Country Way, Suite 930
Houston, Texas 77024
(713) 258-2700 (Telephone)
(713) 258-2701 (Facsimile)
matthewprobus@theprobuslawfirm.com

- and -

**TRAN SINGH LLP**
Susan Tran Adams
TBN: 24075648
Brendon Singh
TBN: 24075646
2502 La Branch Street
Houston, Texas 77004
(832) 975-7300 (Telephone)
(832) 975-7301 (Facsimile)
stran@ts-llp.com

*ATTORNEYS FOR DEBTOR,*
*SCOTT VINCENT VAN DYKE*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023, a true and correct copy of the foregoing pleading was served *via* this Court's ECF notification system.

      */s/ Matthew Probus*
      Matthew Probus