United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 13, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: | § |
| | §  Chapter 7 |
| Scott Vincent Van Dyke | § |
| | §  Case No. 21-60052 |
| Debtor. | §  **Christopher M. Lopez** |

### ORDER ABATING 2004 EXAMINATION AND RELATED DEADLINES

The Rule 2004 Examination o and all documents requests related to the Examination are abated until after the Court conducts a status conference in this case that the Court will set in early March.

Signed: February 13, 2023

_____
Christopher Lopez
United States Bankruptcy Judge