UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| SCOTT VINCENT VAN DYKE, | § | CASE NO. 21-60052 (CML) |
| | § | (Chapter 7) |
| Debtor. | § | |

**DEBTOR'S WITNESS EXHIBIT LIST**
**[Ref. Dkt. No. 295]**

| Witnesses: | |
|---|---|
| | Judge: Christopher M. Lopez |
| | Courtroom Deputy: |
| Scott Van Dyke | Hearing Date: March 10, 2023 |
| | Hearing Time: 11:00 a.m. |
| | Party's Name: Scott Van Dyke, Debtor |
| | Attorney's Name: Matthew B. Probus and Susan Tran |
| | Attorney's Phone: (713) 258-2700 |
| | Nature of Proceeding: Emergency Status Conference (Doc. No. 295) |

| Ex # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | 1/23/2023 emails with Colleen Sherlock | | | | |
| 2 | 1/24/2023 emails with Shannon Skurner | | | | |
| 3 | 1/26/2023 emails with Shannon Skurner | | | | |
| 4 | 2/1/2023 emails with Shannon Skurner | | | | |
| 5 | 2/3/2023 emails with Shannon Skurner | | | | |
| 6 | Emails with title company and lender re loan and closing | | | | |

1

DATED:   March 9, 2023     Respectfully submitted,

**THE PROBUS LAW FIRM**

By:   */s/ Matthew B. Probus*
   **Matthew B. Probus**
   Tex. Bar No. 16341200
   Fed. ID No. 10915
10497 Town and Country Way, Suite 930
Houston, Texas 77024
(713) 258-2700 (Telephone)
(713) 258-2701 (Facsimile)
matthewprobus@theprobuslawfirm.com
*ATTORNEYS FOR DEBTOR,*
*SCOTT VINCENT VAN DYKE*

-and-

**TRAN SINGH LLP**

By:/s/*Susan Tran Adams*
      **Susan Tran Adams**
      TBN: 24075648
      **Brendon Singh**
      TBN: 24075646
2502 La Branch Street
Houston, Texas 77004
(832) 975-7300 (Telephone)
(832) 975-7301 (Facsimile)
stran@ts-llp.com
*ATTORNEYS FOR DEBTOR,*
*SCOTT VINCENT VAN DYKE*

## Certificate of Service

    I hereby certify that a true and correct copy of the foregoing instrument has been served upon the Debtor, the movant and movant's counsel, all parties requesting notice, the Chapter 7 Trustee, and all parties registered to receive notices by PACER via the Court's ECF/PACER system on this 5th day of August 2022.

                      /s/ Matthew B. Probus
                      Matthew B. Probus