UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SCOTT VINCENT VAN DYKE, | § | CASE NO. 21-60052 (CML) |
| | § | (Chapter 7) |
| Debtor. | § | |

**DEBTOR'S STATUS REPORT ON SALE OF HOME**

TO THE HONORABLE CHRISTOPHER M. LOPEZ, U.S. BANKRUPTCY JUDGE:

CAME ON this day the Debtor's Status Report on Sale of Home as follows:

1. On March 30, 2023, the Debtor's real estate agent, Colleen Sherlock, submitted a fully executed real estate purchase contract for the 1515 South Blvd. property into a title company, Capital Title.

DATED:   March 31, 2023            Respectfully submitted,

**THE PROBUS LAW FIRM**

By:___*/s/ Matthew B. Probus*_____
     **Matthew B. Probus**
     Tex. Bar No. 16341200
     Fed. ID No. 10915
10497 Town and Country Way, Suite 930
Houston, Texas 77024
(713) 258-2700 (Telephone)
(713) 258-2701 (Facsimile)
matthewprobus@theprobuslawfirm.com
*ATTORNEYS FOR DEBTOR,*
*SCOTT VINCENT VAN DYKE*

-and-

**TRAN SINGH LLP**

By:*/s/Susan Tran Adams*
     **Susan Tran Adams**
     TBN: 24075648
     **Brendon Singh**
     TBN: 24075646
2502 La Branch Street
Houston, Texas 77004
(832) 975-7300 (Telephone)
(832) 975-7301 (Facsimile)
stran@ts-llp.com
*ATTORNEYS FOR DEBTOR,*
*SCOTT VINCENT VAN DYKE*

## Certificate of Service

    I hereby certify that a true and correct copy of the foregoing instrument has been served upon all parties registered to receive notices by PACER via the Court's ECF/PACER system on this 31st day of March 2023.

                        /s/ Matthew B. Probus
                        Matthew B. Probus