United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 01, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| In re:<br><br>Scott Vincent Van Dyke<br><br>Debtor. | § <br> § Chapter 7 <br> § <br> § Case No. 21-60052 <br> § **Christopher M. Lopez** |

### ORDER GRANTING DEBTOR'S MOTION TO QUASH 2004 EXAMINATIONS OF DEBTOR AND COLLEEN SHERLOCK

Came on for consideration the Debtor's Emergency Motion to Quash 2004 Examinations of Debtor and Colleen Sherlock (the "Motion"). After considering the Motion, the Court finds cause to grant the requested relief. It is

**ORDERED** the Motion is Granted; it is further

**ORDERED** the Debtor and Colleen Sherlock need not respond. The Court will conduct a hearing to determine the merits of the 2004 Examinations at a later date.

Signed: May 01, 2023

_____
Christopher Lopez
United States Bankruptcy Judge