IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re:<br><br>Scott Vincent Van Dyke<br><br>      Debtor. | §<br>§ Chapter 7<br>§<br>§ Case No. 21-60052<br>§ **Christopher M. Lopez** |

**DEBTOR'S STATUS REPORT OF SALE ON HOME**

**To the Honorable Christopher M. Lopez:**

  Scott Van Dyke (the "Debtor") hereby files his *Status Report of Sale on Home* as follows:

  1. Pursuant to the *Agreed Order Granting Emergency Motion of Chapter 7 Trustee and Debtor Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for Entry of an Order Approving Settlement Agreement* (the "Trustee Settlement Agreement") [Docket No. 267], the Debtor closed on the sale of his home located at 1515 South Boulevard, Houston, Texas, 77006 on May 17, 2023.

  2. The Final Signed Settlement Statement is attached hereto as **Exhibit 1.**

  3. Pursuant to the Trustee Settlement Agreement, the parties below received the following payment amounts from the sale of the home on May 18, 2023:

    a. Catherine S. Curtis, Chapter 7 Trustee: $249,000.00

    b. Eva Engelhart, trustee for Anglo-Dutch Petroleum International, Inc: $282,00.00

    c. Cadence Bank: $2,029,773.82

Dated: May 23, 2023

          Respectfully submitted,

          **TRAN SINGH LLP**

By:   */s/Susan Tran Adams*
       Susan Tran Adams | TBN: 24075648
       Brendon Singh | TBN: 24075646
       2502 La Branch Street
       Houston Texas 77004
       Ph: (832) 975-7300
       Fax: (832) 975-7301
       Email: stran@ts-llp.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served to all parties requesting electronic notice through CM/ECF on May 23, 2023.

          */s/Susan Tran Adams*
          Susan Tran Adams

A. **Settlement Statement**  U.S. Department of Housing and Urban Development  OMB No. 2502-0265

### B. Type of Loan

1. ☐ FHA  2. ☐ FmHA  3. ☐ Conv Unins  4. ☐ VA  5. ☐ Conv Ins.  6. ☐ Seller Finance  7. ☒ Cash Sale.

| 6. File Number | 7. Loan Number | 8. Mortgage Ins Case Number |
|---|---|---|
| 23-731485-SP | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower | E. Name & Address of Seller | F. Name & Address of Lender |
|---|---|---|
| 1515 South Holdings, LLC<br>707 E Harrison St.<br>Seattle, WA 98102 | Scott Van Dyke<br>1515 South Boulevard<br>Houston, TX 77006 | , |

| G. Property Location | H. Settlement Agent Name |
|---|---|
| TR 6 BROADACRES, Harris County<br>1515 South Boulevard<br>Houston, TX 77006 | Capital Title of Texas, LLC- Spring<br>21021 Springbrook Plaza Drive, Suite 150<br>Spring, TX 77379  Tax ID: 75-2848550<br>Underwritten By: Stewart |

| Place of Settlement | I. Settlement Date |
|---|---|
| Capital Title of Texas, LLC- Spring<br>21021 Springbrook Plaza Drive,<br>Suite 150<br>Spring, TX 77379 | 5/17/2023<br>Fund: 5/17/2023 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract Sales Price | $3,250,000.00 | 401. Contract Sales Price | $3,250,000.00 |
| 102. Principal Reduction | | 402. Personal Property | |
| 103. Settlement Charges to Borrower | $4,866.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. Annual Assessments | | 406. Annual Assessments | |
| 107. City Property Taxes | | 407. City Property Taxes | |
| 108. County Property Taxes | | 408. County Property Taxes | |
| 109. School Property Taxes | | 409. School Property Taxes | |
| 110. Mud Notices | | 410. Mud Notices | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower** | $3,254,866.00 | **420. Gross Amount Due to Seller** | $3,250,000.00 |
| **200. Amounts Paid By Or in Behalf Of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or Earnest Money | $32,500.00 | 501. Excess Deposit | |
| 202. Principal Amount of New Loan(s) | | 502. Settlement Charges to Seller (line 1400) | $1,133,747.63 |
| 203. Existing Loan(s) Taken Subject to | | 503. Existing Loan(s) Taken Subject to | |
| 204. Commitment Fee | | 504. Payoff of first mortgage loan   to  **Cadence Bank** | $2,029,773.82 |
| 205. Earnest Money | | 505. Payoff of second mortgage loan   to | |
| 206. Option Fee | $100.00 | 506. Option Fee | |
| 207. Credit from Seller for OTP | | 507. Credit from Seller for OTP | |
| 208. Seller Contribution | | 508. Seller Contribution | |
| 209. Option Fee | | 509. Option Fee | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. Annual Assessments | | 510. Annual Assessments | |
| 211. City Property Taxes | | 511. City Property Taxes | |
| 212. County Property Taxes  01/01/23 thru 05/17/23 | $43,572.12 | 512. County Property Taxes  01/01/23 thru 05/17/23 | $43,572.12 |
| 213. School Property Taxes | | 513. School Property Taxes | |
| 214. Mud Notices | | 514. Mud Notices | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | $76,172.12 | **520. Total Reduction Amount Due Seller** | $3,207,093.57 |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount due from borrower (line 120) | $3,254,866.00 | 601. Gross Amount due to seller (line 420) | $3,250,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | $76,172.12 | 602. Less reductions in amt. due seller (line 520) | $3,207,093.57 |
| **303. Cash From Borrower** | **$3,178,693.88** | **603. Cash To Seller** | **$42,906.43** |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following: • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services;
• Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate; • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.
The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.
This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.
The information requested does not lend itself to confidentiality.

### L. Settlement Charges

| | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|
| **700. Total Sales/Broker's Commission based on price** $3,250,000.00 @6 % = $195,000.00 | | | | |
| Division of Commission (line 700) as follows: | | | | |
| 701. $97,500.00 | to | **Greenwood King Properties** | | |
| 702. $97,500.00 | to | **Keller Williams Metropolitan** | | |
| 703. Commission Paid at Settlement | | | $0.00 | $195,000.00 |
| 704. The following persons, firms or | to | **TBD** | | |
| 705. corporations received a portion | to | | | |
| 706. of the real estate commission amount | to | **TBD** | | |
| 707. shown above: | to | | | |
| **800. Items Payable in Connection with Loan** | | | | |
| 801. Loan Origination Fee % | to | | | |
| 802. Loan Discount % | to | | | |
| 803. Appraisal Fee | to | | | |
| 804. Credit Report | to | | | |
| 805. Lender's Inspection Fee | to | | | |
| 806. Mortgage Insurance Application | to | | | |
| 807. Assumption Fee | to | | | |
| **900. Items Required by Lender To Be Paid in Advance** | | | | |
| 901. Interest from 5/17/2023 to 6/1/2023 @ $0/day | | | | |
| 902. Mortgage Insurance Premium for months | to | | | |
| 903. Hazard Insurance Premium for years | to | | | |
| **1000. Reserves Deposited With Lender** | | | | |
| 1001. Hazard Insurance | months @ | per month | | |
| 1002. Mortgage Insurance | months @ | per month | | |
| 1003. Annual Assessments | months @ | per month | | |
| 1004. City Property Taxes | months @ | per month | | |
| 1005. County Property Taxes | months @ | per month | | |
| 1006. Mud Notices | months @ | per month | | |
| 1007. Other | months @ | per month | | |
| 1008. School Property Taxes | months @ | per month | | |
| 1011. Aggregate Adjustment | | | | |
| **1100. Title Charges** | | | | |
| 1101. Settlement or Closing Fee | to | | | |
| 1102. Abstract or Title Search | to | | | |
| 1103. Title Examination | to | | | |
| 1104. Title Insurance Binder | to | | | |
| 1105. Document Preparation | to | **Shaddock & Associates, P.C.** | | $225.00 |
| 1106. Notary Fees | to | | | |
| 1107. Attorney's Fees | to | | | |
| (includes above items numbers: ) | | | | |
| 1108. Title Insurance | to | **Capital Title of Texas** | | $15,318.00 |
| (includes above items numbers: ) | | | | |
| 1109. Lender's coverage | $0.00/$0.00 . | | | |
| 1110. Owner's coverage | $3,250,000.00/$15,318.00 | | | |
| 1111. Escrow Fee | to | **Capital Title of Texas** | $550.00 | $550.00 |
| 1112. Courier Fee | to | **Capital Title of Texas** | $30.00 | $30.00 |
| 1113. State of Texas Policy Guaranty Fee. | to | **Texas Title Insurance Guaranty Association** | $2.00 | $2.00 |
| **1200. Government Recording and Transfer Charges** | | | | |
| 1201. Government Recording Charges Deed $22.00 ; Mortgage ; Rel $22.00 | | to Capital Title of Texas | $22.00 | $22.00 |
| 1202. City/county tax/stamps Deed ; Mortgage | | to | | |
| 1203. State tax/stamps Deed ; Mortgage | | to | | |
| 1204. Tax Certificate | to | **United Tax Service, Inc.** | | $87.00 |
| 1205. E Recording Fee | to | **United eRecording** | $14.00 | |
| 1206. Stateof texas Policy Guaranty Fee | to | **Texas Title Insurance Guaranty Association** | | |
| 1207. Title Technology Fee | to | **Capital Title of Texas** | $10.00 | $10.00 |
| 1208. Notary Fee | to | | | |
| **1300. Additional Settlement Charges** | | | | |
| 1301. Trustee Payment | to | **McGinnis Lochridge, LLP** | | $249,000.00 |
| 1302. Engelhart Settlement | to | **Anglo-Dutch Petroleum International, Inc.** | | $282,000.00 |
| 1303. Attorney Fees | to | **The Kraus Law Firm** | $4,238.00 | |
| 1304. HOA Dues | to | **Broadacres Homeowners Association** | | $9,265.00 |
| 1305. | to | | | |
| 1306. Harris County Delinquint Taxes | to | **Harris County Tax Assessor** | | $382,238.63 |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | | $4,866.00 | $1,133,747.63 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a completed copy of pages 1, 2 and 3 of this HUD-1 Settlement Statement.

1515 South Holdings, LLC

_____  
By

_____  
Scott Van Dyke

### SETTLEMENT AGENT CERTIFICATION

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

_____  
Settlement Agent                    Date

**Warning:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Previous Editions are Obsolete          Page 2          form **HUD-1** (3/86)  
                                                        Handbook 4305.2

1515 South Holdings, LLC

By *Carson Rasmussen* (5441524899E0451...)

Scott Van Dyke *(signature)*

SETTLEMENT AGENT CERTIFICATION

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

Settlement Agent *Joeli Histand*     Date

**Warning:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Previous Editions are Obsolete       Page 2       form **HUD-1** (3/86) Handbook 4305.2

Case 21-60052   Document 323   Filed in TXSB on 05/23/23   Page 6 of 6

1515 South Holdings, LLC

By *Carson Rasmussen* (5441524899E0451...)

SETTLEMENT AGENT CERTIFICATION

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

Settlement Agent *Joeli Histand* Date

**Warning:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Previous Editions are Obsolete       Page 2       form **HUD-1** (3/86) Handbook 4305.2