UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 21-60052 |
| Scott Vincent Van Dyke, § | Chapter 7 |
| § | |
| § | |
| § | |
| DEBTOR. § | |

_____

### NOTICE OF WITHDRAWAL OF DOCUMENT
(Relates to Doc. No. 324)

Builders West, Inc. ("Builders West"), a creditor and party in interest in the above-styled bankruptcy, hereby withdraws *Plaintiff's Notice of Dismissal* [Doc. No. 324] (the "Notice"), which was inadvertently filed in the main bankruptcy case. The Notice has been refiled, as intended, in Adversary Proceeding No. 23-06001 at Doc. No. 15.

Dated: May 30, 2023          Respectfully submitted,

By:   */s/Lloyd A. Lim*
       Lloyd A. Lim
       State Bar No. 24056871
       Rachel Thompson Kubanda
       State Bar No. 24093258
       Michelle Friery
       State Bar No. 24040934
       KEAN MILLER LLP
       711 Louisiana Street,
       South Tower, Suite 1800
       Houston, Texas 77002
       Telephone: (713) 844-3025
       Telecopier: (713) 844-3030
       ***Counsel for Builders West, Inc.***

1

4889-5003-7863 v1