UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 21-60052-CML |
| SCOTT VINCENT VAN DYKE | § | |
| Debtor | § | Chapter 7 |

NOTICE OF ABANDONMENT OF PROPERTY
PURSUANT TO 11 U.S.C. § 554 AND BANKRUPTCY RULE 6007

**FRBP 6007(a) Notice:  A party in interest may file and serve an objection within 14 days of the mailing of the notice, or within the time fixed by the court.  If a timely objection is made, the court shall set a hearing on notice to the United States trustee and to other entities as the court may direct.**

Catherine Stone Curtis, Trustee, files this *Notice of Abandonment of Property Pursuant to 11 U.S.C. §554 and Bankruptcy Rule 6007*, and would show as follows:

1. This case was filed on May 25, 2021 (the "Petition Date"), and subsequently converted to chapter 7 on January 31, 2022.  Catherine Stone Curtis is the duly appointed chapter 7 trustee.

2. On August 5, 2021, the Debtor claimed equity interest in several businesses on his Amended Schedule A/B. Dkt. No. 48.

3. On November 11, 2022, the Court entered the *Agreed Order Granting Emergency Motion of Chapter 7 Trustee and Debtor Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for Entry of an Order Approving Settlement Agreement* (the "9019 Settlement Order")[1], which provided that upon the Debtor making the Trustee Payment the Trustee would abandon all of the estate's interest in the following business interests (the "Business Interests"): Trepador Energy, LLC; Potomac Assets, LLC; Burgoyne Investments, LLC; Bashton Energy, LLC, Texas Petroleum Operations, LLC; Anglo-Dutch Petroleum

---

[1] All capitalized terms used but not otherwise defined therein shall have the meaning ascribed to the 9019 Settlement Order and accompanying documents

HB: 4882-0313-0982.2

International, LLC; Anglo-Dutch Energy, LLC; Anglo-Dutch (Tenge) LLC; American Oil & Gas LLC; Anglo-Dutch (Neftenge) LLC; Anglo-Dutch (Everest) LLC; and Anglo-Dutch Energy Partners IV LLC. Dkt. No. 267, at 10–11.

4. In addition, and conditioned upon the Debtor making the Trustee Payment, the Trustee agreed in the 9019 Settlement Order to abandon the estate's interest in the 2016 Chevrolet Silverado (the "Truck") further specified in Debtor's Schedule A/B. *Id.*

5. In accordance with the 9019 Settlement Order, and in the Trustee's business judgment and after investigation, the Trustee believes that the Truck, the Business Interests, proceeds, and income thereof and the resulting potential tax liabilities are burdensome and of inconsequential value and benefit to the estate.

6. The Trustee gives notice that she affirmatively abandons the Truck and the Business Interests as of the Petition Date.

WHEREFORE, PREMISES CONSIDERED, Catherine S. Curtis, Chapter 7 Trustee, prays that the Truck and the Business Interests and the proceeds be abandoned from the estate and for other just relief.

Dated: June 2, 2023                             Respectfully submitted,

                                                HUSCH BLACKWELL LLP

                                                By: */s/ Ryan A. Burgett*
                                                    Lynn Hamilton Butler
                                                    State Bar No. 03527350
                                                    111 Congress Avenue, Suite 1400
                                                    Austin, Texas 78701
                                                    Tel: (512) 472-5456
                                                    Fax: (512) 479-1101
                                                    lynn.butler@huschblackwell.com

HB: 4882-0313-0982.2

        Ryan A. Burgett
        Tennessee Bar No. 33641
        736 Georgia Avenue, Suite 300
        Chattanooga, Tennessee 37402
        Tel: (423) 266-5500
        Fax: (423) 266-5499
        ryan.burgett@huschblackwell.com

**COUNSEL FOR CATHERINE STONE CURTIS, CHAPTER 7 TRUSTEE**

        Catherine Stone Curtis
        TBN: 24074100
        Federal ID No.: 1129434
        McGINNIS LOCHRIDGE
        P.O. Box 720788
        McAllen, TX 78504
        Ph: (956) 489-5958
        Fax: (956) 331-2304
        Email: ccurtis@mcginnislaw.com

**CHAPTER 7 TRUSTEE**

HB: 4882-0313-0982.2

**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing has been served on the counsel for debtor and the United States Trustee by electronic service according to BR 9003, to the via this Court's ECF notification service to all parties registered to receive such notification, and via United States first-class mail to the Debtor and the parties on the attached creditor matrix (the creditor matrix will not be included with the service copies), on June 2, 2023.

**VIA ELECTRONIC NOTICE:**
**U.S. Trustee**
US Trustee
606 N Carancahua Street Ste 1107
Corpus Christi, TX 78401

**VIA ELECTRONIC NOTICE AND VIA FIRST CLASS MAIL:**
*Debtor(s)*
Scott Vincent Van Dyke
1515 South Boulevard
Houston, TX 77006

*Debtor's Counsel*
BRENDON D SINGH
TRAN SINGH, LLP
2502 LA BRANCH STREET
HOUSTON, TX 77004

                                                      */s/ Ryan A. Burgett*
                                                      Ryan A. Burgett