| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-6<br>Case 21-60052<br>Southern District of Texas<br>Victoria<br>Fri Jun  2 11:52:13 CDT 2023 | Builders West, Inc.<br>c/o Lloyd A. Lim<br>Kean Miller LLP<br>711 Louisiana St., Ste 1800<br>Houston, TX 77002-2832 | Forest Home Plantation, LLC<br>c/o Leann O. Moses<br>1100 Poydras Street<br>Suite 3100<br>New Orleans, LA 70163-1102 |
| Harris County, et al.<br>Linebarger Goggan Blair & Sampson LLP<br>c/o John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Henke, Williams & Boll, LLP<br>2929 Allen Parkway, Suite 3900<br>Houston, TX 77019-7125 | The Probus Law Firm<br>10497 Town & Country Way, Suite 930<br>Houston, TX 77024-1119 |
| 6<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | AmeriCredit/GM Financial<br>Attn: Bankruptcy<br>PO Box 183853<br>Arlington, TX 76096-3853 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| Baker & Associates<br>Reese W. Baker<br>950 Echo Lane, Ste 300<br>Houston, Texas 77024-2824 | Bank of America<br>4909 Savarese Circle FL1-908-01-50<br>Tampa, FL 33634-2413 | Big Tex Storage<br>3480 Ella<br>Houston Texas 77018-6136 |
| Builder's West Inc.<br>c/o Lloyd A. Lim<br>Kean Miller LLP<br>711 Louisiana St, Ste 1800<br>Houston, Texas 77002-2832 | Builders West Inc.<br>8905 Friendship,<br>Houston, Texas 77080-4111 | Cadence/Superior Bank<br>Operations Center<br>Birmingham, AL 35203 |
| Central Portfolio Control<br>Attn: Bankruptcy Attn: Bankruptcy<br>10249 Yellow Circle Dr , Ste 200<br>Minnetonka, MN 55343-9111 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank<br>Citicorp Credit Srvs/Centralized Bk dept<br>PO Box 790034<br>St Louis, MO 63179-0034 |
| City of Houston Public Works<br>Attn: Effie Green<br>4200 Leeland<br>Houston, TX 77023-3016 | (p)ECHELON ANALYTICS<br>ATTN MALINDA PISCIOTTA<br>1717 MAIN STREET<br>STE 3380<br>DALLAS TX 75201-7364 | Encore Bank<br>Nine Greenway Plaza<br>Houston, TX 77046-0905 |
| Harris County et al.<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Henke, Williams & Boll, LLP<br>2929 Allen Parkway, Suite 3900<br>Houston, Texas 77019-7125 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| Johns & Hebert PLLC f/k/a Johns & Counsel PL<br>2028 East Ben White Boulevard, Suite 240<br>Austin, Texas 78741-6931 | (p)LIBERTAS FUNDING LLC<br>411 WEST PUTNAM ST<br>SUITE 220<br>GREENWICH CT 06830-6295 | Michael L. Noel<br>12222 Taylorcrest<br>Houston, TX 77024-4247 |
| (p)PHOENIX FINANCIAL SERVICES LLC<br>PO BOX 361450<br>INDIANAPOLIS IN 46236-1450 | (p)TMX FINANCE LLC FORMERLY TITLEMAX<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH GA 31401-2686 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |

| | | |
|---|---|---|
| Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO Box 130000<br>Raleigh, NC 27605-1000 | Wells Fargo Dealer Services<br>Attn: Bankruptcy 1100 Corporate Center D<br>Raleigh, NC 27607-5066 | Brendon D Singh<br>Tran Singh, LLP<br>2502 La Branch Street<br>Houston, TX 77004-1028 |
| Catherine Stone Curtis<br>McGinnis Lochridge<br>P.O. BOX 720788<br>McAllen, TX 78504-0788 | Eva S. Engelhart, Chapter 7 Trustee<br>7700 San Felipe, Suite 550<br>Houston, TX 77063-1618 | Mary Katherine Alonso<br>Jordan & Ortiz, P.C.<br>500 N Shoreline<br>Suite 900<br>Corpus Christi, TX 78401-0658 |
| Matthew Brian Probus<br>The Probus Law Firm<br>10497 Town & Country Way, Suite 930<br>Houston, TX 77024-1119 | Reese Baker<br>950 Echo Lane, Suite 300<br>Houston, TX 77024-2824 | Scott Vincent Van Dyke<br>1515 South Boulevard<br>Houston, TX 77006-6335 |
| Susan Tran Adams<br>Tran Singh LLP<br>2502 La Branch Street<br>Houston, TX 77004-1028 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BBVA Compass<br>Attn: Bankruptcy<br>PO Box 10566<br>Birmingham, AL 35296 | Chase Auto Finance<br>P.O. Box 78101<br>Phoenix, AZ 85062 | (d)Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850 |
| Echelon Analytics, LLC<br>1717 Main St Ste 3380<br>Dallas, TX  75201 | Libertas Funding LLC<br>382 Greenwich Ave, Ste 2<br>Greenwich, CT 06380 | Phoenix Financial Services, LLC<br>Attn: Bankruptcy<br>PO Box 361450<br>Indianapolis,, IN 46236 |
| Titlemax of Texas<br>15 Bull St Ste 200<br>Savannah, GA 31401-2686 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Anzar Settlement Funding Corp. | (u)Cadence Bank, N.A. | (u)Littlemill Limited |

| | | |
|---|---|---|
| (u)Philadelphia Indemnity Insurance Company | (u)Prosperity Settlement Funding, Inc. | (u)Wells Fargo Bank, N.A., d/b/a Wells Fargo |
| (u)Andrea Lore, Individually and in Her Capac | (du)Anzar Settlement Funding Corp. | (u)Cadence Bank |
| (u)Eva S. Engelhart, in Capacity as Chapter 7 | (d)Forest Home Plantation, LLC<br>c/o Leann O. Moses<br>1100 Poydras Street, Suite 3100<br>New Orleans, LA 70163-1102 | (du)Littlemill Limited |
| (du)Philadelphia Indemnity Insurance Company | (du)Prosperity Settlement Funding, Inc. | (u)Andrea Lore |
| (u)Michael L. Noel | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients    16<br>Total                  55 | |