IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: | § |
| | § Subchapter V |
| Scott Vincent Van Dyke | § |
| | § Case No. 21-60052 |
| Debtor. | § **Christopher M. Lopez** |

HARRIS COUNTY'S NOTICE OF WITHDRAWAL
OF PROOF OF CLAIM NO. 1

YOU ARE HEREBY NOTIFIED that **Harris County's** claim no. 1 in the amount of $257,451.51 is **WITHDRAWN**. The taxes are paid.

Date: June 8, 2023

Respectfully submitted,

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**

*/s/ Jeannie L. Andresen*
John P. Dillman
Texas State Bar No. 05874400
Tara L. Grundemeier
Texas State Bar No. 24036691
Jeannie L. Andresen
Texas State Bar No. 24086239
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 Telephone
(713) 576-7339 Direct
john.dillman@lgbs.com
tara.grundemeier@lgbs.com
jeannie.andresen@lgbs.com

*Counsel for Harris County*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: | § |
| | § Subchapter V |
| Scott Vincent Van Dyke | § |
| | § Case No. 21-60052 |
| Debtor. | § **Christopher M. Lopez** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above **Harris County's Notice of Withdrawal of Proof of Claim No. 1** shall be served electronically to those registered to receive service via CM/ECF for the Bankruptcy Court for the Southern District of Texas on **June 8, 2023.**

/s/ *Jeannie L. Andresen*
**Jeannie L. Andresen**