**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SCOTT VINCENT VAN DYKE, | § | CASE NO. 21-60052 |
| | § | |
| DEBTOR | § | (Chapter 7) |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM OF CADENCE BANK**

Cadence Bank as successor by merger to Cadence Bank, N.A. as successor by merger to Encore Bank, National Association, by and through counsel, hereby withdraws its Proof of Claim No. 11 in the total amount of $1,938,889.36 filed on September 16, 2021.

The full balance of Proof of Claim No. 11 was paid by the proceeds from the closing of the 1515 South Blvd., Houston, Texas 77006 sale transaction.

Respectfully submitted,

**BADGER LAW, PLLC**

*/s/ Travis C. Badger*
Bruce M. Badger
TXSBN 01498700
Travis C. Badger
TXSBN 24082646
3400 Avenue H, Second Floor
Rosenberg, Texas 77471
Tel. (281) 633-9900
Fax (281) 633-9916
Attorney for Cadence Bank as successor by merger to Cadence Bank, N.A. as successor by merger to Encore Bank, National Association

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically through the Court's ECF System on this 15th day of June, 2023. Notice of this filing will be served upon all parties entitled to notice by electronic mail.

/s/ *Travis C. Badger*
Travis C. Badger