IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-60052 |
| | § | CHAPTER 7 |
| SCOTT VINCENT VAN DYKE, | § | |
| | § | |
| DEBTOR | § | JUDGE CHRISTOPHER M. LOPEZ |

NOTICE OF WITHDRAWAL OF
CHAPTER 7 TRUSTEE'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS
[Relates to Dkt. No. 186]

PLEASE TAKE NOTICE that on June 22, 2022, the Chapter 7 Trustee, Catherine Stone Curtis, ("Trustee") filed her Objection to Debtor's Claimed Exemptions (the "Objection") [Docket No. 186].

PLEASE TAKE FURTHER NOTICE that the Trustee and the Debtor have resolved the Trustee's Objection pursuant to the Mediated Settlement Term Sheet and, accordingly, Trustee withdraws her Objection.

Dated:  June 22, 2023

Respectfully submitted,

**CHAPTER 7 TRUSTEE**

Catherine Stone Curtis
State Bar No. 24074100
P.O. Box 720788
McAllen, Texas 78504
(956) 467-1900; (956) 331-2815 fax

HB: 4872-6992-3691.1

**HUSCH BLACKWELL LLP**

By: */s/ Lynn Hamilton Butler*
　　Lynn Hamilton Butler
　　State Bar No. 03527350
　　111 Congress Avenue, Suite 1400
　　Austin, Texas 78707
　　(512) 479-9758; (512) 479-1101 fax
　　lynn.butler@huschblackwell.com

**General Counsel to Catherine Stone Curtis, Chapter 7 Trustee**

## CERTIFICATE OF SERVICE

　　I certify that on the 22nd day of June 2023, a true and correct copy of the foregoing was by the CM-ECF system to all parties registered to receive such notice.


　　　　　　　　　　　　　　　　　　*/s/ Lynn Hamilton Butler*
　　　　　　　　　　　　　　　　　　Lynn Hamilton Butler