**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | § | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 21-60052** |
| | § | |
| **SCOTT VINCENT VAN DYKE** | § | **CHAPTER 11** |
| | § | |
| **Debtor.** | § | **SUBCHAPTER V** |

**NOTICE OF WITHDRAWAL OF PROOF OF**
**CLAIM OF FOREST HOME PLANTATION, LLC**

Forest Home Plantation, LLC, by and through counsel, hereby withdraws its Proof of

Claim No. 21 in the total amount of $200,000.00 filed on August 15, 2022.

Respectfully submitted,

M. Taylor Darden (LA #4546)
Leann Opotowsky Moses (TX #15291750, LA #19439)
CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX, LLC
1100 Poydras Street, Suite 3100
New Orleans, Louisiana  70163
Telephone: (504) 585-3800
Telecopier: (504) 585-3801
moses@carverdarden.com


     /s/ Leann Opotowsky Moses
Attorneys for FOREST HOME PLANTATION, LLC

## <u>CERTIFICATE OF SERVICE</u>

      I, Leann O. Moses, do hereby certify that a true and correct copy of the foregoing document was served on those parties receiving electronic notification via the Court's CM/ECF System on June 23, 2023.

                                  /s/  Leann O. Moses
                                Leann O. Moses