United States Bankruptcy Court
Southern District of Texas

**ENTERED**
July 03, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| SCOTT VINCENT VAN DYKE, | § | Case No. 21-60052 |
| | § | |
| Debtor. | § | |
| | § | |
| EVA S. ENGELHART, AS CHAPTER 7 TRUSTEE OF THE ESTATE OF ANGLO-DUTCH PETROLEUM INTERNATIONAL, INC., | § | |
| Plaintiff, | § | Adversary Proceeding No. 22-06002 |
| | § | |
| V. | § | |
| | § | |
| SCOTT VINCENT VAN DYKE, | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Pending before the Court is the Motion of Plaintiff Eva S. Engelhart, as chapter 7 trustee of the estate of Anglo-Dutch Petroleum International, Inc., to dismiss with prejudice all claims against Defendant Scott Vincent Van Dyke. The Court finds and holds that the Motion should be granted. Accordingly, in accordance with the settlement agreement, the Court orders that all of Plaintiff's claims against Defendant Scott Vincent Van Dyke are dismissed with prejudice. The parties will bear their own attorneys' fees, costs, and expenses.

Signed: July 03, 2023

_____
Christopher Lopez
United States Bankruptcy Judge