IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| SCOTT VINCENT VAN DYKE, | ) ) | Case No. 21-60052 |
| Debtor. | ) ) ) | |

**WITHDRAWAL OF PROOF OF CLAIM NO. 15**

COMES NOW, the claimant, Eva S. Engelhart, in her capacity of Chapter 7 Trustee for the estate of Anglo-Dutch Petroleum International, Inc., and hereby withdraws with prejudice her proof of claim No. 15 filed in Case No. 21-60052 against Scott Vincent Van Dyke.

Respectfully submitted this 5th day of July, 2023.

/s/ Eva S. Engelhart
Eva S. Engelhart

Eva S. Engelhart, as Chapter 7 Trustee for the estate of
Anglo-Dutch Petroleum International, Inc.
Ross Banks May Cron & Cavin, PC
7700 San Felipe St. Ste 550
Houston, TX 77063-1618
eengelhart@rossbanks.com