IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 21-60052 |
| Scott Vincent Van Dyke | § | (Chapter 7) |

**AMENDED AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY**
**(AND THE CO-DEBTOR STAY, IF APPLICABLE)**
**(This Order Resolves Docket #294)**

Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto ("Movant") filed a motion for relief from the automatic stay (and co-debtor stay) against 2016 Chevrolet Silverado 1500 VIN# 1GCNCNEH3GZ312280 (the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. As shown by Debtor(s)' or Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief. If there is a co-debtor, the co-debtor failed to file a timely objection to the proposed relief.

Accordingly, it is ordered that Movant is granted leave from the automatic stay (and the co-debtor stay, if applicable) to pursue its state law remedies against the Property, including repossession, foreclosure and/or eviction.

The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply.

**Agreed:**

**AGREED AND ENTRY REQUESTED:**


*/s/ Vincent Van Dyke*
**Debtor**

*/s/ Susan Tran Adams*
**Debtor(s)' counsel signature**
Name: Susan Tran Adams, Tran Singh LLP
Address: 2502 La Branch Street
Houston TX 77004
Telephone: (832) 975-7300
Fax: (832) 975-7301
E-mail: stran@ts-llp.com


*/s/ Sidney H. Scheinberg*
**Movant's counsel signature**
Name:  Sidney H. Scheinberg
State Bar No.: 17736620
S.D. Tex. Bar No.: 300602
Address: 500 N. Akard, Suite 1100
Dallas, TX 75270
Telephone: (214) 939-4501
Fax: (214) 527-3116
E-mail: SScheinberg@GodwinBowman.com


     By submitting this Agreed Order, Movant's counsel certifies that counsel reviewed the docket sheet after the expiration of the deadline for responses and that no co-debtor has filed any opposition to the requested relief.