United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 29, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-60052 |
| | § | CHAPTER 7 |
| SCOTT VINCENT VAN DYKE, | § | |
| | § | |
| DEBTOR | § | |

**JOINT STIPULATION AND AGREED ORDER RESOLVING (A) PROOFS OF CLAIM NUMBERS 13, 14, 16, AND 17, and (B) TRUSTEE'S INFORMAL OBJECTION TO PROOFS OF CLAIM NUMBERS 13, 14, 16, AND 17**

This joint stipulation and agreed order (the "Stipulation and Agreed Order") is entered into by (i) Catherine Stone Curtis, as Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Scott Vincent Van Dyke ("Debtor"), (ii) Andrea Lore, individually and in her capacity as co-executor of the estate of Robert M. Press ("Ms. Lore"), (iii) Anzar Settlement Funding Corp. ("Anzar"), (iv) Littlemill Limited ("Littlemill"), and (v) Prosperity Settlement Funding, Inc. ("Prosperity" and together with the Trustee, Ms. Lore, Anzar, and Littlemill, the "Parties").

## RECITALS

A.  On May 25, 2021 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code with a Subchapter V election (the "Bankruptcy Case"). On or about the same date, Melissa Haselden was appointed as Subchapter V. Trustee.

B.  The meeting of creditors was concluded on June 22, 2021.

C.  On September 20, 2021, Ms. Lore, Anzar, Littlemill, and Prosperity (collectively, the "Claimants") filed proof of claims numbers 13, 14, 16, and 17, respectively (the "Proofs of Claim"), asserting claims against the Debtor arising from a judgment entered in favor of Claimants and against the Debtor in a lawsuit pending in the District Court of Harris County, Texas styled as follows: *Case Funding Network, L.P., et al. v. Ango-Dutch Petroleum International, Inc., et al.*,

Cause No. 2004-23845-A (the "Lawsuit").  The Proofs of Claim assert claims against the Debtor, reduced to a final judgment prior to the Petition Date, arising from transfers made by the Debtor in violation of the Texas Uniform Fraudulent Transfer Act.

D. Debtor filed his Subchapter V Plan on December 11, 2021.  Several creditors of the estate filed objections to confirmation on December 13, 2021.

E. On January 11, 2022, Debtor filed his Motion to Convert Case to Chapter 7 for the reasons identified therein.

F. On January 31, 2022, the Court entered its Order Converting Case to Chapter 7, and on February 11, 2022, The Trustee was appointed as Successor Trustee. *See* Dkt. Nos. 129, 138.

G. The Trustee notified counsel for Claimants a notice of an intent to file an objection (the "Objection") to the allowance of the Claims premised upon the Claimants' assertion of claims that are the same, or substantially the same, as the Claims asserted in a bankruptcy case pending in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, styled as: *In re Anglo-Dutch Petroleum International, Inc.*, Case No. 19-30797 (the "Anglo-Dutch Bankruptcy Case").

H. Specifically, Claimants asserted proofs of claim numbers 1, 2, 3, and 4 in the Anglo-Dutch Bankruptcy Case (the "Anglo-Dutch Claims") based upon Debtor's and Anglo-Dutch Petroleum International, Inc.'s violation of the Texas Uniform Fraudulent Transfer Act and the judgment entered in the Lawsuit.

I. The Parties have been advised by the Chapter 7 Trustee appointed in the Anglo-Dutch Bankruptcy Case that Claimants' claims filed in the Anglo-Dutch Bankruptcy Case will be paid in full later this year.

J.      The Parties desire to consensually resolve the Trustee's Objection based upon the terms set forth herein. In entering into the resolution set forth herein, no Party hereto concedes any legal or factual contentions of the other Party, but specifically denies the same and enters into this Stipulation and Agreed Order solely to terminate and settle the disputes in an effort to minimize costs, expenses, and attorneys' fees.

**THEREFORE, IT IS HEREBY STIPULATED, AGREED AND ORDERED ONLY UPON APPROVAL AND ENTRY BY THE COURT OF THIS STIPULATION AND AGREED ORDER, AS FOLLOWS:**

1.      Within five (5) business days of Claimants' receipt of payment on account of the Anglo-Dutch Claims, Claimants shall file a notice of withdrawal of the Proofs of Claim. By withdrawing the Proofs of Claim, Claimants irrevocably waive the right to receive any monies or distributions from Debtor's bankruptcy estate, including any monies or distributions on account of any claims against Debtor's bankruptcy estate.

2.      If at any time after the filing of this Stipulation and Agreed Order, the Claimants fail to receive payment in full on account of the Anglo-Dutch Claims, then the Parties shall not be obligated pursuant to this Stipulation and Agreed Order.

3.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation and Agreed Order.

Signed: August 29, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

HB: 4869-0973-3237.2

**AGREED AS TO FORM AND SUBSTANCE:**

By: */s/ Lynn Hamilton Butler*
    Lynn Hamilton Butler
    State Bar No. 03527350
    HUSCH BLACKWELL LLP
    111 Congress Avenue, Suite 1400
    Austin, Texas 78707
    (512) 479-9758; (512) 479-1101 fax
    lynn.butler@huschblackwell.com

*General Counsel to Catherine Stone Curtis, Chapter 7 Trustee*

And

By: */s/ Carl D. Kulhanek, Jr.*
    William Fred Hagans
    Texas State Bar No. 08685500
    Carl D. Kulhanek, Jr.
    State Bar No. 11761850
    HAGANS MONTGOMERY HAGANS
    3200 Travis, Fourth Floor
    Houston, Texas 77006
    Telephone: 713-222-2700
    Facsimile: 713-547-4950
    fhagans@hagans.law
    ckulhanek@hagans.law

*Counsel for Anzar Settlement Funding Corp., Estate of Robert M. Press, Deceased, Littlemill Limited, and Prosperity Settlement Funding, Inc.*