IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SCOTT VINCENT VAN DYKE, | § | CASE NO. 21-60052 |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | JUDGE CHRISTOPHER M. LOPEZ |

**NOTICE OF FILING FIRST AND FINAL APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES BY HUSCH BLACKWELL LLP AS GENERAL COUNSEL FOR TRUSTEE FOR THE PERIOD FROM MARCH 14, 2022 THROUGH OCTOBER 31, 2023**

(Relates to Docket No. 343)

TAKE NOTICE that on November 7, 2023, Catherine Stone Curtis, Chapter 7 Trustee, (the "Trustee") of the above-referenced bankruptcy estate, submitted the *First and Final Application for Compensation and for Reimbursement of Expenses by Husch Blackwell LLP as General Counsel for the Trustee for the Period from March 14, 2022 through October 31, 2023* (the "Final Application"). [Docket No. 343]. Husch Blackwell LLP ("Husch Blackwell") seeks final approval and payment of compensation of **$153,822.30** in professional fees and **$2,164.89** in reimbursement of expenses incurred during the Application Period[1], as a priority administrative expense under 11 U.S.C. § 507(a)(2). **Based on discussions with the Trustee, Husch Blackwell has agreed to accept $150,000.00 as a total distribution for the Total Fees and Expenses.**

Copies of the Final Application are on file at the Office of the Bankruptcy Clerk, 515 Rusk Street, Houston, Texas 77002 and can be viewed during regular business hours. If you wish to obtain a complete copy of the Application, please contact the undersigned attorney at the address below.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the *First and Final Application for Compensation and for Reimbursement of Expenses by Husch Blackwell LLP as General Counsel for the Trustee for the Period from March 14, 2022 through October 31, 2023*.

HB: 4854-6660-9294.1

Date: November 7, 2023                               Respectfully Submitted,


                                                     By: */s/ Lynn Hamilton Butler*
                                                         Lynn Hamilton Butler
                                                         State Bar No. 03527350
                                                         Husch Blackwell LLP
                                                         111 Congress Avenue, Suite 1400
                                                         Austin, Texas 78701
                                                         (512) 479-9758
                                                         (512) 479-1101 (fax)

                                                     GENERAL COUNSEL FOR CATHERINE
                                                     CURTIS STONE, CHAPTER 7 TRUSTEE
                                                     FOR THE DEBTOR'S ESTATE

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2023, a true and correct copy of the foregoing document was served via the Court's CM/ECF notification system and by United States first-class mail to the parties listed on the attached Creditor Matrix.


                                                     By: */s/ Lynn Hamilton Butler*
                                                         Lynn Hamilton Butler

HB: 4854-6660-9294.1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-6<br>Case 21-60052<br>Southern District of Texas<br>Victoria<br>Tue Nov  7 10:01:31 CST 2023 | Builders West, Inc.<br>c/o Lloyd A. Lim<br>Kean Miller LLP<br>711 Louisiana St., Ste 1800<br>Houston, TX 77002-2832 | Forest Home Plantation, LLC<br>c/o Leann O. Moses<br>1100 Poydras Street<br>Suite 3100<br>New Orleans, LA 70163-1102 |
| Harris County, et al.<br>Linebarger Goggan Blair & Sampson LLP<br>c/o John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Henke, Williams & Boll, LLP<br>2929 Allen Parkway, Suite 3900<br>Houston, TX 77019-7125 | The Probus Law Firm<br>10497 Town & Country Way, Suite 930<br>Houston, TX 77024-1119 |
| (p)TMX FINANCE LLC FORMERLY TITLEMAX<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH GA 31401-2686 | 6<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | AmeriCredit/GM Financial<br>Attn: Bankruptcy<br>PO Box 183853<br>Arlington, TX 76096-3853 |
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Baker & Associates<br>Reese W. Baker<br>950 Echo Lane, Ste 300<br>Houston, Texas 77024-2824 | Bank of America<br>4909 Savarese Circle FL1-908-01-50<br>Tampa, FL 33634-2413 |
| Big Tex Storage<br>3480 Ella<br>Houston Texas 77018-6136 | Builder's West Inc.<br>c/o Lloyd A. Lim<br>Kean Miller LLP<br>711 Louisiana St, Ste 1800<br>Houston, Texas 77002-2832 | Builders West Inc.<br>8905 Friendship,<br>Houston, Texas 77080-4111 |
| Cadence/Superior Bank<br>Operations Center<br>Birmingham, AL 35203 | Central Portfolio Control<br>Attn: Bankruptcy Attn: Bankruptcy<br>10249 Yellow Circle Dr , Ste 200<br>Minnetonka, MN 55343-9111 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Citibank<br>Citicorp Credit Srvs/Centralized Bk dept<br>PO Box 790034<br>St Louis, MO 63179-0034 | City of Houston Public Works<br>Attn: Effie Green<br>4200 Leeland<br>Houston, TX 77023-3016 | (p)ECHELON ANALYTICS<br>ATTN ATTN MALINDA PISCIOTTA<br>1201 ELM STREET<br>STE 4232<br>DALLAS TX 75270-2139 |
| Encore Bank<br>Nine Greenway Plaza<br>Houston, TX 77046-0905 | Harris County et al.<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Henke, Williams & Boll, LLP<br>2929 Allen Parkway, Suite 3900<br>Houston, Texas 77019-7125 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Johns & Hebert PLLC f/k/a Johns & Counsel PL<br>2028 East Ben White Boulevard, Suite 240<br>Austin, Texas 78741-6931 | (p)LIBERTAS FUNDING LLC<br>411 WEST PUTNAM ST<br>SUITE 220<br>GREENWICH CT 06830-6295 |
| Michael L. Noel<br>12222 Taylorcrest<br>Houston, TX 77024-4247 | (p)PHOENIX FINANCIAL SERVICES LLC<br>PO BOX 361450<br>INDIANAPOLIS IN 46236-1450 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |

| | | |
|---|---|---|
| Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO Box 130000<br>Raleigh, NC 27605-1000 | Wells Fargo Dealer Services<br>Attn: Bankruptcy 1100 Corporate Center D<br>Raleigh, NC 27607-5066 | Brendon D Singh<br>Tran Singh, LLP<br>2502 La Branch Street<br>Houston, TX 77004-1028 |
| Catherine Stone Curtis<br>McGinnis Lochridge<br>P.O. BOX 720788<br>McAllen, TX 78504-0788 | Eva S. Engelhart, Chapter 7 Trustee<br>7700 San Felipe, Suite 550<br>Houston, TX 77063-1618 | Mary Katherine Alonso<br>Jordan & Ortiz, P.C.<br>500 N Shoreline<br>Suite 900<br>Corpus Christi, TX 78401-0658 |
| Matthew Brian Probus<br>The Probus Law Firm<br>10497 Town & Country Way, Suite 930<br>Houston, TX 77024-1119 | Reese Baker<br>950 Echo Lane, Suite 300<br>Houston, TX 77024-2824 | Scott Vincent Van Dyke<br>1515 South Boulevard<br>Houston, TX 77006-6335 |
| Susan Tran Adams<br>Tran Singh LLP<br>2502 La Branch Street<br>Houston, TX 77004-1028 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| TitleMax of Texas, Inc.<br>15 Bull Street, Suite 200<br>Savannah, GA 31401 United Stated | BBVA Compass<br>Attn: Bankruptcy<br>PO Box 10566<br>Birmingham, AL 35296 | Chase Auto Finance<br>P.O. Box 78101<br>Phoenix, AZ 85062 |
| (d)Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850 | Echelon Analytics, LLC<br>1717 Main St Ste 3380<br>Dallas, TX  75201 | Libertas Funding LLC<br>382 Greenwich Ave, Ste 2<br>Greenwich, CT 06380 |
| Phoenix Financial Services, LLC<br>Attn: Bankruptcy<br>PO Box 361450<br>Indianapolis,, IN 46236 | (d)Titlemax of Texas<br>15 Bull St Ste 200<br>Savannah, GA 31401-2686 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Anzar Settlement Funding Corp. | (u)Cadence Bank, N.A. | (u)Littlemill Limited |

| | | |
|---|---|---|
| (u)Philadelphia Indemnity Insurance Company | (u)Prosperity Settlement Funding, Inc. | (u)Wells Fargo Bank, N.A., d/b/a Wells Fargo |
| (u)Andrea Lore, Individually and in Her Capac | (du)Anzar Settlement Funding Corp. | (u)Cadence Bank |
| (u)Eva S. Engelhart, in Capacity as Chapter 7 | (d)Forest Home Plantation, LLC<br>c/o Leann O. Moses<br>1100 Poydras Street, Suite 3100<br>New Orleans, LA 70163-1102 | (du)Littlemill Limited |
| (du)Philadelphia Indemnity Insurance Company | (du)Prosperity Settlement Funding, Inc. | (u)Andrea Lore |
| (u)Michael L. Noel | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients    16<br>Total                  55 | |