United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 05, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SCOTT VINCENT VAN DYKE | § | CASE NO. 21-60052 |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | JUDGE CHRISTOPHER M. LOPEZ |

ORDER APPROVING
FIRST AND FINAL APPLICATION FOR COMPENSATION AND FOR
REIMBURSEMENT OF EXPENSES BY HUSCH BLACKWELL
LLP AS GENERAL COUNSEL FOR TRUSTEE FOR THE PERIOD FROM
MARCH 14, 2022 THROUGH OCTOBER 31, 2023

The court has considered the *First and Final Application for Compensation and for Reimbursement of Expenses by Husch Blackwell LLP as General Counsel for the Trustee for the Period from March 14, 2022 through October 31, 2023* (the "Final Application").[1]  After due consideration, the Court has determined that due notice of the Final Application has been given, that no objections to the Final Application have been asserted, and that the relief requested in the Final Application is reasonable and proper.  Accordingly, the Court is of the opinion that the Final Application should be granted as set forth below.  It is therefore:

**ORDERED** that the *First and Final Application for Compensation and for Reimbursement of Expenses by Husch Blackwell LLP as General Counsel for the Trustee for the Period from March 14, 2022 through October 31, 2023* is hereby approved on a final basis in the amounts of **$153,822.30** for professional fees and **$2,164.89** in expenses incurred, with

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the *First and Final Application for Compensation and for Reimbursement of Expenses by Husch Blackwell LLP as General Counsel for the Trustee for the Period from March 14, 2022 through October 31, 2023*.

such sum being a priority administrative expense under 11 U.S.C. § 507(a)(2); and it is further

**ORDERED** that Catherine Stone Curtis, Chapter 7 Trustee, be and is hereby authorized to make immediate payment to the law firm of Husch Blackwell LLP in the agreed upon amount of **$150,000.00** from the Estate, with such payment being a priority administrative expense under 11 U.S.C. § 507(a)(2).

Signed: December 05, 2023

_____
Christopher Lopez
United States Bankruptcy Judge