**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| In Re: § | | Case No. 21-60052-CML |
| Scott Vincent Van Dyke § | | |
| § | | |
| Debtor(s) § | | Chapter 7 |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ACCOUNTANT FOR TRUSTEE**

***LOCAL RULE 9013(b) NOTICE:*** THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

*REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.*

| | | |
|---|---|---|
| Name of applicant | | John Mosley |
| Applicant's professional role in case (e.g., "Trustee's counsel") | | Certified Public Accountant |
| Indicate whether this is an interim or a final application | | Final |
| Effective date of Order approving professional's retention | | 01/29/2024 ECF#349 |
| | Beginning of Period | Ending of Period |
| Time period covered in application | 01/29/2024 | 04/30/2024 |
| Time periods covered by any prior applications | N/A | N/A |
| Total amounts awarded in all prior applications | | N/A |
| Amount of retainer received in case | | N/A |
| Total fees applied for in this application and in all prior applications (including any retainer amounts applied or to be applied) | | $1,060.00 |
| Total fees applied for in this application (including any retainer amounts to be applied) | | $1,060.00 |
| Total professional fees requested in this application | | $1,060.00 |
| Total professional hours covered by this application | | 5.3 |
| Average hourly rate for professionals | | $200.00 |
| Total paraprofessional fees requested in this application | | N/A |
| Total paraprofessional hours covered by this application | | N/A |
| Average hourly rate for paraprofessionals | | N/A |
| Reimbursable expenses sought in this application | | $0.00 |

| Expected amount of dividend to be paid to unsecured creditors | |
|---|---|
| Expected percentage dividend to be paid to unsecured creditors | |
| Expected amount to be paid to all pre-petition creditors | |

John Mosley, accountant for Catherine Stone Curtis, Trustee, files this Final Application for Allowance of Compensation and Reimbursement of Expenses of Accountant for Trustee, and would show the Court as follows:

1. This Application is made pursuant to §330 of the Bankruptcy Code. This case was filed under Chapter 7 on May 25, 2021. On January 29, 2024, an order of the court, docket #349, was entered allowing the Trustee, Catherine Stone Curtis, to employ John Mosley as her duly appointed accountant in this case.

2. From January 29, 2024 through April 30, 2024, inclusive, the accountant has incurred fees for professional services rendered totaling $1,060.00 and expenses of $0.00.

3. There have been no prior applications for fees and expenses in this case. No retainer was received by the Accountant. Any compensation to be received will not be shared and no agreement or understanding exists between Accountant, or any other entity, for the sharing of compensation to be received for services rendered in connection with this case.

4. <u>Time and Labor Required.</u> The total award sought of $1,060.00, represents 5.3 hours.

| Event | Estimated Fee |
|---|---|
| Accountant obtained information and documents and prepared federal income tax returns for the short year fiscal year ended 04/26/2024 | $ 860.00 |
| Preparation of Fee Application and supporting documents | $ 200.00 |
| TOTAL FEE | $1,060.00 |

5. <u>Novelty and Difficulty of Questions.</u> This case was neither novel nor difficult.

6. <u>Skill Requisite to Perform Legal Services Properly.</u> Skill and experience in the field of tax law and accounting was required.

7. <u>Preclusion of Other Employment Due to the Case.</u> If the Accountant had not been representing the Trustee in this case, he would have been able to expend a like number of hours representing other clients; therefore, certain other employment was precluded from representation in this case.

8. <u>Customary Fee.</u> Applicant seeks approval of fees of John Mosley of $200.00 per hour. The rates charged are the normal charges for work for clients for a case of this magnitude. The fees are usual and customary in the Southern District of Texas with some variation. These are customary charges by Accountant and other certified public accountants in the area.

9. <u>Whether Fee is Fixed or Contingent.</u> Accountant has worked on an hourly basis.

10. <u>Time Limitations Imposed by Client and Other Circumstances.</u>  The tax return was due in accordance with Title 26 of the United States Code.  Accountant had to prepare the return by obtaining information from the Trustee.

11. <u>Amount of Money and Property Involved and Result Obtained.</u>  The tax return was necessary to the estate, because the liability (or lack thereof) to the IRS has to be determined by the filing of returns before the funds available to unsecured creditors may be known.

12. <u>Experience, Reputation and Abilities of Accountants.</u>  Accountant enjoys a good reputation in the community.  The Accountant has significant experience and is a licensed Certified Public Accountant in the State of Texas.

13. <u>Undesirability of Case.</u>  This case has not been undesirable.

14. <u>Nature and Length of Professional Relationship of Client.</u>  Accountant had no prior relationship with the Debtor prior to being hired in this case.  The Accountant has prior relationships with Trustee on other bankrupt estates.

15. <u>Awards in Similar Cases.</u>  The applicant submits that the compensation sought herein is not inconsistent with that awarded in other cases of a similar nature throughout the Southern District of Texas generally.

WHEREFORE, PREMISES CONSIDERED, John Mosley, accountant for Trustee, prays that the Court enter an order allowing compensation and expenses of $1,060.00 for John Mosley from January 29, 2024 through April 30, 2024, inclusive, and that Catherine Stone Curtis, Trustee, be authorized to pay such compensation, and for such other relief as may be just and equitable.

Respectfully submitted,

*/S/CATHERINE STONE CURTIS*
Catherine Stone Curtis
TBN: 24074100
Federal ID No.: 1129434
STONE CURTIS PLLC
P.O. Box 720788
McAllen, Texas 78504
956-489-5958 (phone)
956-331-2815 (fax)
ccurtis@mcginnislaw.com
**CHAPTER 7 TRUSTEE**

/s/ *John Mosley*
John Mosley
3834 Spicewood Springs Road, Suite 202
Austin, Texas 78759
Telephone: 512-327-7777
Facsimile: 512-852-4777
ACCOUNTANT FOR TRUSTEE

CERTIFICATE OF SERVICE

By my signature above, I hereby certify that on this May 1 2024, a true and correct copy of the above and foregoing was served by United States mail, first class, to those listed on the attached matrix.

AmeriCredit/GM Financial
Attn: Bankruptcy
PO Box 183853
Arlington, TX 76096-3853

Baker & Assoc.
Reese Baker
950 Echo Lane Ste 300
Houston, TX 77024-2824

Bank of America
FL1-908-01-50
4909 Savarese Circle
Tampa, FL 33634-2413

Big Tex Storage
3480 Ella
Houston, TX 77018-6136

Brendon D Singh
Tran Singh, LLP
2502 La Branch Street
Houston, TX 77004-1028

Builders West Inc.
8905 Friendship
Houston, TX 77080-4111

Cadence/Superior Bank
Operations Center
2100 3rd Ave N
Birmingham, AL 35203

Catherine Stone Curtis
Pulman, Cappuccio & Pullen, LLP
PO Box 720788
McAllen, TX 78504-0788

Central Portfolio Control
Attn: Bankruptcy
10249 Yellow Circle Dr Ste 200
Minnetonka, MN 55343-9111

Citibank
Citicorp Credit Srvs/Centralized Bk dept
PO Box 790034
St Louis, MO 63179-0034

City of Houston Public Works
Attn: Effie Green
4200 Leeland
Houston, TX 77023-3016

ECHELON ANALYTICS
ATTN MALINDA PISCIOTTA
1717 MAIN STREET STE 3380
DALLAS TX 75201-7364

Encore Bank
Nine Greenway Plaza
Houston, TX 77046-0905

Eva S. Engelhart, Chapter 7 Trustee
7700 San Felipe Ste 550
Houston, TX 77063-1618

Forest Home Plantation, LLC
c/o Leann O. Moses
1100 Poydras Street Ste 3100
New Orleans, LA 70163-1102

Harris County et al.
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Henke, Williams & Boll, LLP
2929 Allen Pkwy Ste 3900
Houston, TX 77019-7125

Johns & Hebert PLLC
f/k/a Johns & Counsel PL
2028 East Ben White Blvd Ste 240
Austin, TX 78741-6931

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue Ste 100
Boca Raton, FL 33487-2853

Libertas Funding LLC
382 Greenwich Ave Ste 2
Greenwich, CT 06830-6501

LIBERTAS FUNDING LLC
411 WEST PUTNAM ST STE 220
GREENWICH CT 06830-6295

Mary Katherine Alonso
Jordan & Ortiz, P.C.
500 N Shoreline Ste 900
Corpus Christi, TX 78401-0658

Matthew Brian Probus
The Probus Law Firm
10497 Town & Country Way Ste 930
Houston, TX 77024-1119

Michael L. Noel
12222 Taylorcrest
Houston, TX 77024-4247

PHOENIX FINANCIAL SERVICES LLC
PO BOX 361450
INDIANAPOLIS IN 46236-1450

PNC BANK RETAIL LENDING
PO BOX 94982
CLEVELAND OH 44101-4982

Scott Vincent Van Dyke
1515 South Boulevard
Houston, TX 77006-6335

Susan Tran Adams
Tran Singh LLP
2502 La Branch Street
Houston, TX 77004-1028

TMX FINANCE LLC
FORMERLY TITLEMAX
15 BULL STREET STE 200
SAVANNAH GA 31401-2686

| | | |
|---|---|---|
| US Trustee<br>606 N Carancahua Street Ste 1107<br>Corpus Christi, TX 78401-0680 | Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO Box 130000<br>Raleigh, NC 27605-1000 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>1100 Corporate Center D<br>Raleigh, NC 27607-5066 |