# Invoice

**John Mosley**
Attorney at Law
Certified Public Accountant
3834 Spicewood Springs Road, Suite 202
Austin, Texas 78759

**Invoice #:** 21-60052
**Invoice Date:** 4/30/2024

**Bill To:**
Curtis, Catherine Chapter 7 Trustee

**Matter:**
In Re: Scott Vincent Van Dyke
Case No. 21-60052-CML

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/29/2024 | Preparation of estate income tax return for the fiscal year ended 04/28/2024 | 3.2 | 200.00 | 640.00 |
| 4/30/2024 | Completed preparation of estate income tax return for the fiscal year ended 04/28/2024 | 1.1 | 200.00 | 220.00 |
| 4/30/2024 | Preparation of fee application and supporting schedules | 1 | 200.00 | 200.00 |

**Total** $1,060.00

**Payments/Credits** $0.00

**Balance Due** $1,060.00