IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SCOTT VINCENT VAN DYKE | § | BANKRUPTCY NO. 21-60052-CML |
| DEBTOR. | § | CHAPTER 7 |

---

SUMMARY / NOTICE OF FILING OF
FIRST AND FINAL APPLICATION FOR ALLOWANCE OF LEGAL FEES AND EXPENSES
TO PULMAN, CAPPUCCIO & PULLEN, LLP, AS COUNSEL TO THE TRUSTEE
FOR THE TIME PERIOD OF FEBRUARY 15, 2022 TO JANUARY 15, 2023

---

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

YOU ARE HEREBY NOTIFIED, that on September 10, 2024, Pulman, Cappuccio & Pullen, LLP ("**PC&P**"), counsel for Catherine S. Curtis, the Chapter 7 Trustee ("**Trustee**") in the above proceeding filed its *First and Final Application for Allowance of Legal Fees and Expenses for Pulman, Cappuccio & Pullen, LLP, as Counsel to the Trustee for the Time Period of February 15, 2022 to January 15, 2023* ("**Application**"). This Application has been filed pursuant to 11 U.S.C. §§ 330 and 331, and covers professional services rendered to Trustee and reimbursement of expenses for the period of February 15, 2022 to January 15, 2023. A summary of the fees and expenses sought by Applicant is as follows:

1

| Name of Applicant: | | Pulman, Cappuccio & Pullen, LLP |
|---|---|---|
| Applicant's professional role in case | | Counsel for the Chapter 7 Trustee |
| Indicate whether this is an interim or final application | | Final |
| Date Order of Appointment signed | | 04/11/2022 [ECF No. 154] |
| Effective Date of Appointment | | 02/15/2022 [ECF No. 144] |
| | Beginning of Period | Ending of Period |
| Total period covered in application | 02/15/2022 | 01/15/2023 |
| Time periods covered by any prior applications | N/A | N/A |
| Total amounts awarded in all prior applications | | $0.00 |
| Amount of retainer received in the case | | $0.00 |
| Total fees applied for in this application and in all prior applications (including any retainer amounts applied or to be applied) | | $8,235.00 |
| Total fees applied for in this application (including any retainer amounts to be applied) | | $8,235.00 |
| Total professional fees requested in this application | | $8,235.00 |
| Total professional hours covered by this application | | 20.30 |
| Average hourly rate for professionals | | $356.40 |
| Total paraprofessional fees requested in this application | | $0.00 |
| Total paraprofessional hours covered by this application | | 0 |
| Average hourly rate for paraprofessionals | | N/A |
| Reimbursable expenses sought in this application | | $470.85 |
| Application Cost | | $250.00 |
| Total of other payments to Secured Claimants | | $0.00 |
| Total of other payments paid to Administrative Claimants | | $151,060.00 |
| Estimated Total for distribution to Other Administrative Claimants | | $5,987.19 |
| Estimated % dividend to be paid to Other Administrative Claimants | | 100% |
| Estimated Total for distribution to Priority Unsecured Creditors | | $0.00 |
| Expected % dividend to be paid to Priority Unsecured Creditors | | 0% |
| Estimated total for distribution to General Unsecured Creditors | | $65,495.05 |
| Expected % dividend to be paid to General Unsecured Creditors | | 0.85% |
| Expected amount to be paid to all pre-petition creditors | | $0.00 |
| Receipts to date | | $249,000.00 |
| Disbursements to date | | $152,464.65 |
| Current balance in the Trustee's accounts | | $96,535.35 |

4893-4892-1826, v. 3

The foregoing is only a summary of the Application, a copy of such Application will be provided to any party upon written request to Pulman, Cappuccio & Pullen, LLP at 2161 NW Military Highway, Suite 400, San Antonio, Texas 78213.

Respectfully submitted,

**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Randall A. Pulman*
        Randall A. Pulman
        Texas State Bar No. 16393250
        rpulman@pulmanlaw.com


**ATTORNEYS FOR CATHERINE S. CURTIS, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF SCOTT VINCENT VAN DYKE**

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 21-60052 |
| SCOTT VINCENT VAN DYKE | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** Chapter: 7 |

On 9/11/2024, I did cause a copy of the following documents, described below,

Notice of First and Final Fee Application of Pulman Cappuccio & Pullen, LLP as Counsel to Trustee

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/11/2024

/s/ Randall A. Pulman
Randall A. Pulman  16393250
Attorney for Panel Trustee
Pulman Cappuccio & Pullen, LLP
2161 NW Military Hwy., Suite 400
San Antonio, TX  78213
210 222 9494
mvilla@pulmanlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 21-60052 |
| SCOTT VINCENT VAN DYKE | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7 |

On 9/11/2024, a copy of the following documents, described below,

Notice of First and Final Fee Application of Pulman Cappuccio & Pullen, LLP as Counsel to Trustee

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/11/2024

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Randall A. Pulman
Pulman Cappuccio & Pullen, LLP
2161 NW Military Hwy., Suite 400
San Antonio, TX  78213

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-60052
SOUTHERN DISTRICT OF TEXAS
TUE SEP 10 15-5-21 PST 2024

EXCLUDE
(U)ANZAR SETTLEMENT FUNDING CORP

BUILDERS WEST  INC
CO LLOYD A LIM
KEAN MILLER LLP
711 LOUISIANA ST  STE 1800
HOUSTON  TX 77002-2832

EXCLUDE
(U)CADENCE BANK  NA

FOREST HOME PLANTATION  LLC
CO LEANN O MOSES
1100 POYDRAS STREET
SUITE 3100
NEW ORLEANS  LA 70163-1102

HARRIS COUNTY  ET AL
LINEBARGER GOGGAN BLAIR  SAMPSON LLP
CO JOHN P DILLMAN
PO BOX 3064
HOUSTON  TX 77253-3064

HENKE  WILLIAMS  BOLL  LLP
2929 ALLEN PARKWAY  SUITE 3900
HOUSTON  TX 77019-7125

EXCLUDE
(U)LITTLEMILL LIMITED

EXCLUDE
(U)PHILADELPHIA INDEMNITY INSURANCE
COMPANY

EXCLUDE
(U)PROSPERITY SETTLEMENT FUNDING  INC

THE PROBUS LAW FIRM
10497 TOWN  COUNTRY WAY  SUITE 930
HOUSTON  TX 77024-1119

(P)TMX FINANCE LLC FORMERLY TITLEMAX
15 BULL STREET
SUITE 200
SAVANNAH GA 31401-2686

EXCLUDE
(U)WELLS FARGO BANK  NA  DBA WELLS
FARGO AU

6
UNITED STATES BANKRUPTCY COURT
PO BOX 61010
HOUSTON  TX 77208-1010

AMERICREDITGM FINANCIAL
ATTN BANKRUPTCY
PO BOX 183853
ARLINGTON  TX 76096-3853

EXCLUDE
(U)ANDREA LORE  INDIVIDUALLY AND IN HER
CAPACIT

EXCLUDE
(D)ANZAR SETTLEMENT FUNDING CORP

(P)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

(P)BAKER  ASSOCIATES
ATTN REESE BAKER
950 ECHO LANE SUITE 300
HOUSTON TX 77024-2824

BANK OF AMERICA
4909 SAVARESE CIRCLE FL19080150
TAMPA  FL 33634-2413

BIG TEX STORAGE
3480 ELLA
HOUSTON TEXAS 77018-6136

BUILDERS WEST INC
CO LLOYD A LIM
KEAN MILLER LLP
711 LOUISIANA ST  STE 1800
HOUSTON  TEXAS 77002-2832

BUILDERS WEST INC
8905 FRIENDSHIP
HOUSTON  TEXAS 77080-4111

EXCLUDE
(U)CADENCE BANK

CADENCESUPERIOR BANK
OPERATIONS CENTER
BIRMINGHAM  AL 35203

CENTRAL PORTFOLIO CONTROL
ATTN BANKRUPTCY ATTN BANKRUPTCY
10249 YELLOW CIRCLE DR   STE 200
MINNETONKA  MN 55343-9111

(P)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

USPS FIRST CLASS MAIL Case 21-60052
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE

(P)(P)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203 4774

CITIBANK
CITICORP CREDIT SRVSCENTRALIZED BK DEPT
PO BOX 790034
ST LOUIS MO 63179-0034

CITY OF HOUSTON PUBLIC WORKS
ATTN EFFIE GREEN
4200 LEELAND
HOUSTON TX 77023-3016

(P)ECHELON ANALYTICS
ATTN ATTN MALINDA PISCIOTTA
1201 ELM STREET
STE 4232
DALLAS TX 75270-2139

ENCORE BANK
NINE GREENWAY PLAZA
HOUSTON TX 77046-0905

EXCLUDE

(U)EVA S ENGELHART IN CAPACITY AS
CHAPTER 7 T

EXCLUDE

(D)FOREST HOME PLANTATION LLC
CO LEANN O MOSES
1100 POYDRAS STREET SUITE 3100
NEW ORLEANS LA 70163 1102

HARRIS COUNTY ET AL
CO JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR SAMPSON LLP
PO BOX 3064
HOUSTON TX 77253-3064

HENKE WILLIAMS BOLL LLP
2929 ALLEN PARKWAY SUITE 3900
HOUSTON TEXAS 77019-7125

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO ROBERTSON ANSCHUTZ SCHNEID PL
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

JOHNS HEBERT PLLC FKA JOHNS COUNSEL
PL
2028 EAST BEN WHITE BOULEVARD SUITE
240
AUSTIN TEXAS 78741-6931

(P)LIBERTAS FUNDING LLC
411 WEST PUTNAM ST
SUITE 220
GREENWICH CT 06830-6295

EXCLUDE

(D)LITTLEMILL LIMITED

MICHAEL L NOEL
12222 TAYLORCREST
HOUSTON TX 77024-4247

EXCLUDE

(D)PHILADELPHIA INDEMNITY INSURANCE
COMPANY

(P)PHOENIX FINANCIAL SERVICES LLC
PO BOX 361450
INDIANAPOLIS IN 46236-1450

EXCLUDE

(D)PROSPERITY SETTLEMENT FUNDING INC

EXCLUDE

(D)(P)TMX FINANCE LLC FORMERLY TITLEMA
15 BULL STREET
SUITE 200
SAVANNAH GA 31401 2686

US TRUSTEE
OFFICE OF THE US TRUSTEE
515 RUSK AVE
STE 3516
HOUSTON TX 77002-2604

WELLS FARGO BANK NA DBA WELLS FARGO
AUT
PO BOX 130000
RALEIGH NC 27605-1000

WELLS FARGO DEALER SERVICES
ATTN BANKRUPTCY 1100 CORPORATE CENTER
RALEIGH NC 27607-5066

EXCLUDE

(U)ANDREA LORE

BRENDON D SINGH
TRAN SINGH LLP
2502 LA BRANCH STREET
HOUSTON TX 77004-1028

CATHERINE STONE CURTIS
MCGINNIS LOCHRIDGE
PO BOX 720788
MCALLEN TX 78504-0788

EVA S ENGELHART CHAPTER 7 TRUSTEE
7700 SAN FELIPE SUITE 550
HOUSTON TX 77063-1618

JOHN MOSLEY
3834 SPICEWOOD SPRINGS ROAD SUITE 202
AUSTIN TX 78759-8978

MARY KATHERINE ALONSO
JORDAN ORTIZ PC
500 N SHORELINE
SUITE 900
CORPUS CHRISTI TX 78401-0658

USPS FIRST CLASS MAIL SERVICE LIST
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

~~EXCLUDE~~
MATTHEW BRIAN PROBUS          ~~(U)MICHAEL L NOEL~~
THE PROBUS LAW FIRM
10497 TOWN  COUNTRY WAY  SUITE 930
HOUSTON  TX 77024-1119

~~EXCLUDE~~
~~(D)(P)BAKER  ASSOCIATES~~
~~ATTN REESE BAKER~~
~~950 ECHO LANE SUITE 300~~
~~HOUSTON TX 77024 2824~~

RUDOLPH M CULP               SARAH PATEL PACHECO
CO GENEVIEVE M GRAHAM        CO GENEVIEVE M GRAHAM
JACKSON WALKER LLP           JACKSON WALKER LLP
1401 MCKINNEY STREET         1401 MCKINNEY STREET
SUITE 1900                   SUITE 1900
HOUSTON  TX 77010-1900       HOUSTON  TX 77010-1900

DEBTOR
SCOTT VINCENT VAN DYKE
1515 SOUTH BOULEVARD
HOUSTON  TX 77006-6335

SUSAN TRAN ADAMS
TRAN SINGH LLP
2502 LA BRANCH STREET
HOUSTON  TX 77004-1028