**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| SCOTT VINCENT VAN DYKE | § | Case No. 21-60052 (CML) |
| | § | |
| Debtor(s) | § | Chapter 7 |
| | § | Re: Docket No. 363 |

## NOTICE OF HEARING

On August 30, 2024, Movants filed their *Joint Emergency Motion for a Status Conference* [Docket No. 363] (the "Motion").

A hybrid hearing on the Motion has been scheduled for **September 17, 2024 at 11:00 a.m. (prevailing Central Time)** before Judge Lopez at the United States Bankruptcy Court, 515 Rusk Avenue, Courtroom 401, Houston, Texas.

Audio communication will be by use of the Court's dial-in facility. You may access the facility at **(832) 917-1510**. Once connected, you will be asked to enter the conference room number. Judge Lopez conference room number is 590153. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's homepage. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Houston, Texas
Dated:  September 13, 2024

/s/ Genevieve M. Graham
**JACKSON WALKER LLP**
Bruce J. Ruzinsky (TX Bar No. 17469425)
Genevieve M. Graham (TX Bar No. 24085340)
Emily Meraia (TX Bar No. 24129307)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone:   (713) 752-4200
Facsimile:   (713) 752-4221
Email:   bruzinsky@jw.com
   ggraham@jw.com
   emeraia@jw.com

## Certificate of Service

I certify that, on September 13, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Genevieve M. Graham*
Genevieve M. Graham