United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 17, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 21-60052 (CML) |
| | § | |
| SCOTT VINCENT VAN DYKE | § | Chapter 7 |
| | § | |
| Debtor | § | RE: Docket No. 63 |

### ORDER DENYING JOINT <u>EMERGENCY</u> MOTION FOR A STATUS CONFERENCE

The *Joint Emergency Motion for a Status Conference* is denied. Movants must first assert any arguments concerning the Order of Reference to Bankruptcy Judges, General Order 2012–6 (S.D. Tex. May 24, 2021), to the United States District Court Judge presiding over Case No. 24-cv-03179 (S.D. Tex.).

Signed: September 17, 2024

Christopher Lopez
United States Bankruptcy Judge