United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 14, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| SCOTT VINCENT VAN DYKE, | § § | CIVIL ACTION NO 4:24-cv-03179 |
| Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| SARAH PATEL PACHECO, *et al*, | § § | |
| Defendants. | § | |

## ORDER OF TRANSFER

The motion by Defendants to transfer this action is GRANTED. Dkt 10.

Pursuant to the *Order of Reference to Bankruptcy Judges, General Order 2012–6* (SD Tex May 24, 2021), the above-captioned case is TRANSFERRED to *In re Scott Vincent Van Dyke*, Case No 21-60052, which is currently pending in the Victoria Division of the United States Bankruptcy Court for the Southern District of Texas, before the Honorable Christopher M. Lopez.

It is noted that also pending on the docket is a motion by Plaintiff for a temporary restraining order with respect to an anticipated, upcoming deposition. See Dkt 16. By this Order of Transfer, that motion is now pending before the Bankruptcy Court.

SO ORDERED.

Signed on February 14, 2025, at Houston, Texas.

*/s/ CR Eskridge*
Hon. Charles Eskridge
United States District Judge