United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 18, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 21-60052 |
| SCOTT VINCENT VAN DYKE, § | |
| § | |
| Debtor. § | |
| § | |
| § | CHAPTER 7 |

## INTRADISTRICT TRANSFER ORDER

On the Court's own motion, this case is transferred to the Houston Division in accordance with the Bankruptcy Local Rules for the Southern District of Texas. The case will be retained on the undersigned judge's Houston docket. The case number shall remain unchanged.

Signed: February 18, 2025

_____
Christopher Lopez
United States Bankruptcy Judge